UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
James Tiessen, *individually and on behalf of all others similarly situated*,  :
:
                              Plaintiff,  :      24-CV-8032 (AS)
:
                          -v-  :      <u>ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS</u>
:
The Toronto-Dominion Bank, Bharat B. Masrani, Leovigildo Salom, Riaz E. Ahmed, and Kelvin Vi Luan Tran,  :
:
                          Defendants.  X
------------------------------------------------------------------------
ARUN SUBRAMANIAN, United States District Judge:

       On October 22, 2024, Plaintiff filed a putative class action on behalf of "all investors who purchased or otherwise acquired [The Toronto-Dominion Bank's] securities between February 29, 2024 [and] October 9, 2024." Dkt. 1. at ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

       Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

       It is hereby ORDERED that **no later than November 13, 2024**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

       SO ORDERED.

Dated: October 23, 2024
       New York, New York                         _____
                                                           ARUN SUBRAMANIAN
                                                           United States District Judge