UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James Tiessen,<br><br>      Plaintiff,<br><br>   -against-<br><br>The Toronto-Dominion Bank, Bharat B. Masrani, Leovigildo Salom, Riaz E. Ahmed, and Kelvin Vi Luan Tran,<br><br>      Defendants. | 24-CV-8032 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff was ordered to inform the Court in writing, by November 13, 2024, of the date and manner in which the required notice to purported plaintiff class members was published. Plaintiff has not done so.

  As a courtesy, the Court extends the deadline, *nunc pro tunc*, to **November 19, 2024 at 12:00 PM**. The parties are reminded to monitor the docket and familiarize themselves with the Court's Individual Practices for instructions on requesting extensions when needed.

  SO ORDERED.

Dated: November 15, 2024
    New York, New York

                  _____
                    ARUN SUBRAMANIAN
                   United States District Judge