November 25, 2024

**<u>VIA ECF</u>**

Hon. Arun Subramanian, U.S.D.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007

Re:  *Tiessen v. The Toronto-Dominion Bank, et al.*, Case No. 1:24-cv-08032-AS

Dear Judge Subramanian:

We write on behalf of our respective clients in the above-referenced action, Plaintiff James Tiessen ("Plaintiff") and Defendants The Toronto-Dominion Bank ("TD Bank"), Bharat B. Masrani, Leovigildo Salom, Kelvin Vi Luan Tran, and Riaz E. Ahmed (together with TD Bank, "Defendants," and Defendants together with Plaintiff, the "Parties").

Plaintiff filed a putative class action complaint for alleged violations of the federal securities laws (the "Initial Complaint") on October 22, 2024.  (ECF No. 1.)  This action is a putative private securities class action litigation subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  The PSLRA provides for consolidation of all related actions and the appointment of a lead plaintiff and lead counsel, after a 60-day notice period (15 U.S.C. § 78u-4(a)(3)), as well as for the stay of discovery while any motion to dismiss is pending (15 U.S.C. § 78u-4(b)(3)(B)).  The Parties anticipate that, after the Court has designated a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the lead plaintiff will file an amended complaint superseding the Initial Complaint.

The Parties have met and conferred and agree that a response from Defendants to the Initial Complaint, which will in all likelihood be superseded by a consolidated and/or amended class action complaint filed by the lead plaintiff once appointed, would invite waste, duplicative effort, and needless expenditure of judicial and party resources.  Subject to the approval of the Court, the Parties therefore stipulate and agree, as follows:

1.   The undersigned attorneys for Defendants accept service on behalf of Defendants upon approval or endorsement of this submission by the Court, without prejudice and without waiver of any defenses, objections, or arguments, in this matter or any other matter, except as to the sufficiency of service of process of the Initial Complaint in this action;

2.   Defendants shall have no obligation to answer, move to dismiss, or otherwise respond to any complaint until a schedule for such response is ordered by the Court;

3.   Within fourteen (14) days of the Court's entry of an order pursuant to the PSLRA appointing a lead plaintiff, counsel shall meet and confer and submit for the Court's approval a proposed schedule for the filing by the lead plaintiff of an amended complaint (or the designation of the Initial Complaint as the operative

1

complaint), Defendants' response thereto, and briefing or other submissions associated with any motion(s) to dismiss; and

4.      The Parties expressly preserve all other rights, defenses, and arguments, including without limitation as to jurisdiction.

No requests have been made to date by any party for an extension of time to answer, move or otherwise respond to the Initial Complaint.  The Court has scheduled a conference for January 15, 2025 to consider motions for the appointment of a lead plaintiff and lead counsel and set a schedule for related motion practice (ECF No. 8), neither of which would be impacted by the Parties' proposed schedule herein.

Respectfully submitted,

| LEVY & KORSINSKI, LLP | ALLEN OVERY SHEARMAN STERLING US LLP |
|---|---|
| By:  _____/s/ *Adam M. Apton*_____ <br> Adam M. Apton | By:  _____/s/ *Adam S. Hakki*_____ <br> Adam S. Hakki <br> Agnès Dunogué <br> Jeffrey D. Hoschander |
| 33 Whitehall Street, 17th Floor <br> New York, New York 10004 <br> Tel.: (212) 363-7500 <br> Fax: (212) 363-7171 <br> aapton@zlk.com | 599 Lexington Avenue <br> New York, NY 10022 <br> Tel.: (212) 848-4000 <br> adam.hakki@aoshearman.com <br> agnes.dunogue@aoshearman.com <br> jeff.hoschander@aoshearman.com |
| *Counsel for Plaintiff James Tiessen* | *Counsel for Defendants The Toronto-Dominion Bank, Bharat B. Masrani, Leovigildo Salom, Kelvin Vi Luan Tran, and Riaz E. Ahmed* |

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 2, 2024

2