**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, LEOVIGILDO SALOM, KELVIN VI LUAN TRAN, and RIAZ E. AHMED,<br><br>          Defendants. | Case No.: 1:24-cv-08032-AS<br><br>Hon. Arun Subramanian |
| PEDRO GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, KELVIN VI LUAN TRAN, RIAZ E. AHMED, and LEOVIGILDO SALOM,<br><br>          Defendants. | Case No.: 1:24-cv-09445-AS<br><br>Hon. Arun Subramanian |

**NOTICE OF MOTION OF JAMES TIESSEN FOR CONSOLIDATION OF**
**THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that James Tiessen ("Plaintiff") respectfully moves this Court

for an order: (1) consolidating the above-captioned actions (the "Actions"), (2) appointing Plaintiff

as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as

amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and (3)

approving Plaintiff's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Plaintiff seeks consolidation of the Actions, appointment as lead plaintiff, and approval of

his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the

PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration

of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as

well as such further argument as the Court may allow at a hearing on this motion.

Dated: December 23, 2024                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for James Tiessen and*
*[Proposed] Lead Counsel for the Class*