**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, LEOVIGILDO SALOM, KELVIN VI LUAN TRAN, and RIAZ E. AHMED,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-08032-AS<br><br>Hon. Arun Subramanian |
| PEDRO GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, KELVIN VI LUAN TRAN, RIAZ E. AHMED, and LEOVIGILDO SALOM,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-09445-AS<br><br>Hon. Arun Subramanian |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF JAMES TIESSEN'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant James Tiessen ("Plaintiff") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of

Plaintiff's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Plaintiff attesting to his transactions of The Toronto-Dominion Bank ("TD" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Plaintiff as a result of his transactions in TD securities;

**Exhibit C**:    Press Release published October 22, 2024, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Tiessen v. The Toronto-Dominion Bank, et. al.,* Case No. 1:24-cv-08032-AS;

**Exhibit D**:    Declaration signed by Plaintiff in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: December 23, 2024                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for James Tiessen and*
*[Proposed] Lead Counsel for the Class*

2