# EXHIBIT B

| Client Name | James Tiessen |
|---|---|
| Company Name | The Toronto-Dominion Bank |
| Ticker Symbol | TD |
| Security Type | |
| Class Period Start | 02-29-2024 |
| Class Period End | 10-09-2024 |
| 90-DAY Lookback Period Start | 10-10-2024 |
| 90-DAY Lookback Period End | 12-20-2024 |
| 90-DAY Lookback Average | $ 55.45 |

| SUMMARY OF FINANCIAL INTEREST (Common Stock+Options) | |
|---|---|
| LIFO Loss Total | $ 1,512.56 |
| DURA LIFO* Total | $ 1,512.56 |
| Gross Shares Purchased | 300 |
| Net Shares Retained | 300 |
| Net Funds Expended | $ 18,148.50 |

### James Tiessen

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-14-2024 | 100 | 59.77 | $ 5,977.00 | | | | | | - | 100 | 100 | $ 55.45 | $ 5,545.31 | $ 431.69 | $ 431.69 |
| 10-07-2024 | 200 | 63.8575 | $ 12,771.50 | | | | | | - | 200 | 200 | $ 55.45 | $ 11,090.63 | $ 1,680.87 | $ 1,680.87 |
| **Total:** | **300** | | **$18,748.50** | | | | | | | **300** | **300** | | **$ 16,635.94** | **$2,112.56** | **$2,112.56** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

**James Tiessen**
**Transacitons in The Toronto-Dominion Bank (TD)**
**Class Period: February 29,2024 - October 9,2024 inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | |
|---|---|
| LIFO Losses/(Gain) Options | ($600.00) |
| *Dura* LIFO Losses/(Gain)* Options | ($600.00) |

Options

| Account Number | Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| 1 | 3/14/2024 | SO | -1 | CALL TD $60 EXP 04/19/24 | $1.05 | ($105.00) |
| 1 | 4/22/2024 | EX | 1 | CALL TD $60 EXP 04/19/24 | $0.00 | |
| | | | | | | |
| 1 | 4/22/2024 | SO | -1 | CALL TD $60 EXP 07/19/24 | $1.50 | ($150.00) |
| 1 | 7/22/2024 | EX | 1 | CALL TD $60 EXP 07/19/24 | $0.00 | |
| | | | | | | |
| 1 | 7/24/2024 | SO | -1 | CALL TD $60 EXP 12/20/24 | $1.95 | ($195.00) |
| | 12/20/2024 | EX | 1 | CALL TD $60 EXP 12/20/24 | 0 | |
| | | | | | | |
| 1 | 10/7/2024 | SO | -2 | CALL TD $65 EXP 11/15/24 | $0.75 | ($150.00) |
| 1 | 11/15/2024 | EX | 2 | CALL TD $65 EXP 11/15/24 | 0 | |