# EXHIBIT C



**Source:** *Levi & Korsinsky, LLP*

*October 22, 2024 19:03 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of The Toronto-Dominion Bank Securities and Sets a Lead Plaintiff Deadline of December 23, 2024

NEW YORK, Oct. 22, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of The Toronto-Dominion Bank ("TD" or the "Company") (NYSE: TD) <u>between February 29, 2024 to October 9, 2024, both dates inclusive</u>. <u>You are hereby notified</u>** that the class action lawsuit *James Tiessen v. The Toronto-Dominion Bank, et al.* (Case No. 1:24-cv-08032) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

[https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form](https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided investors with material information concerning the scope of the issues surrounding TD's anti-money laundering ("AML") program employed to comply with the United States' Bank Secrecy Act ('BSA"), the ability for defendants to "fix" those issues, and the punitive and remedial compliance measures likely to be imposed upon TD through the resolution of these investigations. Defendants' statements included, among other things, confidence in the Company's optimistic claims of updating and fixing the existing AML program, alleging a full understanding of the scope of the issues the program was facing, and setting aside specific provisional estimates as to the monetary impact of the punitive and compliance measures believed to be imposed.

Defendants provided these overwhelmingly positive statements to investors while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of TD's AML program; pertinently, TD concealed or otherwise minimized the significance of the failures of the Company's AML program and made no indication that the imposition of an asset cap or other punitive or compliance measures would be imposed that would undermine TD's continued growth for the foreseeable future. Such statements absent these material facts caused shareholders to purchase TD's securities at artificially inflated prices.

On October 10, 2024, TD unveiled the resolutions reached from the United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S.

history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's AML failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**If you suffered a loss in TD securities, you have until December 23, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com