**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated, <br><br><br> Plaintiff, <br><br> v. <br><br> THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, LEOVIGILDO SALOM, KELVIN VI LUAN TRAN, and RIAZ E. AHMED, <br><br><br> Defendants. | Case No. 1:24-cv-08032-AS <br><br> <u>CLASS ACTION</u> |
| PEDRO GONZALEZ, Individually and on Behalf of All Others Similarly Situated, <br><br><br> Plaintiff, <br><br> v. <br><br> THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, KELVIN VI LUAN TRAN, RIAZ E. AHMED, and LEOVIGILDO SALOM, <br><br><br> Defendants. | Case No. 1:24-cv-09445-AS <br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER APPOINTING PEDRO GONZALEZ AS**
**LEAD PLAINTIFF, APPROVING HIS SELECTION OF LEAD COUNSEL, AND**
**<u>CONSOLIDATING ALL RELATED ACTIONS</u>**

Upon consideration of: (1) the Motion of Pedro Gonzalez for appointment as Lead Plaintiff, approval of his selection of counsel, and consolidation of all related securities class actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Joseph A. Fonti submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      Mr. Gonzalez's Motion is **GRANTED.**

2.      Mr. Gonzalez is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3.      Mr. Gonzalez's selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Lead Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.      This action shall be captioned "*In re The Toronto-Dominion Bank Securities Litigation*" and the file shall be maintained under Master File No. 1:24-cv-08032.

**IT IS SO ORDERED.**

Dated: _____

HON. ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE