**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, LEOVIGILDO SALOM, KELVIN VI LUAN TRAN, and RIAZ E. AHMED,<br><br><br>Defendants. | Case No. 1:24-cv-08032-AS<br><br>CLASS ACTION |
| PEDRO GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, KELVIN VI LUAN TRAN, RIAZ E. AHMED, and LEOVIGILDO SALOM,<br><br><br>Defendants. | Case No. 1:24-cv-09445-AS<br><br>CLASS ACTION |

**DECLARATION OF JOSEPH A. FONTI IN SUPPORT OF THE MOTION OF PEDRO GONZALEZ FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION**

I, Joseph A. Fonti, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and of this Court. I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA"). I submit this declaration in support of the Motion filed by Pedro Gonzalez for: (1) appointment as Lead Plaintiff; (2) approval of his selection of BFA to serve as Lead Counsel for the Class; (3) consolidation of the above-captioned actions; and (4) any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Declaration of Mr. Gonzalez; |
| EXHIBIT B: | Notice of pendency of *Tiessen v. The Toronto-Dominion Bank.*, No. 1:24-cv-08032-AS (S.D.N.Y.) published on October 22, 2024; |
| EXHIBIT C: | Notice of pendency of *Gonzalez v. The Toronto-Dominion Bank*, No. 1:24-cv-09445-AS (S.D.N.Y.) published on December 11, 2024; |
| EXHIBIT D: | Chart reflecting financial interest of Mr. Gonzalez prepared by BFA; |
| EXHIBIT E: | Certification of Mr. Gonzalez as filed with the Complaint he filed in *Gonzalez*; |
| EXHIBIT F: | Firm Resume of BFA. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of December 2024.

 _/s/ Joseph A. Fonti_
Joseph A. Fonti

2