# EXHIBIT A

**DECLARATION OF PEDRO GONZALEZ**

I, Pedro Gonzalez, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I respectfully submit this declaration in support of my motion to be appointed Lead Plaintiff in this class action, which seeks to recover on behalf of investors in the securities of The Toronto-Dominion Bank ("TD"), and for approval of my selection of Bleichmar Fonti & Auld LLP ("BFA") to be appointed as Lead Counsel.  I have personal knowledge about the information in this Declaration and would testify competently thereto.

2.      I reside in Sudbury, Ontario, Canada.  I am an experienced investor with significant knowledge of financial markets.  I have actively invested in the stock market for nearly 40 years. I graduated from the Mechanical Engineering Technologist program at Centennial College in Toronto, Ontario, Canada.  I have worked in the mining industry for more than forty years, including as Vice President of a mining and engineering firm, and as a director or project manager on several mining projects, including projects valued at more than $1 billion.  During my career, I gained significant experience working with and overseeing counsel, as well as supervising employees and others reporting to me.

3.      I am intent on prosecuting this action against all potentially culpable parties and maximizing the recovery for myself and other TD investors.  Indeed, I filed a complaint against TD and certain of its senior officers that alleges that TD's misconduct began about two years earlier than alleged in the first-filed action.  My complaint also alleges that TD's misconduct was first revealed and caused harm to the putative class beginning in May 2024, about five months earlier than alleged in the first-filed action.  Through the filing of my complaint and the additional allegations asserted therein, I believe I have demonstrated that I am committed to overseeing this action, protecting the interests of absent class members, and ensuring that the Class receives the best possible result.  I reaffirm my commitment now.

4.      As shown in the certification I submitted with my complaint as required by the Private Securities Litigation Reform Act of 1995, I made significant investments in TD securities

and suffered large losses because of the alleged misconduct. I have the resources, time, wherewithal, and desire to closely oversee the prosecution of this action, see it through to its complete resolution, and achieve the best possible result for TD investors.

5. I spoke with attorneys at BFA regarding this matter and we have been in frequent communication. We discussed the legal claims against the defendants, the merits of the case, the significant losses I incurred and my desire to serve as Lead Plaintiff, the fiduciary responsibilities of the Lead Plaintiff to the Class, the Lead Plaintiff's obligation to select and oversee counsel, and the need to ensure that the Class's claims will be efficiently and zealously prosecuted by my proposed attorneys.

6. I selected BFA to serve as proposed Class counsel because it has a proven track record of litigating securities class actions successfully, and I believe that the Class will be well-served by its leadership.

7. I understand the requirements of serving as Lead Plaintiff. I understand that my duties will include fair and adequate representation of all members of the Class, and if appointed as Lead Plaintiff, I will fulfill these responsibilities to the best of my abilities. I intend to oversee the progress of the litigation and ensure that my lawyers vigorously and efficiently prosecute the case in a way that best serves the interests of the Class.

8. I will actively oversee the prosecution of this case by, among other things, reviewing pleadings and motion papers, obtaining regular status reports on the progress of the litigation, participating in discovery, and providing input into litigation decisions, including potential settlement negotiations and trial.

9. My counsel and I have each other's contact information and either of us may call or email for a meeting at any time. I am able and willing to convene future calls, attend in-person meetings, and communicate via email as often and regularly as necessary to ensure responsible oversight of counsel. I do not foresee any problems communicating with counsel or staying abreast of the progress of this litigation. I am highly committed to satisfying the fiduciary responsibilities

2

of the court-appointed Lead Plaintiff and reaffirm that I will ensure this case is litigated in the best interests of the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___12/19/2024_____.

DocuSigned by:

*Pedro Gonzalez*

D806844A016048F...

Pedro Gonzalez

3