# EXHIBIT D

Financial Interest Analysis for Pedro Gonzalez
Class Period: March 7, 2022 - October 9, 2024

FIFO/LIFO Based on Dura [1] - The Toronto-Dominion Bank

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 3/7/2022 | 0.00 | | |
| Purchase | 3/24/2022 | 2,000.00 | $80.6099 | ($161,219.80) |
| Purchase | 3/24/2022 | 1,400.00 | $80.6100 | ($112,854.00) |
| Purchase | 3/24/2022 | 100.00 | $80.5450 | ($8,054.50) |
| Purchase | 3/24/2022 | 1,200.00 | $80.5500 | ($96,660.00) |
| Purchase | 3/24/2022 | 1,200.00 | $80.5600 | ($96,672.00) |
| Purchase | 3/24/2022 | 5,500.00 | $80.5650 | ($443,107.50) |
| Purchase | 3/24/2022 | 1,500.00 | $80.5690 | ($120,853.50) |
| Purchase | 11/9/2022 | 145.00 | $65.0000 | ($9,425.00) |
| Purchase | 5/26/2023 | 75.00 | $57.5050 | ($4,312.88) |
| Purchase | 11/16/2023 | 40.00 | $61.0199 | ($2,440.80) |
| Sale | 6/6/2024 | -9,500.00 | $55.8700 | $530,765.00 |
| Sale | 8/30/2024 | -2,000.00 | $59.5500 | $119,100.00 |
| *Class Period Purchases Retained Through at Least One of the Disclosures and Matching Sales* | | **1,660.0000** | | **($405,734.97)** |
| Retained Shares [2] | | 1,660.00 | $55.3985 | $91,961.45 |
| **FIFO/LIFO Gain/(Loss) Based on Dura:** | | | | **($313,773.52)** |

[1] *Dura loss is the summation of the cost of Class Period purchases held through at least one of the Disclosures, proceeds of sales matched to purchases held through at least one of the Disclosures, and the value of retained shares based on the 90-day look back average (if any). The pled disclosures during the Class Period occurred on May 2, 2024, after the market closed on October 9, 2024, and on October 10, 2024 (the "Disclosures"). All TD shares purchased by Pedro Gonzalez during the Class Period were held through at least one of the pled Disclosures.*

[2] *Shares retained at the end of the Class Period (if any) are valued at the average price from October 10, 2024 to December 23, 2024.*