# EXHIBIT E

Docusign Envelope ID: 4F3B224E-E97B-452C-8091-B920C6139984

## CERTIFICATION

I, Pedro Gonzalez, hereby certify as follows:

1. I have reviewed the Complaint against The Toronto-Dominion Bank ("TD Bank") and others alleging violations of the federal securities laws and have authorized its filing.

2. I did not purchase or sell securities of TD Bank at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.

4. My transactions in the TD Bank securities that are the subject of the Complaint during the class period specified therein are reflected in Schedule A, attached hereto.

5. I have not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

6. Beyond my *pro rata* share of any recovery, I will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 12/10/2024 _____

DocuSigned by:

*Pedro Gonzalez*
D806844A016048F...

Pedro Gonzalez

1

**SCHEDULE A**

TRANSACTIONS IN

THE TORONTO DOMINION BANK

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 03/24/2022 | 2,000.00 | 80.61 | ($161,219.80) |
| Purchase | 03/24/2022 | 1,400.00 | 80.61 | ($112,854.00) |
| Purchase | 03/24/2022 | 100.00 | 80.55 | ($8,054.50) |
| Purchase | 03/24/2022 | 1,200.00 | 80.55 | ($96,660.00) |
| Purchase | 03/24/2022 | 1,200.00 | 80.56 | ($96,672.00) |
| Purchase | 03/24/2022 | 5,500.00 | 80.57 | ($443,107.50) |
| Purchase | 03/24/2022 | 1,500.00 | 80.57 | ($120,853.50) |
| Purchase | 11/09/2022 | 145.00 | 65.00 | ($9,425.00) |
| Purchase | 05/26/2023 | 75.00 | 57.51 | ($4,312.88) |
| Purchase | 11/16/2023 | 40.00 | 61.02 | ($2,440.80) |
| Sale | 06/06/2024 | -9,500.00 | 55.87 | $530,765.00 |
| Sale | 08/30/2024 | -2,000.00 | 59.55 | $119,100.00 |