**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, LEOVIGILDO SALOM, KELVIN VI LUAN TRAN, and RIAZ E. AHMED,<br><br>       Defendants. | Case No.: 1:24-cv-08032-AS<br><br>Hon. Arun Subramanian |
| PEDRO GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, KELVIN VI LUAN TRAN, RIAZ E. AHMED, and LEOVIGILDO SALOM,<br><br>       Defendants. | Case No.: 1:24-cv-09445-AS<br><br>Hon. Arun Subramanian |

## SUPPLEMENTAL DECLARATION OF ADAM M. APTON

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner with the law firm Levi & Korsinsky, LLP, counsel for lead plaintiff movant James Tiessen and proposed lead counsel for the Class.

2.     I submit this Supplemental Declaration, together with the attached exhibits, in support of Plaintiff's motion for appointment as lead plaintiff and approval of his selection of Levi & Korsinsky as lead counsel.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    An analyst report by Desjardins Capital Markets dated October 10, 2024.

**Exhibit B**:    An analyst report by RBC Capital Markets dated October 11, 2024.

**Exhibit B**:    An excerpt from TD's quarterly report for the third quarter of 2023 dated August 24, 2023.

**Exhibit D**:    An analyst report by National Bank of Canada published on August 24, 2023.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: January 6, 2025                                    */s/ Adam M. Apton*
                                                          ADAM M. APTON

2