# EXHIBIT A

 **Desjardins**

OCTOBER 10, 2024

# Toronto-Dominion Bank (The)

Doug Young, CFA • (416) 607-3021 • doug.young@desjardins.com

Richard Huang, CFA,  Associate • (416) 891-7796 • richard.huang@desjardins.com

Aditya Gupta, CFA,  Associate • (416) 607-3012 • aditya.gupta@desjardins.com

## *Well, the Band-Aid's been ripped off...*

### The Desjardins Takeaway

We finally got details on TD's US AML issues. We call the **impact negative** because of the sentiment around an asset cap. However, we now have clarity on an issue which has been weighing on the story: the monetary hit is in line with expectations; the asset cap relates to a business which accounted for ~27% of our previous FY25 earnings estimate; resetting its US balance sheet enables TD to continue serving clients; and TD's valuation is interesting although its stock could remain range-bound near-term.

### Highlights

Highlights from the announcement:

- First, let's level-set. We do not want to downplay the issues around TD's US AML problems. However, for perspective, this relates to TD's US retail operations, which accounted for ~27% of our FY25 cash earnings/~28% of TD's 3Q FY24 average loans.

- We'll spare the jargon. On October 10, TD reached an agreement with the Office of the Comptroller of the Currency (OCC), Federal Reserve Board (FRB), Financial Crimes Enforcement Network (FinCEN) and Department of Justice (DoJ), including a plea agreement with the DoJ. This was not a surprise. Recall that when TD announced 3Q FY24 results (and the US$2.6b AML charge), management also indicated that it anticipated a global resolution to this matter by calendar year-end (see note).

- The total monetary penalty of ~US$3.09b is largely in line with the provision of US $3.05b. And management does not expect further monetary penalties.

- What's new? TD's US retail operation is subject to an asset cap of US$434b (level as of September 30, 2024) and must comply by March 31, 2025. There is also a more stringent approval process for new bank products, services, markets and US stores. This cap will remain in place until removed by the OCC.

- The asset cap does not apply to TD Securities or its Canadian or global businesses.

*Cont'd on page 2...*

### Valuation

Our C$90 target equates to 1.4–1.5x our estimated 3Q FY25 BVPS.

### Recommendation

Outside US retail banking, TD's other businesses are performing well. And while the US AML issues remain a concern, we believe this is partially reflected in TD's valuation.

*This report was prepared by an analyst(s) employed by Desjardins Capital Markets and who is (are) not registered as a research analyst(s) under FINRA rules. Please see disclosure section on pages 3–5 for company-specific disclosures, analyst certification and legal disclaimers.*

| Rating | Buy |
|---|---|
| Risk | Average |
| **12-month target** | **C$90.00** |

| | |
|---|---|
| Symbol | TD, TSX/TD, NYSE |
| Sector | Banks |
| Closing price ($) | C$81.76, US$59.44 |
| Potential return (%) | 15.1 |
| 52-week range ($) | C$73.67–87.99 |
| Avg daily value traded ($m) | C$760.4 |
| Shares O/S (m) | 1,747.9 |
| Market cap ($m FD) | C$142,908 |
| Dividend yield (%) | 5.0 |
| Year-end | Oct-31 |

**Desjardins estimates**

| Annual | 2022 | 2023 | 2024E | 2025E |
|---|---|---|---|---|
| Cash EPS (C$) | 8.36 | 7.99 | 7.89↓ | 8.05↓ |
| Reported EPS (C$) | 9.47 | 5.60 | 5.46↑ | 6.60↓ |
| P/reported EPS (x) | 8.6 | 14.6 | 15.0 | 12.4 |

| Quarterly | 1Q24 | 2Q24 | 3Q24 | 4Q24E |
|---|---|---|---|---|
| Cash EPS (C$) | 2.00 | 2.04 | 2.05 | 1.80↓ |
| Reported EPS (C$) | 1.55 | 1.35 | (0.14) | 2.72↑ |

| Key changes | Old | New |
|---|---|---|
| Cash EPS 2024E (C$) | 7.95 | 7.89↓ |
| Cash EPS 2025E (C$) | 8.25 | 8.05↓ |
| Reported EPS (C$) 2024E | 4.53 | 5.46↑ |
| Reported EPS (C$) 2025E | 7.97 | 6.60↓ |

Source: Desjardins Capital Markets, Bloomberg, FactSet

1



*Cont'd from page 1...*

- To counteract the asset cap, to create capacity and to be able to continue serving clients, TD plans to take specific actions: (1) reduce US assets by ~10% (eg non-core loan books), which is expected to result in a ~US$200–225m pre-tax hit to net interest income; (2) maintain elevated levels of liquidity (increasing liquidity coverage ratio to above 150%); and (3) reposition its US investment portfolio (~US$50b) by pivoting from lower-yielding to higher-yielding securities, which is expected to positively impact NII by US$300–500m pre-tax in FY25. So, how should we think about this? These actions will take time. We anticipate top- and bottom-line pressure through the transition year in FY25, with a return to a more normalized earnings level for the US retail division thereafter. The loan and investment portfolio repositioning will result in a ~US$1.5b after-tax hit which will weigh on net earnings and its CET1 ratio (~33bps) but will be excluded from cash EPS. We expect this transition to materialize evenly through FY25. This repositioning could be positive from a capital generation and ROE perspective over time, which management hinted at.

