# EXHIBIT B

EQUITY RESEARCH


Capital Markets

RBC Dominion Securities Inc.
**Darko Mihelic**, CFA (Analyst)
(416) 842-4128, darko.mihelic@rbccm.com
**Eunseo Namkung**, CPA (Associate)
(416) 842-7804, eunseo.namkung@rbccm.com
**Michelle Li**, CPA, CA (Associate)
(416) 842-5638, michelle.li@rbccm.com

October 11, 2024

# The Toronto-Dominion Bank

## Adjusting to the worst-case scenario

**Our view:** TD reached a resolution on its U.S. BSA/AML issues, which included both monetary and non-monetary penalties, of which the most pertinent in our view is the asset cap that will restrain TD's growth efforts in the U.S. for a long time to come. We lower our rating to Sector Perform from Outperform and our price target to $82 from $88. We believe it will be difficult for TD to outperform its peers over the medium term, as it has limited strategic flexibility, lower earnings/dividend growth, and significant cultural change coming, leading to a relative valuation discount.

### Key points:

**On October 10, TD announced that it has reached a resolution related to issues surrounding its U.S. Bank Secrecy Act (BSA) and Anti-Money Laundering (AML) compliance programs with the OCC, U.S. Federal Reserve Board, FinCEN, and U.S. Department of Justice.**

The resolution primarily entails: a total payment of US$3.09 billion (TD already recorded provisions of US$3.05 billion to date); an indefinite asset cap on TD's two U.S. banking subsidiaries (TD Bank N.A. and TD Bank USA N.A.) of US$434 billion (total consolidated assets as of September 30, 2024) starting March 31, 2025, until lifted by the OCC; remediation of its AML program; prioritization of funding and staffing of the remediation, formal oversight of the remediation through a monitorship; and more stringent approval processes for new products, services, markets, and stores.

We update our model to mainly reflect: 1) the remaining US$43 million fine (for a total of US$3.09 billion) in place of our previously assumed US$1 billion additional AML provision in Q4/24; 2) a ~10% reduction in average assets for the purposes of net interest income in Q4/24 reflecting TD's anticipated 10% buffer to the asset cap; 3) higher NIM in Q2/25 and Q4/25 for TD's repositioning of its U.S. investment portfolio by selling and reinvesting low-yielding securities at higher yields; 4) US$1.5 billion after-tax one-time adjusting item in Corporate incurred evenly over the next two quarters for the repositioning of its balance sheet; 5) additional C$813 million operational risk RWA from the incremental US$43 million fine; and 6) reduced RWA growth starting in Q3/25. We have not restated risk and control infrastructure expenses previously recorded in Corporate in the U.S. Retail segment, but we begin reflecting these costs in the U.S. Retail segment going forward.

We note that there will likely be sizeable errors in our model update until we refine our assumptions following additional details from Q4/24 results and better guidance. Following these changes, our core EPS estimates decline by $0.58 to $8.32 (from $8.90) for 2025 and by $0.66 to $8.66 (from $9.32) for 2026. We lower our price target to $82 (from $88) and downgrade the shares to Sector Perform (from Outperform).

## Sector Perform (prev: Outperform)
TSX: TD; CAD 81.76; NYSE: TD
## Price Target CAD 82.00 ↓ 88.00

| WHAT'S INSIDE | | |
|---|---|---|
| ☑ Rating/Risk Change | | ☑ Price Target Change |
| ☐ In-Depth Report | | ☑ Est. Change |
| ☐ Preview | | ☑ News Analysis |

## Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 46.00 | 81.76 | 82.00 | 100.00 |
| | ↓ 39% | | ↑ 5% | ↑ 27% |

*Implied Total Returns

## Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 1,747.9 | Market Cap (MM): | 142,908 |
| Dividend: | 4.08 | Yield: | 5.0% |
| BVPS: | 57.61 | P/BVPS: | 1.42x |
| Tangible BVPS: | 45.80 | Cash ROE: | 14.1% |
| | | Avg. Daily Volume: | 11,108,710 |

## RBC Estimates

| FY Oct | 2023A | 2024E | 2025E | 2026E |
|---|---|---|---|---|
| **P/CEPS** | 10.3x | 10.4x | 9.8x | 9.4x |
| **EPS, Rpt Diluted** | 5.52 | 4.22 | 7.41 | 8.35 |
| Prev. | | | 8.59 | 9.01 |
| **P/Rpt EPS** | 14.8x | 19.4x | 11.0x | 9.8x |
| **EPS, cash Diluted** | 7.91 | 7.87 | 8.32 | 8.66 |
| Prev. | | | 8.04 | 8.90 | 9.32 |
| **Revenue** | 47.0 | 49.8 | 52.4 | 54.6 |
| Prev. | | | 50.2 | 53.7 | 56.0 |

| EPS, Rpt Diluted | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2023 | 0.82A | 1.69A | 1.53A | 1.48A |
| 2024 | 1.55A | 1.35A | (0.14)A | 1.46E |
| 2025 | 1.37E | 1.87E | 2.07E | 2.11E |
| Prev. | 2.13E | 2.00E | 2.23E | 2.23E |
| **EPS, cash Diluted** | | | | |
| 2023 | 2.23A | 1.91A | 1.95A | 1.82A |
| 2024 | 2.00A | 2.04A | 2.05A | 1.78E |
| Prev. | | | | 1.95E |
| 2025 | 2.04E | 1.95E | 2.15E | 2.18E |
| Prev. | 2.21E | 2.08E | 2.31E | 2.30E |

EPS, cash Diluted: Cash EPS is Core Cash
Revenue in CAD billions.
All values in CAD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).



# TD – Adjusting to the worst-case scenario

**On October 10, TD's U.S. subsidiaries reached a resolution with the Office of the Comptroller of the Currency (OCC), the U.S. Federal Reserve Board, and the Financial Crimes Enforcement Network (FinCEN) surrounding issues related to its U.S. Bank Secrecy Act (BSA) and anti-money laundering (AML) compliance programs.** Some of the pertinent points of the resolution include a total payment of US$3.09 billion (of which TD has already provisioned for US$3.05 billion); an indefinite asset cap on its U.S. retail businesses until lifted by the OCC; stringent approval processes for new bank products, services, and markets; and a monitorship. See Appendix I for the key details of the resolution.

We did not believe that TD would have an asset cap imposed, and discovering the magnitude of TD's lapses has altered our view. The scope and scale of the lapses were significant, as were the charges to which TD pleaded guilty. Management's credibility and reputation have been harmed, in our view, and will likely be reflected in a discounted valuation versus its peers for years to come.

The asset cap is indefinite, and our sense is that there is a minimum period of five years at best (the longest period of monitoring we heard from the U.S. Department of Justice briefing). This is a significant reduction in future potential earnings power.

Shorter-term, we see earnings downside in our model (where there is likely some degree of error not only because of many moving parts associated with the AML penalties but also because we are not quite out of the woods on credit quality either).

We update our model to reflect the remaining payment and the details of TD's AML remediation efforts, and our core EPS estimates decline by $0.58 to $8.32 (from $8.90) fo4 2025 and by $0.66 to $8.66 (from $9.32) for 2026. Our new core EPS estimates suggest core EPS growth of ~4% in 2026, tied with NA for the lowest core EPS growth in 2026.

