# EXHIBIT C

# TD Bank Group Reports Third Quarter 2023 Results

**Report to Shareholders** • *Three and nine months ended July 31, 2023*

---

The financial information in this document is reported in Canadian dollars and is based on the Bank's unaudited Interim Consolidated Financial Statements and related Notes prepared in accordance with International Financial Reporting Standards (IFRS) as issued by the International Accounting Standards Board (IASB), unless otherwise noted.

Reported results conform to generally accepted accounting principles (GAAP), in accordance with IFRS. Adjusted measures are non-GAAP financial measures. For additional information about the Bank's use of non-GAAP financial measures, refer to "Non-GAAP and Other Financial Measures" in the "How We Performed" section of this document.

---

THIRD QUARTER FINANCIAL HIGHLIGHTS, compared with the third quarter last year:
- Reported diluted earnings per share were $1.57, compared with $1.75.
- Adjusted diluted earnings per share were $1.99, compared with $2.09.
- Reported net income was $2,963 million, compared with $3,214 million.
- Adjusted net income was $3,731 million, compared with $3,813 million.

YEAR-TO-DATE **FINANCIAL HIGHLIGHTS, nine months ended July 31, 2023, compared with the corresponding period last year:**
- Reported diluted earnings per share were $4.11, compared with $5.85.
- Adjusted diluted earnings per share were $6.16, compared with $6.18.
- Reported net income was $7,896 million, compared with $10,758 million.
- Adjusted net income was $11,638 million, compared with $11,360 million.

THIRD QUARTER ADJUSTMENTS (ITEMS OF NOTE)
The third quarter reported earnings figures included the following items of note:
- **Amortization of acquired intangibles of $88 million ($75 million** after-tax **or 4 cents per share), compared with $58 million ($52 million** after-tax **or 3 cents per share) in the third quarter last year.**
- **Acquisition and integration charges related to the Schwab transaction of $54 million ($44 million** after-tax **or 2 cents per share), compared with $23 million ($20 million** after-tax **or 1 cent per share) in the third quarter last year.**
- **Acquisition and integration-related charges for acquisitions, including current period winddown costs of the terminated First Horizon transaction, of $227 million ($168 million** after-tax **or 9 cents per share), compared with $29 million ($22 million** after-tax **or 1 cent per share) in the third quarter last year.**
- **Payment related to the termination of the First Horizon transaction of $306 million ($306 million** after-tax **or 17 cents per share).**
- Impact of strategy to mitigate interest rate volatility to closing capital related to the terminated First Horizon transaction:
  - **Net loss of $114 million ($86 million** after-tax **or 5 cents per share), compared with $678 million ($505 million** after-tax **or 28 cents per share) in the third quarter last year.**
  - **After termination of the merger agreement, net loss of $63 million ($48 million** after-tax **or 3 cents per share).**
- **Impact of retroactive tax legislation on payment card clearing services of $57 million ($41 million** after-tax **or 2 cents per share).**

**TORONTO**, August 24, 2023 – TD Bank Group ("TD" or the "Bank") today announced its financial results for the third quarter ended July 31, 2023. Reported earnings were $3.0 billion, down 8% compared with the third quarter last year, and adjusted earnings were $3.7 billion, down 2%.

"TD delivered strong revenue growth in the quarter and demonstrated the value of its diversified business mix in a challenging economic environment," said Bharat Masrani, Group President and Chief Executive Officer, TD Bank Group. "Investments across our business further strengthened the Bank's ability to deliver legendary experiences to more than 27 million customers."

Canadian Personal and Commercial Banking delivered strong results on continued loan and deposit growth
Canadian Personal and Commercial Banking net income was $1,655 million, a decline of 1% compared to the third quarter last year. The decrease primarily reflects higher provisions for credit losses (PCL), partially offset by revenue growth. Revenue was $4,570 million, an increase of 7%, reflecting volume growth and higher margins. The segment delivered its eighth consecutive quarter of positive operating leverage.

