**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, LEOVIGILDO SALOM, KELVIN VI LUAN TRAN, and RIAZ E. AHMED,<br><br>Defendants. | Case No. 1:24-cv-08032-AS<br><br>CLASS ACTION |
| PEDRO GONZALEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, KELVIN VI LUAN TRAN, RIAZ E. AHMED, and LEOVIGILDO SALOM,<br><br>Defendants. | Case No. 1:24-cv-09445-AS<br><br>CLASS ACTION |

**DECLARATION OF JOSEPH A. FONTI IN SUPPORT OF PEDRO GONZALEZ'S MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Joseph A. Fonti, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of Pedro Gonzalez's Memorandum of Law in Opposition to the Competing Motion for Appointment as Lead Plaintiff.

2.    Attached as Exhibit A are true and correct copies of the following documents:

EXHIBIT A:    A series of press releases published by Movant James Tiessen's counsel between December 11, 2024 and December 18, 2024, adopting the broader Class Period of March 7, 2022 to October 9, 2024 alleged in *Gonzalez v. The Toronto-Dominion Bank*, No. 1:24-cv-09445-AS (S.D.N.Y.).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of January 2025.

 */s/ Joseph A. Fonti*
Joseph A. Fonti

2