# EXHIBIT A

# LSEG

# The Toronto-Dominion Bank Sued for Securities Law Violations - Investors Should Contact Levi & Korsinsky for More Information - TD - Accesswire

11 Dec 2024 08:46:52 PM

**NEW YORK, NY / ACCESSWIRE / December 11, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116098&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116098&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSLdg8Wa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

**LSEG**

# Lost Money on The Toronto-Dominion Bank(TD)? Join Class Action Suit Seeking Recovery – Contact Levi & Korsinsky - Accesswire

11 Dec 2024 09:16:21 PM

**NEW YORK, NY / ACCESSWIRE / December 11, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116107&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116107&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSsx1SBa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

**LSEG**

# The Toronto-Dominion Bank Sued for Securities Law Violations - Investors Should Contact Levi & Korsinsky Before December 21, 2024 to Discuss Your Rights - TD - Accesswire

12 Dec 2024 01:30:21 PM

**NEW YORK, NY / ACCESSWIRE / December 12, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116240&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116240&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP


View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSl1r8Ta

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## Class Action Filed Against The Toronto-Dominion Bank (TD) Seeking Recovery for Investors - Contact Levi & Korsinsky - Accesswire

12 Dec 2024 12:15:30 PM

**NEW YORK, NY / ACCESSWIRE / December 12, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116214&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116214&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACS2mmb2a

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## The Toronto-Dominion Bank Securities Fraud Class Action Lawsuit Pending: Contact Levi & Korsinsky Before December 21, 2024 to Discuss Your Rights - TD - Accesswire

12 Dec 2024 11:30:32 AM

**NEW YORK, NY / ACCESSWIRE / December 12, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116208&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116208&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSC4Wvwa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

**LSEG**

# Investors in The Toronto-Dominion Bank Should Contact Levi & Korsinsky Before December 21, 2024 to Discuss Your Rights - TD - Accesswire

12 Dec 2024 07:25:47 AM

**NEW YORK, NY / ACCESSWIRE / December 12, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116137&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116137&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP


View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACS9gllBa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## Levi & Korsinsky Reminds Shareholders of a Lead Plaintiff Deadline of December 21, 2024 in TD Lawsuit – TD - Accesswire

12 Dec 2024 10:15:26 PM

**NEW YORK, NY / ACCESSWIRE / December 12, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116322&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116322&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSSX36Ra

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

# TD LAWSUIT ALERT: Levi & Korsinsky Notifies The Toronto-Dominion Bank Investors of a Class Action Lawsuit and Upcoming Deadline - Accesswire

12 Dec 2024 08:45:07 PM

**NEW YORK, NY / ACCESSWIRE / December 12, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116314&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116314&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSv6llxa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

# The Toronto-Dominion Bank Sued for Securities Law Violations - Investors Should Contact Levi & Korsinsky Before December 21, 2024 to Discuss Your Rights - TD - Accesswire

13 Dec 2024 12:45:28 PM

**NEW YORK, NY / ACCESSWIRE / December 13, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116484&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116484&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSFhwFZa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## Levi & Korsinsky Reminds Shareholders of a Lead Plaintiff Deadline of December 21, 2024 in TD Lawsuit - TD - Accesswire

13 Dec 2024 07:55:37 AM

**NEW YORK, NY / ACCESSWIRE / December 13, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116368&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116368&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP


View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSTglq4a

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## December 21, 2024 Deadline: Contact Levi & Korsinsky to Join Class Action Suit Against TD - Accesswire

13 Dec 2024 07:31:08 AM

**NEW YORK, NY / ACCESSWIRE / December 13, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116359&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116359&wire=1 to learn about

your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP


View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSXTJhGa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## Levi & Korsinsky Reminds The Toronto-Dominion Bank Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of December 21, 2024 - TD - PR Newswire

13 Dec 2024 05:45:02 AM

 Sentiment: Mostly Negative

PR Newswire

NEW YORK, Dec. 13, 2024

NEW YORK, Dec. 13, 2024 /PRNewswire/ -- Levi & Korsinsky, LLP notifies investors in **The Toronto-Dominion Bank** ("TD" or the "Company") (NYSE: TD) of a class action securities lawsuit.



