

Joseph A. Fonti
Partner
212-789-1342 Direct
212-205-3960 Fax
jfonti@bfalaw.com

January 13, 2025

**VIA ECF**

Hon. Arun Subramanian, U.S.D.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:     *Tiessen v. The Toronto-Dominion Bank, et al.*, Case No. 1:24-cv-08032-AS (S.D.N.Y.)

Dear Judge Subramanian:

We represent Plaintiff and Lead Plaintiff Movant Pedro Gonzalez in the above-referenced securities class action, which is related to *Gonzalez v. The Toronto-Dominion Bank*, No. 1:24-cv-09445-AS (S.D.N.Y.) (the "Actions").  We respectfully seek leave to file the attached Reply Memorandum of Law in further support of Mr. Gonzalez's motion for appointment as Lead Plaintiff in the Actions.  *See* ECF No. 20.

Local Civil Rule 6.1(b) allows for reply papers.  Section 8.C. of Your Honor's Individual Practices in Civil Cases also contemplates replies.  On November 25, 2024 and December 20, 2024, the Court entered Orders setting deadlines for the filing of motions for appointment as Lead Plaintiff, oppositions to such motions, as well as a January 15, 2025 hearing date.  ECF Nos. 8, 16. The Orders were silent on replies.

The Reply is necessary because the opposing movant introduced new arguments on opposition that were neither anticipated nor addressed in the prior submissions.  *Compare* ECF Nos. 18 at 5 n.2; 23 at 1-7.  Given the ambiguity between the Local Rules and Your Honor's Individual Practices which contemplate replies, and the Court's November 25, 2024 and December 20, 2024 Orders which were silent on replies, we respectfully seek leave to file the attached Reply.  We look forward to appearing before Your Honor on Wednesday.

Respectfully Submitted,

  */s/ Joseph A. Fonti*
Joseph A. Fonti (Lead Trial Counsel)