# EXHIBIT B

## CERTIFICATION

I, Joel Kopstein, hereby certify as follows:

1.      I have reviewed the Consolidated Amended Class Action Complaint against Toronto-Dominion Bank ("TD") and others alleging violations of the federal securities laws (the "Complaint") and have authorized its filing.

2.      I did not purchase or sell securities of TD at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a named plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of a named plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

4.      My transactions in the TD securities that are the subject of the Complaint during the Class Period are reflected in Schedule A, attached hereto.

5.      Other than in the instant action, I have not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

6.      Beyond my *pro rata* share of any recovery, I will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct on _3/25/25_.

_____
Joel Kopstein

1

**SCHEDULE A**

TRANSACTIONS IN

THE TORONTO-DOMINION BANK

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 03/13/2023 | 1,000.00 | 59.56 | ($59,560.00) |
| Purchase | 08/16/2023 | 1,500.00 | 62.08 | ($93,120.00) |
| Purchase | 08/31/2023 | 500.00 | 61.05 | ($30,525.00) |