**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, TD BANK, N.A., TD BANK US HOLDING COMPANY, AJAI K. BAMBAWALE, MICHAEL BOWMAN, MIA LEVINE, BHARAT MASRANI, LEOVIGILDO SALOM, and KELVIN VI LUAN TRAN,<br><br>Defendants. | Cons. C.A. No. 1:24-CV-8032 (AS)<br><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CORRECTION OF THE AMENDED COMPLAINT** |

Lead Plaintiff Pedro Gonzalez and Named Plaintiffs Joel Kopstein and Edward Patterson (together, "Plaintiffs"), and Defendants The Toronto-Dominion Bank, TD Bank, N.A., TD Bank US Holding Company, Ajai K. Bambawale, Michael Bowman, Mia Levine, Bharat Masrani, Leovigildo Salom, and Kelvin Vi Luan Tran (together, the "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the Order below, approving this Stipulation:

**WHEREAS,** on March 31, 2025, Plaintiffs filed the Consolidated Amended Class Action Complaint (ECF No. 44, and corrected caption at ECF No. 48) (the "Amended Complaint");

**WHEREAS,** on February 4, 2025, the Court approved the Stipulation and Scheduling Order (ECF No. 41) (the "Scheduling Order"), establishing a briefing schedule for defendants named in the initial complaints in this action to respond to the Amended Complaint;

**WHEREAS,** on April 11, 2024, the Court approved a Joint Stipulation and Scheduling Order (ECF No. 60) (the "Second Scheduling Order"), applying the briefing schedule set forth in the Scheduling Order for Defendants TD Bank, N.A., TD Bank US Holding Company, and Ajai K. Bambawale to respond to the Amended Complaint;

**WHEREAS,** the respective parties recognize that the Amended Complaint as filed contains non-substantive scrivener's errors including cross references to paragraph 240 rather than 241 of the Amended Complaint, Section VII rather than Section VIII of the Amended Complaint, and a reference to May 2, 2024 rather than May 3, 2024 that could lead to confusion;

**WHEREAS,** consistent with Rule 2. B. of the Court's Individual Practices in Civil Cases, the parties have attached hereto a redline of the Amended Complaint showing the corrections of the aforementioned scrivener's errors; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and respectfully requested by and among the undersigned attorneys for the respective parties, subject to approval of the Court, as follows:

1.      Plaintiffs shall file a Corrected Amended Complaint within one day of the Court's order approving this stipulation, for the sole purpose of remedying the scrivener's errors set forth above and identified in the attached redline.

2.      The undersigned attorneys for Defendants Michael Bowman and Mia Levine accept service on behalf of Defendants Michael Bowman and Mia Levine of the Corrected Amended Complaint, upon approval or endorsement of this submission by the Court, without prejudice and without waiver of any defenses, objections, or arguments, in this matter or any other matter, except as to the sufficiency of service of process of the Corrected Amended Complaint in this action.

3.      All Defendants shall file their response(s) to the Corrected Amended Complaint on or before May 30, 2025, consistent with the Scheduling Order and Second Scheduling Order.

4.      Plaintiffs shall file their brief in opposition to any motion to dismiss the Corrected Amended Complaint on or before July 29, 2025, consistent with the Scheduling Order and Second Scheduling Order.

5.      All Defendants may file reply brief(s) in further support of any motion(s) to dismiss the Corrected Amended Complaint on or before August 28, 2025, consistent with the Scheduling Order and Second Scheduling Order.

 Dated: April 25, 2025                                    Respectfully submitted,

By: */s/ Agnès Dunogué*
Adam S. Hakki (Lead Trial Counsel)
Agnès Dunogué
Jeffrey D. Hoschander
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
Tel.: (212) 848-4000
adam.hakki@aoshearman.com
agnes.dunogue@aoshearman.com
jeff.hoschander@aoshearman.com

*Attorneys for Toronto-Dominion Bank, TD Bank, N.A., TD Bank US Holding Company, Ajai K. Bambawale, Bharat Masrani, Leovigildo Salom, and Kelvin Vi Luan Tran*

By: */s/ Chantale Fiebig*
Chantale Fiebig
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Tel.: (202) 682-7248
Chantale.Fiebig@weil.com

Joshua S. Amsel
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Joshua.Amsel@weil.com

*Attorneys for Mia Levine*

By: */s/ Alison M. Bonelli*
Seth L. Levine (Lead Trial Counsel)
Alison M. Bonelli
**LEVINE LEE LLP**
400 Madison Avenue
New York, NY 10017
Tel.: (212) 223-4400
slevine@levinelee.com
abonelli@levinelee.com

*Attorneys for Michael Bowman*

By: */s/ Joseph A. Fonti*
Joseph A. Fonti (Lead Trial Counsel)
**BLEICHMAR FONTI & AULD LLP**
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com

-and-

George N. Bauer
Benjamin F. Burry
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road
White Plains, New York 10603
Telephone: (212) 789-3602
Facsimile: (212) 205-3960
gbauer@bfalaw.com
bburry@bfalaw.com

-and-

Adam C. McCall
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
amccall@bfalaw.com

*Attorneys for Lead Plaintiff Pedro Gonzalez, Named Plaintiffs Joel Kopstein and Edward Patterson, and Lead Counsel for the Putative Class*

4

5

**IT IS SO ORDERED.**

Dated: _____, 2025

———————————————————————
HON. ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE