# A&O SHEARMAN

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

**VIA ECF**

May 12, 2025

The Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, New York 10007

Re:  *Tiessen v. The Toronto-Dominion Bank, et al.*,
     Cons. C.A. No. 1:24-cv-08032 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

We represent Defendants The Toronto-Dominion Bank, TD Bank, N.A., TD Bank US Holding Company, Ajai K. Bambawale, Bharat Masrani, Leovigildo Salom, and Kelvin Vi Luan Tran ("Requesting Defendants").  Pursuant to Section 8(A) and (C) of Your Honor's Individual Practices, Local Civil Rule 7.1(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and Rule 13.1 of the S.D.N.Y. Electronic Case Filing Rules and Instructions, we write to request a limited enlargement of the word limits for a single joint opening brief to be submitted by the seven Requesting Defendants in connection with their motion to dismiss Plaintiffs' Consolidated Amended Complaint (ECF No. 48), due on May 30, 2025, and for a single joint reply brief, due on August 28, 2025.  Plaintiffs do not oppose Requesting Defendants' request if a similar limited enlargement of the word limit for their opposition to Requesting Defendants' opening and reply briefs is also permitted.  Defendants Mia Levine and Michael Bowman plan to submit separate opening and reply briefs which, if the request herein is granted, will be very significantly below the word limit applicable under the rules and will largely join arguments set forth in Requesting Defendants' joint brief.

Plaintiffs' 138-page, 300 paragraph Consolidated Amended Complaint names nine defendants, challenges almost 40 separate statements, includes nine different categories of scienter allegations, and targets six declines in TD's stock price over a proposed class period of more than 31 months.  The Requesting Defendants respectfully request permission to submit a single joint opening brief of 14,000 words, and a joint reply brief of 5,600 words, in support of their forthcoming motion to dismiss.  Plaintiffs do not oppose these proposed word limit enlargements provided that they receive a similar enlargement to the word limit for their

**AOSHEARMAN.COM**

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD.  It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323).  The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications.  A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.

Hon. Arun Subramanian

May 12, 2025

opposition brief to Requesting Defendants' opening brief, as further set forth below.  Defendants have made no prior requests for enlargements.

Requesting Defendants respectfully submit that the limited enlargements requested herein are necessary to enable Requesting Defendants to appropriately address the allegations of the Consolidated Amended Complaint and present to Your Honor their arguments for dismissal in a helpful manner.  *See, e.g.*, *San Antonio Fire and Police Pension Fund et al. v. Dentsply Sirona Inc. et al.*, No. 22-cv-06339-AS (Subramanian, J.), ECF No. 93 (granting leave to file an omnibus memorandum of law in support of a motion to dismiss of no more than 40 pages, an opposition memorandum of law of no more than 45 pages, and a single joint reply memorandum of law of no more than 15 pages in connection with a 128-page amended complaint).

Furthermore, the word enlargement will promote judicial efficiency, by allowing coordination and reducing the total length of the briefing as compared to each of the Defendants filing separate briefs.  The joint opening brief would be 5,250 words above the applicable limit of 8,750 words for a brief under Local Civil Rule 7.1(c) but 47,250 words less than the total permitted word limit for seven separate briefs.  In addition, Defendants Bowman and Levine currently anticipate filings briefs around 5,250 words each or less (3,500 words below the limit under Rule 7.1(c)), if the request herein is granted.  Accordingly, the total for the opening briefs to be submitted by Defendants is anticipated to be 24,500 words, if the request herein is granted, which is less than the total of 26,250 words if three briefs were submitted with the word limit under Rule 7.1(c) and no enlargement.  Requesting Defendants' proportional reply enlargement request ensures that the reply would remain at 40% of the size of Plaintiffs' opposition to Requesting Defendants' opening memorandum of law, as it would be under the otherwise applicable word limits.

Accordingly, Requesting Defendants respectfully request that the Court permit the following:

1.  Opening Briefs:  Requesting Defendants will be permitted to file a single joint memorandum of law in support of their motion to dismiss that shall not exceed 14,000 words;[1]

2.  Opposition Brief:  Plaintiffs will be permitted to file a memorandum of law in opposition to Requesting Defendants' joint memorandum of law in support of their motion to dismiss that shall not exceed 14,000 words;[2] and

---

[1] Defendants Mia Levine and Michael Bowman's separate opening and reply briefs in support of their motions to dismiss remain subject to the applicable word limits under Rule 7.1(c).

[2] Plaintiffs' separate opposition briefs in response to Defendants Mia Levine and Michael Bowman's separate opening briefs, respectively, will each remain subject to the applicable word limits under Rule 7.1(c).

Page 2 of 3

Hon. Arun Subramanian

May 12, 2025

      3.      <u>Reply Briefs</u>:  Requesting Defendants will be permitted file a single joint reply memorandum of law in support of their motion to dismiss that shall not exceed 5,600 words.

Respectfully Submitted,

By: */s/ Adam S. Hakki*
Adam S. Hakki (Lead Trial Counsel)
Agnès Dunogué
Jeffrey D. Hoschander
**ALLEN OVERY SHEARMAN STERLING US LLP**
599 Lexington Avenue
New York, NY 10022
Tel.: (212) 848-4000
adam.hakki@aoshearman.com
agnes.dunogue@aoshearman.com
jeff.hoschander@aoshearman.com

*Attorneys for Toronto-Dominion Bank, TD Bank, N.A.,*
*TD Bank US Holding Company, Ajai K. Bambawale,*
*Bharat Masrani, Leovigildo Salom, and Kelvin Vi Luan*
*Tran*