

Joseph A. Fonti
Partner
212 789 1342 direct
212 205 3961 fax
jfonti@bfalaw.com

May 23, 2025

**VIA ECF**

Honorable Arun Subramanian
United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY  10007

Re:      *Tiessen v. The Toronto-Dominion Bank, et al.*, No. 1:24-CV-8032 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

   We represent Plaintiffs.  With Defendants' motion to dismiss due next Friday May 30, 2025, we want to bring to the Court's attention that the parties' stipulated request for Plaintiff to file its corrected Amended Complaint (ECF 65) is outstanding.  To facilitate the Court's review of the stipulated request to correct the Amended Complaint, we are attaching a redline showing the corrections.  Plaintiffs respectfully request the Court's order approving the parties' stipulation.

Respectfully submitted,

 /s/ *Joseph A. Fonti*
Joseph A. Fonti


Enclosure:  Redline showing stipulated corrections to Amended Complaint