**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE TORONTO-DOMINION BANK, TD BANK, N.A., TD BANK US HOLDING COMPANY, AJAI K. BAMBAWALE, MICHAEL BOWMAN, MIA LEVINE, BHARAT MASRANI, LEOVIGILDO SALOM, and KELVIN VI LUAN TRAN, <br><br> Defendants. | Cons. C.A. No. 1:24-cv-08032-AS |

**DECLARATION OF AGNÈS DUNOGUÉ**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Agnès Dunogué, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member of the bar of this Court, a partner of the law firm of Allen Overy Shearman Sterling US LLP, and counsel for Defendants The Toronto-Dominion Bank ("TD"), TD Bank, N.A., TD Bank US Holding Company, Ajai K. Bambawale, Bharat Masrani, Leovigildo Salom, and Kelvin Vi Luan Tran, in the above-titled action.

2.      I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint ("Motion to Dismiss") and to place before the Court certain documents referenced in the Memorandum of Law in Support of Defendants' Motion to Dismiss.

3.      Attached as **Exhibit A** is a chart prepared by counsel, submitted pursuant to Section 8(G)(i) of the Court's Individual Practices in Civil Cases, identifying the elements of

Plaintiffs' claims that Defendants' Motion to Dismiss argues are not plausibly pleaded in the Consolidated Amended Class Action Complaint ("CAC") (ECF No. 70).

4.      Attached as **Exhibit B** is a chart prepared by counsel that reproduces the statements alleged to be false and/or misleading in the CAC, as categorized by Plaintiffs in the CAC, and summarizes in chart form the bases for Defendants' position that each statement is not adequately pleaded to be actionably false or misleading, as set forth in Defendants' Motion to Dismiss.

5.      Attached as **Exhibit 1** are excerpts[1] from a true and correct copy of an Annual Report Pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended October 31, 2024 on Form 40-F/A, identified on the United States Securities and Exchange Commission's ("SEC") Electronic Data Gathering Analysis and Retrieval ("EDGAR") database as having been filed by TD on December 9, 2024.  This document is cited in the CAC (*see* ¶¶ 23, 241(j), 291[2]) and is publicly available at https://www.sec.gov/Archives/edgar/data/947263/000156276224000287/edgar024annualreport.htm.

6.      Attached as **Exhibit 2** are excerpts from a true and correct copy of a publication by the Office of the Comptroller of the Currency titled "Comptroller's Handbook, Examination Process, Large Bank Supervision," dated March 2022 (Version 1.2).  This document is publicly available at https://www.occ.treas.gov/publications-and-resources/publications/comptrollers-handbook/files/large-bank-supervision/index-large-bank-supervision.html.

7.      Attached as **Exhibit 3** are excerpts from a true and correct copy of a publication by the United States Department of the Treasury titled "2024 National Money Laundering Risk

---

[1] Pursuant to Item 5.2 of this Court's Electronic Case Filing Rules & Instructions, defendants are providing excerpts of lengthy exhibits, without prejudice to their right to provide additional excerpts or the complete documents.

[2] Citations in the form "¶ __" are to paragraphs of the CAC.

Assessment," dated February 2024.  This document is publicly available at https://home.treasury .gov/system/files/136/2024-National-Money-Laundering-Risk-Assessment.pdf.

8.     Attached as **Exhibit 4** are excerpts from a true and correct copy of a publication by the Office of the Comptroller of the Currency titled "Semiannual Risk Perspective from the National Risk Committee," dated Spring 2023.  This document is publicly available at https://www.occ.treas.gov/publications-and-resources/publications/semiannual-risk-perspective/files/semiannual-risk-perspective-spring-2023.html.

9.     Attached as **Exhibit 5** are excerpts from a true and correct copy of the transcript of TD's Q4 2022 Earnings Conference Call, held on December 1, 2022.  This document is cited in the CAC (*see* ¶¶ 95-96, 258-260) and is publicly available at https://www.td.com/content/ dam/tdcom/canada/about-td/pdf/quarterly-results/2022/Q4-2022_Transcript_F_EN.pdf.

