*Tiessen v. The Toronto-Dominion Bank, et al.*, Cons. C.A. No. 1:24-CV-8032 (AS)
**Chart of Plaintiffs' Claim Elements Not Plausibly Pleaded in the Consolidated Amended Complaint ("CAC") –
Submitted in Support of Defendants' Motion to Dismiss and Pursuant to Section 8(G)(i) of the Court's Individual Practices in
Civil Cases[1]**

| Cause of Action | Elements Not Plausibly Pleaded |
|---|---|
| **COUNT I**<br>Section 10(b) of the Exchange Act of 1934 and SEC Rule 10b-5<br>(CAC ¶¶ 330-35.) | 1. The CAC does not meet the pleading requirements of Fed. R. Civ. P. 9(b) and the PSLRA.<br><br>2. The CAC does not plausibly plead that each Defendant made a material misstatement or omission.<br><br>3. For each statement alleged to be false or misleading, the CAC does not plausibly plead that the statement is false or misleading and/or actionable. A chart providing further specifics of what Plaintiffs do not plausibly plead as to each statement is included as Exhibit B.<br><br>4. The CAC does not plausibly plead scienter as to any Defendant.<br><br>5. The CAC does not plausibly plead loss causation.<br><br>6. The CAC does not plausibly plead that each Defendant committed a manipulative or deceptive act pursuant to Rule 10b-5.<br><br>7. The CAC's "scheme liability" allegations do not plausibly plead reliance, scienter, that any Defendant disseminated false or misleading statements, or that all the purported acts in furtherance of the alleged scheme were "inherently deceptive." |
| **COUNT II**<br>Section 20(a) of the Exchange Act of 1934<br>(CAC ¶¶ 336-42.) | 1. The CAC does not plausibly plead a primary violation of Section 10(b). |

---

[1] "Defendants" as used herein refers to The Toronto-Dominion Bank, TD Bank, N.A., TD Bank US Holding Company, Ajai K. Bambawale, Bharat Masrani, Leovigildo Salom, and Kelvin Vi Luan Tran. This chart identifies the grounds for Defendants' current motion to dismiss as to the CAC, and Defendants reserve all rights and defenses, including the right to assert that other elements of Plaintiffs' claims are not plausibly pleaded.

| Cause of Action | Elements Not Plausibly Pleaded |
|---|---|
| | 2. The CAC does not plausibly plead culpable participation by any Defendant in a primary violation of Section 10(b).<br><br>3. The CAC does not plausibly plead control of an alleged primary violator by any Defendant. |