# EXHIBIT 1

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549**

**FORM 40-F/A**

**Amendment No. 1**

[Check one]

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12 OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☒ ANNUAL REPORT PURSUANT TO SECTION 13(a) OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended **October 31, 2024**          Commission File Number **1-14446**

**THE TORONTO-DOMINION BANK**
(Exact name of Registrant as specified in its charter)

**Canada**
(Province or other jurisdiction of incorporation or organization)

**6029**
(Primary Standard Industrial Classification Code Number (if applicable))

**13-5640479**
(I.R.S. Employer Identification Number (if applicable))

**c/o General Counsel's Office
P.O. Box 1
Toronto-Dominion Centre
Toronto, Ontario M5K 1A2
(416) 308-6963**
(Address and telephone number of Registrant's principal executive offices)

**Glenn Gibson, The Toronto-Dominion Bank
One Vanderbilt Avenue
New York, NY
10017
(212) 827-7000**
(Name, address (including zip code) and telephone number (including area code)
of agent for service in the United States)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
| --- | --- | --- |
| **Common Shares** | **TD** | **New York Stock Exchange** |

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**Not Applicable**
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.

Not Applicable

**Undertaking**

Registrant undertakes to make available, in person or by telephone, representatives to respond to inquiries made by the Commission staff, and to furnish promptly, when requested to do so by the Commission staff, information relating to: the securities registered pursuant to Form 40-F; the securities in relation to which the obligation to file an annual report on Form 40-F arises; or transactions in said securities.

**Comparison of New York Stock Exchange Corporate Governance Rules**

A comparison of NYSE Corporate Governance Rules required to be followed by U.S. Domestic Issuers under the NYSE's listing standards and the Corporate Governance practices of The Toronto-Dominion Bank (disclosure required by section 303A.11 of the NYSE Listed Company Manual) is available on the Corporate Governance section of the Registrant's website at www.td.com/governance.

**Signatures**

Pursuant to the requirements of the Exchange Act, the Registrant certifies that it meets all of the requirements for filing on Form 40-F and has duly caused this Amendment No. 1 to the annual report to be signed on its behalf by the undersigned, thereto duly authorized.

Registrant:        THE TORONTO-DOMINION BANK


By:          */s/ Kelvin Tran*
Name:        Kelvin Tran
Title:        Group Head and Chief Financial Officer


Date:        December 9, 2024

## DESCRIPTION OF THE BUSINESS

The Toronto-Dominion Bank and its subsidiaries are collectively known as TD Bank Group ("TD" or the "Bank"). TD is the sixth largest bank in North America by assets and serves over 27.9 million customers in four key businesses operating in a number of locations in financial centres around the globe: Canadian Personal and Commercial Banking, including TD Canada Trust and TD Auto Finance Canada; U.S. Retail, including TD Bank, America's Most Convenient Bank®, TD Auto Finance U.S., TD Wealth (U.S.), and an investment in The Charles Schwab Corporation; Wealth Management and Insurance, including TD Wealth (Canada), TD Direct Investing, and TD Insurance; and Wholesale Banking, including TD Securities and TD Cowen. TD also ranks among the world's leading online financial services firms, with more than 17 million active online and mobile customers. TD had $2.06 trillion in assets on October 31, 2024. The Toronto-Dominion Bank trades under the symbol "TD" on the Toronto and New York Stock Exchanges.

Descriptions of TD's significant business segments and related information are provided on pages 14 to 15 and 21 to 39 of the 2024 MD&A, which are incorporated by reference.

### Investment in The Charles Schwab Corporation

See "General Development of the Business" above for additional information regarding the Bank's ownership in Schwab.

The Bank owned an approximate 10.1% stake in Schwab as at October 31, 2024 consisting of approximately 7.5% in voting common shares and the remainder in non-voting common shares of Schwab.

Schwab is a leading provider of financial services. Through its subsidiaries, Schwab provides a full range of wealth management, securities brokerage, banking, asset management, custody, and financial advisory services to individual investors and independent investment advisors. Schwab is a U.S. publicly-traded company and its common stock is listed on The New York Stock Exchange.

The Bank and Schwab are party to a stockholder agreement (the "Stockholder Agreement"), which became effective upon closing of the Schwab transaction. Under the Stockholder Agreement: (i) subject to meeting certain conditions, the Bank has two seats on Schwab's Board of Directors, which seats are currently held by Mr. Bharat Masrani and Mr. Brian Levitt, (ii) the TD Bank Group is not permitted to own more than 9.9% voting common shares of Schwab, and (iii) the Bank is subject to customary standstill restrictions and, subject to certain exceptions, transfer restrictions.

### Average Number of Employees

TD had an average of 101,759 full-time equivalent employees for fiscal 2024.

### Social and Environmental Policies

The Bank publishes a Sustainability Report outlining the Bank's social and environmental policies and strategies. This report and other related information is available on the Bank's website. Additional information about the Bank's social and environmental policies can be found under "Environmental and Social Risk" on pages 102 to 104 of the 2024 MD&A, which is incorporated by reference.

