# EXHIBIT 2

# Comptroller's Handbook

# Examination Process

# Large Bank Supervision

Version 1.0, June 2018

Version 1.1, September 2019
Version 1.2, March 2022

**References to reputation risk have been removed from this booklet as of March 20, 2025. Removal of reputation risk references is identified by a strikethrough. Refer to OCC Bulletin 2025-4.**



Office of the
Comptroller of the Currency

Version 1.2

# Core Assessment

Core assessment establishes the minimum conclusions examiners must reach to assess risks and assign regulatory ratings. These minimum conclusions are documented in a core assessment summary. Examiners' conclusions for each risk consider the interrelationships with other risks and cover all applicable lines of business and functions. (Updated in version 1.2)

## Core Assessment Summary

(Section updated in version 1.2)

Examiners complete one consolidated core assessment summary for all OCC-supervised banks within a multibank organization during every supervisory cycle. Examiners consider the supervisory activities conducted throughout the supervisory cycle when completing the core assessment summary. The core assessment summary (or portions thereof) may be completed or updated more often when the EIC or supervisory office deems appropriate. The core assessment summary should provide OCC management and examiners with a clear and concise narrative to support the following minimum conclusions:

- Conclusions for the quantity of risk, quality of risk management, aggregate risk, and direction of risk, for each RAS category, Bank Secrecy Act/anti-money laundering/Office of Foreign Assets Control (BSA/AML/OFAC) risk, and asset management risk, as applicable. Conclusions should be based on the definitions for quantity of risk, quality of risk management, aggregate risk, and direction of risk.[36]
- Conclusions for internal controls and audit. Conclusions should be based on the definitions in this booklet for audit and internal controls assessments.
- Conclusions for the assessment factors for the quantity of risk and quality of risk management for each RAS category, BSA/AML/OFAC risk, and asset management risk.
- Conclusions for the assessment factors for internal controls, audit, and BSA (program and each pillar).
- Conclusions for the regulatory ratings and regulatory rating assessment factors. Conclusions for regulatory ratings should be based on the regulatory rating definitions and assessment factors in the "Bank Supervision Process" booklet of the *Comptroller's Handbook.*

The assessment **factors** are the minimum standards that examiners must assess during every supervisory cycle to ensure quality supervision. Examiners must document conclusions for each risk and regulatory rating assessment factor. The **sub-factors** are material criteria, including risk appetite, risk profile, and risk governance criteria, that have been shown to

---

[36] For each RAS category, BSA/AML/OFAC risk, and asset management risk, this booklet includes definitions for low, moderate, and high quantity of risk and strong, satisfactory, insufficient, and weak quality of risk management. Refer to the "Bank Supervision Process" booklet for general definitions of quantity of risk, quality of risk management, aggregate risk, and direction of risk that apply to all risk assessments. (Footnote added in version 1.2)

Version 1.2

drive the assessment factor conclusions in most banks. Examiners should consider all sub-factors and use their judgment to only document those key sub-factors in the core assessment summary that drive the assessment factor conclusions. The sub-factors in this booklet are not an exhaustive list. Given each bank's unique characteristics, there might be other sub-factors that could drive the assessment factor conclusion for a bank. Examiners can include the assessment of these other sub-factors in the core assessment summary if they drive the assessment factor conclusions.

Examiners should use judgment in the level of documentation needed to support the conclusions. The level of documentation may vary over time depending on changes in the bank's condition, risk profile, pending or actual enforcement actions, violations of laws or regulations, or referrals to other agencies. Examiners should avoid redundancy between risk disciplines. For example, examiners may cross-reference to comments in other parts of the core assessment to avoid duplication. Examiners should reference supporting work papers in the core assessment summary, as applicable. The core assessment summary must be documented in the OCC's supervisory information systems.

The core assessment summary serves as an important baseline for future supervisory activities. Examiners conduct periodic monitoring through ongoing supervision and target examinations to determine if any changes to regulatory ratings and RAS conclusions are warranted. These changes should be documented in the quarterly supervision update in the quarters in which the core assessment summary is not completed.

Certain core assessment sub-factors are assessed across multiple risk areas. These sub-factors are marked with a ◆ symbol. Examiners assess these sub-factors as they relate to the specific area under review. When assessing strategic risk, ~~reputation risk,~~ operational risk, audit, and internal controls, examiners should consider relevant conclusions for these sub-factors from all applicable risk areas and aggregate the conclusions as appropriate.

# Risk Assessment System

Each core assessment summary must include RAS conclusions. Examiners must document a conclusion for each assessment factor. Conclusions for assessment factors are based on the examiners' assessments of relevant sub-factors. Conclusions for the quantity of risk and quality of risk management should be based on the definitions for low, moderate, and high and strong, satisfactory, insufficient, and weak, respectively.

## Strategic Risk

Strategic risk is the risk to current or projected financial condition and resilience arising from adverse business decisions, poor implementation of business decisions, or lack of responsiveness to changes in the banking industry and operating environment. This risk is a function of a bank's strategic goals, business strategies, resources, and quality of implementation. The resources needed to carry out business strategies are both tangible and intangible. They include communication channels, operating systems, delivery networks, and managerial capacities and capabilities.