# EXHIBIT 4


Office of the
Comptroller of the Currency

# SEMIANNUAL RISK PERSPECTIVE

## FROM THE NATIONAL RISK COMMITTEE

SPRING 2023

*occ.gov*

# EXECUTIVE SUMMARY

## KEY TAKEAWAYS

▶ The overall strength of the federal banking system is sound. The OCC has closely monitored the condition of the institutions it supervises throughout the market stress this spring. The agency has engaged directly with its banks to ensure they are appropriately managing their risks and restoring confidence in the banking system. Many banks have increased their cash holdings and borrowing capacity to cover potential depositor withdrawals. These moves enhance resiliency, but also could put pressure on bank earnings.

▶ The banking system faced increased volatility due to a liquidity crisis in the first quarter of 2023. Banks are focused on stabilizing liquidity and maintaining confidence in the banking system.

▶ Banks should remain diligent and confirm the effectiveness of their risk management practices, ensuring their ability to continue to withstand current and future economic and financial challenges.

## KEY RISK THEMES



**LIQUIDITY** levels have been strengthened in response to the failures of several banks and investment portfolio depreciation. Rising long-term rates caused significant depreciation in investment portfolios, focusing attention on banks' liquidity risk profiles.



**CREDIT RISK** remains moderate in aggregate, but signs of stress are increasing, for instance in certain segments of commercial real estate. Overall, credit markets and loan portfolios remain resilient, and problem loan levels remain manageable. The persistent drag from high inflation and rising interest rates, however, is causing credit conditions to deteriorate.



**OPERATIONAL RISK** is elevated. Cyber threats persist. Digitalization of banking products and services is expanding, especially as banks increase use of third parties. This expansion presents both opportunities and risks.



**COMPLIANCE RISK** is elevated. Banks continue to operate in a dynamic environment in which compliance management systems are challenged to keep pace with changing products, services, and delivery channel offerings developed in response to customer needs and preferences.

Expectations for future interest rates and yield curves are uncertain as the Board of Governors of the Federal Reserve System (Federal Reserve) weighs actions to combat inflation and contagion fears resulting from bank failures. Rising interest rates continue to pose increasing risk to banks' access to cost-efficient funding sources. Asset-liability management practices, including liquidity and interest rate risk modeling, stress testing, and sensitivity analysis, are critical to banks' efforts to maintain sufficient access to cost-efficient sources of liquidity. A focus on ensuring operational readiness to access contingent liquidity sources is warranted in light of the degree and speed of deposit flight observed in early 2023.

Inflationary cost increases are driving down profit margins and borrower repayment capability over a wide range of businesses, with the impact most notable in service industries. The commercial real estate market is expected to experience credit issues due to higher vacancy rates and higher interest rates when loans are refinanced. Retail and mortgage credit metrics have largely returned to pre-COVID levels. The banking industry has signaled that delinquency and loss rates will continue to increase from their historically low levels. Effective risk management including stress testing are proven processes for managing risk.

Cyber threat actors continue to target the financial services industry and its key service providers with ransomware and other attacks. The current geopolitical situation further underscores the importance of cyber threat monitoring and adds complexities in operations as banks update processes to comply with economic sanctions issued by the U.S. government. Market disruptions in the crypto sector have declined, but the industry remains volatile. Recent bank failures underscore how technological advances can enable rapid deposit outflows. Today's technology can be used to support real-time money movement and accelerate communications across social media and other digital channels. Some banks may struggle to keep up with technological advances, and prolonged use of legacy systems can increase risk. Part III of this report discusses the challenges and costs associated with the continued use of aging technologies and systems reaching their end of life (EOL) and the importance of banks investing and aligning technology with their business goals.

Compliance risk remains elevated as banks continue to expand their use of innovative technology for product and service delivery and expand their partnerships with third parties, such as financial technology companies (fintechs). Additionally, heightened focus on ensuring fair access to credit and fair treatment of applicants and borrowers contributes to elevated fair lending risk. There is also a noted increase in financial crimes, especially check fraud, and Bank Secrecy Act/anti-money laundering (BSA/AML) risks in traditional banking products and services.