# EXHIBIT 5

# Q4 2022 EARNINGS CONFERENCE CALL
# DECEMBER 01, 2022

## DISCLAIMER

THE INFORMATION CONTAINED IN THIS TRANSCRIPT IS A TEXTUAL REPRESENTATION OF THE TORONTO-DOMINION BANK'S ("TD") Q4 2022 EARNINGS CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALL. IN NO WAY DOES TD ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON TD'S WEB SITE OR IN THIS TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE WEBCAST (AVAILABLE AT TD.COM/INVESTOR) ITSELF AND TD'S REGULATORY FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

## FORWARD-LOOKING INFORMATION

From time to time, the Bank (as defined in this document) makes written and/or oral forward-looking statements, including in this document, in other filings with Canadian regulators or the United States(U.S.) Securities and Exchange Commission (SEC), and in other communications. In addition, representatives of the Bank may make forward-looking statements orally to analysts, investors, the media and others. All such statements are made pursuant to the "safe harbour" provisions of, and are intended to be forward-looking statements under, applicable Canadian and U.S. securities legislation, including the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements include, but are not limited to, statements made in this document, the Management's Discussion and Analysis ("2022 MD&A") in the Bank's 2022 Annual Report under the heading "Economic Summary and Outlook", under the headings "Key Priorities for 2023" and "Operating Environment and Outlook" for the Canadian Personal and Commercial Banking, U.S. Retail, Wealth Management and Insurance, and Wholesale Banking segments, and under the heading "2022 Accomplishments and Focus for 2023" for the Corporate segment, and in other statements regarding the Bank's objectives and priorities for 2023 and beyond and strategies to achieve them, the regulatory environment in which the Bank operates, and the Bank's anticipated financial performance. Forward-looking statements are typically identified by words such as "will", "would", "should", "believe", "expect", "anticipate", "intend", "estimate", "plan", "goal", "target", "may", and "could".

By their very nature, these forward-looking statements require the Bank to make assumptions and are subject to inherent risks and uncertainties, general and specific. Especially in light of the uncertainty related to the physical, financial, economic, political, and regulatory environments, such risks and uncertainties – many of which are beyond the Bank's control and the effects of which can be difficult to predict – may cause actual results to differ materially from the expectations expressed in the forward-looking statements. Risk factors that could cause, individually or in the aggregate, such differences include: strategic, credit, market (including equity, commodity, foreign exchange, interest rate, and credit spreads), operational (including technology, cyber security, and infrastructure), model, insurance, liquidity, capital adequacy, legal, regulatory compliance and conduct, reputational, environmental and social, and other risks. Examples of such risk factors include general business and economic conditions in the regions in which the Bank operates; geopolitical risk; inflation, rising rates and recession; the economic, financial, and other impacts of pandemics, including the COVID-19 pandemic; the ability of the Bank to execute on long-term strategies and shorter-term key strategic priorities, including the successful completion of acquisitions and dispositions, business retention plans, and strategic plans; technology and cyber security risk (including cyber-attacks, data security breaches or technology failures) on the Bank's information technology, internet, network access or other voice or data communications systems or services; model risk; fraud activity; the failure of third parties to comply with their obligations to the Bank or its affiliates, including relating to the care and control of information, and other risks arising from the Bank's use of third-party service providers; the impact of new and changes to, or application of, current laws and regulations, including without limitation tax laws, capital guidelines and liquidity regulatory guidance; regulatory oversight and compliance risk; increased competition from incumbents and new entrants (including Fintechs and big technology competitors); shifts in consumer attitudes and disruptive technology; exposure related to significant litigation and regulatory matters; ability of the Bank to attract, develop, and retain key talent; changes to the Bank's credit ratings; changes in foreign exchange rates, interest rates, credit spreads and equity prices; increased funding costs and market volatility due to market illiquidity and competition for funding; Interbank Offered Rate (IBOR) transition risk; critical accounting estimates and changes to accounting standards, policies, and methods used by the Bank; existing and potential international debt crises; environmental and social risk (including climate change); and the occurrence of natural and unnatural catastrophic events and claims resulting from such events. The Bank cautions that the preceding list is not exhaustive of all possible risk factors and other factors could also adversely affect the Bank's results. For more detailed information, please refer to the "Risk Factors and Management" section of the 2022 MD&A, as may be updated in subsequently filed quarterly reports to shareholders and news releases (as applicable) related to any events or transactions discussed under the heading "Significant Acquisitions" or "Significant Events and Pending Acquisitions" in the relevant MD&A, which applicable releases may be found on www.td.com. All such factors, as well as other uncertainties and potential events, and the inherent uncertainty of forward-looking statements, should be considered carefully when making decisions with respect to the Bank. The Bank cautions readers not to place undue reliance on the Bank's forward-looking statements.

