# EXHIBIT 6

# Q1 2023 EARNINGS CONFERENCE CALL
# MARCH 02, 2023

## DISCLAIMER

THE INFORMATION CONTAINED IN THIS TRANSCRIPT IS A TEXTUAL REPRESENTATION OF THE TORONTO-DOMINION BANK'S ("TD") Q1 2023 EARNINGS CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALL. IN NO WAY DOES TD ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON TD'S WEB SITE OR IN THIS TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE WEBCAST (AVAILABLE AT TD.COM/INVESTOR) ITSELF AND TD'S REGULATORY FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

## FORWARD-LOOKING INFORMATION

From time to time, the Bank (as defined in this document) makes written and/or oral forward-looking statements, including in this document, in other filings with Canadian regulators or the United States (U.S.) Securities and Exchange Commission (SEC), and in other communications. In addition, representatives of the Bank may make forward-looking statements orally to analysts, investors, the media and others. All such statements are made pursuant to the "safe harbour" provisions of, and are intended to be forward-looking statements under, applicable Canadian and U.S. securities legislation, including the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements include, but are not limited to, statements made in this document, the Management's Discussion and Analysis ("2022 MD&A") in the Bank's 2022 Annual Report under the heading "Economic Summary and Outlook", under the headings "Key Priorities for 2023" and "Operating Environment and Outlook" for the Canadian Personal and Commercial Banking, U.S. Retail, Wealth Management and Insurance, and Wholesale Banking segments, and under the heading "2022 Accomplishments and Focus for 2023" for the Corporate segment, and in other statements regarding the Bank's objectives and priorities for 2023 and beyond and strategies to achieve them, the regulatory environment in which the Bank operates, and the Bank's anticipated financial performance. Forward-looking statements are typically identified by words such as "will", "would", "should", "believe", "expect", "anticipate", "intend", "estimate", "plan", "goal", "target", "may", and "could".

By their very nature, these forward-looking statements require the Bank to make assumptions and are subject to inherent risks and uncertainties, general and specific. Especially in light of the uncertainty related to the physical, financial, economic, political, and regulatory environments, such risks and uncertainties – many of which are beyond the Bank's control and the effects of which can be difficult to predict – may cause actual results to differ materially from the expectations expressed in the forward-looking statements. Risk factors that could cause, individually or in the aggregate, such differences include: strategic, credit, market (including equity, commodity, foreign exchange, interest rate, and credit spreads), operational (including technology, cyber security, and infrastructure), model, insurance, liquidity, capital adequacy, legal, regulatory compliance and conduct, reputational, environmental and social, and other risks. Examples of such risk factors include general business and economic conditions in the regions in which the Bank operates; geopolitical risk; inflation, rising rates and recession; the economic, financial, and other impacts of pandemics, including the COVID-19 pandemic; the ability of the Bank to execute on long-term strategies and shorter-term key strategic priorities, including the successful completion and integration of acquisitions and dispositions, business retention plans, and strategic plans; technology and cyber security risk (including cyber-attacks, data security breaches or technology failures) on the Bank's information technology, internet, network access or other voice or data communications systems or services; model risk; fraud activity; the failure of third parties to comply with their obligations to the Bank or its affiliates, including relating to the care and control of information, and other risks arising from the Bank's use of third-party service providers; the impact of new and changes to, or application of, current laws and regulations, including without limitation tax laws, capital guidelines and liquidity regulatory guidance; regulatory oversight and compliance risk; increased competition from incumbents and new entrants (including Fintechs and big technology competitors); shifts in consumer attitudes and disruptive technology; exposure related to significant litigation and regulatory matters; ability of the Bank to attract, develop, and retain key talent; changes to the Bank's credit ratings; changes in foreign exchange rates, interest rates, credit spreads and equity prices; increased funding costs and market volatility due to market illiquidity and competition for funding; Interbank Offered Rate (IBOR) transition risk; critical accounting estimates and changes to accounting standards, policies, and methods used by the Bank; existing and potential international debt crises; environmental and social risk (including climate change); and the occurrence of natural and unnatural catastrophic events and claims resulting from such events. The Bank cautions that the preceding list is not exhaustive of all possible risk factors and other factors could also adversely affect the Bank's results. For more detailed information, please refer to the "Risk Factors and Management" section of the 2022 MD&A, as may be updated in subsequently filed quarterly reports to shareholders and news releases (as applicable) related to any events or transactions discussed under the heading "Significant Acquisitions" or "Significant and Subsequent Events, and Pending Acquisitions" in the relevant MD&A, which applicable releases may be found on www.td.com. All such factors, as well as other uncertainties and potential events, and the inherent uncertainty of forward-looking statements, should be considered carefully when making decisions with respect to the Bank. The Bank cautions readers not to place undue reliance on the Bank's forward-looking statements.