- The incremental AML costs as a result of the remediation process—a subject we get asked a lot—will be ~US$350m in FY24 and ~US$500m in FY25. Management expects the incremental costs to peak at around the US$500m level, and to remain at and around this level for some time. The company is moving these costs out of corporate and into the US retail division.

- The bank is required to remediate its US AML program, which is in progress. The new program is focused on five pillars: people & talent, governance & structure, policy & risk assessment, process & control, and data & technology. Otherwise, it appointed a new head of financial crime risk management, added 40 new titled officers and more than 700 AML specialists, and established a dedicated committee at the US board for BSA/AML oversight. Management expects a majority of the solutions to be implemented by the end of 2025, although this is a multi-year program.

- How does this impact our model? We do not have FY26 estimates yet—we plan on releasing these with our 4Q FY24 preview. Our FY25 cash EPS estimate declines by 2%, mostly related to the US asset transition mentioned above, and higher liquidity levels. We had already baked in the incremental AML remediation costs; we are just moving these from corporate to the US retail operation.

**Toronto-Dominion Bank (The)**

**Doug Young, CFA**
**Richard Huang, CFA,**
**Associate**
**Aditya Gupta, CFA,**
**Associate**                2

# Desjardins

# DISCLOSURES

## COMPANY-SPECIFIC DISCLOSURES

The Desjardins Capital Markets research analyst(s) and/or associate(s) had communication with Toronto-Dominion Bank (The) regarding the verification of factual material in this research publication.

Desjardins Capital Markets has performed investment banking services for Toronto-Dominion Bank (The) in the past 12 months.

Desjardins Capital Markets has received compensation for investment banking services from Toronto-Dominion Bank (The) within the past 12 months.

Desjardins Capital Markets has managed or co-managed a public offering of securities for Toronto-Dominion Bank (The) in the past 12 months.

The Desjardins Capital Markets research analyst(s) and/or associate(s) who covers Toronto-Dominion Bank (The) discussed has a long position in its common equity securities.

A member of the household of the Desjardins Capital Markets research analyst(s) and/or associate(s) who covers Toronto-Dominion Bank (The) has a long position in its common equity securities.

Desjardins Capital Markets has received compensation for non-investment banking, non-securities-related services from Toronto-Dominion Bank (The) in the past 12 months.

Toronto-Dominion Bank (The) is/are a client for which a Desjardins Capital Markets company has performed non-investment banking, non-securities related services in the past 12 months.

Toronto-Dominion Bank (The) is/are (or was/were) a client of Desjardins Capital Markets or an affiliate within the Desjardins Group within the past 12 months and received non-securities related services.

## ANALYST CERTIFICATION

Each Desjardins Capital Markets research analyst named on the front page of this research publication, or at the beginning of any subsection hereof, hereby certifies that (i) the recommendations and opinions expressed herein accurately reflect such research analyst's personal views about the company and securities that are the subject of this publication and all other companies and securities mentioned in this publication that are covered by such research analyst, and (ii) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by such research analyst in this publication.

---

**STOCK RATING SYSTEM**

| Top Pick | Buy | Hold | Sell | Not Rated |
|---|---|---|---|---|
| Desjardins' best investment ideas—stocks that offer the best risk/reward ratio and that are expected to significantly outperform their respective peer group* over a 12-month period | Stocks that are expected to outperform their respective peer group* over a 12-month period | Stocks that are expected to perform in line with their respective peer group* over a 12-month period | Stocks that are expected to underperform their respective peer group* over a 12-month period (includes recommendations to tender to a takeover offer) | Stock is being covered exclusively on an informational basis |

**RISK QUALIFIERS**

| Average Risk | Above-average Risk | Speculative |
|---|---|---|
| Risk represented by the stock is in line with its peer group* in terms of volatility, liquidity and earnings predictability | Risk represented by the stock is greater than that of its peer group* in terms of volatility, liquidity and earnings predictability | High degree of risk represented by the stock, marked by an exceptionally low level of predictability |

* Peer group refers to all of the companies that an analyst has under coverage and does not necessarily correspond to what would typically be considered an industry group. Where an analyst's coverage universe is such that 'relative' performance against a 'peer group' is not meaningful, the analyst will benchmark the rating against the most appropriate market index

---

**Distribution of ratings**

| Rating category | Desjardins rating | Desjardins coverage universe (# of stocks) | % distribution | Desjardins Investment Banking (# of stocks) | % distribution |
|---|---|---|---|---|---|
| Buy | Buy/Top Pick | 113 | 73 | 87 | 72 |
| Hold | Hold | 39 | 25 | 31 | 26 |
| Sell | Sell/Tender | 2 | 1 | 2 | 2 |
| **Total** | | **154** | **100** | **120** | **100** |