We view 2026 as a better indicator of earnings potential, as the bank will largely be past these short-term AML-related costs and the balance sheet restructuring effects will be incorporated into run-rate earnings. **We lower our target multiple to 9.5x (from 9.9x), which applied to our 2026 core EPS estimate results in a new price target of $82 (previously $88).**

At some point, we anticipate that TD will have the balance sheet flexibility to engage in buybacks, but we do not model this at the moment. In fact, shorter-term, we see slower dividend growth (we reduce our dividend growth expectations).

**We downgrade TD shares to Sector Perform (from Outperform) based on the following factors:**

1. Low near-term earnings visibility and a likelihood of limited dividend growth

2. Slower long-term growth

3. Limited strategic flexibility

## Changes to our model

We update our model to reflect the monetary penalty and actions that TD is taking to remediate its AML issues, but there are various moving parts associated with these efforts, so we note that readers should expect modelling errors. Changes to our model include the following:

1. **Monetary penalty.** We remove the additional US$1 billion provision we had previously assumed for Q4/24 and we reflect the remaining US$43 million fine that TD will have to pay (TD is required to pay a total US$3.09 billion to the authorities, of which it has already provisioned for US$3.05 billion).

2. **U.S. loan growth.** TD is looking to have a 10% buffer to the current size of its U.S. retail balance sheet (the asset cap), and to reflect this, we assume an immediate ~10% reduction in loans in Q4/24. We note that a 10% buffer to the asset cap would result in a >10% decrease in average assets due to the impacts of carrying higher liquidity, but for simplicity purposes we have modelled a 10% reduction in loans in Q4/24. For the rest of our forecast period, we assume no loan growth in the U.S. Retail segment to reflect the impact of the asset cap. Changes to our loan growth assumptions have $0.83 and $1.14 negative impacts on our core EPS estimates for 2025 and 2026, respectively.

3. **U.S. net interest margin (NIM).** TD is repositioning its U.S. investment portfolio by selling its low-yielding investment securities and reinvesting the proceeds for higher yields; the loss associated with this will accrue back into earnings over the next three years, slightly weighted in the first and second years. We reflect the impacts of this repositioning by assuming that U.S. NIMs will expand in Q2/25 and again in Q4/25, and then stay at that level for the rest of our forecast period (we previously assumed that the U.S. NIM would remain relatively constant from Q1/25 onward).

4. **U.S. non-interest revenue (NIR).** We assume that NIR will remain constant for the next two quarters before achieving a small amount of growth (~1%) in Q2/25 in line with customer activity levels.

5. **Non-interest expenses.** We now reflect risk and control infrastructure expenses in the U.S. Retail segment (previously in the Corporate segment). We note that we are not sure whether TD intends to restate the Corporate and U.S. Retail segments for the risk and control costs that it has already incurred thus far in 2024, and hence we have not restated prior earnings numbers in our model for this change in geography.

6. **One-time costs for asset reduction and investment portfolio repositioning.** We include US$1.5 billion after-tax as a one-time adjusting item in the Corporate segment spread over the next two quarters, as TD expects to incur this cost for the asset reduction and investment portfolio repositioning.

7. **Risk-weighted assets (RWA).** We tweak our RWA growth assumptions lower for Q3/25 onward.

Exhibit 1 - Our current vs. prior estimates

| | Current Estimates | | | | Previous Estimates | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q4/24E | 2024E | 2025E | 2026E | Q4/24E | 2024E | 2025E | 2026E | Q4/24E | 2024E | 2025E | 2026E |
| Core EPS | $1.78 | $7.87 | $8.32 | $8.66 | $1.95 | $8.04 | $8.90 | $9.32 | ($0.16) | ($0.16) | ($0.58) | ($0.66) |
| CET 1 Ratio | 13.2% | 13.2% | 13.3% | 13.7% | 12.7% | 12.7% | 12.9% | 13.1% | 0.4% | 0.4% | 0.5% | 0.6% |

Source: Company reports, RBC Capital Markets estimates

## Valuations

We assume that TD's risk premium could approach BNS's level. Based on a forward ROE of 13%, this would imply a P/BVPs multiple of 1.25x, suggesting some downside from current levels (Exhibit 2).

Exhibit 2 - Downside valuation to TD

| C$MM unless otherwise indicated | Q4/24E | | |
| --- | --- | --- | --- |
| | Previous Estimates | Current Estimates | Change |
| Reported earnings to common shareholders | 2,550 | 2,549 | -2 |
| Reported EPS | $1.46 | $1.46 | ($0.00) |
| BVPS including AOCI | $58.04 | $58.04 | ($0.00) |
| CET 1 capital | 81,766 | 81,765 | -2 |
| RWA | 641,960 | 621,051 | -20,909 |
| CET 1 ratio | 12.7% | 13.2% | 0.4% |
| Most recent P/BVPS (including AOCI) (as of October 10, 2024)* | 1.41x | see table below | n/a |

| | |
| --- | --- |
| Stock price prior to latest media report (as of Oct 9, 2024) | $87.11 |
| Most recent stock price (as of Oct 10, 2024) | $81.76 |
| Most recent P/BVPS (as of Oct 10, 2024)* | 1.41x |
| Assumed downside stock price | $72.55 |
| Assumed downside P/BVPS multiple | 1.25x |
| **% of downside priced in**** | **36.8%** |

*Based on our Q4/24E BVPS (including AOCI) estimate.
**As of October 10, 2024, market close ET. Calculated as the change in stock price since October 9, 2024 (before the AML resolution was released) divided by the difference between our assumed downside stock price and the stock price on May 9, 2024.
Source: Company reports, FactSet, RBC Capital Markets estimates

**Capital Markets**

**RBC**®

# Appendix I – Pertinent details of the resolution

Exhibit 3 - Key details of the resolution

| Item | Details |
|---|---|
| **Total Payment** | Total US$3.09 billion, must be paid to the OCC, U.S. Federal Reserve Board, FinCEN, and the U.S. Department of Justice; the payment is largely covered by the total US$3.05 billion provision TD has already taken |
| **Asset Cap** | Total assets for TD's U.S. bank subsidiaries (TD Bank, NA and TD Bank USA, NA) cannot exceed US$434 billion beginning March 31, 2025<br><br>The asset cap will stay in place until the OCC removes it<br><br>This asset cap does not apply to TD Securities or TD's other global businesses |
| **Business Restrictions** | The bank cannot open a new branch (including a loan production office or deposit production office) or enter a new market without the OCC's no supervisory objection |
| **Monitorship** | Appointment of a compliance monitor/independent consultant to review and assess TD's BSA/AML program |