Canadian Personal and Commercial Banking maintained its position as a leading core deposit franchise, driven in part by strong account openings, including a record quarter for New to Canada account openings. Strong credit card customer acquisition and continued loan growth in personal and business banking also contributed to the segment's momentum. This quarter, TD further enhanced its collaboration with global brands including its sponsorship of the Toronto Blue Jays. The Toronto Blue Jays added the TD shield to their iconic jersey and the Bank is developing exclusive in-game benefits for TD credit cardholders. In addition, TD's Canadian mobile banking app was ranked "Highest in Customer Satisfaction" by J.D. Power in recognition of overall customer satisfaction for navigation, speed, visual appeal, and content.[1]

The U.S. Retail Bank delivered strong loan growth and resilient personal and business deposits
U.S. Retail reported net income of $1,314 million, a decrease of 9% (12% in U.S. dollars) compared with the third quarter last year. On an adjusted basis, net income was $1,377 million, a decline of 6% (9% in U.S. dollars). Reported net income included acquisition and integration-related charges for the terminated First Horizon Corporation ("First Horizon") transaction of $84 million or US$63 million ($63 million or US$48 million after-tax). TD Bank's investment in The Charles Schwab Corporation ("Schwab") contributed $191 million in earnings, a decrease of 34% (37% in U.S. dollars) compared with the third quarter last year.

The U.S. Retail Bank, which excludes the Bank's investment in Schwab, reported net income of $1,123 million (US$842 million), a decrease of 3% (a decrease of 6% in U.S. dollars) from the third quarter last year, primarily reflecting higher non-interest expenses and higher PCL, partially offset by higher revenue. On an

---

[1]  J.D. Power 2023 Canada Banking Mobile App Satisfaction Study; 2023 CIBC and TD Canada Trust rank highest in a tie in banking mobile app satisfaction, each with a score of 641. Visit jdpower.com/business/awards for more details

Toronto Dominion Bank / 6-K / EX-99.1 / August 24, 2023                    PDF page 1                    Powered by BamSEC.com

adjusted basis, net income was $1,186 million (US$890 million), an increase of 1% (a decrease of 3% in U.S. dollars) from the third quarter last year, due to higher revenue which was partially offset by higher expenses, and higher PCL as credit conditions continue to normalize.

The U.S. Retail Bank delivered another strong quarter, with personal loan growth of 11%, and business loan growth of 9%, reflecting new customer acquisition and deepening relationships in core franchise businesses. Total personal and business deposit balances remained resilient in a challenging environment, further strengthened by strong account acquisition in chequing and term deposits.

TD Bank, America's Most Convenient Bank® (TD AMCB) now serves over 10 million customers, including those being served by three new stores in low- and moderate-income areas in Charlotte, North Carolina and Tampa, Florida, reflective of TD's commitment to reinvesting in communities. This quarter TD AMCB continued to execute on its wealth strategy, renovating existing stores to better facilitate advice conversations with customers. TD AMCB was also recognized with the top score of 100 in the 2023 Disability Equality Index for the ninth consecutive year and TD Auto Finance was proud to be ranked "Highest in Dealer Satisfaction among Non-Captive Lenders with Prime Credit" for the fourth consecutive year in the J.D. Power 2023 U.S. Dealer Financing Satisfaction Study.[2]

Wealth Management and Insurance delivered strong operating momentum
Wealth Management and Insurance net income was $504 million, a decrease of 12% compared with the third quarter last year, reflecting the impact of more severe weather-related events and lower transaction revenue in Wealth Management. Revenue increased 1% in the quarter, demonstrating the strength of the segment's diversified business model, as higher insurance revenue and net interest income helped offset the impact of trading normalization.

This quarter, the Wealth Management business continued to gain market share, with TD Financial Planning expanding the fastest among the Big 5 Banks,[3] and TD Asset Management extending its position as the leading Canadian Institutional asset manager.[4] TD Direct Investing maintained its #1 position across key categories, including Total Accounts, Revenue, Trades, and Assets Under Administration, with record growth in share of gross new accounts.[5] TD Insurance opened its 25th Auto Centre location, further extending its competitive advantage through legendary customer experiences in a market impacted by supply chain and inflationary pressures.

Strong performance and growth across Wholesale Banking including TD Cowen
Wholesale Banking reported net income for the quarter was $272 million, relatively flat compared to the third quarter last year. This reflects record revenue and higher non-interest expenses, which include acquisition and integration costs, and reflects the first full quarter of revenues from TD Cowen. On an adjusted basis, net income was $377 million, an increase of $106 million, or 39%. Revenue increased 46%, reflecting the benefits of the Cowen Inc. acquisition as well as growth in Global Markets and Corporate and Investment Banking.