**CLASS DEFINITION:** The lawsuit seeks to recover losses on behalf of TD investors who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024. Follow the link below to get more information and be contacted by a member of our team:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116169&wire=4

**TD** investors may also contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."   The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD during the relevant time frame, you have until **December 21, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**NO COST TO YOU:** If you are a class member, you may be entitled to compensation without payment of any out-of-pocket costs or fees. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com

View original content to download multimedia:https://www.prnewswire.com/news-releases/levi--korsinsky-reminds-the-toronto-dominion-bank-investors-of-the-pending-class-action-lawsuit-with-a-lead-plaintiff-deadline-of-december-21-2024--td-302330802.html

SOURCE Levi & Korsinsky, LLP

Copyright (c) 2024 PR Newswire Association,LLC. All Rights Reserved.

Keywords: LEVI-Td-Bank-Lawsuit

nPn7qqPs8a

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

**LSEG**

# TD LAWSUIT ALERT: Levi & Korsinsky Notifies The Toronto-Dominion Bank Investors of a Class Action Lawsuit and Upcoming Deadline - Accesswire

13 Dec 2024 04:00:24 PM

**NEW YORK, NY / ACCESSWIRE / December 13, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116511&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116511&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP


View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACS98RLNa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## Class Action Filed Against The Toronto-Dominion Bank (TD) Seeking Recovery for Investors – Contact Levi & Korsinsky - Accesswire

14 Dec 2024 06:25:13 PM

**NEW YORK, NY / ACCESSWIRE / December 14, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116566&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116566&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP


View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACS0lljfa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## Levi & Korsinsky Notifies Shareholders of The Toronto-Dominion Bank(TD) of a Class Action Lawsuit and an Upcoming Deadline - Accesswire

14 Dec 2024 09:00:13 PM

**NEW YORK, NY / ACCESSWIRE / December 14, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116596&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116596&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP


View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACStf7V8a

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## Levi & Korsinsky Notifies Shareholders of The Toronto-Dominion Bank(TD) of a Class Action Lawsuit and an Upcoming Deadline - Accesswire

15 Dec 2024 08:07:24 AM

**NEW YORK, NY / ACCESSWIRE / December 15, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116616&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116616&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSSwN79a

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

**LSEG**

# The Toronto-Dominion Bank Sued for Securities Law Violations - Contact Levi & Korsinsky Before December 21, 2024 to Discuss Your Rights - TD - Accesswire

15 Dec 2024 09:02:41 PM

**NEW YORK, NY / ACCESSWIRE / December 15, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116734&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116734&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP


View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSQ4vLra

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# L S E G

# The Toronto-Dominion Bank Sued for Securities Law Violations - Contact Levi & Korsinsky Before December 21, 2024 to Discuss Your Rights - TD - Accesswire

16 Dec 2024 06:18:13 AM

**NEW YORK, NY / ACCESSWIRE / December 16, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116738&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116738&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSlx1nNa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

Toronto-Dominion Bank | News Monitor

# LSEG

# Levi & Korsinsky Announces the Filing of a Securities Class Action on Behalf of The Toronto-Dominion Bank(TD) Shareholders - Accesswire

16 Dec 2024 08:02:48 AM

**NEW YORK, NY / ACCESSWIRE / December 16, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116779&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116779&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP


View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSYBymWa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

**LSEG**

# The Toronto-Dominion Bank Sued for Securities Law Violations - Investors Should Contact Levi & Korsinsky Before December 21, 2024 to Discuss Your Rights - TD - Accesswire

16 Dec 2024 07:32:14 AM

**NEW YORK, NY / ACCESSWIRE / December 16, 2024 /** If you suffered a loss on your **The Toronto-Dominion Bank** (NYSE:TD) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116750&wire=1

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against The Toronto-Dominion Bank that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."

The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116750&wire=1 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSGF9Wma

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## Levi & Korsinsky Notifies Shareholders of The Toronto-Dominion Bank(TD) of a Class Action Lawsuit and an Upcoming Deadline - PR Newswire

17 Dec 2024 05:45:04 AM

Sentiment:
Mostly Negative

PR Newswire

NEW YORK, Dec. 17, 2024

NEW YORK, Dec. 17, 2024 /PRNewswire/ -- Levi & Korsinsky, LLP notifies investors in **The Toronto-Dominion Bank** ("TD" or the "Company") (NYSE: TD) of a class action securities lawsuit.