10.     Attached as **Exhibit 6** are excerpts from a true and correct copy of the transcript of TD's Q1 2023 Earnings Conference Call, held on March 2, 2023.  This document is cited in the CAC (*see* ¶¶ 100-102, 262-264) and is publicly available at https://www.td.com/content/dam/ tdcom/canada/about-td/pdf/quarterly-results/2023/q1-2023-transcript-en.pdf.

11.     Attached as **Exhibit 7** are excerpts from a true and correct copy of a transcript prepared by and retrieved from S&P Global Market Intelligence of a shareholder and analyst call held during TD's 2023 Annual Shareholders Meeting on April 20, 2023.  This call is cited in the CAC (*see* ¶¶ 6, 105, 214, 265-268) and a recording of the call is publicly available at https://www.td.com/ca/en/about-td/for-investors/investor-relations/annual-meetings/annual-meetings-2023#cmp-modal~overlay5.

12.     Attached as **Exhibit 8** is a true and correct copy of a *Wall Street Journal* article titled "Toronto-Dominion Bank, First Horizon Call Off Merger," dated May 4, 2023.  This

document is cited in the CAC (*see* ¶ 268) and is publicly available at https://www.wsj.com/finance/toronto-dominion-bank-first-horizon-terminate-merger-agreement-38d58b35.

13.     Attached as **Exhibit 9** are excerpts from a true and correct copy of a transcript of an investor call held by First Horizon Corporation on May 4, 2023.  This document is publicly available at https://seekingalpha.com/article/4608431-first-horizon-fhn-investor-call-transcript.

14.     Attached as **Exhibit 10** are excerpts from a true and correct copy of the Agreement and Plan of Merger by and among First Horizon Corporation, The Toronto-Dominion Bank, TD Bank US Holding Company, and Falcon Holdings Acquisition Co., dated as of February 27, 2022.  This document is cited in the CAC (*see* ¶¶ 29, 82, 88, 217-218) and is publicly available at https://www.sec.gov/Archives/edgar/data/36966/000093041322000813/c103413_defm14a.htm#x3_c103413a085.

15.     Attached as **Exhibit 11** is a true and correct copy of a *Wall Street Journal* article titled "Concern Over TD Anti-Money-Laundering Practices Helped Scuttle First Horizon Deal," dated May 8, 2023.  This document is cited in the CAC (*see* ¶¶ 10, 108, 295) and is publicly available at https://www.wsj.com/finance/concern-over-td-anti-money-laundering-practices-helped-scuttle-first-horizon-deal-fc73b831.

16.     Attached as **Exhibit 12** are excerpts from a true and correct copy of a document titled "TD Bank Group Reports Third Quarter 2023 Results – Report to Shareholders – Three and nine months ended July 31, 2023," listed as Exhibit 99.1 to a Report of Foreign Private Issuer Pursuant to Rule 13a-16 or 15d-16 of the Securities Exchange Act of 1934 on Form 6-K and identified on the SEC's EDGAR database as having been filed by TD on August 24, 2023.  This document is cited in the CAC (*see* ¶ 115) and is publicly available at https://www.sec.gov/Archives/edgar/data/947263/000119312523219877/d504110dex991.htm.

17.     Attached as **Exhibit 13** are excerpts from a true and correct copy of the transcript of TD's Q3 2023 Earnings Conference Call, held August 24, 2023.  This document is cited in the CAC (*see* ¶¶ 81, 116, 189, 270-273) and is publicly available at https://www.td.com/content/dam/tdcom/canada/about-td/pdf/q3-2023-transcript-en.pdf.

18.     Attached as **Exhibit 14** are excerpts from a true and correct copy of a transcript prepared by and retrieved from Bloomberg L.P. of a shareholder and analyst call held during TD's 2024 Annual Shareholders Meeting on April 18, 2024.  A recording of the call is publicly available at https://www.td.com/ca/en/about-td/for-investors/investor-relations/annual-meetings/annual-meetings-2024#cmp-modal~overlay1.