### Risk Factors

The Bank considers it critical to regularly assess its operating environment and highlight top and emerging risks, which are risks with a potential to have a material effect on the Bank and where the attention of senior leaders is focused due to the potential magnitude or immediacy of their impact. An explanation of the types of risks facing the Bank and its businesses and the ways in which the Bank

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549


FORM 40-F/A
ANNUAL REPORT PURSUANT TO
SECTION 13(a) or 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

_____

THE TORONTO-DOMINION BANK
_____

EXHIBITS
_____


INDEX TO EXHIBITS

| No. | Exhibits |
| --- | --- |
| 97 | Incentive Compensation Clawback Policy |
| 99.1 | Annual Information Form dated December 4, 2024 |
| 99.2 | Management's Discussion and Analysis |
| 99.3 | 2024 Annual Financial Statements |
| 99.4 | Industry Guide 3 – Return on Assets, Dividend Payouts, and Equity to Assets Ratios |
| 99.5 | Code of Ethics |
| 99.6 | Consent of Independent Registered Public Accounting Firm |
| 99.7 | Certification Pursuant to Section 302 of the U.S. Sarbanes-Oxley Act of 2002 |
| 99.8 | Certification Pursuant to 18 U.S.C. Section 1350 as Adopted Pursuant to Section 906 of the U.S. Sarbanes-Oxley Act of 2002 |
| 101 | The following financial information from The Toronto-Dominion Bank's Annual Report on Form 40-F/A for the year ended October 31, 2024 formatted in Inline XBRL: (i) Consolidated Balance Sheet as at October 31, 2024 and 2023; (ii) Consolidated Statements of Income, Comprehensive Income, Changes in Equity, and Cash Flows for the years then ended October 31, 2024; and (iii) Notes to Consolidated Financial Statements. |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL and contained in Exhibit 101) |

**Management's Discussion and Analysis**

**This Management's Discussion and Analysis (MD&A) is presented to enable readers to assess material changes in the financial condition and operating results of TD Bank Group ("TD" or the "Bank") for the year ended October 31, 2024, compared with the corresponding period in the prior year. This MD&A should be read in conjunction with the audited Consolidated Financial Statements and related Notes for the year ended October 31, 2024. This MD&A is dated December 4, 2024. Unless otherwise indicated, all amounts are expressed in Canadian dollars and have been primarily derived from the Bank's annual Consolidated Financial Statements prepared in accordance with International Financial Reporting Standards (IFRS) as issued by the International Accounting Standards Board (IASB). Note that certain comparative amounts have been revised to conform with the presentation adopted in the current period.**

**CAUTION REGARDING FORWARD-LOOKING STATEMENTS** — 2

**SIGNIFICANT EVENTS** — 4

**FINANCIAL RESULTS OVERVIEW**
Net Income — 14
Revenue — 15
Provision for Credit Losses — 16
Expenses — 17
Taxes — 18
Quarterly Financial Information — 19

**BUSINESS SEGMENT ANALYSIS**
Business Focus — 21
Canadian Personal and Commercial Banking — 23
U.S. Retail — 27
Wealth Management and Insurance — 32
Wholesale Banking — 35
Corporate — 38

**2023 FINANCIAL RESULTS OVERVIEW**
Summary of 2023 Performance — 39

**GROUP FINANCIAL CONDITION**
Balance Sheet Review — 40
Credit Portfolio Quality — 42
Capital Position — 52
Securitization and Off-Balance Sheet Arrangements — 59
Related Party Transactions — 60
Financial Instruments — 61

**RISK FACTORS AND MANAGEMENT**
Risk Factors that May Affect Future Results — 61
Managing Risk — 70

**ACCOUNTING STANDARDS AND POLICIES**
Critical Accounting Policies and Estimates — 104
Current and Future Changes in Accounting Policies — 108
Controls and Procedures — 109

**ADDITIONAL FINANCIAL INFORMATION** — 110

**GLOSSARY** — 117

Additional information relating to the Bank, including the Bank's Annual Information Form, is available on the Bank's website at http://www.td.com, on SEDAR+ at http://www.sedar.com, and on the U.S. Securities and Exchange Commission's website at http://www.sec.gov (EDGAR filers section).

**BUSINESS SEGMENT ANALYSIS**

# Business Focus

For management reporting purposes, the Bank's operations and activities are organized around the following four key business segments: Canadian Personal and Commercial Banking, U.S. Retail, Wealth Management and Insurance, and Wholesale Banking. The Bank's other activities are grouped into the Corporate segment.

**Canadian Personal and Commercial Banking** serves over 15 million customers in Canadian personal and business banking. Personal Banking delivers ease, value, and trusted advice to customers through a comprehensive suite of deposit, savings, payment and lending products and services, supported by a network of 1,060 branches, 3,400 automated teller machines (ATM), mobile specialized salesforce, and telephone, mobile and internet banking services. Business Banking is a premier, customer-centric franchise that delivers deep sector expertise, valuable advice, and a broad range of customized products and services to meet the needs of business owners, leveraging its network of commercial branches and specialized customer centers across Canada.

**U.S. Retail** includes the Bank's personal, business banking and wealth management operations in the U.S., as well as the Bank's investment in Schwab. Operating under the TD Bank, America's Most Convenient Bank® brand, the U.S. Retail Bank serves over 10 million customers in stores from Maine to Florida, and via auto dealerships and credit card partner business locations nationwide. Personal Banking provides a full range of financial products and services to customers from Maine to the Carolinas and Florida through a network of 1,132 stores, 2,561 ATMs, telephone, and mobile and internet banking services. Business banking offers a diversified range of products and services to help businesses meet their financing, investment, cash management, international trade, and day-to-day banking needs. Wealth management provides wealth products and services to retail and institutional clients. The contribution from the Bank's investment in Schwab is reported as equity in net income of an investment in Schwab.

**Wealth Management and Insurance** serves approximately 6 million customers across the wealth and insurance businesses in Canada. Wealth Management offers wealth solutions to retail clients in Canada through the direct investing, advice-based, and asset management businesses. Wealth Management also offers asset management products to institutional clients in Canada and globally. Insurance offers property and casualty insurance through direct channels and to members of affinity groups, as well as life and health insurance products to customers across Canada.

**Wholesale Banking** serves over 17,000 corporate, government, and institutional clients in key financial markets around the world. Operating under the TD Securities brand, Wholesale Banking offers capital markets and corporate and investment banking services to external clients and provides market access and wholesale banking solutions for the Bank's wealth and retail operations and their customers. Wholesale Banking's expertise is supported by a presence across North America, Europe, and Asia-Pacific.