Material economic assumptions underlying the forward-looking statements contained in this document are set out in the 2022 MD&A under the heading "Economic Summary and Outlook", under the headings "Key Priorities for 2023" and "Operating Environment and Outlook" for the Canadian Personal and Commercial Banking, U.S. Retail, Wealth Management and Insurance, and Wholesale Banking segments, and under the heading "2022 Accomplishments and Focus for 2023" for the Corporate segment, each as may be updated in subsequently filed quarterly reports to shareholders.

Any forward-looking statements contained in this document represent the views of management only as of the date hereof and are presented for the purpose of assisting the Bank's shareholders and analysts in understanding the Bank's financial position, objectives and priorities and anticipated financial performance as at and for the periods ended on the dates presented, and may not be appropriate for other purposes. The Bank does not undertake to update any forward-looking statements, whether written or oral, that may be made from time to time by or on its behalf, except as required under applicable securities legislation

## CORPORATE PARTICIPANTS

**Bharat Masrani**
*TD Bank Group – Group President and CEO*

**Ajai Bambawale**
*TD Bank Group – Group Head and Chief Risk Officer*

**Kelvin Tran**
*TD Bank Group – Chief Financial Officer*

**Michael Rhodes**
*TD Bank Group – Group Head, Canadian Personal Banking*

**Leo Salom**
*TD Bank Group – President and CEO, TD Bank America's Most Convenient Bank*

**Riaz Ahmed**
*TD Bank Group – Group Head, Wholesale Banking*

**Brooke Hales**
*TD Bank Group – Head of Investor Relations*


## CONFERENCE CALL PARTICIPANTS

**Gabriel Dechaine**
*National Bank Financial – Analyst*

**Meny Grauman**
*Scotia Capital – Analyst*

**Paul Holden**
*CIBC World Markets – Analyst*

**Doug Young**
*Desjardins – Analyst*

**Lemar Persaud**
*Cormark Securities – Analyst*

**Sohrab Movahedi**
*BMO Capital Markets – Analyst*

**Joo Ho Kim**
*Credit Suisse Securities – Analyst*

**Mike Rizvanovic**
*Keefe, Bruyette & Woods – Analyst*

**Scott Chan**
*Canaccord Genuity – Analyst*

## PRESENTATION

**Brooke Hales – TD – Head of Investor Relations**

Thank you, operator. Good afternoon, and welcome to TD Bank Group's Fourth Quarter 2022 Investor Presentation. We will begin today's presentation with remarks from Bharat Masrani, the bank's CEO. After which Kelvin Tran, the bank's CFO, will present our fourth quarter operating results. Ajai Bambawale, Chief Risk Officer, will then offer comments on credit quality, after which we will invite questions from prequalified analysts and investors on the phone.

Also present today to answer your questions are Michael Rhodes, Group Head, Canadian Personal Banking; Paul Douglas, Group Head, Canadian Business Banking; Raymond Chun, Group Head, Wealth Management and Insurance; Leo Salom, President and CEO, TD Bank, America's Most Convenient Bank; and Riaz Ahmed, Group Head, Wholesale Banking. Please turn to Slide 2.