Material economic assumptions underlying the forward-looking statements contained in this document are set out in the 2022 MD&A under the heading "Economic Summary and Outlook", under the headings "Key Priorities for 2023" and "Operating Environment and Outlook" for the Canadian Personal and Commercial Banking, U.S. Retail, Wealth Management and Insurance, and Wholesale Banking segments, and under the heading "2022 Accomplishments and Focus for 2023" for the Corporate segment, each as may be updated in subsequently filed quarterly reports to shareholders. Any forward-looking statements contained in this document represent the views of management only as of the date hereof and are presented for the purpose of assisting the Bank's shareholders and analysts in understanding the Bank's financial position, objectives and priorities and anticipated financial performance as at and for the periods ended on the dates presented, and may not be appropriate for other purposes. The Bank does not undertake to update any forward-looking statements, whether written or oral, that may be made from time to time by or on its behalf, except as required under applicable securities legislation.

## CORPORATE PARTICIPANTS

**Bharat Masrani**
*TD Bank Group – Group President and CEO*

**Ajai Bambawale**
*TD Bank Group – Group Head and Chief Risk Officer*

**Kelvin Tran**
*TD Bank Group – Chief Financial Officer*

**Michael Rhodes**
*TD Bank Group – Group Head, Canadian Personal Banking*

**Paul Douglas**
*TD Bank Group – Group Head, Canadian Business Banking*

**Raymond Chun**
*TD Bank Group – Group Head, Wealth Management & Insurance*

**Leo Salom**
*TD Bank Group – President and CEO, TD Bank America's Most Convenient Bank*

**Riaz Ahmed**
*TD Bank Group – Group Head, Wholesale Banking*

**Brooke Hales**
*TD Bank Group – Head of Investor Relations*

## CONFERENCE CALL PARTICIPANTS

**Gabriel Dechaine**
*National Bank Financial – Analyst*

**Meny Grauman**
*Scotia Capital – Analyst*

**Paul Holden**
*CIBC World Markets – Analyst*

**Doug Young**
*Desjardins – Analyst*

**Lemar Persaud**
*Cormark Securities – Analyst*

**Sohrab Movahedi**
*BMO Capital Markets – Analyst*

**Joo Ho Kim**
*Credit Suisse Securities – Analyst*

**Mike Rizvanovic**
*Keefe, Bruyette & Woods – Analyst*

**Scott Chan**
*Canaccord Genuity – Analyst*

**Darko Mihelic**
*RBC Capital Markets – Analyst*

**Ebrahim Poonawala**
*Bank of America Securities – Analyst*

**Nigel D'Souza**
*Veritas Investment Research – Analyst*

## PRESENTATION

**Brooke Hales – TD – Head of Investor Relations**

Thank you, operator. Good afternoon and welcome to TD Bank Group's First Quarter 2023 Investor Presentation. Many of us are joining today's meeting from lands across North America. North America is known as Turtle Island by many Indigenous communities. I am currently situated in Toronto. As such, I would like to begin today's meeting by acknowledging that I am on the traditional territory of many nations, including the Mississaugas of the Credit, the Anishnabeg, the Chippewa, the Haudenosaunee and the Wendat peoples, and is now home to many diverse First Nations, Métis and Inuit peoples. We also acknowledge that Toronto is covered by Treaty 13 signed with the Mississaugas of the Credit, and the Williams Treaties signed with multiple Mississaugas and Chippewa bands.