3

# Desjardins



**Toronto-Dominion Bank (The) Rating History as of 10-10-2024**

**Chart legend:** TP: Top Pick, B: Buy, H: Hold, S: Sell, NR: Not Rated, I: Company initiation, T: Transfer of coverage, S: Coverage suspended, DC: Coverage dropped

**Full disclosures for research of all companies covered by Desjardins Capital Markets can be viewed at https://desjardins.bluematrix.com/sellside/Disclosures.action.**

## LEGAL DISCLAIMERS

**Chart legend:** TP: Top Pick, B: Buy, H: Hold, S: Sell, NR: Not Rated, I: Company initiation, T: Transfer of coverage, S: Coverage suspended, DC: Coverage dropped

Each Desjardins Capital Markets research analyst named on the front page of this research publication, or at the beginning of any subsection hereof, hereby certifies that (i) the recommendations and opinions expressed herein accurately reflect such research analyst's personal views about the company and securities that are the subject of this publication and all other companies and securities mentioned in this publication that are covered by such research analyst, and (ii) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by such research analyst in this publication.

Desjardins Capital Markets^TM is a trademark used by Desjardins Securities Inc., Desjardins Securities International Inc. and Fédération des caisses Desjardins du Québec, wholly owned subsidiaries of Mouvement des caisses Desjardins.

### Dissemination of Research

Desjardins Capital Markets makes all reasonable effort to provide research simultaneously to all eligible clients. Research is available to our institutional clients via Bloomberg, FactSet, FirstCall Research Direct, Reuters and Thomson ONE. In addition, sales personnel distribute research to institutional clients via email, fax and regular mail.

### Additional Disclosures

Desjardins Capital Markets equity research analysts are compensated from revenues generated by various Desjardins Capital Markets businesses, including Desjardins Capital Markets' Investment Banking Department. Desjardins Capital Markets will, at any given time, have a long or short position or trade as principal in the securities discussed herein, related securities or options, futures, or other derivative instruments based thereon. The reader should not rely solely on this publication in evaluating whether or not to buy or sell the securities of the subject company. Desjardins Capital Markets expects to receive or will seek compensation for investment banking services within the next three months from all issuers covered by Desjardins Capital Markets Research.

### Legal Matters

This publication is issued and approved for distribution in Canada by Desjardins Securities Inc., a member of the Canadian Investment Regulatory Organization (CIRO) and a member of the Canadian Investor Protection Fund (CIPF). In the US, this publication is issued via the exemptive relief described in SEC Rule 15a-6, and through reliance on Desjardins Securities International Inc., a member of FINRA and SIPC.

This publication is provided for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this publication may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange rates. This publication does not take into account the investment objectives, financial situation or specific needs of any particular client of Desjardins Capital Markets. Before making an investment decision on the basis of any recommendation made in this publication, the recipient should consider whether such recommendation is appropriate, given the recipient's particular investment needs, objectives and financial circumstances. Desjardins Capital Markets suggests that, prior to acting on any of the recommendations herein, you contact one of our client advisors in your jurisdiction to discuss your particular circumstances. Since the levels and bases of taxation can change, any reference in this publication to the impact of taxation should not be construed as offering tax advice; as with any transaction

# Desjardins

having potential tax implications, clients should consult with their own tax advisors. Past performance is not a guarantee of future results.

This publication may contain statistical data cited from third party sources believed to be reliable, but Desjardins Capital Markets does not represent that any such third party statistical information is accurate or complete, and it should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this publication and are subject to change without notice.

**US institutional customers:** Desjardins Securities Inc. and Desjardins Securities International Inc. accept responsibility for the contents of this report, distributed by Desjardins Securities Inc., subject to the terms and limitations set out above. Securities offered in the United States are offered through Desjardins Securities International Inc., member of FINRA (www.finra.org) the US Securities and Exchange Commission and the SIPC. This communication and its contents are for institutional use only. Institutions receiving this report should effect transactions in securities in the report through Desjardins Securities International Inc.

Although each company issuing this publication is a wholly owned subsidiary of Mouvement des caisses Desjardins, each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation ("FDIC"), the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of Mouvement des caisses Desjardins, (iii) will not be endorsed or guaranteed by Mouvement des caisses Desjardins, and (iv) will be subject to investment risks, including possible loss of the principal invested.

The Desjardins trademark is used under licence.

© 2024 Desjardins Securities Inc. All rights reserved. Unauthorized use, distribution, duplication or disclosure without the prior written permission of Desjardins Securities is prohibited by law and may result in prosecution.

**OFFICES**

**Montreal**
1170 Peel Street
Suite 300
Montreal, Quebec H3B 0A9
(514) 987-1749

**Toronto**
25 York Street
Suite 1000
Toronto, Ontario M5J 2V5
(416) 607-3001

**Calgary**
110 9th Avenue SW
Suite 410
Calgary, Alberta T2P 0T1
(877) 532-6601

**Vancouver**
401 West Georgia Street
Suite 1050
Vancouver, British Columbia
V6B 5A1
(604) 656-2665