Source: OCC, Company reports, RBC Capital Markets



**The Toronto-Dominion Bank**

# Appendix II – Model summary and valuation table

## Exhibit 4 - TD Bank summary financial model

**RBC Capital Markets Equity Research**
**TD Bank - Model Summary**

| ($ millions, except for per share amounts) | 2022 | 2023 | 2024E | 2025E | 2026E | Q4/23 | Q1/24 | Q2/24 | Q3/24 | Q4/24E | Prior Estimates Q4/24E | 2024E | 2025E | 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net interest income | 27,307 | 30,394 | 29,895 | 29,740 | 31,086 | 7,558 | 7,545 | 7,529 | 7,641 | 7,180 | 7,530 | 30,245 | 30,942 | 32,325 |
| Net interest income - non-trading | 25,376 | 29,960 | 30,459 | 29,740 | 31,086 | 7,541 | 7,628 | 7,651 | 8,000 | 7,180 | 7,530 | 30,809 | 30,942 | 32,325 |
| Net interest income - trading | 1,931 | 434 | (564) | - | - | 17 | (83) | (122) | (359) | - | - | (564) | - | - |
| Non-interest income | 15,963 | 16,629 | 19,954 | 22,630 | 23,500 | 4,338 | 4,860 | 5,106 | 4,928 | 5,060 | 5,070 | 19,964 | 22,728 | 23,657 |
| Total revenues | 43,270 | 47,023 | 49,849 | 52,371 | 54,587 | 11,896 | 12,405 | 12,635 | 12,569 | 12,240 | 12,600 | 50,209 | 53,670 | 55,981 |
| Non-interest expense | 24,359 | 26,517 | 28,652 | 30,053 | 31,843 | 6,988 | 7,125 | 7,084 | 7,208 | 7,235 | 7,235 | 28,652 | 29,977 | 31,694 |
| Provision for credit losses | 1,067 | 2,933 | 4,146 | 4,313 | 4,249 | 878 | 1,001 | 1,071 | 1,072 | 1,002 | 1,044 | 4,188 | 4,492 | 4,438 |
| Pre-tax income | 17,844 | 17,573 | 17,050 | 18,006 | 18,495 | 4,030 | 4,279 | 4,480 | 4,289 | 4,002 | 4,320 | 17,368 | 19,201 | 19,849 |
| Tax Expense | 3,595 | 3,651 | 3,540 | 3,877 | 3,982 | 779 | 872 | 920 | 868 | 880 | 912 | 3,572 | 4,061 | 4,180 |
| Net Income | 14,249 | 13,922 | 13,510 | 14,128 | 14,513 | 3,251 | 3,407 | 3,560 | 3,421 | 3,122 | 3,408 | 13,796 | 15,140 | 15,669 |
| Total equity in Net Income of Schwab, net of taxes | 1,176 | 1,073 | 880 | 983 | 1,206 | 234 | 230 | 229 | 225 | 196 | 196 | 880 | 983 | 1,206 |
| Core net income | 15,425 | 14,995 | 14,390 | 15,112 | 15,719 | 3,485 | 3,637 | 3,789 | 3,646 | 3,318 | 3,604 | 14,676 | 16,124 | 16,876 |
| Preferred dividends | 259 | 563 | 534 | 565 | 573 | 196 | 74 | 190 | 69 | 201 | 201 | 534 | 565 | 573 |
| Net Income to common shareholders and minority interests | 15,166 | 14,432 | 13,856 | 14,547 | 15,146 | 3,289 | 3,563 | 3,599 | 3,577 | 3,117 | 3,403 | 14,142 | 15,558 | 16,303 |
| Minority interests | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Core cash net income to common shareholders | 15,166 | 14,432 | 13,856 | 14,547 | 15,146 | 3,289 | 3,563 | 3,599 | 3,577 | 3,117 | 3,403 | 14,142 | 15,558 | 16,303 |
| **Income statement - per share data** | | | | | | | | | | | | | | |
| Reported EPS | 9.47 | 5.52 | 4.22 | 7.41 | 8.35 | 1.48 | 1.55 | 1.35 | (0.14) | 1.46 | 1.46 | 4.22 | 8.59 | 9.01 |
| Core Cash EPS | 8.36 | 7.91 | 7.87 | 8.32 | 8.66 | 1.82 | 2.00 | 2.04 | 2.05 | 1.78 | 1.95 | 8.04 | 8.90 | 9.32 |
| Dividends per share | 3.56 | 3.84 | 4.08 | 4.20 | 4.33 | 0.96 | 1.02 | 1.02 | 1.02 | 1.02 | 1.02 | 4.08 | 4.37 | 4.67 |
| Dividend payout ratio (core) | 43% | 49% | 52% | 51% | 50% | 53% | 51% | 50% | 50% | 57% | 52% | 51% | 49% | 50% |
| Dividend payout ratio (reported) | 38% | 70% | 97% | 57% | 52% | 65% | 66% | 76% | -713% | 70% | 70% | 97% | 51% | 52% |
| Average fully diluted shares | 1,813.5 | 1,824.4 | 1,759.9 | 1,748.6 | 1,748.6 | 1,807.8 | 1,778.2 | 1,764.1 | 1,748.6 | 1,748.6 | 1,748.6 | 1,759.9 | 1,748.6 | 1,748.6 |
| **Divisional income statement - (core cash)** | | | | | | | | | | | | | | |
| Canadian Personal and Commercial Banking | 6,558 | 6,688 | 7,179 | 6,867 | 6,869 | 1,679 | 1,785 | 1,739 | 1,872 | 1,783 | 1,783 | 7,179 | 6,867 | 6,869 |
| U.S. Retail (excluding TD Ameritrade/Schwab) | 4,430 | 4,884 | 4,088 | 3,147 | 3,223 | 1,072 | 1,023 | 1,089 | 1,113 | 863 | 1,149 | 4,374 | 4,799 | 5,000 |
| TD Ameritrade/Schwab | 1,075 | 939 | 704 | 795 | 1,018 | 197 | 194 | 183 | 178 | 149 | 149 | 704 | 795 | 1,018 |
| Wealth Management and Insurance | 2,423 | 2,001 | 2,010 | 3,248 | 3,500 | 492 | 555 | 621 | 430 | 404 | 404 | 2,010 | 3,248 | 3,500 |
| Wholesale Banking | 1,339 | 1,115 | 1,518 | 1,630 | 1,699 | 178 | 298 | 441 | 377 | 402 | 402 | 1,518 | 1,630 | 1,699 |
| Corporate | (391) | (632) | (1,110) | (576) | (591) | (133) | (218) | (284) | (324) | (284) | (284) | (1,110) | (1,216) | (1,211) |
| Other (incl. preferreds) | (259) | (563) | (534) | (565) | (573) | (196) | (74) | (190) | (69) | (201) | (201) | (534) | (565) | (573) |