The integration of the Cowen Inc. acquisition, which closed on March 1, 2023, remains on track and will accelerate Wholesale Banking's U.S. dollar growth strategy. The combined organization delivers an expanded product and service offering, increased depth in key business lines, greater scale and high-quality talent.

Capital
TD's Common Equity Tier 1 Capital ratio was 15.2%.

Conclusion
"As we look ahead, TD is in a position of strength, with a growing franchise and a strong capital position," added Masrani. "I'd like to thank our more than 95,000 TD bankers across our global footprint for continuing to deliver on our purpose to enrich the lives of our customers, colleagues and communities every day."

The foregoing contains forward-looking statements. Please refer to the "Caution Regarding Forward-Looking Statements" on page 4.

---

[2] J.D. Power 2023 U.S. Dealer Financing Satisfaction Study. Visit jdpower.com/business/awards for more details
[3] Big 5 Banks defined as The Toronto-Dominion Bank, Royal Bank of Canada, Bank of Montreal, Bank of Nova Scotia and Canadian Imperial Bank of Commerce. Investor Economics | A division of ISS Market Intelligence. Mass Affluent Service Models, December 2022
[4] Investor Economics | A division of ISS Market Intelligence. Money Manager Advisory Service Spring 2023
[5] Investor Economics | A division of ISS Market Intelligence. Retail Brokerage and Distribution Quarterly Update, Spring 2023

The following table presents the Bank's basic and diluted earnings per share for the three and nine months ended July 31, 2023 and July 31, 2022.

### Basic and Diluted Earnings Per Share

| (millions of Canadian dollars, except as noted) | For the three months ended | | For the nine months ended | |
| --- | --- | --- | --- | --- |
| | July 31 2023 | July 31 2022 | July 31 2023 | July 31 2022 |
| **Basic earnings per share** | | | | |
| Net income attributable to common shareholders | $ 2,889 | $ 3,171 | $ 7,529 | $ 10,606 |
| Weighted-average number of common shares outstanding (millions) | 1,834.8 | 1,804.5 | 1,827.9 | 1,810.0 |
| **Basic earnings per share** (Canadian dollars) | $ 1.57 | $ 1.76 | $ 4.12 | $ 5.86 |
| **Diluted earnings per share** | | | | |
| Net income attributable to common shareholders | $ 2,889 | $ 3,171 | $ 7,529 | $ 10,606 |
| Net income available to common shareholders including impact of dilutive securities | 2,889 | 3,171 | 7,529 | 10,606 |
| Weighted-average number of common shares outstanding (millions) | 1,834.8 | 1,804.5 | 1,827.9 | 1,810.0 |
| Effect of dilutive securities | | | | |
| Stock options potentially exercisable (millions)[1] | 1.5 | 2.6 | 2.0 | 3.3 |
| Weighted-average number of common shares outstanding – diluted (millions) | 1,836.3 | 1,807.1 | 1,829.9 | 1,813.3 |
| **Diluted earnings per share** (Canadian dollars)[1] | $ 1.57 | $ 1.75 | $ 4.11 | $ 5.85 |

[1] For the three and nine months ended July 31, 2023, the computation of diluted earnings per share excluded average options outstanding of 4.9 million and 4.4 million, respectively, with a weighted-average exercise price of $92.89 and $93.16, respectively, as the option price was greater than the average market price of the Bank's common shares. For the three and nine months ended July 31, 2022, the computation of diluted earnings per share excluded average options outstanding of 2.4 million and 2.0 million, respectively, with an exercise price of $95.33, as the option price was greater than the average market price of the Bank's common shares.

---

### NOTE 18:  CONTINGENT LIABILITIES

Other than as described below, there have been no new significant events or transactions as previously identified in Note 27 of the Bank's 2022 Annual Consolidated Financial Statements.