**CLASS DEFINITION:** The lawsuit seeks to recover losses on behalf of TD investors who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024. Follow the link below to get more information and be contacted by a member of our team:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116796&wire=4

**TD** investors may also contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500.

**CASE DETAILS:** According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."   The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

**WHAT'S NEXT?** If you suffered a loss in TD during the relevant time frame, you have until **December 21, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**NO COST TO YOU:** If you are a class member, you may be entitled to compensation without payment of any out-of-pocket costs or fees. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com

View original content to download multimedia:https://www.prnewswire.com/news-releases/levi--korsinsky-notifies-shareholders-of-the-toronto-dominion-banktd-of-a-class-action-lawsuit-and-an-upcoming-deadline-302333116.html

SOURCE Levi & Korsinsky, LLP

Copyright (c) 2024 PR Newswire Association,LLC. All Rights Reserved.

Keywords: LEVI-Investigates-TD

nPnnNWxCa

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## Contact Levi & Korsinsky by December 21, 2024 Deadline to Join Class Action Against The Toronto-Dominion Bank(TD) - Plus Company Updates (PCU)

17 Dec 2024 08:54:02 AM

NEW YORK: Levi & Korsinsky, LLP has issued the following news release:

Levi & Korsinsky, LLP notifies investors in The Toronto-Dominion Bank ("TD" or the "Company") (NYSE: TD) of a class action securities lawsuit.

CLASS DEFINITION: The lawsuit seeks to recover losses on behalf of TD investors who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024. Follow the link below to get more information and be contacted by a member of our team:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116417&wire=3

TD investors may also contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500.

CASE DETAILS: According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering." The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

WHAT'S NEXT? If you suffered a loss in TD during the relevant time frame, you have until December 21, 2024 to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

NO COST TO YOU: If you are a class member, you may be entitled to compensation without payment of any out-of-pocket costs or fees. There is no cost or obligation to participate.

WHY LEVI & KORSINSKY: Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

Copyright (c) 2024 Right Vision Media

urn:newsml:newsroom.refinitiv.com:20241217:nNRAuu1s4g:0

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.

# LSEG

## Levi & Korsinsky Reminds The Toronto-Dominion Bank Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of December 21, 2024 - TD - Plus Company Updates (PCU)

18 Dec 2024 01:31:20 AM

Levi & Korsinsky Reminds The Toronto-Dominion Bank Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of December 21, 2024 - TD

NEW YORK: Levi & Korsinsky, LLP has issued the following press release:

Levi & Korsinsky, LLP notifies investors in The Toronto-Dominion Bank ("TD" or the "Company") (NYSE: TD) of a class action securities lawsuit.

CLASS DEFINITION: The lawsuit seeks to recover losses on behalf of TD investors who were adversely affected by alleged securities fraud between March 7, 2022 and October 9, 2024. Follow the link below to get more information and be contacted by a member of our team:

https://zlk.com/pslra-1/the-toronto-dominion-bank-lawsuit-submission-form?prid=116169&wire=4

TD investors may also contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500.

CASE DETAILS: According to the complaint, on October 10, 2024, TD unveiled the resolutions reached from United States investigations, which included, in addition to the punitive payment of $3.09 billion, both an asset cap, preventing TD's U.S. subsidiaries from exceeding a collective $434 billion, a reflection of the Company's assets as of September 30, 2024, and further subjects TD to more stringent approval processes for its product, service, and market rollouts. Further, the Department of Justice, in their own corresponding release, highlighted the significance of TD's failures as "the largest bank in U.S. history to plead guilty to Bank Secrecy Act program failures, and the first US bank in history to plead guilty to conspiracy to commit money laundering."   The unveiling of the scope of the Company's anti-money laundering failures surprised investors and analysts alike as they reacted immediately to the revelations. The price of TD's common stock declined dramatically. From a closing market price of $63.51 per share on October 9, 2024, TD's stock price fell to $59.44 per share on October 10, 2024, and further to $57.01 on October 11, 2024, a decline of more than 10.23% in the span of just two days.

WHAT'S NEXT? If you suffered a loss in TD during the relevant time frame, you have until December 21, 2024 to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

NO COST TO YOU: If you are a class member, you may be entitled to compensation without payment of any out-of-pocket costs or fees. There is no cost or obligation to participate.

WHY LEVI & KORSINSKY: Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com

Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com
Copyright (c) 2024 Right Vision Media

urn:newsml:newsroom.refinitiv.com:20241218:nNRAuubyj2:0

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.