19.     Attached as **Exhibit 15** is a true and correct copy of a TD press release titled "TD Bank Takes an Initial Provision Related to BSA/AML Matters," dated April 30, 2024.  This document is publicly available at https://td.mediaroom.com/2024-04-30-TD-Bank-Takes-an-Initial-Provision-Related-to-BSA-AML-Matters.  For legibility, this document has been printed from web to PDF format using the PrintFriendly browser extension.

20.     Attached as **Exhibit 16** is a true and correct copy of an Equity Research report titled "Toronto-Dominion Bank – Initial AML Provision Reveals A Small Piece To A Bigger Puzzle," dated April 30, 2024, published by CIBC Capital Markets and retrieved from the S&P Global Capital IQ database.

21.     Attached as **Exhibit 17** is a true and correct copy of an Equity Research report titled "TD Bank – How Does TD Get From Under This?" dated May 6, 2024, published by Jefferies and retrieved from the S&P Global Capital IQ database.

22.     Attached as **Exhibit 18** is a true and correct copy of a *Wall Street Journal* article titled "TD Bank Probe Tied to Laundering of Illicit Fentanyl Profits," dated May 2, 2024.  This

document is cited in the CAC (*see* ¶¶ 123, 304) and is publicly available at https://www.wsj .com/articles/td-bank-probe-tied-to-laundering-of-illicit-fentanyl-profits-aae71243.

23. Attached as **Exhibit 19** is a true and correct copy of a TD press release titled "TD ADDRESSES MEDIA REPORTS ABOUT ITS AML PROGRAM," dated May 3, 2024. This document is cited in the CAC (*see* ¶ 126) and is publicly available at https://td.mediaroom .com/2024-05-03-TD-ADDRESSES-MEDIA-REPORTS-ABOUT-ITS-AML-PROGRAM. For legibility, this document has been printed from web to PDF format using the PrintFriendly browser extension.

24. Attached as **Exhibit 20** is a true and correct copy of a TD press release titled, "TD Bank Provides Update on U.S. AML Matters," dated August 21, 2024. This document is publicly available at https://td.mediaroom.com/2024-08-21-TD-Bank-Provides-Update-on-U-S-AML-Matters. For legibility, this document has been printed from web to PDF format using the PrintFriendly browser extension.

25. Attached as **Exhibit 21** is a true and correct copy of the transcript of TD's Q3 2024 Earnings Conference Call, held on August 22, 2024. This document is cited in the CAC (*see* ¶¶ 130, 307) and is publicly available at https://www.td.com/content/dam/tdcom/ canada/about-td/pdf/quarterly-results/2024/q3/q3-2024-transcript-en.pdf.

26. Attached as **Exhibit 22** is a true and correct copy of a TD press release titled "TD BANK GROUP ANNOUNCES RESOLUTION OF AML INVESTIGATIONS," dated October 10, 2024. This document is cited in the CAC (*see* ¶¶ 133, 312) and is publicly available at https://td.mediaroom.com/2024-10-10-TD-BANK-GROUP-ANNOUNCES-RESOLUTION-OF-AML-INVESTIGATIONS. For legibility, this document has been printed from web to PDF format using the PrintFriendly browser extension.

27.      Attached as **Exhibit 23** is a true and correct copy of Consent Orders, dated October 9, 2024, entered in *In the Matter of TD Bank, N.A. and TD Bank USA, N.A.*, Nos. AA-ENF-2024-77 and AA-ENF-2024-78, with the Office of the Comptroller of Currency.  These documents are cited in the CAC (*see* ¶¶ 133, 138, 178) and are publicly available at https://www.occ.gov/static/enforcement-actions/eaAA-ENF-2024-77.pdf and https://www.occ. gov/static/enforcement-actions/eaAA-ENF-2024-78.pdf.

28.      Attached as **Exhibit 24** is a true and correct copy of an Order to Cease and Desist and Order of Assessment of a Civil Money Penalty Issued Upon Consent, Pursuant to the Federal Deposit Insurance Act, as Amended, dated October 9, 2024, entered in *In the Matter of Toronto-Dominion Bank, TD Group U.S. Holdings, LLC, and TD Bank U.S. Holding Company*, Docket Nos. 24-027-B-FB, 24-027-CMP-FB, 24-027-B-HC, and 24-027-CMP-HC, with the Board of Governors of the Federal Reserve System.  This document is cited in the CAC (*see* ¶ 133, 312) and is publicly available at https://www.federalreserve.gov/newsevents/pressreleases/files/ enf20241010a1.pdf.