**Corporate segment** is comprised of service and control functions, including Technology Solutions, Shared Services, Treasury and Balance Sheet Management, Marketing, Human Resources, Finance, Risk Management, Compliance, Anti-Money Laundering, Legal, Real Estate, Internal Audit, and Others. Certain costs relating to these functions are allocated to operating business segments. The basis of allocation and methodologies are reviewed periodically to align with management's evaluation of the value provided to the Bank's business segments.

Results of each business segment reflect revenue, expenses, assets, and liabilities generated by the businesses in that segment. Where applicable, the Bank measures and evaluates the performance of each segment based on adjusted results and ROE, and for those segments the Bank indicates that the measure is adjusted. For further details, refer to Note 28 of the 2024 Consolidated Financial Statements. Effective fiscal 2024, certain asset management businesses which were previously reported in the U.S. Retail segment are now reported in the Wealth Management and Insurance segment. Comparative period information has been adjusted to reflect the new alignment.

Net interest income within Wholesale Banking is calculated on a TEB, which means that the value of non-taxable or tax-exempt income, including dividends, is adjusted to its equivalent before-tax value. Using TEB allows the Bank to measure income from all securities and loans consistently and makes for a more meaningful comparison of net interest income with similar institutions. The TEB increase to net interest income and provision for income taxes reflected in Wholesale Banking results is reversed in the Corporate segment. The TEB adjustment for the year was $79 million (October 31, 2023 – $181 million).

Share of net income from investment in Schwab is reported in the U.S. Retail segment. Amounts for amortization of acquired intangibles, the Bank's share of acquisition and integration charges associated with Schwab's acquisition of TD Ameritrade, the Bank's share of Schwab's restructuring charges, and the Bank's share of Schwab's FDIC special assessment charge are recorded in the Corporate segment.

The "Key Priorities for 2025" section for each business segment, provided on the following pages, is based on the Bank's views and assumptions, including those set out in the "Economic Summary and Outlook" section and the actual outcome may be materially different. For more information regarding the factors, assumptions, and risks that may impact the Bank's views, refer to the "Caution Regarding Forward-Looking Statements" section and the "Risk Factors That May Affect Future Results" section.

**GROUP FINANCIAL CONDITION**
# Financial Instruments

As a financial institution, the Bank's assets and liabilities are substantially composed of financial instruments. Financial assets of the Bank include, but are not limited to, cash, interest-bearing deposits, securities, loans, derivative instruments and securities purchased under reverse repurchase agreements; while financial liabilities include, but are not limited to, deposits, obligations related to securities sold short, securitization liabilities, obligations related to securities sold under repurchase agreements, derivative instruments, and subordinated debt.

The Bank uses financial instruments for both trading and non-trading activities. The Bank typically engages in trading activities by the purchase and sale of securities to provide liquidity and meet the needs of clients and, less frequently, by taking trading positions with the objective of earning a profit. Trading financial instruments include, but are not limited to, trading securities, trading deposits, and trading derivatives. Non-trading financial instruments include the majority of the Bank's lending portfolio, non-trading securities, hedging derivatives, and the majority of the Bank's financial liabilities. In accordance with accounting standards related to financial instruments, financial assets or liabilities classified as held-for-trading, non-trading FVTPL, designated at FVTPL, FVOCI, and all derivatives are measured at fair value in the Bank's 2024 Consolidated Financial Statements. DSAC, most loans, and other liabilities are carried at amortized cost using the effective interest rate (EIR) method. For details on how fair values of financial instruments are determined, refer to the "Accounting Judgments, Estimates, and Assumptions" – "Fair Value Measurements" section of this document. The use of financial instruments allows the Bank to earn profits in trading, interest, and fee income. Financial instruments also create a variety of risks which the Bank manages with its extensive risk management policies and procedures. The key risks include interest rate, credit, liquidity, market, and foreign exchange risks. For a more detailed description on how the Bank manages its risk, refer to the "Managing Risk" section of this document.

**RISK FACTORS AND MANAGEMENT**
# Risk Factors That May Affect Future Results

In addition to the risks described in the "Managing Risk" section, there are numerous other risk factors, many of which are beyond the Bank's control and the effects of which can be difficult to predict, that could cause the Bank's results to differ significantly from the Bank's plans, objectives, and estimates or could impact the Bank's reputation or the sustainability of its business model. All forward-looking statements, including those in this MD&A, are, by their very nature, subject to inherent risks and uncertainties, general and specific, which may cause the Bank's actual results to differ materially from the plan, objectives, estimates or expectations expressed in the forward-looking statements. Some of these factors are discussed below and others are noted in the "Caution Regarding Forward-Looking Statements" section of this document.

**TOP AND EMERGING RISKS**
The Bank considers it critical to regularly assess its operating environment and highlight top and emerging risks. These are risks with a potential to have a material effect on the Bank and where the attention of senior management is focused due to the potential magnitude or immediacy of their impacts.

Risks are identified, discussed, and actioned by senior management and reported quarterly to the Risk Committee and the Board. Specific plans to mitigate top and emerging risks are prepared, monitored, and adjusted as required.

*General Business and Economic Conditions*
The Bank and its customers operate in Canada, the U.S., and, to a lesser extent, in other countries. As a result, the Bank's earnings are significantly affected by the general business and economic conditions in these regions, which could have an adverse impact on the Bank's results, business, financial condition or liquidity, and could result in changes to the way the Bank operates. These conditions include short-term and long-term interest rates, inflation, declines in economic activity (recession), volatility in financial markets, and related market liquidity, funding costs, real estate prices, employment levels, consumer spending and debt levels, evolving consumer trends and related changes to business models, business investment and overall business sentiment, government policy including levels of government spending, monetary policy, fiscal policy (including tax policy and rate changes), exchange rates, sovereign debt risks and the effects of pandemics and other public health emergencies.