At this time, I would like to caution our listeners that this presentation contains forward-looking statements, that there are risks that actual results could differ materially from what is discussed and that certain factors or assumptions were applied in making these forward-looking statements. Any forward-looking statements contained in this presentation represent the views of management and are presented for the purpose of assisting the bank's shareholders and analysts in understanding the bank's financial position, objectives and priorities and anticipated financial performance. Forward-looking statements may not be appropriate for other purposes. I would also like to remind listeners that the bank uses non-GAAP financial measures, such as adjusted results, to assess each of its businesses and to measure overall bank performance. The bank believes that adjusted results provide readers with a better understanding how management views the bank's performance. Bharat will be referring to adjusted results in his remarks. Additional information on items of note, the bank's use of non-GAAP and other financial measures, the bank's reported results and factors and assumptions related to forward-looking information are all available in our annual 2022 report to shareholders.

With that, let me turn the presentation over to Bharat.

**Bharat Masrani – TD – Group President and CEO**

Thank you, Brooke. And thank you, everyone, for joining us today.

Q4 was a strong quarter for TD. Earnings increased 5% to $4.1 billion, and EPS rose 4% to $2.18. Revenue grew 12% year-over-year, reflecting increased customer activity and the benefits of our deposit rich franchise. While we've seen some increase in PCLs this quarter, credit performance remains sound – benefitting from TD's through-the-cycle underwriting practices with key credit metrics remaining well below normalized levels. Our banking businesses have performed well in this environment, enabling us to continue to make strategic investments in our people, in technology and in new capabilities in our businesses to drive future growth.

TD's Common Equity Tier 1 ratio ended the quarter at 16.2 per cent, reflecting significant organic capital generation, the goodwill hedge for the First Horizon acquisition and the divestment of a portion of our Schwab shares in August. We continue to expect the Bank's CET 1 ratio to be comfortably above 11% post-closing of the First Horizon and Cowen transactions.

We remain confident in the earnings power of our franchise, and today declared a 7-cent dividend increase, bringing our dividend to 96-cents per share. I am proud of what we have accomplished this quarter and this year, and we are entering 2023 from a position of strength.

We continue to innovate to keep pace with market developments and build new capabilities for our customers. Among financial institutions, TD has the largest patent portfolio in Canada and the 5th largest patent portfolio in the U.S. Enterprise-wide, 150 of the Bank's patent applications have been granted this year. And, this quarter, TD was named the Best Consumer Digital Bank in North America for the second consecutive year by Global Finance, reflecting our industry-leading digital capabilities and the strength of our mobile and online offerings. Using AI-powered insights, we are delivering highly personalized experiences to our customers, helping them navigate financial challenges and meet their financial goals.

Let me now turn to each of our businesses and review some highlights from Q4.

Our Canadian Personal and Commercial Banking segment delivered earnings of $1.7 billion. The Personal Bank finished the year with momentum, including the highest net customer acquisition since

2014 – with record acquisition in the New to Canada market. We are committed to helping new Canadians and have introduced customer-centric value propositions, including our newly-launched banking package specifically designed for International Students – a first among Canadian financial institutions. We saw industry-leading market share gains in non-term deposits and achieved TD's highest market share ever in this category. In our real estate secured lending business, annual average portfolio loan growth is at its highest level since 2010, and this quarter retention rates increased by 3.4% year-over-year. We also had record credit card spend and organic loan growth driven by our diverse line-up and compelling acquisition offers. And Rewards Canada readers recognized TD with more awards in 2022 than any other card issuer, with the TD Aeroplan Visa Infinite Card and the TD Cash Back Visa Infinite Card ranking best in their respective categories.

The Business Bank again delivered double-digit loan growth, at 15% year-over-year. TD was particularly proud to be named highest in Small Business Banking customer satisfaction among the big 5 Canadian banks, according to J.D. Power's 2022 Canada Small Business Banking Satisfaction Study, reflecting our commitment to legendary customer experiences.

Turning to the U.S., our U.S. Retail Bank delivered record earnings of US$963 million, with strong revenues despite the implementation of the previously-announced enhancements to overdraft policies, demonstrating the Bank's ability to continue to adapt as the market evolves. With the contribution from our investment in Schwab of US$237 million, segment earnings were US$1.2 billion this quarter.