We will begin today's presentation with remarks from Bharat Masrani, the Bank's CEO, after which Kelvin Tran, the Bank's CFO, will present our first quarter operating results. Ajai Bambawale, Chief Risk Officer, will then offer comments on credit quality, after which we will invite questions from pre-qualified analysts and investors on the phone. Also present today to answer your questions are Michael Rhodes, Group Head, Canadian Personal Banking; Paul Douglas, Group Head, Canadian Business Banking; Raymond Chun, Group Head, Wealth Management and Insurance; Leo Salom, President and CEO, TD Bank, America's Most Convenient Bank; and Riaz Ahmed, Group Head, Wholesale Banking. Please turn to Slide 2.

At this time, I would like to caution our listeners that this presentation contains forward looking statements, that there are risks that actual results could differ materially from what is discussed and that certain material factors or assumptions were applied in making these forward-looking statements. Any forward-looking statements contained in this presentation represent the views of management and are presented for the purpose of assisting the Bank's shareholders and analysts in understanding the Bank's financial position, objectives and priorities, and anticipated financial performance. Forward-looking statements may not be appropriate for other purposes.

I would also like to remind listeners that the Bank uses non-GAAP financial measures such as "adjusted" results to assess each of its businesses and to measure overall Bank performance. The Bank believes that adjusted results provide readers with a better understanding of how management views the Bank's performance. Bharat will be referring to adjusted results in his remarks. Additional information on items of note, the Bank's use of non-GAAP and other financial measures, the Bank's reported results and factors and assumptions related to forward-looking information are all available in our Q1 2023 Report to Shareholders.

With that, let me turn the presentation over to Bharat.

**Bharat Masrani – TD – Group President and CEO**

Thank you, Brooke and thank you everyone for joining us today.

To start, I want to express that our thoughts are with all those impacted by the devastating earthquakes in Turkey and Syria, including our colleagues, customers and communities, who have deep ties to these two countries. TD has contributed directly to the relief efforts and enabled customers to do so as well, through branches and online. Together, a collective effort can make a difference and provide some comfort during these terrible hardships.

It's been a busy week and before I review our strong quarter and start to the fiscal year, I would like to provide a few strategic updates. As you know on February 9th, we mutually agreed with First Horizon to extend the close date to May 27th as provisioned in our contract. Since then, we have come to believe that the deal is not expected to receive regulatory approval in time to close the transaction by that date. Regulatory approval is not within the Bank's control. So, we are doing what is prudent and appropriate – we have opened discussions with First Horizon about a potential additional extension.

I cannot speculate on when we will receive approval. I can tell you that we are fully committed to the transaction. We have a robust Community Benefits Plan in place with broad community support across our combined footprint and our teams have made progress on integration plans. This is a great transaction that offers scale and new capabilities to our U.S. franchise.

We made another unrelated announcement earlier in the week regarding the Stanford matter. The settlement we announced allows us to avoid the distraction and uncertainty of a long legal proceeding, and is in the best interests of shareholders and the Bank.

And of course, yesterday, we closed the Cowen transaction. TD Securities and Cowen are a powerful combination, accelerating our U.S. growth strategy and helping to create an integrated, North American dealer with global reach. The acquisition of Cowen adds key capabilities to our growing global markets platform – in U.S. equity sales and trading and in U.S. equity research. It also adds scale and industry expertise across U.S. capital markets and M&A advisory. Congratulations to everyone on this important milestone, and a very warm welcome to our over 1,500 new colleagues. I know I speak for Riaz and all of TD Securities, when I say we are very excited for what we will accomplish, together.