| Total | 15,175 | 14,432 | 13,856 | 14,547 | 15,146 | 3,289 | 3,563 | 3,599 | 3,577 | 3,117 | 3,403 | 14,142 | 15,558 | 16,303 |
| **Credit data** | | | | | | | | | | | | | | |
| Stage 1 PCLs | 144 | 292 | (201) | 88 | 93 | (33) | (262) | 40 | (1) | 22 | 22 | (201) | 92 | 98 |
| Stage 2 PCLs | (508) | (264) | 649 | 24 | 24 | 191 | 329 | 162 | 152 | 6 | 7 | 650 | 28 | 30 |
| Stage 1 & 2 (Performing) PCLs | (370) | 24 | 448 | 113 | 117 | 159 | 67 | 201 | 152 | 28 | 29 | 449 | 120 | 127 |
| Stage 3 (Impaired) PCLs | 1,437 | 1,661 | 3,699 | 4,200 | 4,132 | 719 | 934 | 870 | 920 | 975 | 1,015 | 3,739 | 4,371 | 4,311 |
| Total provision for credit losses | 1,067 | 2,933 | 4,146 | 4,313 | 4,249 | 878 | 1,001 | 1,071 | 1,072 | 1,002 | 1,044 | 4,188 | 4,492 | 4,438 |
| Total PCL ratio | 0.14% | 0.34% | 0.45% | 0.45% | 0.43% | 0.39% | 0.44% | 0.47% | 0.46% | 0.43% | 0.44% | 0.45% | 0.46% | 0.42% |
| Gross impaired loans | 3,032 | 3,207 | | | | 3,299 | 3,709 | 3,895 | 4,170 | | | | | |
| Allowance for credit losses | 5,032 | 5,296 | | | | 8,185 | 8,265 | 8,547 | 8,834 | | | | | |
| Net impaired loans | (2,000) | (2,089) | | | | (4,886) | (4,556) | (4,652) | (4,664) | | | | | |
| NIL ratio | (0.29)% | (0.30)% | | | | (0.54)% | (0.50)% | (0.50)% | (0.49)% | | | | | |
| **Profitability** | | | | | | | | | | | | | | |
| Domestic Retail NIM | 2.57% | 2.77% | 2.86% | 2.81% | 2.75% | 2.78% | 2.84% | 2.84% | 2.81% | 2.81% | 2.81% | 2.86% | 2.81% | 2.75% |
| Core banking NIM | 1.73% | 1.89% | 1.91% | 1.83% | 1.82% | 1.93% | 1.93% | 1.92% | 1.98% | 1.79% | 1.84% | 1.92% | 1.83% | 1.80% |
| Return on tangible common equity | 19.6% | 17.5% | 17.1% | 17.5% | 16.8% | 16.0% | 17.4% | 17.6% | 17.6% | 15.4% | 16.8% | 17.5% | 18.4% | 17.7% |
| Pre-tax pre-provision earnings-core (non-teb) | 18,911 | 20,506 | 21,197 | 22,318 | 22,744 | 4,908 | 5,280 | 5,551 | 5,361 | 5,005 | 5,365 | 21,557 | 23,692 | 24,287 |
| Pre-tax pre-provision ROA (% of average assets) | 1.04% | 1.07% | 1.09% | 1.12% | 1.08% | 1.0% | 1.1% | 1.1% | 1.1% | 1.0% | 1.1% | 1.1% | 1.1% | 1.1% |
| Return on assets - core | 0.84% | 0.75% | 0.71% | 0.73% | 0.72% | 0.68% | 0.73% | 0.74% | 0.72% | 0.63% | 0.68% | 0.72% | 0.75% | 0.74% |
| Return on risk weighted assets - core | 2.93% | 2.53% | 2.23% | 2.23% | 2.22% | 2.34% | 2.46% | 2.42% | 2.34% | 2.01% | 2.16% | 2.20% | 2.24% | 2.21% |
| Return on equity | 15.9% | 14.2% | 13.7% | 13.9% | 13.6% | 12.9% | 14.1% | 14.5% | 14.1% | 12.2% | 13.3% | 14.0% | 14.7% | 14.4% |
| Efficiency ratio | 56.3% | 56.4% | 57.5% | 57.4% | 58.3% | 58.7% | 57.4% | 56.1% | 57.3% | 59.1% | 57.4% | 57.1% | 55.9% | 56.6% |
| **Balance sheet** | | | | | | | | | | | | | | |
| Assets | 1,917,528 | 1,955,139 | 1,936,270 | 2,036,894 | 2,153,793 | 1,955,139 | 1,910,892 | 1,966,668 | 1,967,181 | 1,936,270 | 2,003,647 | 2,003,647 | 2,129,824 | 2,270,702 |
| Risk weighted assets | 517,048 | 571,161 | 621,051 | 653,483 | 681,463 | 571,161 | 579,424 | 602,825 | 610,482 | 621,051 | 641,960 | 641,960 | 693,439 | 739,306 |
| Gross loans | 837,475 | 903,083 | 931,269 | 979,665 | 1,035,889 | 903,083 | 911,601 | 935,669 | 946,136 | 931,269 | 963,675 | 963,675 | 1,024,361 | 1,092,118 |
| Common shareholders equity | 100,130 | 101,218 | 101,454 | 107,064 | 114,098 | 101,218 | 101,582 | 101,479 | 100,688 | 101,454 | 101,456 | 101,456 | 108,838 | 116,430 |
| Tangible common equity | 80,977 | 80,815 | 80,821 | 86,431 | 93,466 | 80,815 | 81,665 | 80,938 | 80,056 | 80,821 | 80,823 | 80,823 | 88,206 | 95,798 |
| Avg common equity | 95,326 | 101,555 | 100,881 | 104,421 | 111,444 | 100,998 | 100,269 | 101,137 | 100,677 | 101,443 | 101,444 | 100,882 | 105,943 | 113,524 |
| Book value per share | 55.00 | 56.56 | 58.04 | 61.25 | 65.28 | 56.56 | 57.34 | 57.69 | 57.61 | 58.04 | 58.04 | 58.04 | 62.27 | 66.61 |
| Tangible book value per share | 44.48 | 45.13 | 46.24 | 49.45 | 53.47 | 45.13 | 46.08 | 46.01 | 45.80 | 46.24 | 46.24 | 46.24 | 50.46 | 54.81 |
| Common equity Tier 1 ratio | 16.2% | 14.4% | 13.2% | 13.4% | 13.9% | 14.4% | 13.9% | 13.4% | 12.8% | 13.2% | 12.7% | 12.7% | 12.9% | 13.1% |
| Tier 1 capital ratio | 18.3% | 16.2% | 14.9% | 15.0% | 15.4% | 16.2% | 15.7% | 15.1% | 14.6% | 14.9% | 14.4% | 14.4% | 14.4% | 14.5% |
| Total capital ratio | 20.7% | 18.1% | 16.6% | 16.6% | 17.0% | 18.1% | 17.6% | 17.1% | 16.3% | 16.6% | 16.0% | 16.0% | 15.9% | 15.9% |
| **Other items** | | | | | | | | | | | | | | |
| Tax rate | 20.1% | 20.8% | 20.8% | 21.5% | 21.5% | 19.3% | 20.4% | 20.5% | 20.2% | 22.0% | 21.1% | 20.6% | 21.1% | 21.1% |
| Total trading revenues (teb) | 1,823 | 3,032 | 3,121 | 3,326 | 3,326 | 811 | 871 | 626 | 792 | 832 | 832 | 3,121 | 3,326 | 3,326 |