LEGAL AND REGULATORY MATTERS
In the ordinary course of business, the Bank and its subsidiaries are involved in various legal and regulatory actions, including but not limited to civil claims and lawsuits, regulatory examinations, investigations, audits, and requests for information by governmental, regulatory and self-regulatory agencies and law enforcement authorities in various jurisdictions, in respect of our businesses and compliance programs. The Bank establishes provisions when it becomes probable that the Bank will incur a loss and the amount can be reliably estimated. The Bank also estimates the aggregate range of reasonably possible losses (RPL) in its legal and regulatory actions (that is, those which are neither probable nor remote), in excess of provisions. As at July 31, 2023, the Bank's RPL is from zero to approximately $1.29 billion (October 31, 2022 – from zero to approximately $1.26 billion). The Bank's provisions and RPL represent the Bank's best estimates based upon currently available information for actions for which estimates can be made, but there are a number of factors that could cause the Bank's provisions and/or RPL to be significantly different from its actual or RPL. For example, the Bank's estimates involve significant judgment due to the varying stages of the proceedings, the existence of multiple defendants in many proceedings whose share of liability has yet to be determined, the numerous yet-unresolved issues in many of the proceedings, some of which are beyond the Bank's control and/or involve novel legal theories and interpretations, the attendant uncertainty of the various potential outcomes of such proceedings, and the fact that the underlying matters will change from time to time. In addition, some actions seek very large or indeterminate damages.

The Bank has been responding to formal and informal inquiries from regulatory authorities and law enforcement concerning its Bank Secrecy Act/anti-money laundering compliance program, both generally and in connection with specific clients, counterparties or incidents in the US, including in connection with an investigation by the United States Department of Justice. The Bank is cooperating with such authorities and is pursuing efforts to enhance its Bank Secrecy Act/anti-money laundering compliance program. While the ultimate outcomes of these inquiries and investigations are unknown at this time, the Bank anticipates monetary and/or non-monetary penalties to be imposed.

*Stanford Litigation* – In the US *Rotstain v. Trustmark National Bank*, *et al.* action, on February 24, 2023, the Bank reached a settlement in principle (the "settlement" or "agreement") pursuant to which the Bank agreed to pay US$1.205 billion to Ralph S. Janvey, solely in his capacity as the court-appointed receiver for the Stanford Receivership Estate, to resolve claims brought by the Official Stanford Investors Committee and the plaintiffs in the *Rotstain v. Trustmark National Bank, et al.* and *Smith v. Independent Bank, et al.* actions. As a result of this agreement, the Bank recorded a provision of approximately $1.6 billion pre-tax ($1.2 billion after-tax) in the first quarter of 2023. Under the terms of the agreement, all involved parties have agreed to a bar order dismissing and releasing all current or future claims arising from or related to Stanford.

On March 7, 2023, the parties finalized their settlement agreement, and on March 8, 2023, the plaintiffs filed a motion to approve the settlement in the multi-district litigation court in the Northern District of Texas. On March 14, 2023, that Court preliminarily found that the terms of the settlement agreement are adequate, fair, reasonable, and equitable. On August 8, 2023, the Court granted the plaintiffs' motion to approve the settlement and issued the bar order. The bar order and settlement approval remain subject to appeal.

A case regarding the same facts was also brought in Ontario by the Joint Liquidators of Stanford International Bank Ltd. appointed by the Eastern Caribbean Supreme Court, under the title *McDonald v. The Toronto-Dominion Bank*. That action was dismissed by the Ontario Superior Court of Justice on June 8, 2021, following a trial earlier in 2021. On November 17, 2022, the Court of Appeal for Ontario issued a unanimous written decision which dismissed the appeal and affirmed the trial decision. On July 20, 2023, the Supreme Court of Canada dismissed an application for leave to appeal by the Joint Liquidators. As a result, the Canadian proceeding has now ended.

In management's opinion, based on its current knowledge and after consultation with counsel, the ultimate disposition of these actions, individually or in the aggregate, will not have a material adverse effect on the consolidated financial condition or the consolidated cash flows of the Bank. However, because of the factors listed above, as well as other uncertainties inherent in litigation and regulatory matters, there is a possibility that the ultimate resolution of legal or regulatory actions may be material to the Bank's consolidated results of operations for any particular reporting period.

Toronto Dominion Bank / 6-K / EX-99.1 / August 24, 2023                    PDF page 79                    Powered by BamSEC.com