29.      Attached as **Exhibit 25** are excerpts from a true and correct copy of a Consent Order Imposing Civil Monetary Penalty, entered in *In the Matter of TD Bank, N.A. and TD Bank USA, N.A.,* Number 2024-02, with the Financial Crimes Enforcement Network of the United States Department of the Treasury.  This document is cited in the CAC (*see* ¶¶ 7(d), 23, 71, 77, 133, 137, 178, 179, 199, 227, 240(e), 254-255, 276, 312) and is publicly available at https://www.fincen.gov/sites/default/files/enforcement_action/2024-10-10/FinCEN-TD-Bank-Consent-Order-508FINAL.pdf, and is cited in the CAC.

30.      Attached as **Exhibit 26** is a true and correct copy of a United States Department of Justice ("DOJ") press release titled "TD Bank Pleads Guilty to Bank Secrecy Act and Money

Laundering Conspiracy Violations in $1.8B Resolution," dated October 10, 2024.  This document is cited in the CAC (*see* ¶¶ 11, 134, 313) and is publicly available at https://www.justice.gov/archives/opa/pr/td-bank-pleads-guilty-bank-secrecy-act-and-money-laundering-conspiracy-violations-18b.

31.     Attached as **Exhibit 27** are excerpts from a true and correct copy of a Plea Agreement, dated October 10, 2024, entered in *United States v. TD Bank, N.A.*, No. 2:24-cr-00667-ES (D.N.J.)  This document is cited in the CAC (*see, e.g.*, ¶¶ 7, 9, 21-22, 26-28, 54, 56-58, 64, 67-73, 76, 133, 135-136, 174-177, 179, 184, 188, 196, 200, 202-207, 233-234) and is publicly available at https://www.justice.gov/archives/opa/media/1373336/dl.

32.     Attached as **Exhibit 28** are excerpts from a true and correct copy of a Plea Agreement, dated October 10, 2024, entered in *United States v. TD Bank US Holding Company,* No. 2:24-cr-00668-ES (D.N.J.).  This document is cited in the CAC (*see, e.g.*, ¶¶ 7, 9, 21-22, 26-28, 54, 56-58, 64, 67-73, 76, 133, 135-136, 174-177, 179, 184, 188, 196, 200, 202-207, 233-234) and is publicly available at https://www.justice.gov/archives/opa/media/1373351/dl.

33.     Attached as **Exhibit 29** are excerpts from a true and correct copy of a document titled "TD Bank Group Reports Second Quarter 2023 Results – Report to Shareholders – Three and six months ended April 30, 2023," listed as Exhibit 99.1 to a Report of Foreign Private Issuer Pursuant to Rule 13a-6 or 15d-6 of the Securities Exchange Act of 1934 on Form 6-K and identified on the SEC's EDGAR database as having been filed by TD on May 25, 2023.  This document is cited in the CAC (*see* ¶¶ 113, 298-99, 301) and is publicly available at https://www.sec.gov/Archives/edgar/data/947263/000119312523154057/d473117dex991.htm.

34.     Attached as **Exhibit 30** are excerpts from a true and correct copy of a document titled "TD Bank Group Reports Third Quarter 2024 Results – Report to Shareholders – Three

and nine months ended July 31, 2024," listed as Exhibit 99.1 to a Report of Foreign Private Issuer Pursuant to Rule 13a-6 or 15d-6 of the Securities Exchange Act of 1934 on Form 6-K and identified on the SEC's EDGAR database as having been filed by TD on August 22, 2024.  This document is cited in the CAC (*see* ¶¶ 130, 307) and is publicly available at https://www.sec.gov/Archives/edgar/data/947263/000156276224000211/ex991.htm.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in New York, New York on May 30, 2024.

*/s/ Agnès Dunogué*
Agnès Dunogué