*Geopolitical Risk*
Government policy, international trade and political relations across the globe may impact overall market and economic stability, including in the regions where the Bank operates, or where its customers operate. While the nature and extent of risks may vary, they have the potential to disrupt global economic growth, create volatility in financial markets that may affect the Bank's trading and non-trading activities, market liquidity, funding costs, interest rates, foreign exchange, commodity prices, credit spreads, fiscal policy, and directly and indirectly influence general business and economic conditions in ways that may have an adverse impact on the Bank and its customers. Geopolitical risks in 2024 included ongoing global tensions resulting in sanctions and countersanctions and related operational complexities, supply chain disruptions, being subjected to heightened regulatory focus on climate change and transition to a low-carbon economy, increased likelihood of cyber-attacks on critical public and private infrastructure and networks, the Russia-Ukraine war and the resulting tensions between Russia and other nations, social unrest and volatility in the Middle East that have escalated due to the ongoing conflict between Israel and Hamas and Hezbollah, political and economic turmoil, threats of terrorism and ongoing protectionism measures due to a decline in global alignment and elections in geopolitically significant markets that have potential to generate regulatory and policy uncertainty. These risks are expected to continue in the coming years, with an increased probability of new tariffs or meaningful changes to trade policies. For example, renegotiation of the U.S.-Mexico-Canada Agreement (USMCA) or tariffs imposed before its renewal could result in negative impacts for some industries or economies that the Bank operates in.

*Inflation, Interest Rates and Recession Uncertainty*
Fluctuating interest rates and inflation, together with overall macroeconomic conditions, could have adverse impacts on the Bank's cost of funding, result in increased loan delinquencies or impairments and higher credit losses due to deterioration in the financial condition of the Bank's customers and may necessitate further increases in the Bank's provision for credit losses and net charge offs, all of which could negatively impact the Bank's business, financial condition, liquidity and results of operations. Inflation has slowed from peak levels, but households continue to feel the effect of past price increases, which have weighed on confidence and reduced spending power. Heightened geopolitical risk and the potential for increased tariffs and trade barriers adds uncertainty to the outlook for inflation and interest rates. A reacceleration in inflation could trigger a reversal in recent interest rate declines and a tightening in financial conditions, while a

deterioration in economic conditions, especially within the labour market, could lead to faster decline in interest rates. In addition, actual stress levels experienced by the Bank's borrowers may differ from assumptions incorporated in estimates or models used by the Bank. The uncertain inflation and interest rate environment increases concerns around the possibility of a recession in Canada, the U.S. and other regions where the Bank and its customers operate and continues to impact the macroeconomic and business environment. Such developments could have an adverse impact on the Bank's business, financial condition, liquidity and results of operations.

***Global Resolution of the Investigations into the Bank's U.S. BSA/AML Program***

On October 10, 2024, the Bank and certain of its U.S. subsidiaries consented to orders with the Office of the Comptroller of the Currency (OCC), the Federal Reserve Board (FRB), and the Financial Crimes Enforcement Network (FinCEN) and entered into plea agreements with the Department of Justice, Criminal Division, Money Laundering and Asset Recovery Section and the United States Attorney's Office for the District of New Jersey (collectively, the "Global Resolution"). The Global Resolution includes a number of limitations on the Bank's U.S. business, including an asset limit in certain entities (TD Bank, N.A. and TD Bank USA, N.A., also referred to as the "U.S. Bank") and more stringent approval processes for new retail bank products, services, markets and branches, that could adversely affect the Bank's business, operations, financial condition, capital and credit ratings (some of which were downgraded following the announcement of the Global Resolution), cash flows and funding costs, as well as affect or restrict the ability of the Bank's U.S. business to compete effectively. Board certifications will be required for dividend distributions from certain of the Bank's U.S. subsidiaries, namely TD Bank, N.A., TD Bank US Holding Company, TD Bank USA, N.A. and TD Group US Holdings LLC, to help ensure the Bank continues to prioritize the U.S. Bank Secrecy Act/Anti-Money Laundering program (U.S. BSA/AML program) remediation. More details on the terms of the Global Resolution are set out under the heading "Significant Events – Global Resolution of the Investigations into the Bank's U.S. BSA/AML Program".