We took market share in our footprint in personal deposits with growth of 5% year-over-year, and business deposits were flat in a highly competitive environment – as customers continue to entrust TD Bank, America's Most Convenient Bank with more of their business. Mortgage loans grew 17% year-over-year, while credit card volumes were up 8% on increased spend from a year ago. Commercial loan volumes increased 5% year-over-year excluding PPP loan forgiveness, reflecting continued strong growth in middle market and specialty lending. And we maintained our leadership in small business banking, ranking #1 by total number of approved U.S. Small Business Administration loan units for the sixth consecutive year. We also announced the extension of our agreements with Target and Nordstrom to 2030 and 2026, respectively, enabling the Bank to continue to be the exclusive issuer of co-branded and private label consumer credit cards for these leading retailers.

Before we leave the U.S. Retail segment, I want to provide an update on our acquisition of First Horizon. We are currently planning to close the transaction in the first half of fiscal 2023, subject to customary closing conditions, including approvals from U.S. and Canadian regulatory authorities. We are excited about the benefits that this acquisition will deliver for all of our stakeholders.

As we announced in October, effective this quarter we established a Wealth Management and Insurance segment. This new reporting alignment reflects the significant and growing contribution that these businesses make to TD's success. This quarter, the segment earned $516 million, demonstrating the power of our diversified business mix as higher insurance volumes and the benefit of higher interest rates offset the challenges presented by market volatility, severe weather events and trading volume and claims normalization.

Our Advice businesses achieved record net asset growth this year, as clients turned to our growing base of advisors to help them navigate a challenging market environment. TD Asset Management continued to innovate to meet client needs, recently launching the TD Alternative Risk Focused Pool, a new retail multi-strategy solution to offer exposure to liquid alternative investments. The fund is an extension of our highly successful retirement portfolio franchise and provides retail investors with access to tools historically only available to institutional investors. Our #1 Direct-to-Consumer Insurance business continued its digital transformation, with over 20% of new sales this quarter completed digitally from end-to-end. Our Insurance business is focused on leveraging its competitive strength, and intends to expand its services into an underserved market by launching Small Business Insurance in 2023.

Finally, I want to acknowledge our customers across Atlantic Canada that were impacted by Hurricane Fiona, and to thank our Insurance colleagues for their tremendous efforts on the ground, providing support through the TD Insurance Mobile Response Unit to ensure that we were there for our customers when it mattered most.

In our Wholesale Banking business, we delivered net income of $275 million. Revenue was roughly flat year-over-year – as the impact of a weaker underwriting environment was offset by strength in other parts of our business, including higher global transaction banking, trading and lending revenue – again reflecting the benefits of our diversified business model.

TD Securities acted as Sole Bookrunner on the Council of Europe Development Bank's €100 million reopening of its €1 billion seven-year Social Inclusion Bond, supporting their commitment to address the long-term needs of Ukrainian refugees in their host communities.

We have made significant progress in preparing for the closing of the Cowen acquisition. On November 15th, Cowen shareholders approved the transaction, with over 99% of those voting, voting in favor. We are awaiting certain regulatory approvals, and are planning to close the transaction in the first calendar quarter of 2023.

Overall, I am very pleased with the results we delivered in 2022. We built momentum in our retail segments, and won more customers with differentiated, legendary experiences. And we announced two strategic acquisitions which, when closed, will meaningfully accelerate our growth in the years to come.

As you know, we have said that we expect to grow adjusted EPS by 7 – 10% over the medium term. For the year ahead, there are both tailwinds – including rate momentum and the anticipated closing of our announced acquisitions – and headwinds – including geopolitical tensions, the complex operating environment and potential economic slowdown. On balance – unless macroeconomic conditions were to shift dramatically – we believe that we will meet or exceed our medium-term target range in 2023.

I am proud of the strong financial results and returns we generated for shareholders this year, and how we have positioned the Bank for the macroeconomic volatility ahead. I'm equally proud of the value we delivered for all of our stakeholders.