Let me now turn to our first quarter performance. TD delivered a strong Q1. Earnings increased 8% to $4.2 billion, and EPS rose 7% to $2.23. Revenue grew 16% year-over-year, reflecting margin expansion, strong volume growth and our diversified business mix. We took advantage of this environment to continue to invest in our business to drive future growth while delivering robust operating leverage. As expected, we saw some credit normalization this quarter, but credit performance remained strong overall, supported by consistent and disciplined underwriting practices.

TD's CET 1 ratio ended the quarter at 15.5% or 15% pro forma for the closing of the Cowen acquisition. With TD's strong internal capital generation capabilities – and the various capital levers available to the Bank, we continue to expect TD's CET 1 ratio to be comfortably above 11% post-closing of the First Horizon transaction.

These strong results are matched by a brand that is second to none. TD was recently named one of the 2023 Global Top 500 Most Valuable Brands by Brand Finance, earning the highest ranking in Canada. Across our distribution channels, the Bank delivers personalized, connected, legendary experiences. For the ninth consecutive year, the TD mobile app had the highest number of monthly active mobile users among Canadian banks according to mobile analytics firm data.ai.

Let me now turn to each of our businesses and review some highlights from Q1.

Our Canadian Personal and Commercial Banking segment delivered record earnings of $1.7 billion, reflecting revenue growth of 17% and significant positive operating leverage. The Personal Bank continued to demonstrate momentum, with sales of our Everyday Banking products up over 20% year-over-year and industry-leading market share gains in non-term deposits again this quarter, driven by strength in branch banking. We saw record Q1 acquisition in the New to Canada customer segment and announced an exclusive strategic relationship with CanadaVisa – one of the leading online sources of Canadian immigration information, with over 2 million monthly visits. Through this relationship, TD will help support newcomers as they navigate financial services while settling into their lives in Canada. We also had record Q1 credit card spend and organic loan growth driven by a rebound in travel and our compelling TD Aeroplan offering, coupled with our best ever quarter for digital acquisition for TD cards. In our real estate secured lending business, our teams delivered robust retention rates and enhancements in mobile mortgage specialist productivity, despite a softening housing market. The Business Bank achieved double-digit loan growth for the sixth consecutive quarter. And we were proud to collaborate with the Federation of African Canadian Economics to help black business owners in their entrepreneurial journeys, enabling them to access capital and scale their businesses.

Turning to the U.S., our U.S. Retail Bank delivered record earnings of US$1 billion, reflecting revenue growth of 27% and significant positive operating leverage. With the contribution from our investment in Schwab of US$222 million, segment earnings were US$1.2 billion. This quarter, enabled by our investments in event streaming technology, TD launched deposit balance thresholds alerts, the first of several self-serve alerts that will further enhance customer convenience and experience. We delivered strong loan growth year-over-year. Led by 18% growth in mortgages and 9% growth in cards, personal loans were up 11%. And TD demonstrated continued momentum in the middle-market and C&I space, with business loans up 9%, excluding PPP loan forgiveness. Finally, this quarter, we were proud to announce a 20-year extension of our agreement with Delaware North – keeping Boston's beloved landmark arena named as "TD Garden" through 2045.

Our Wealth Management and Insurance segment earned $550 million this quarter. Revenue was up 4%, as higher insurance volumes and the benefit of higher interest rates helped offset a challenging market environment. In TD Direct Investing, we took the #1 spot in the Globe and Mail's annual ranking of digital brokers, and increased market share of new account acquisition quarter-over-quarter. In TD Asset Management, TD regained its position as the #1 money manager for Canadian pension assets, and widened its lead versus competitors as the #1 Canadian institutional asset manager. Highlighting the breadth of our capabilities, several TD Asset Management ETFs and mutual funds – across equities, fixed income, and balanced funds were recognized this quarter with FundGrade A+ awards. On the Insurance side, our expansion into Small Business Insurance will launch in the coming months. As the #1 Direct-to-Consumer insurer in Canada, this is a natural extension for us to leverage our expertise to deliver exceptional insurance experiences for small business owners.