Source: Company reports, RBC Capital Markets estimates



**The Toronto-Dominion Bank**

### Exhibit 5 - Banks valuation table

| | Ticker | Stock Price per share | Mkt Cap (Bln) | BVPS | P/BV | TBVPS | P/TBV | ROE 2021 | 2022 | 2023 | 2024E | 2025E | 2026E | Operating EPS 2021 | 2022 | 2023 | 2024E | 2025E | 2026E | EPS Growth 21/20 | 22/21 | 23/22 | 24/23 | 25/24 | 26/25 | P/E Ratio 2021 | 2022 | 2023 | 2024E | 2025E | 2026E | Ind. Div $/share | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Canadian Banks (CAD) - RBCCM estimates** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank of Montreal | BMO | $ 125.31 | $ 91.4 | 102.05 | 1.23x | 74.82 | 1.67x | 16.7% | 15.2% | 12.6% | 10.4% | 10.4% | 11.9% | 12.96 | 13.23 | 11.81 | 10.19 | 10.57 | 12.70 | 68.1% | 2.1% | -10.7% | -13.7% | 3.7% | 20.2% | 9.7x | 9.5x | 10.6x | 12.3x | 11.9x | 9.9x | 6.20 | 4.9% |
| Bank of Nova Scotia | BNS | $ 71.51 | $ 88.5 | 58.78 | 1.22x | 45.07 | 1.59x | 15.0% | 15.7% | 11.6% | 11.4% | 12.5% | 13.3% | 7.87 | 8.50 | 6.48 | 6.61 | 7.55 | 8.57 | 46.9% | 8.0% | -23.8% | 2.1% | 14.3% | 13.4% | 9.1x | 8.4x | 11.0x | 10.8x | 9.5x | 8.3x | 4.24 | 5.9% |
| CIBC | CM | $ 81.94 | $ 77.4 | 55.66 | 1.47x | 48.06 | 1.70x | 16.7% | 13.8% | 14.2% | 13.6% | 13.0% | 13.3% | 7.23 | 7.05 | 6.73 | 7.34 | 7.55 | 8.25 | 49.3% | -2.6% | -4.6% | 9.1% | 2.9% | 9.2% | 11.3x | 11.6x | 12.2x | 11.2x | 10.9x | 9.9x | 3.60 | 4.4% |
| National Bank | NA | $ 128.73 | $ 43.8 | 64.64 | 1.99x | 57.83 | 2.23x | 20.7% | 18.8% | 16.8% | 16.9% | 16.5% | 15.2% | 8.87 | 9.61 | 9.46 | 10.47 | 11.28 | 11.75 | 40.8% | 8.4% | -1.6% | 10.7% | 7.7% | 4.2% | 14.5x | 13.4x | 13.6x | 12.3x | 11.4x | 11.0x | 4.40 | 3.4% |
| [1] Royal Bank of Canada | RY | $ 167.03 | $ 236.4 | 81.28 | 2.06x | 64.08 | 2.61x | 18.8% | 16.6% | 15.5% | n/a | n/a | n/a | 11.19 | 11.19 | 11.19 | n/a | n/a | n/a | 40.4% | 0.0% | 0.0% | n/a | n/a | n/a | 14.9x | 14.9x | 14.9x | n/a | n/a | n/a | 5.68 | 3.4% |
| TD Bank | TD | $ 81.76 | $ 142.9 | 57.61 | 1.42x | 45.80 | 1.79x | 15.9% | 15.9% | 14.2% | 13.7% | 14.0% | 13.7% | 7.91 | 8.36 | 7.91 | 7.87 | 8.32 | 8.66 | 47.5% | 5.7% | -5.4% | -0.5% | 5.7% | 4.1% | 10.3x | 9.8x | 10.3x | 10.4x | 9.8x | 9.4x | 4.08 | 5.0% |
| Canadian Western | CWB | $ 54.88 | $ 5.3 | 38.52 | 1.42x | 35.24 | 1.56x | 11.8% | 10.8% | 10.4% | 8.6% | 8.7% | 9.3% | 3.81 | 3.62 | 3.58 | 3.23 | 3.48 | 3.89 | 30.2% | -5.0% | -1.1% | -9.9% | 7.8% | 11.9% | 14.4x | 15.2x | 15.3x | 17.0x | 15.8x | 14.1x | 1.40 | 2.6% |
| Laurentian Bank | LB | $ 26.29 | $ 1.2 | 56.97 | 0.46x | 54.91 | 0.48x | 8.3% | 9.3% | 7.7% | 6.2% | 6.4% | 7.2% | 4.57 | 5.19 | 4.52 | 3.63 | 3.75 | 4.34 | 56.2% | 13.5% | -12.9% | -19.7% | 3.4% | 15.6% | 5.7x | 5.1x | 5.8x | 7.2x | 7.0x | 6.1x | 1.88 | 7.2% |
| **Median Big Six** | | | | | 1.45x | | 1.74x | 16.7% | 15.8% | 14.2% | 13.6% | 13.0% | 13.3% | | | | | | | 47.2% | 3.9% | -5.0% | 2.1% | 5.7% | 9.2% | 10.8x | 10.7x | 11.6x | 11.2x | 10.9x | 9.9x | | 4.7% |
| **U.S. Money Centre Banks and Investment Dealers (USD) - Consensus estimates** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank of America | BAC | $ 39.97 | $ 310.2 | 34.39 | 1.16x | 25.26 | 1.58x | 12.4% | 10.6% | 8.7% | 9.5% | 10.1% | 11.1% | 3.57 | 3.19 | 3.42 | 3.25 | 3.68 | 4.23 | 90.9% | -10.6% | 7.2% | -5.0% | 13.2% | 14.8% | 11.2x | 12.5x | 11.7x | 12.3x | 10.9x | 9.5x | 1.04 | 2.6% |
| Citigroup | C | $ 63.48 | $ 121.1 | 99.70 | 0.64x | 87.53 | 0.73x | 11.4% | 7.5% | 3.7% | 5.8% | 6.9% | 7.6% | 10.61 | 6.81 | 5.59 | 5.71 | 7.24 | 8.82 | nmf | -35.8% | -17.9% | 2.1% | 26.9% | 21.8% | 6.0x | 9.3x | 11.4x | 11.1x | 8.8x | 7.2x | 2.24 | 3.5% |
| Goldman Sachs | GS | $ 503.72 | $ 159.1 | 337.52 | 1.49x | 315.74 | 1.60x | 23.0% | 10.5% | 9.9% | 11.5% | 12.4% | 12.8% | 59.45 | 30.06 | 22.87 | 36.58 | 41.61 | 46.38 | nmf | -49.4% | -23.9% | 59.9% | 13.8% | 11.5% | 8.5x | 16.8x | 22.0x | 13.8x | 12.1x | 10.9x | 12.00 | 2.4% |