The orders and plea agreements have a number of short-term and long-term deliverables and obligations, many of which are overlapping and interdependent. Additional information about these deliverables and obligations are set out in the "Key Terms of the Global Resolution" section of the "Significant Events" section. Satisfying the terms of the Global Resolution, including the requirement to remediate the Bank's U.S. BSA/AML program, is expected to be a multi-year endeavor, and will not be entirely within the Bank's control including because of (i) the requirement to obtain regulatory approval or non-objection before proceeding with various steps, and (ii) the requirement for the various deliverables to be acceptable to the regulators and/or the monitors. Some of the terms of the Global Resolution are unusual and without precedent, which exposes the Bank to uncertainty regarding how and when these terms will be satisfied in full. The Bank, its regulators or applicable law enforcement agencies in various jurisdictions may also identify other issues as the Bank remediates and enhances its risk and control infrastructure, which may result in additional regulatory proceedings or requirements in the United States or elsewhere, and may result in significant additional consequences. Furthermore, there is risk that the remediation may not meet expectations set by regulators and this may result in additional actions against the Bank. Until the deficiencies in the Bank's U.S. BSA/AML program are fully remediated, the Bank faces potentially escalating consequences. For example, if the U.S. Bank does not achieve compliance with all actionable articles in the OCC consent orders (and for each successive year that the U.S. Bank remains non-compliant), the OCC may require the U.S. Bank to further reduce total consolidated assets by up to 7%. Furthermore, delays in satisfying one regulatory requirement could affect the Bank's progress on others. Failure to satisfy the requirements of the Global Resolution on a timely basis could result in additional fines, penalties, business restrictions, limitations on subsidiary capital distributions, increased capital or liquidity requirements, enforcement actions, increased regulatory oversight, and other adverse consequences, which could be significant. Compliance with the terms of the Global Resolution, as well as the implementation of their requirements and remediation of the U.S. BSA/AML program, is expected to continue to increase the Bank's costs, require the Bank to revise some of its business strategies and plans and reallocate resources away from managing its business and require the Bank to undergo significant changes to its business, operations, products and services, and risk management practices. In particular, the remediation process will expose the Bank to the following risks that are described in more detail below: (i) Model Risk, as the Bank replaces and enhances the portfolio of tools being used to detect, escalate, investigate and action financial crime risks, (ii) Technology and Data Risk, as the Bank implements new technology and data solutions, (iii) Third Party Risk, as the Bank engages third party advisors and vendors to support the Bank's change objectives, and (iv) Operational Risk, as the Bank introduces new organization structures, creates new roles, onboards new talent, enhances the global control environment, and invests in updated processes and procedures to support financial crime risks. In addition, as a result of a third-party review of governance at the Bank, the Bank's Board of Directors may be required to make changes in management and/or directors. As noted under "Significant Events – Global Resolution of the Investigations into the Bank's U.S. BSA/AML Program", the Bank is also undertaking certain remediation and enhancements of the Enterprise AML program and will be exposed to similar risks as noted above in respect of such remediation and enhancement process. In addition, as we make such remediation and enhancements to our Enterprise AML Program, we expect an increase in identification of reportable transactions and/or events. This increase will add to the operational backlog in our FCRM investigations processing that the Bank currently faces, but is working towards remediating, across the enterprise.

The Global Resolution could have indirect adverse effects on the Bank and its subsidiaries and businesses, including subsidiaries and businesses that are not directly party to or subject to the orders and plea agreements, including by jeopardizing the status of certain regulatory qualifications, permissions, or exemptions, or by causing certain counterparties to seek to terminate contracts or other relationships with the Bank. For example, the plea agreements have resulted in one TD entity becoming disqualified from serving as an investment adviser or underwriter to registered investment companies in the United States, and that TD entity has applied for a waiver from such disqualification from the U.S. Securities and Exchange Commission ("SEC"). In addition, one TD entity has become disqualified from relying on the U.S. Department of Labor's "qualified professional asset manager" exemption for purposes of providing asset management services to employee benefit plans subject to the U.S. Employee Retirement Income Security Act of 1974, and, as a result, TD has been relying on alternative exemptions for purposes of ERISA compliance and is expected to continue to be required to rely on alternative exemptions. In the future, the Bank may be required to seek additional waivers, consents, approvals or other exemptions to continue operating its businesses as presently conducted, and any failure to obtain such waivers, consents, approvals or other exemptions could adversely affect the Bank's results of operations or financial condition.

Failure to comply with the terms of the plea agreements with the DOJ during the five-year term of probation, including by failing to complete the compliance undertakings, failing to cooperate or to report alleged misconduct as required, or committing additional crimes, could also subject the Bank to further prosecution and additional financial penalties and ongoing compliance commitments, and could result in an extension of the length of the term of probation. In addition, the Bank's current or former directors, officers and employees, as well as the current or former directors, officers and employees of the U.S. Bank, may become subject to civil or criminal investigations or enforcement proceedings in relation to the Bank's U.S. BSA/AML program, which could result in claims against the Bank for damages or indemnification, further disruptions to the Bank's personnel (including negative impact on the morale of its personnel) and its operations and further damage to its reputation or to the perceptions of the Bank among the Bank's customers, service providers and investors.

The Global Resolution (including the limitations imposed on the Bank's U.S. businesses imposed by the terms of the Global Resolution) have negatively affected the Bank's brand and reputation, which may be further negatively affected if any of the Bank's or U.S. Bank's former or current directors, officers or employees become subject to civil or criminal investigations or enforcement proceedings, or if the Bank is unable to satisfy the terms of the Global Resolution (including the requirement to remediate the Bank's U.S. BSA/AML program) in a manner that is acceptable to the regulators and/or the monitors. This negative impact on the

Bank's brand and reputation, as well as the limitations imposed on the Bank's U.S. businesses by the Global Resolution, may adversely affect: (i) the Bank's ability to attract and retain customers and employees; (ii) the willingness of key third parties, including service providers, vendors, financial counterparties, government agencies, and other market participants, to transact with the Bank; and (iii) the willingness of investors to retain Bank securities in their investment portfolios or to acquire Bank securities. See also "Level of Competition, Shifts in Consumer Attitudes, and Disruptive Technology", "Ability to Attract, Develop, and Retain Key Talent", "Third Party Risk", and "Value and Market Price of our Common Shares and other Securities", below.

The value and trading price of the Bank's securities could be negatively affected by a number of factors related to the terms of the Global Resolution and the remediation of the issues resulting in the investigations, including if: (i) the Bank fails to satisfy the terms of the Global Resolution (including the requirement to remediate the Bank's U.S. BSA/AML program) in a manner that is acceptable to the regulators and/or the monitors; (ii) the impact of the non-monetary penalties imposed on the Bank are more negative or sustained than anticipated, including if the limitations imposed on the Bank's U.S. businesses weaken the Bank's U.S. franchise; (iii) the Bank becomes subject to further prosecution or financial penalties (which may occur if the Bank fails to comply with the terms of the plea agreements with the DOJ during the five-year term of probation); (iv) the Bank's or U.S. Bank's former or current directors, officers or employees become subject to civil or criminal investigations or enforcement proceedings in relation to the Bank's U.S. BSA/AML program; (v) the impact on the Bank's brand and reputation is more negative or sustained than anticipated; and/or (vi) if any of the risks described in this "Global Resolution of the Investigations into the Bank's U.S. BSA/AML Program" section materializes. The foregoing factors may also lead to rating agencies further downgrading the Bank's credit ratings and outlooks. See also "Value and Market Price of our Common Shares and other Securities" and "Downgrade, Suspension or Withdrawal of Ratings Assigned by any Rating Agency", below.