This quarter, we announced a $10 million investment into the Boreal Wildlands Carbon Project in Northern Ontario. Developed by the Nature Conservancy of Canada, this is the largest single private conservation project ever undertaken in the country and supports the fight against biodiversity loss and climate change. By supporting the growth and development of voluntary carbon markets – and through the formation of its Carbon Advisory business – TD Securities is focused on providing new financing solutions to help our clients transition to a lower carbon economy.

We are also innovating in supplier diversity. Working with the Tent Partnership for Refugees and the Canadian Aboriginal and Minority Supplier Council, TD has sponsored a new certification program for businesses owned by entrepreneurs who recently arrived in Canada as refugees. This program will provide better market access for refugee-owned businesses and promote greater diversity in government and corporate procurement. TD's leadership builds upon our longstanding support for suppliers pursuing diversity certifications, promoting economic inclusion across supply chains.

TD is also committed to supporting equitable access to funding.  As part of the Bank's $10 million, five-year commitment, the Black Opportunity Fund announced an inclusive lending program for Black entrepreneurs. This program aims to support the continued effort of combating anti-Black racism and broader systemic discrimination and to help meet the needs of Black communities across Canada. In the U.S., we invested US$5 million in Citizen's Trust Bank, a Minority Deposit Institution based in Atlanta, to further support inclusive growth in the Southeast.

Enriching the lives of our customers, communities and colleagues is at the centre of everything we do at TD. I would like to end by thanking our TD bankers around the globe. They are responsible for our strong performance in 2022, and they are the reason that I am confident we will build upon these achievements in 2023. Thank you for your hard work and dedication.

With that, I'll turn things over to Kelvin.

**Kelvin Tran – TD – Chief Financial Officer**

Thank you, Bharat. Good afternoon everyone. Please turn to slide 11.

For 2022, the Bank reported earnings of $17.4 billion and EPS of $9.47, up 22% and 23% respectively. Adjusted earnings were $15.4 billion, and adjusted EPS was $8.36, up 5% and 6%, respectively. Reported revenue increased 15% and includes the net gain from mitigation of interest rate volatility to closing capital on the First Horizon acquisition and the gain on sale of Schwab shares. Adjusted revenue increased 8%, reflecting volume growth and margin expansion in the personal and commercial banking businesses. Provision for credit losses was $1.1 billion, compared with a recovery of $224 million in the prior year. Reported and adjusted expenses increased 7% and 6%, respectively, reflecting higher employee-related expenses and higher spend supporting business growth. Absent the retailer partners'

Gross impaired loan formations increased by 2 basis points, to 14 basis points this quarter, reflecting some normalization of credit performance. Please turn to slide 20.

Gross impaired loans were stable quarter-over-quarter, and remained at cyclically low levels. Please turn to slide 21.

Recall that our presentation reports PCL ratios both gross and net of the partners' share of the U.S. strategic card PCLs. We remind you that U.S. Card PCLs recorded in the Corporate segment are fully absorbed by our partners and do not impact the Bank's net income. The Bank's provision for credit losses increased $266 million quarter-over-quarter to $617 million or 29 basis points. The increase was largely recorded in the Canadian and U.S. consumer lending portfolios. Please turn to slide 22.

The Bank's impaired PCL was $454 million, an increase of $114 million quarter-over-quarter, largely related to some normalization of credit performance in our Canadian and U.S. consumer lending portfolios. The Bank's impaired provisions remained well below pre-pandemic levels. Performing PCL increased by $152 million to $163 million, as reflected across the U.S. Retail, Corporate, and Canadian Personal and Commercial Banking segments. For 2022, the Bank's full year PCL rate was 14 basis points, compared to a recovery of 3 basis points in 2021. The higher full year PCL rate was due to a smaller current year performing release and moderately higher impaired provisions. Please turn to slide 23.

The Allowance for Credit Losses increased by $445 million quarter-over-quarter to $7.4 billion, reflecting the impact of foreign exchange, deterioration in our economic forecasts, some normalization of credit performance, and volume growth, partially offset by release of overlays previously set aside for economic uncertainty. The Bank's allowance coverage remains elevated to account for ongoing uncertainty relating to the economic trajectory, and credit performance.