In our Wholesale Banking business, we delivered net income of $347 million, with revenues roughly flat year-over-year. The impact of lower underwriting and trading revenues was offset by higher global transaction banking and lending revenues as we continue to support our clients through market cycles.

This quarter, TD Securities acted as financial advisor to GIC and Dream Industrial REIT on their acquisition of Summit Industrial Income REIT. Our Wholesale Banking team also acted as joint book runner on the Government of Canada's $500 million Ukraine Sovereignty Bond, to assist the Government of Ukraine in providing essential services to Ukrainians and restoring energy infrastructure. And as I mentioned earlier, Cowen is now part of TD Securities. With robust integration plans in place, work is already underway to tap the combined strengths of the business and extend our competitive advantage in the market.

Guided by our purpose, TD is committed to creating value for all our stakeholders. I am proud that the Bank was listed in the DJSI World Index for the ninth consecutive year. TD is one of 6 banks listed in the DJSI North American Index – and the only North American bank included in the World Index. The Bank was also recently recognized with a "Top 10% S&P Global ESG score" – again standing out from its peers as the only North American bank to be listed in the top 10%. And, TD Bank, America's Most Convenient Bank was recognized as one of America's Best Employers for Veterans by Forbes for the third consecutive year. This recognition is a reflection of our commitment to the communities we serve. Earlier this week, as part of the TD Ready Challenge, we were pleased to announce a total of $10 million in grants to ten non-profit and charitable organizations that are working on solutions to help those who may be disproportionately affected by climate change and the transition to a low-carbon economy.  Later this month, TD will release its 2022 ESG reporting suite, including our Climate Action Plan. We are excited to share the outcomes of a year of effort and accomplishments by thousands of dedicated TD colleagues, who transformed our aspirations into action. Our TD bankers continue to deliver for all of our stakeholders, and it is a privilege to work alongside them every day. I would like to thank them for all they do to make TD the Better Bank.

I will end by noting that this is Paul Douglas's last earnings call as Group Head, Canadian Business Banking. Barbara Hooper will assume leadership of this segment. Paul's almost 47-year TD career is filled with remarkable achievements and success. He and his team have built one of Canada's premier business banks, known across the market for their dedication to their customers. Paul has also built the best team of business bankers in the country, and leaves behind a tremendous bench of talent that will continue to drive growth. I have known Paul throughout my entire time at TD and want to thank him for his partnership, support, and significant contributions to the Bank's success over many decades. Paul will assume a newly created position as Chair, Canadian Business Banking and will also serve as a Special Advisor to me. Congratulations to Paul, and I look forward to continuing to benefit from his wise counsel as we build for the future.

With that, I'll turn things over to Kelvin.

I will now turn the call over to Ajai.

### Ajai Bambawale – TD – Group Head and Chief Risk Officer

Thank you, Kelvin, and good afternoon, everyone. Please turn to Slide 18.

Gross impaired loan formations increased by 2 basis points, to 16 basis points quarter-over-quarter, driven by Canadian Commercial Banking, primarily related to a new formation in the health and social services sector, and some further normalization of credit performance, largely reflected in the Canadian and U.S. consumer lending portfolios. Please turn to Slide 19.

Gross impaired loans were stable quarter-over-quarter and remained at cyclically low levels. Please turn to Slide 20.

Recall that our presentation reports PCL ratios both gross and net of the partner's share of the U.S. strategic card PCLs. We remind you that U.S. Card PCLs recorded in the Corporate segment are fully absorbed by our partners and do not impact the Bank's net income. The Bank's provision for credit losses increased 3 basis points quarter-over-quarter to 32 basis points. The increase was largely recorded in the Canadian Personal and Commercial Banking segment. Please turn to Slide 21.