| JP Morgan Chase | JPM | $ 212.84 | $ 605.6 | 111.29 | 1.91x | 91.73 | 2.32x | 18.3% | 13.7% | 17.4% | 16.6% | 14.2% | 14.3% | 15.36 | 12.09 | 16.78 | 17.61 | 16.80 | 18.21 | 73.0% | -21.3% | 38.8% | 4.9% | -4.6% | 8.4% | 13.9x | 17.6x | 12.7x | 12.1x | 12.7x | 11.7x | 5.00 | 2.3% |
| Morgan Stanley | MS | $ 108.08 | $ 174.9 | 56.80 | 1.90x | 42.30 | 2.56x | 15.3% | 11.1% | 10.7% | 12.2% | 12.8% | 13.7% | 8.22 | 6.36 | 5.46 | 6.95 | 7.59 | 8.38 | 24.9% | -22.6% | -14.2% | 27.3% | 9.2% | 10.3% | 13.1x | 17.0x | 19.8x | 15.6x | 14.2x | 12.9x | 3.70 | 3.4% |
| **Median** | | | | | 1.49x | | 1.60x | 15.3% | 10.6% | 9.9% | 11.5% | 12.4% | 12.8% | | | | | | | 73.0% | -22.6% | -14.2% | 4.9% | 13.2% | 11.5% | 11.2x | 16.8x | 12.7x | 12.3x | 12.1x | 10.9x | | 2.6% |
| **U.S. Large Cap Regionals (USD) - Consensus estimates** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Truist Financial | TFC | $ 42.49 | $ 56.9 | 42.71 | 0.99x | 28.60 | 1.49x | 9.6% | 10.2% | -3.8% | 8.3% | 8.9% | 9.7% | 5.53 | 4.96 | 3.59 | 3.61 | 4.00 | 4.70 | 45.5% | -10.3% | -27.6% | 0.6% | 10.8% | 17.5% | 7.7x | 8.6x | 11.8x | 11.8x | 10.6x | 9.0x | 2.08 | 4.9% |
| Fifth Third | FITB | $ 42.67 | $ 28.9 | 25.13 | 1.70x | 17.75 | 2.40x | 12.9% | 13.2% | 13.2% | 12.7% | 13.0% | 13.9% | 3.81 | 3.44 | 3.61 | 3.30 | 3.58 | 4.05 | 77.2% | -9.8% | 5.0% | -8.6% | 8.3% | 13.3% | 11.2x | 12.4x | 11.8x | 12.9x | 11.9x | 10.5x | 1.48 | 3.5% |
| KeyCorp | KEY | $ 16.84 | $ 15.9 | 13.03 | 1.29x | 10.07 | 1.67x | 15.9% | 13.6% | 6.1% | 8.4% | 10.9% | 12.0% | 2.65 | 1.94 | 1.11 | 1.10 | 1.58 | 1.77 | nmf | -26.8% | -42.8% | -0.9% | 43.2% | 12.4% | 6.4x | 8.7x | 15.2x | 15.3x | 10.7x | 9.5x | 0.82 | 4.9% |
| US Bancorp | USB | $ 44.94 | $ 70.1 | 31.65 | 1.42x | 22.10 | 2.03x | 16.0% | 11.9% | 10.3% | 12.0% | 12.2% | 12.7% | 5.10 | 4.45 | 4.31 | 3.85 | 4.22 | 4.67 | 66.7% | -12.7% | -3.1% | -10.7% | 9.5% | 10.8% | 8.8x | 10.1x | 10.4x | 11.7x | 10.7x | 9.6x | 2.00 | 4.5% |
| Wells Fargo | WFC | $ 57.75 | $ 196.6 | 45.91 | 1.26x | 38.48 | 1.50x | 12.3% | 7.7% | 11.1% | 10.7% | 10.8% | 11.8% | 4.95 | 4.38 | 5.16 | 5.10 | 5.48 | 6.50 | nmf | -11.5% | 17.8% | -1.2% | 7.5% | 18.6% | 11.7x | 13.2x | 11.2x | 11.3x | 10.5x | 8.9x | 1.60 | 2.8% |
| PNC Financial | PNC | $ 183.37 | $ 72.9 | 116.70 | 1.57x | 88.52 | 2.07x | 10.0% | 11.4% | 10.9% | 11.3% | 11.7% | 12.1% | 14.18 | 13.96 | 14.10 | 13.10 | 14.80 | 16.69 | -16.4% | -1.6% | 1.0% | -7.1% | 13.0% | 12.8% | 12.9x | 13.1x | 13.0x | 14.0x | 12.4x | 11.0x | 6.40 | 3.5% |
| M&T Bancorp | MTB | $ 179.08 | $ 29.9 | 153.57 | 1.17x | 102.23 | 1.75x | 11.4% | 9.6% | 9.0% | 9.2% | 9.8% | 10.5% | 14.11 | 14.42 | 16.67 | 14.23 | 16.05 | 18.00 | 40.8% | 2.2% | 15.6% | -14.7% | 12.8% | 12.1% | 12.7x | 12.4x | 10.7x | 12.6x | 11.2x | 9.9x | 5.40 | 3.0% |
| **Median** | | | | | 1.29x | | 1.75x | 12.3% | 11.4% | 10.3% | 10.7% | 10.9% | 12.0% | | | | | | | 45.5% | -10.3% | 1.0% | -7.1% | 10.8% | 12.8% | 11.2x | 12.4x | 11.8x | 12.6x | 10.7x | 9.6x | | 3.5% |
| **U.S. Custodian Banks (USD) - Consensus estimates** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| State Street | STT | $ 89.34 | $ 26.7 | 74.50 | 1.20x | 44.56 | 2.00x | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 11.5% | 7.44 | 7.41 | 7.66 | 8.19 | 8.94 | 10.25 | 11.0% | -0.4% | 3.4% | 6.9% | 9.2% | 14.7% | 12.0x | 12.1x | 11.7x | 10.9x | 10.0x | 8.7x | 3.04 | 3.4% |
| Bank of New York Mellon | BK | $ 74.45 | $ 54.9 | 49.46 | 1.51x | 23.66 | 3.15x | 8.9% | 6.3% | 8.9% | 11.3% | 11.8% | 12.6% | 4.14 | 4.59 | 5.05 | 5.64 | 6.27 | 7.05 | 3.2% | 10.9% | 10.0% | 11.7% | 11.2% | 12.4% | 18.0x | 16.2x | 14.7x | 13.2x | 11.9x | 10.6x | 1.88 | 2.5% |
| Northern Trust | NTRS | $ 91.09 | $ 18.4 | 62.76 | 1.45x | 58.99 | 1.54x | 12.6% | 11.0% | 12.3% | 12.9% | 12.1% | 12.3% | 7.13 | 7.11 | 6.25 | 7.05 | 7.09 | 7.66 | 22.4% | -0.3% | -12.1% | 12.8% | 0.6% | 8.0% | 12.8x | 12.8x | 14.6x | 12.9x | 12.8x | 11.9x | 3.00 | 3.3% |
| **Median** | | | | | 1.45x | | 2.00x | 11.5% | 11.0% | 11.5% | 11.5% | 11.8% | 12.3% | | | | | | | 11.0% | -0.3% | 3.4% | 11.7% | 9.2% | 12.4% | 12.8x | 12.8x | 14.6x | 12.9x | 11.9x | 10.6x | | 3.3% |