See also the risks described under "Regulatory Oversight and Compliance".

***Regulatory Oversight and Compliance***
The Bank and its businesses are subject to extensive regulation and oversight by a number of different governments, regulators and self-regulatory organizations (collectively, "Bank regulators") around the world. Regulatory and legislative changes and changes in the Bank's regulators' expectations occur in all jurisdictions in which the Bank operates.

Bank regulators around the world have demonstrated an increased focus on capital, liquidity, and interest rate risk (IRR) risk management; consumer protection; data management; conduct risk and internal risk and control frameworks across the three lines of defense; foreign interference; and financial crime including money laundering, terrorist financing and economic sanctions risks and threats. There is heightened focus by Bank regulators globally on the impact of interest rates and inflation on customers, as well as on the Bank's operations and its management and oversight of risks associated with these matters. In addition, these risks continue to rapidly evolve, as a result of new or emerging threats, including geopolitical and those associated with use of new, emerging and interrelated technologies, artificial intelligence (AI), machine learning, models and decision-making tools.

The content and application of laws, rules and regulations affecting financial services institutions may sometimes vary according to factors such as the size of the institution, the jurisdiction in which it is organized or operates, and other criteria. There can also be significant differences in the ways that similar regulatory initiatives affecting the financial services industry are implemented in Canada, the United States and other countries and regions in which the Bank does business. For example, when adopting rules that are intended to implement a global regulatory standard, a national regulator may introduce additional or more restrictive requirements. Furthermore, some of the Bank's regulators have the discretion to impose additional requirements, standards or guidance regarding the Bank's risk, capital and liquidity management, or other matters within their regulatory scope, and in some cases the Bank may be prohibited by law from publicly disclosing such additional requirements, standards or guidance. Compliance with these additional requirements, standards or guidance may increase the Bank's compliance and operational costs, and could adversely affect the Bank's businesses and results of operations. Regulators have indicated the potential for escalating consequences for banks that do not timely resolve open issues or have repeat issues. Furthermore, delays in satisfying one regulatory requirement could affect the Bank's progress on others. Failure to satisfy regulatory requirements on a timely basis could result in additional fines, penalties, business restrictions, limitations on subsidiary capital distributions, increased capital or liquidity requirements, enforcement actions, increased regulatory oversight, and other adverse consequences, which could be significant. Compliance with any consent orders or regulatory proceedings, as well as the implementation of their requirements, may increase the Bank's costs, require the Bank to reallocate resources away from managing its business, negatively impact the Bank's capital and credit ratings, cash flows and funding costs, require the Bank to undergo significant changes to its business, operations, products and services, and risk management practices, damage the Bank's reputation, and subject the Bank to other adverse consequences, including additional financial penalties, restrictions and limitations.

The Bank monitors and evaluates the potential impact of applicable regulatory developments (including enacted and proposed rules, standards, public enforcement actions, consent orders, and regulatory guidance). However, while the Bank devotes substantial compliance, legal, and operational business resources to facilitate compliance with these developments by their respective effective dates, and also to the consideration of other Bank regulator expectations, it is possible that: (i) the Bank may not be able to accurately predict the impact of regulatory developments, or the interpretation or focus of enforcement actions taken by governments, regulators and courts, (ii) the Bank may not be able to develop or enhance the platforms, technology, or operational procedures and frameworks necessary to comply with, or adapt to, such rules or expectations in advance of or by their effective dates; or (iii) regulators and other parties could challenge the Bank's compliance. Also, it may be determined that the Bank has not adequately, completely or addressed on a timely basis regulatory developments or other regulatory requirements, including enforcement actions, to which it is subject, in a manner which meets Bank regulator expectations.

At any given time, the Bank is subject to a significant number of legal and regulatory proceedings and to numerous governmental and regulatory examinations. Additionally, the Bank has been subject to regulatory enforcement proceedings and has entered into settlement agreements with Bank regulators, and the Bank may continue to face a greater number or wider scope of investigations, enforcement actions and litigation. The Bank could also be subject to negative regulatory evaluation or examination findings not only because of violations of laws and regulations, but also due to failures, as determined by its regulators, to have adequate policies and procedures, or to remedy deficiencies on a timely basis. Regulatory and legislative changes and changes in expectations will continue to increase the Bank's compliance and operational risks and costs. In addition, legislative and regulatory initiatives could require the Bank to make significant modifications to its operations in the relevant countries or regions in order to comply with those requirements. This could result in increased costs as well as adversely affect the Bank's businesses and results of operations.

In the future, the Bank may be subject to additional regulatory enforcement proceedings or enter into future settlement arrangements with Bank regulators, and it may incur fines, penalties, judgments or business restrictions not in its favour associated with regulatory non-compliance, all of which could also lead to negative impacts on the Bank's financial performance, operational changes including restrictions on offering certain products or services or on operating in certain jurisdictions, and its reputation.

See also the risks described under the heading "Introduction of New and Changes to Current Laws, Rules and Regulations" and "Global Resolution of the Investigations into the Bank's U.S. BSA/AML Program".