Now let me briefly summarize the year. The Bank exhibited strong credit performance this year, as evidenced by cyclically low gross impaired loan formations, gross impaired loans, and impaired PCLs. While credit performance remained strong, we saw some normalization in certain portfolios this quarter, as credit metrics have come off their recent lows. In addition, economic risks remain elevated, reflecting persistent inflation and rising interest rates, and the increasing risk of a recession. While results may vary by quarter, I expect PCLs to be higher in 2023 in the range of 35 to 45 basis points, as credit performance continues to normalize, and the economic trajectory unfolds. To conclude, TD remains well positioned given we are adequately provisioned, we have a strong capital position, and we have a business that is broadly diversified across products and geographies.

With that, operator, we are now ready to begin the Q&A session.


## QUESTION AND ANSWER

**Operator**

[Operator Instructions]. The first question is from Gabriel Dechaine from National Bank Financial.


**Gabriel Dechaine – National Bank Financial – Analyst**

I have a couple of questions here. One, actually, just the all-bank NIM. Based on your calculation of 7 basis points, and actually a little bit smaller, if I adjust for the trading stuff. But if I compare that to the segments where Canada is up 11 and the U.S. up 50, it's pretty huge. Can you give me a bit of a technical explanation as to why there might be some diversions there? Is that a wholesale funding issue at the top of the house?


**Kelvin Tran – TD – Chief Financial Officer**

So as you said, we need to adjust it out for trading NII. So the trading NII number is actually disclosed in our MD&A in the Wholesale Bank section. There's a footnote underneath the table. If you adjust for that

and also for the trading loans for the volume, you get to a core or non-trading NIM of 12 basis points quarter-over-quarter.

**Gabriel Dechaine – National Bank Financial – Analyst**

Okay. We calculate it ourselves, it might be the compare methodology there. My real question is on the First Horizon. A subtle shift in timing expectations, I guess. Last quarter, you were expecting to close in fiscal Q1, now first half. What's prompting the delayed expectation of closing?

**Bharat Masrani – TD – Group President and CEO**

We're already in December. And so we don't control the timing of all the regulatory approvals, but we are confident that we'll get closing within the time line that we've put out.

**Gabriel Dechaine – National Bank Financial – Analyst**

I mean are they taking a closer look at anything? Are you anticipating having to make any adjustments to your product lineup or your fee schedule in advance of the close?

**Bharat Masrani – TD – Group President and CEO**

No, I'm not aware of anything of the sort you're mentioning.

**Meny Grauman – Scotia Capital – Analyst**

I wanted to stick to a discussion of the margin, up 11 basis points in Canada, 51 in the U.S. I'm just wondering if you think we've hit peak margin expansion at TD? Or could we see coming quarters with bigger sequential increases in the margin?

**Kelvin Tran – TD – Chief Financial Officer**

At the top of the house, when you look at the total bank, if forward rates are realized, we expect that to be favorable to margins, both because of rising short rates and also for tractors repricing as on-rates are higher than off-rates. A big part of the margin expansion story is that we've seen significant rise in short rates so that provided, I would say, a turbocharge to the margin expansion. And so it really depends on the rise in the short rates going forward. Michael, Leo – do you have anything to add on the customer dynamic front or balance sheet mix?

**Michael Rhodes – TD – Group Head, Canadian Personal Banking**

And just for the Canadian Personal Bank and P&C overall, we expect NIM to improve in the near term, assuming that the forward curves that we see hold. I think the dynamics are lining up well for us, and so we would expect to see some further expansion.

**Leo Salom – TD – President and CEO, TD Bank America's Most Convenient Bank**

I would just add, the NIM for the quarter came in at 3.13%, so very strong, 92 basis points on a year-on-year basis, 51 basis points on a quarter-on-quarter basis. As Kelvin described, deposit margin expansion, clearly driving that. Also, we've had some good gains in terms of improvement in treasury returns on our