The Bank's impaired PCL was $553 million, an increase of $99 million quarter-over-quarter and primarily related to some further normalization of credit performance largely reflected in the consumer lending portfolios. The Bank's current quarter impaired PCL rate remained well below 2019 levels. Performing PCL of $137 million this quarter was largely recorded in the Canadian Personal and Commercial Banking and Wholesale Banking segments. Please turn to Slide 22.

The allowance for credit losses increased by $113 million quarter-over-quarter, reflecting volume growth and credit conditions, including some deterioration in the economic outlook, partially offset by the impact of foreign exchange. The Bank's allowance coverage remains elevated to account for ongoing uncertainty relating to the economic trajectory and credit performance.

In summary, the Bank's credit performance was strong again this quarter. However, as anticipated, key credit metrics continue to rise from cyclically low levels experienced last year, with this trend most evident in the consumer lending portfolios. Looking forward, while results may vary by quarter, I continue to expect total PCLs to be in the range of 35 to 45 basis points in 2023, as credit performance continues to normalize, and we progress along the economic path. TD remains well positioned given we are adequately provisioned, we have a strong capital position, and we have a business that is broadly diversified across products and geographies.

With that, operator, we are now ready to begin the Q&A session.

## QUESTION AND ANSWER

### Operator

[Operator Instructions]. And the first question is from Meny Grauman from Scotiabank.

### Meny Grauman – Scotia Capital – Analyst

Few questions on First Horizon, Bharat, you addressed it in your opening comments in terms of renegotiating of the contract. I'm just wondering what extension date are you looking for, for that new contract?

**Bharat Masrani – TD – Group President and CEO**

Meny, we've just started those conversations. I think it's premature for me to give you any specific dates. We are thinking through as to what might be appropriate and when the timing is right, we will certainly let you know.

**Meny Grauman – Scotia Capital – Analyst**

And just as a follow-up to that, as a result of these negotiations, could the purchase price change? Is that something that is a potential?

**Bharat Masrani – TD – Group President and CEO**

Well, we've just initiated the negotiations. And once the negotiations are finalized, we will be sure to give you further details.

**Meny Grauman – Scotia Capital – Analyst**

Okay. And then just a final one on the same topic. Just wondering about the nature of the delay given that the fact that the commentary that we're hearing comes so soon after the contract was extended to the end of May. So I'm wondering, is the issue a procedural issue? Or is it something more substantive? How would you sort of describe the delay as you see it?

**Bharat Masrani – TD – Group President and CEO**

As we've discussed previously, we are really excited about this transaction. We worked very hard to date and continue to work very very hard. And our planning for integration continues. We've set up an integration management office. I was thrilled that we announced our Community Benefits Plans very recently, which was very important for the communities in which we operate. So really excited about what this transaction does for our U.S. franchise.

As far as timing goes, unfortunately, I can't tell you any more than what I've said in my remarks. Yes, we did extend the deal till May 27th since then. We believe that we will not be able to close this transaction by that date and therefore, as you would expect us to, have started to talk about an extension with First Horizon.

**Doug Young – Desjardins – Analyst**

Just a few CET1 related questions. I mean, TD had negative organic capital generation this quarter about negative 20 basis points so just a few items I want to get some clarity on. Hoping you can dig into the asset quality drag of 21 basis points. Is that just normal migration? Or can you kind of elaborate.

**Ajai Bambawale – TD – Group Head and Chief Risk Officer**

Yes, it's Ajai. So let me take asset quality. You would have noticed the increase there is $6.8 billion. And there are really two drivers of that. One is normal course non-retail parameter updates that were made. And we make these annually, so we actually put it through in Q1. And then the second driver is credit normalization and as I said in my prepared remarks, that credit normalization is occurring largely in the consumer portfolios, both for Canada and the U.S. Hopefully that's helpful.

**Doug Young – Desjardins – Analyst**

It is. Can you split the two in terms of which one was more impactful?

**Ajai Bambawale – TD – Group Head and Chief Risk Officer**

Yes, I would say about 40% is the parameter updates. The balance is credit migration.