Priced as of October 10, 2024 market close ET.

(1) RBC Dominion Securities Inc. is a direct wholly owned subsidiary of Royal Bank of Canada and, as such, is a related issuer of Royal Bank of Canada.

RBC Capital Markets estimates for Canadian banks only include ROE and EPS. Other banks' estimates are sourced from Bloomberg.

Source: RBC Capital Markets estimates, Bloomberg estimates (U.S. Banks), Reuters, Company reports

**In all jurisdictions where RBC conducts business, we do not offer investment advice on Royal Bank. Certain regulations prohibit member firms from soliciting orders and offering investment advice or opinions on their own stock. References to Royal Bank are for informational purposes only and are not intended as a direct or implied recommendation for investing in Royal Bank and all related securities.**



# Key fundamental questions

**Our view**

**What is your view on the bank's capital position?**

TD's CET 1 ratio in 12.8% (down 60 bps QoQ) as of Q3/24, below our estimate, mainly driven by the US$2.6 billion provision recorded related to its U.S. AML issues. On August 21, TD sold 40.5 million Schwab shares, which it expects will have a positive 54 bps impact on its Q4/24 CET 1 ratio, partially offset by a negative 35 bps impact from increased operational risk due to the provision. TD does not intend to repurchase any additional shares under the current NCIB, which expired on August 30 (TD repurchased ~79% of 90 million shares authorized under its NCIB), and we reflect this in our model. On October 10, 2024, TD announced that it has reached a resolution of its U.S. BSA/AML issues; TD must make a total payment of ~US$3.09 billion (TD already provisioned for US$3.05 billion), and after adjusting our estimates for U.S. P&C and Corporate, we model a Q4/24 CET 1 ratio of 13.2%, up 40 bps QoQ.

**What is the outlook for the U.S.?**

On October 10, 2024, TD announced that it has reached a resolution of its U.S. BSA/AML issues, which includes a total payment of ~US$3.09 billion and an asset cap on TD's two U.S. banking subsidiaries of ~US$434 billion (total assets at September 30, 2024). In Q3/24, TD recorded a US$2.6 million provision related to the matter (a total of US$3 billion thus far), and we model an incremental US$44 million provision in Q4/24 to top up for the total payment amount. The cease-and-desist order from the OCC also includes a monitorship, which we believe could restrain TD's ability to grow in the U.S. The segment will be impacted by balance sheet restructuring (asset reduction, repositioning investment portfolio) and risk and control costs (previously in Corporate) largely impacting earnings in 2025, which will be a transition year for the bank; we model ~2% earnings growth in 2026.

**What is the outlook for expenses and efficiency?**

In Q3/24, TD completed its restructuring program, which it announced in Q4/23, incurring $929 million (pre-tax) in restructuring costs in total. TD is fixing and upgrading its U.S. risk and control infrastructure, and we reflect our cost estimates in the U.S. Retail segment (we are unsure whether TD intends to restate Q1–Q3/24 Corporate and U.S. Retail earnings to reflect the change in geography). We model ~8% non-interest expense growth (versus TD's guidance of high-single digits for the year, increased from its previous target of mid-single-digit growth). We estimate an efficiency ratio of 57.5% in 2024 (up 110 bps YoY), increasing to 58.3% in 2026.

**What is the outlook for the Canada P&C segment?**

Canada P&C earnings were $1,872 million in Q3/24, up ~8% QoQ and ~13% YoY, above our estimate. The Canada P&C NIM contracted 3 bps QoQ to 2.81% and average loan growth was 6.0% YoY in the quarter, versus 7.0% YoY last quarter. We assume that Canada P&C earnings will decrease ~4% in 2025, mainly reflecting ~33% growth in PCLs, and we model flat earnings growth in 2026. Due to the AML remediation efforts that TD will have to embark on in the U.S. over the next few years, we believe that TD may place a greater emphasis on growth in Canada.

**What is the outlook for credit?**

In Q3/24, TD had total provisions for credit losses (PCLs) of $1,072 million (relatively flat QoQ), close to our forecast. Impaired PCLs increased ~6% QoQ to $920 million, below our estimate. Performing PCLs were $152 million, above our estimate. TD continues to guide to a total PCL ratio of 40–50 bps for 2024, and we model a total PCL ratio of 45 bps in 2024. We expect the total PCL ratio to peak in H1/25, and we estimate a total PCL ratio of 45 bps in 2025 and 43 bps in 2026.



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

In its 2023 Sustainability Report, TD outlined the material ESG topics identified from its 2022 materiality assessment (the 2023 review did not reveal a significant departure from 2022). Material topics are based on two conditions: the potential to have an impact on TD's business and the degree to which TD's business activities have the potential to have an impact externally. The key impact areas are grouped into: environmental (climate change), social (diversity, equity, and inclusion; financial access and inclusion; and talent attraction, development, and retention), and sustainable finance. On October 10, 2024, TD reached a resolution on its U.S. BSA/AML issues; we believe that these issues may suggest a potential lack of focus on the governance portion of "ESG".

**Does the company integrate ESG considerations into its strategy?**

TD has used the Global Reporting Initiative (GRI) framework for sustainability reporting since 2007 and reports in alignment with the voluntary GRI Standards (2021) and the Sustainability Accountability Standards Board (SASB). In 2020, TD announced the Climate Action Plan (aligned to the associated principles of the Paris Agreement), which sets a target of net-zero emissions across operations and financing activities by 2050. Through the TD Ready Commitment (launched in 2018), TD is targeting $1 billion in community giving and employee engagement by 2030. In March 2023, TD established a target of $500 billion in sustainable and decarbonization business activities by 2030, and it contributed 69.5+ billion in 2023.

**What is diversity like at the board/ management level?**

In 2023, 44% of directors on TD's board were women (also 44% in 2022), above the target of at least 30–40%. In 2023, 56% of directors voluntarily self-identified as a visible minority, a person of Indigenous or Aboriginal heritage, LGBTQ2+, or a person with a disability. Women represented 20.7% of top management (also 20.7% in 2022) and 36.4% of senior management (35.1% in 2022) globally in 2023.

**Are management incentivized around ESG issues?**

TD's bank executive compensation program rewards executives for successfully executing the bank's strategy, which includes ESG-related elements. ESG is included in executive compensation through the calculation of the business performance factor (BPF) and in the evaluation of individual performance. In 2021, TD formally incorporated additional ESG metrics into the executive compensation framework for the senior executive team. Customer experience and other ESG metrics represent 20% of the weighting of annual business metrics in the BPF and include metrics related to climate change, diversity and inclusion, and employee engagement.

**OSFI's draft B-15 guideline on climate risk management introduced a possible requirement for FRFIs to hold additional capital for climate-related risks. How onerous could this requirement be and is it possible that it puts TD at a disadvantage globally?**

TD has made various sustainability efforts but hasn't suggested that it has started to build capital for climate-related risks. TD has a strong capital ratio, but the capital buffer may require TD to hold more capital. OSFI issued guideline B-15 on March 7, 2023, which will be effective fiscal year-end 2024 for D-SIBs. The capital and liquidity adequacy guidelines require FRFIs to maintain sufficient capital and liquidity buffers for climate-related risks by incorporating them into risk-assessment processes, but the guideline does not yet outline how much buffer is required.



## Target/Upside/Downside Scenarios

### The Toronto-Dominion Bank



Source: Bloomberg and RBC Capital Markets estimates for Target

### Valuation

Our 12-month price target of $82, which supports our Sector Perform rating, is based on a P/E multiple of 9.5x our 2026E core cash EPS estimate. Our target multiple is near the middle of the 9.0–10.5x target range that we use for the large Canadian banks, as we now believe that TD's U.S. strategy to partly grow by acquisition is challenged since an asset cap has been imposed on its U.S. subsidiaries as part of its U.S. BSA/AML issues resolution, though it has the highest level of capital to deploy and Schwab shares as capital buffer if needed.

### Upside scenario

Our 12-month upside valuation of $100 is based on a P/E multiple of 11.5x our 2026E core cash EPS. The higher multiple in our upside scenario is based on an assumption of better-than-expected economic outlook in North America, improvements in capital markets and wealth management earnings, a clear U.S. P&C strategy, and a more normalized interest rate environment, which would lead to higher expected ROEs across the bank group.