### *Executing on Long-Term Strategies and Shorter-Term Key Strategic Priorities*
The Bank has a number of strategies and priorities, including those detailed in each Segment's "Business Segment Analysis" section of this document, which may include large scale strategic or regulatory initiatives that are at various stages of development or implementation. Examples include organic growth strategies; integrating recently acquired businesses (e.g., TD Cowen); implementing strategic agreements; projects to meet new regulatory requirements; building new platforms, technology, and omnichannel capabilities; and enhancements to existing technology. Strategies may adjust in response to shifts in the internal and external environment and/or changes in leadership. Risk can be elevated due to the size, scope, velocity, interdependency, and complexity of projects; limited timeframes to complete projects; and competing priorities for limited specialized resources. The Global Resolution of the civil and criminal investigations into the Bank's U.S. BSA/AML program, including the limitations on the Bank's U.S. business, has impacted and could adversely affect the Bank's ability to achieve some of its strategies and priorities.

The Bank regularly explores opportunities which include acquisitions and dispositions of companies or businesses, directly or indirectly, through its subsidiaries. In respect of acquisitions and dispositions, the Bank undertakes transaction assessments and due diligence before completing a merger, acquisition or disposition to confirm the transaction fits within the Bank's Risk Appetite, and closely monitors integration activities and performance post-close. However, the Bank's ability to successfully complete an acquisition or disposition is often subject to regulatory and other approvals, and the Bank cannot be certain when, or if, or on what terms and conditions, any required approvals will be granted.

While there is significant management attention on the governance, oversight, methodology, tools, and resources needed to manage the Bank's strategies and priorities, the Bank's ability to execute on them is dependent on a number of assumptions and factors. These include those set out in the "Economic Summary and Outlook", "Key Priorities for 2025", "2024 Accomplishments and Focus for 2025", "Operating Environment and Outlook", and "Managing Risk" sections of this document, as well as disciplined resource and expense management and the Bank's ability to implement (and the costs associated with the implementation of) programs to comply with new or enhanced regulations or regulator demands, all of which may not be in the Bank's control and are difficult to predict.

The Bank may not achieve its financial or strategic objectives including anticipated cost savings or revenue synergies, following acquisition and integration activities. In addition, from time to time, the Bank may invest in companies without taking a controlling position in those companies, which may subject the Bank to those companies' operational and financial risks, the risk that these companies may make decisions the Bank does not agree with, and the risk that the Bank may have differing objectives than the companies in which the Bank has interests.

If any of the Bank's strategies, priorities, acquisition and integration activities, dispositions or investments are not successfully executed, or do not achieve their financial or strategic objectives, there may be an impact on the Bank's operations and financial performance and the Bank's earnings could grow more slowly or decline.

### *TD's Schwab Equity Investment and Schwab IDA Agreement Exposes the Bank to Certain Risks*
As at October 31, 2024, the Bank's reported investment in Schwab was approximately 10.1% of the outstanding voting and non-voting common shares of Schwab, representing approximately 13.5% of TD's market capitalization. The Bank accounts for its investment in Schwab using the equity method, recognizing the Bank's share of Schwab's earnings available to common shareholders, which on an adjusted basis represented 6.2% of TD's net income in fiscal 2024. Schwab's stock price has historically experienced higher levels of volatility than the TD stock, and the size of the Schwab investment relative to TD's market capitalization exposes TD to the risk of large declines in the value of the investment and a corresponding impact on TD's market value. The value of the Bank's investment in Schwab and its contribution to the Bank's financial results are also vulnerable to poor financial performance or other adverse developments in Schwab's business. In addition, the Bank has a Schwab IDA Agreement with Schwab and it may be affected by actions taken by Schwab, or if Schwab does not perform its obligations, pursuant to the Schwab IDA agreement (as further described in the "Related Party Transactions" section of this document).

### *Technology and Cyber Security Risk*
Technology and cyber security risks for large financial institutions like the Bank have increased in recent years, especially due to heightened geopolitical tensions and a challenging macroeconomic environment that increase the risk of cyber-attacks. The rising risk of attacks on critical infrastructure and supply chains is due, in part, to the proliferation, sophistication and constant evolution of new technologies and attack methodologies used by threat actors, such as organized criminals, nation states, sociopolitical entities and other internal and external parties. Heightened risks may also result from the size and scale of a financial institution's operations, geographic footprint, the complexity of its technology infrastructure, its reliance on internet capabilities, cloud and telecommunications technologies to conduct financial transactions, such as the continued development of mobile and internet banking platforms, as well as opportunistic threats by actors that have accelerated exploitations of new weaknesses, misconfigurations, or vulnerabilities.

The Bank's technologies, systems and networks, those of the Bank's customers (including their own devices), and those of third parties providing services to the Bank, continue to be subject to cyber-attacks, and may be subject to disruption of services, data security or other breaches (such as loss or exposure of confidential information, including customer or employee information), identity theft and corporate espionage, or other incidents. The Bank has experienced service disruptions due to technology failure or connectivity issues triggered by a third party and may be subject to service disruptions in the future due to cyber-attacks and/or technology failure or connectivity issues. The Bank's use of third-party service providers, which are subject to these potential incidents, increases the risk of potential attack, breach or disruption; and may delay our response as the Bank has less immediate oversight and direct control over the third parties' technology infrastructure or information security.

The Bank may experience material loss or damage in the future as a result of online attacks on banking systems and applications, supply chain attacks, ransomware attacks, introduction of malicious software, denial of service attacks, malicious insiders or service provider exfiltration of data, AI-assisted attacks, and phishing attacks, among others. Any of these attacks could result in fraud, unauthorized disclosure or theft of data or funds, or the disruption of the Bank's operations. Cyber-attacks may include attempts by malicious insiders or service providers of the Bank to disrupt operations, access or disclose sensitive information or other data of the Bank, its customers, or its employees. Attempts to deceive employees, customers, service providers, or other users of the Bank's systems continue to occur, in an effort to obtain sensitive information, gain access to the Bank's or its customers' or employees' data or customer or Bank funds, or to disrupt the Bank's operations. While these deception attempts have not resulted in materially adverse impacts on the Bank thus far, there can be no assurance that future deception attempts may not be successful, especially as threats become more sophisticated. In addition, the Bank's customers may use personal devices, such as computers, smartphones, and tablets, which limits the Bank's ability to mitigate certain risks introduced through these personal devices.