**Doug Young – Desjardins – Analyst**

Okay. And then second, the CET1 impact from the Basel III changes coming in Q2, it looks like you had parameter updates, because of Basel III that came through in Q1 -- can you talk about is there additional hit or benefit that you're going to have in Q2 from the upcoming Basel III changes?

**Kelvin Tran – TD – Chief Financial Officer**

It's Kelvin. I'll take that one. Correct. In Q2, we expect the impact of Basel III to be small either way.

**Doug Young – Desjardins – Analyst**

Okay and I know, Bharat, you said this and Kelvin, you said this, I mean with First Horizon, CET1 comfortably above 11%. I guess the question I've got is, would that be the case even if the deal closed right now? And does that factor in any other actions? Like does that factor in selling additional stakes in Schwab? Does that factor in with loan sales? I'm just curious if you can give some context to what that means because I think that's one area that I'm getting a lot of questions on.

**Bharat Masrani – TD – Group President and CEO**

Well, Doug, let's look at -- and I heard some of the noise around capital. Let's look at what TD's record has been on this. I mean, look at the last couple of years, our internal capital generation earnings less dividends is a simple way to do it. It's about 40 basis points per quarter. The DRIP contributes about 13 basis points per quarter. That allows us to support our customers' activity through RWA growth, which over the last five quarters is about 15 to 20 basis points. The first quarter was unusual because I think Ajai provided some of the explanations to you.

So the Bank's capital flexibility is immense and that's why I was quite happy to say that at the closing of First Horizon we will be comfortably over 11%. But as you can see, there's a pathway to a much higher capital level, and that will depend on what the requirements are that will be announced from time to time.

So feel very comfortable with where the Bank's position is on capital. We have a lot of capital levers as well. And so I think the noise around this, I'm not sure that I really understand.

**Doug Young – Desjardins – Analyst**

Well, I guess maybe just to ask it another way, is that comfortably above 11% organic?

**Bharat Masrani – TD – Group President and CEO**

That's my view. Yes, I've said this that we think we're going to be over 11% -- comfortably over 11% and then I gave you some of the calculations as to why it even goes higher over time, so we feel very comfortable with our capital position. And I know, Doug, you didn't ask, but Meny asked me what negotiations would be. And I'm not going to talk about any specific issues on those negotiations with First Horizon. We've just started a discussion. We have a fantastic relationship. It's a great franchise. And so we'll see where we get to.

**Gabriel Dechaine – National Bank Financial – Analyst**

Well, actually, Doug asked pretty much all the questions I had, but just to put a fine point on that, there's no contemplating doing what you did ahead of the Cowen transaction and selling down any Schwab? You might be confused by the feedback on capital, I guess. But -- it has to do with where you ended up this quarter versus where people expected you to end up and then applying the pro forma impact of Cowen and First Horizon and you get to a number closer to 11%. I just want to know what you have in the back of your mind or we'd like to know just to get more comfortable with that comfortably above 11% figure?

**Bharat Masrani – TD – Group President and CEO**

I'm not sure how you calculate your numbers, Gabe. So at some point, I'll get a chance to look at your numbers. But the numbers I gave you, there is a pathway here for TD to be in excess of 12% by next year. And this is even after closing First Horizon and Cowen. And so when you look at the first fiscal half of next year, we think we have a clear pathway to be over 12%. And if the timing were to change, we've got other capital levers. So I don't know what else I can tell you to clarify it further. I mean that's the way we are thinking about it and feel very comfortable.

**Gabriel Dechaine – National Bank Financial – Analyst**

Okay. Well, how about this then? Some recent events in the Canadian banking space have led some banks to target a minimum capital level of 11.5%. Are you suggesting that temporarily, anyway, you would be -- let's say, 11% or just slightly above that. You're fine being at that level and working your way to 12% organically -- post-transaction closing. Is that correct?