### Downside scenario

Our 12-month downside valuation of $46 is based on a P/B multiple of 0.8x book value. Our downside scenario is based on a deep and long recessionary environment in North America, which we expect would lead to increased unemployment, deterioration in credit quality, revenue growth, and balance sheet strength, resulting in lower valuations across the bank group.

## Investment summary

**We have a Sector Perform rating on TD shares:**

- **Capital:** As of Q3/24, TD's CET 1 ratio decreased 60 bps QoQ to 12.8%, below our estimate, mainly reflecting a provision of US$2.6 billion (~C$3.6 billion) related to its U.S. Bank Secrecy Act (BSA)/AML issues announced on August 21. In Q4/24, TD expects a positive 54 bps impact from the sale of 40.5 million Schwab shares, partially offset by a negative 35 bps impact from the increase in operational risk from the provision. TD repurchased 13.3 million common shares in Q3/24 under its NCIB to repurchase 90 million shares (~79% of the NCIB has been repurchased in total), which expired on August 30. We do not model TD to repurchase any shares under its NCIB in Q4/24. We expect a 13.2% capital ratio in Q4/24, up 40 bps QoQ.

- **Canada P&C:** We believe that TD has a strong Canada P&C franchise, and we continue to view TD as a bank with a strong "deposit franchise" with greater access to relatively lower-cost sources of funding. Canada P&C earnings increased ~8% QoQ to $1,872 million in Q3/24, above our estimate. Canada P&C loan growth was 6.0% YoY in Q3/24, versus 7.0% YoY last quarter. We assume that earnings will decline ~4% in 2025 and then remain relatively flat in 2026. We believe that an asset cap in the U.S. may prompt TD to pursue more aggressive growth efforts in Canada.

- **U.S. P&C:** U.S. P&C earnings (excluding Schwab) were up ~2% QoQ but down ~5% YoY to $1,113 million in Q3/24, below our estimate. The U.S. P&C NIM expanded 3 bps QoQ to 3.02%. Average loan growth (in US$) was 5.3% YoY versus 7.5% YoY growth last quarter, while U.S. peers that we track for TD had a 2.5% YoY loan decrease in the second calendar quarter. The segment will be impacted by balance sheet restructuring (asset reduction, repositioning investment portfolio) and risk and control costs (previously in Corporate) largely impacting 2025 earnings; we model ~2% earnings growth in 2026.

### Risks to rating and price target

Risks to our price target and rating include the health of the overall economy, sustained deterioration in the capital markets environment, the Canadian and U.S. housing market, a failure of government programs, litigation and tax assessment risk, and greater-than-anticipated impact from off-balance-sheet commitments. Additional risks include regulatory and political risk including tax rates, acquisition and integration risk, weakening retail credit quality, and loss of domestic market share.



## Company description

TD Bank Financial Group is Canada's second-largest bank by market capitalization.

# Required disclosures

## Non-U.S. analyst disclosure

One or more research analysts involved in the preparation of this report (i) may not be registered/qualified as research analysts with the NYSE and/or FINRA and (ii) may not be associated persons of the RBC Capital Markets, LLC and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for The Toronto-Dominion Bank in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from The Toronto-Dominion Bank in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates expects to receive or intends to seek compensation for investment banking services from The Toronto-Dominion Bank in the next three months.

RBC Capital Markets, LLC makes a market in the securities of The Toronto-Dominion Bank.

RBC Dominion Securities Inc. makes a market in the securities of The Toronto-Dominion Bank.

Royal Bank of Canada, together with its affiliates, beneficially owns 1 percent or more of a class of the equity securities of The Toronto-Dominion Bank.

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from The Toronto-Dominion Bank during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-investment banking securities-related services to The Toronto-Dominion Bank.

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from The Toronto-Dominion Bank during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-securities services to The Toronto-Dominion Bank.

RBC Capital Markets has provided The Toronto-Dominion Bank with non-investment banking securities-related services in the past 12 months.

RBC Capital Markets has provided The Toronto-Dominion Bank with non-securities services in the past 12 months.

A household member of a Research Analyst involved in the preparation of this Research Report is employed by and receives compensations from TD Asset Management Inc.; and holds a long position in the common shares of The Toronto-Dominion Bank.

**Capital Markets**

**RBC**®

A household member or members of the analyst team hold(s) or exercise(s) investment discretion over a long position in the common shares of The Toronto-Dominion Bank.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings RBC Capital Markets, Equity Research As of 30-Sep-2024 | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| BUY [Outperform] | 858 | 57.39 | 290 | 33.80 |
| HOLD [Sector Perform] | 599 | 40.07 | 153 | 25.54 |
| SELL [Underperform] | 38 | 2.54 | 3 | 7.89 |



References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List. As of April 3, 2023, U.S. RBC Wealth Management's quarterly reports will serve as the primary communication for its models and will highlight any changes to the model made during the quarter.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**The Toronto-Dominion Bank**
### Valuation
Our 12-month price target of $82, which supports our Sector Perform rating, is based on a P/E multiple of 9.5x our 2026E core cash EPS estimate. Our target multiple is near the middle of the 9.0–10.5x target range that we use for the large Canadian banks, as we now believe that TD's U.S. strategy to partly grow by acquisition is challenged since an asset cap has been imposed on its U.S. subsidiaries as part of its U.S. BSA/AML issues resolution, though it has the highest level of capital to deploy and Schwab shares as capital buffer if needed.

### Risks to rating and price target
Risks to our price target and rating include the health of the overall economy, sustained deterioration in the capital markets environment, the Canadian and U.S. housing market, a failure of government programs, litigation and tax assessment risk, and greater-than-anticipated impact from off-balance-sheet commitments. Additional risks include regulatory and political risk including tax rates, acquisition and integration risk, weakening retail credit quality, and loss of domestic market share.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

**RBC Capital Markets**

## Dissemination of research

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Research Reports on the Firm's proprietary INSIGHT website, via email and via third-party vendors. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of Quick Takes can be viewed at RBC Insight.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch, Royal Bank of Canada, Singapore Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets'' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**

This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**

This publication has been approved by RBC Dominion Securities Inc.(member CIRO). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**

This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general

October 11, 2024

**Darko Mihelic, CFA** (416) 842-4128; darko.mihelic@rbccm.com    14

The Toronto-Dominion Bank

**Capital Markets**

distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**
This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To persons receiving this from Royal Bank of Canada, Hong Kong Branch:**
This document is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission. This document is not for distribution in Hong Kong, to investors who are not "professional investors", as defined in the Securities and Futures Ordinance (Cap. 571 of Hong Kong) and any rules made under that Ordinance. This document has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. Past performance is not indicative of future performance. WARNING: The contents of this document have not been reviewed by any regulatory authority in Hong Kong. Investors are advised to exercise caution in relation to the investment. If you are in doubt about any of the contents of this document, you should obtain independent professional advice.

**To persons receiving this from Royal Bank of Canada, Singapore Branch:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This publication is not for distribution in Singapore, to investors who are not "accredited investors" and "institutional investors", as defined in the Securities and Futures Act 2001 of Singapore. This publication has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2024 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2024 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2024
Copyright © Royal Bank of Canada 2024
All rights reserved