NOTE 32: INFORMATION ON SUBSIDIARIES

The following is a list of the directly or indirectly held significant subsidiaries.

**SIGNIFICANT SUBSIDIARIES[1]**

| (millions of Canadian dollars) | | October 31, 2024 |
|---|---|---|
| **North America** | **Address of Head or Principal Office[2]** | **Carrying value of shares owned by the Bank[3]** |
| Meloche Monnex Inc. | Montreal, Québec | $    2,753 |
|   Security National Insurance Company | Montreal, Québec | |
|   Primmum Insurance Company | Toronto, Ontario | |
|   TD Direct Insurance Inc. | Toronto, Ontario | |
|   TD General Insurance Company | Toronto, Ontario | |
|   TD Home and Auto Insurance Company | Toronto, Ontario | |
| TD Wealth Holdings Canada Limited | Toronto, Ontario | 10,367 |
|   TD Asset Management Inc. | Toronto, Ontario | |
|   GMI Servicing Inc. | Winnipeg, Manitoba | |
|   TD Waterhouse Private Investment Counsel Inc. | Toronto, Ontario | |
|   TD Waterhouse Canada Inc. | Toronto, Ontario | |
| TD Auto Finance (Canada) Inc. | Toronto, Ontario | 4,287 |
| TD Group US Holdings LLC | Wilmington, Delaware | 81,374 |
|   Toronto Dominion Holdings (U.S.A.), Inc. | New York, New York | |
|   Cowen Inc. | New York, New York | |
|   Cowen Structured Holdings LLC | New York, New York | |
|   Cowen Structured Holdings Inc. | New York, New York | |
|   ATM Execution LLC | New York, New York | |
|   RCG LV Pearl, LLC | New York, New York | |
|   Cowen Financial Products LLC | New York, New York | |
|   Cowen Holdings, Inc. | New York, New York | |
|   Cowen and Company, LLC | New York, New York | |
|   Cowen CV Acquisition LLC | New York, New York | |
|   Cowen Execution Holdco LLC | New York, New York | |
|   Westminster Research Associates LLC | New York, New York | |
|   RCG Insurance Company | New York, New York | |
|   TD Prime Services LLC | New York, New York | |
|   TD Securities Automated Trading LLC | Chicago, Illinois | |
|   TD Securities (USA) LLC | New York, New York | |
|   Toronto Dominion (Texas) LLC | New York, New York | |
|   Toronto Dominion (New York) LLC | New York, New York | |
|   Toronto Dominion Investments, Inc. | New York, New York | |
|   TD Bank US Holding Company | Cherry Hill, New Jersey | |
|   Epoch Investment Partners, Inc. | New York, New York | |
|   TD Bank USA, National Association | Cherry Hill, New Jersey | |
|   TD Bank, National Association | Cherry Hill, New Jersey | |
|   TD Equipment Finance, Inc. | Mt. Laurel, New Jersey | |
|   TD Private Client Wealth LLC | New York, New York | |
|   TD Public Finance LLC | New York, New York | |
|   TD Wealth Management Services Inc. | Mt. Laurel, New Jersey | |
| TD Investment Services Inc. | Toronto, Ontario | 56 |
| TD Life Insurance Company | Toronto, Ontario | 163 |
| TD Mortgage Corporation | Toronto, Ontario | 13,231 |
|   TD Pacific Mortgage Corporation | Vancouver, British Columbia | |
|   The Canada Trust Company | Toronto, Ontario | |
| TD Securities Inc. | Toronto, Ontario | 3,213 |
| TD Vermillion Holdings Limited | Toronto, Ontario | 23,714 |
|   TD Financial International Ltd. | Hamilton, Bermuda | |
|   TD Reinsurance (Barbados) Inc. | St. James, Barbados | |
| **International** | | |
| Cowen Malta Holdings Limited | Birkirkara, Malta | 27 |
|   Cowen Insurance Company Ltd | Birkirkara, Malta | |
| Ramius Enterprise Luxembourg Holdco S.à.r.l. | Luxembourg, Luxembourg | 247 |
|   Cowen Reinsurance S.A. | Luxembourg, Luxembourg | |
| TD Ireland Unlimited Company | Dublin, Ireland | 2,805 |
|   TD Global Finance Unlimited Company | Dublin, Ireland | |
| TD Securities (Japan) Co. Ltd. | Tokyo, Japan | 13 |
| Toronto Dominion Australia Limited | Sydney, Australia | 104 |
| TD Bank Europe Limited | London, England | 1,407 |
| Toronto Dominion International Pte. Ltd. | Singapore, Singapore | 6,812 |
|   Cowen Execution Services Limited | London, England | |
| Toronto Dominion (South East Asia) Limited | Singapore, Singapore | 1,643 |

[1] Unless otherwise noted, The Toronto-Dominion Bank, either directly or through its subsidiaries, owns 100% of the entity and/or 100% of any issued and outstanding voting securities and non-voting securities of the entities listed.

[2] Each subsidiary is incorporated or organized in the country in which its head or principal office is located.

[3] Carrying amounts are prepared for purposes of meeting the disclosure requirements of Section 308 (3)(a)(ii) of the *Bank Act (Canada)*. Intercompany transactions may be included herein which are eliminated for consolidated financial reporting purposes.