**Bharat Masrani – TD – Group President and CEO**

Well, there are a lot of assumptions you are making there. I'm giving you even after closing First Horizon and Cowen, we would exceed 12% in the first fiscal half of next year. If the timing were to change, we've got other capital levers, as you know. I thought I'm being very clear, Gabe.

**Ebrahim Poonawala – BofA Securities – Analyst**

Bharat, just wanted to follow up on the deal. Two questions. One, should we be concerned that maybe there is a supervisory issue in the U.S. that could have an impact on your organic business in the United States as we think about TD Bank USA, your ability to grow or any of that? Can you answer that question?

**Bharat Masrani – TD – Group President and CEO**

Ebrahim, I can't comment on our confidential discussions with our regulators. That is an area that no bank ventures into. But with respect to First Horizon, we continue to work with our regulators as part of our application process, and we continue to do that. I can't comment any further.

I think the other questions you're asking me are hypothetical in nature. We continue to grow our bank, Leo does a great job, six new stores were opened and I'm sure Leo would be happy to answer the loan growth we're having and the tremendous momentum we have in the U.S.

**Ebrahim Poonawala – BofA Securities – Analyst**

Right. No, I think again, Bharat, I'm sure you appreciate we are in uncharted waters here. The only proxy parallel comes to mind is M&T Hudson City, which took three years between announcement and close. And I think that's what some investors are trying to handicap.

Maybe, I guess, the second question for you as someone putting up US$13.4 billion to buy First Horizon. Just talk to us how do you get comfort around franchise attrition, right? Like have you heard about that from investors? It is an extremely competitive market. If I'm an employee at First Horizon getting called from 15 other banks, like how do you retain that and make sure there's not meaningful attrition in the franchise if, let's say, the deal timing gets pushed out by 12 months?

**Bharat Masrani – TD – Group President and CEO**

Again, I can't comment on timing but when we announced the deal, the structure we had put in place was to make sure that we've got more than adequate retention, and we feel happy about that. First Horizon as a franchise continues to perform in line with expectations as shared during the acquisition announcement in February of 2022. We are very happy with the transaction and continue to work hard to get it over the closing over the finish line.

**Scott Chan – Canaccord Genuity – Analyst**

I'll stay away from First Horizon and maybe concentrate on Cowen. Riaz, on Cowen what are you seeing on the ground there in terms of now and when you announced the transaction? I know it's been difficult capital markets, but is Cowen going to be operated separately still? Or do you still have collaboration or some integration plans between the two?

**Riaz Ahmed – TD – Group Head, Wholesale Banking**

Scott. Look, first, on the closing yesterday, I cannot demonstrate to you the amount of exuberance that both the TD Securities leadership and folks and Cowen leadership and folks were feeling yesterday. There was just an amazing amount of energy in the room as we announced the closing. We've done a lot of pre-integration work. And coming into the closing, there will be some short period of time, let's say, a few weeks during which we need to continue to operate separately in order to finish all our regulatory and functional and business model organization structures as we bring the broker dealers together. And then we'll lead towards a full integration soon after that.

So I'd say people are very excited to go. We've got an early operating model in place, a go-to-market strategy in place and there's just a tremendous amount of excitement. I'd say even more yesterday than we had at the date of the announcement 7 months ago. So it's really, really exciting, and we're feeling very positive about it. And Jeff Solomon and his team as well as the TD Securities leadership, just very excited to get together and get on with growing our business.

**Scott Chan – Canaccord Genuity – Analyst**

Have you passed out any cost or revenue synergies over the medium term? I assume it's mostly the latter potential. And I don't know if there's examples that you see right now on it?

**Riaz Ahmed – TD – Group Head, Wholesale Banking**

Yes. I'd say we're basically at the same place we were at the time when we announced the transaction, Scott, when we talked about having $300 million to $350 million of revenue synergies, and we said that we would add about US$100 million in net income by year three. And as you know, we did not announce any expense synergies at the time of the transaction.