# EXHIBIT 7

**S&P Global**
Market Intelligence

# The Toronto-Dominion Bank TSX:TD

# Shareholder/Analyst Call

## Thursday, April 20, 2023 2:30 PM GMT

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Call Participants

### EXECUTIVES

**Alan N. MacGibbon**
*Independent Director*

**Bharat B. Masrani**
*Group President, CEO & Director*

**Brian Michael Levitt**
*Independent Non-Executive Chairman
of the Board*

**Charles McCarragher**

**Jane A. Langford**
*Executive VP & General Counsel*

**Unknown Executive**

### ANALYSTS

**Unknown Analyst**

### SHAREHOLDERS

**Unknown Shareholder**

### ATTENDEES

**Emma Pullman**

**Gina Pappano**

**Kelly Hirsch**
*Vancity Investment Management Ltd.*

**Unknown Attendee**

**Willie Gagnon**
*Canadian Imperial Bank of Commerce*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Jane A. Langford**
*Executive VP & General Counsel*

Good morning. My name is Jane Langford, and I am the General Counsel for TD. Before we call this meeting to order and begin our business together, I acknowledge that we are assembled today on the traditional territory of many nations, including the Mississaugas of the Credit, the Anishinaabeg, the Chippewa, the Haudenosaunee and the Wendat people and is now home to many diverse First Nations, Inuit and Métis people. I also acknowledge that Toronto where I stand is covered by Treaty 13 signed with the Mississaugas of the Credit and the Williams Treaties signed with multiple Mississaugas and Chippewa bands. I would like to welcome the Chief, elders, youth and members from the indigenous communities who have joined us today either in this room or virtually from across North America, or as some indigenous people know it, Turtle Island, home to many diverse First Nations, Métis and Inuit people.

In Canada, we begin a meeting with a land acknowledgment to remind us of our obligation to advance our collective efforts towards truth and reconciliation with indigenous people. Speaking personally, I am a descendant from settlers to this land. When I speak the land acknowledgment, I recognize that my ancestors did not arrive to an empty land, but to a land that sustained and was nurtured by diverse indigenous people and cultures for thousands of years. My personal journey to truth and reconciliation embraces a commitment to learn the full story of Canada, which includes the truth about the first peoples of this land.

At TD, we recognize there is more work to be done and are committed to doing our part in the journey to truth and reconciliation with all indigenous people. Thank you.

**Unknown Attendee**

Please welcome Brian Levitt, Board Chair, TD Bank Group. [Foreign Language]

**Brian Michael Levitt**
*Independent Non-Executive Chairman of the Board*

Good morning, everyone. Welcome to the 2023 TD Bank Group Annual Meeting of Shareholders. [Foreign Language] For our Francophone shareholders, I welcome you warmly to our Annual Meeting of Shareholders. I'm Brian Levitt, Chair of the Board of Directors, and I will act as Chair of this meeting as stipulated by the bank's bylaws.

This meeting is called to order. With the consent of the meeting, I'll ask Jane Langford to serve as Secretary.

We're delighted to welcome some of you today in person, and we will also welcome those of you joining us by webcast or through the phone line. As was done last year, we have enabled question and comment capabilities through our phone lines and webcast with the aim of making the experience for our virtual attendees as interactive as possible. As in past years, both English and French will be spoken during this meeting. Simultaneous translation will be provided in person and over both our English and French webcast and phone lines. Additionally, shareholders and proxy holders will be able to ask questions in the room over the phone line or in writing through the webcast.

Let me explain how this works. With the goal of allowing all shareholders and proxy holders to participate regardless of whether they are here with us in person, on the phone or on the webcast, we'll take questions from the room first and then from the phone and then through the webcast. In each case, we ask that you identify whether your question relates to a motion being considered as part of the formal business of the meeting or whether it's of a more general nature.

We will address questions that directly relate to a particular motion at the appropriate time, and we ask that you save your general questions for the question-and-answer period, which follows the formal business. If you're in the room with us and would like to ask a question, you'll be prompted to approach one of the microphones on the floor at the appropriate time. For those with limited mobility, please raise your hand and a microphone will be brought to you. To ask a question over the phone, you'll be prompted to enter the question queue at the appropriate time. When we are ready to take your questions, the operator will introduce you. We would like all of our shareholders that wish to ask a question have the opportunity to do so. So we ask that you limit yourself to 2 to 3 minutes and that you only ask one question at a time. If you have additional questions, please reenter the queue at the microphone or the telephone line to allow us to speak with as many shareholders as possible during the meeting.

If you're on the webcast and have a question, click on the Ask a Question tab at the left side of the webcast page. If you're watching the webcast in full screen, you will need to minimize the video to access the question tab. Shareholders who wish to submit a

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

question or comment through the webcast platform can do so at any time, and we will address them at the appropriate time. A TD representative will read out the questions received over the webcast. Questions will be read out in the language used by the submitting shareholder. And if submitted in French, an English translation will follow. If we have several questions that are very similar in nature, we'll read out one of the questions and mention that we have received similar questions.

As in past years, the vast majority of shareholders submitted their proxies or voting instructions in advance of the meeting, but shareholders and proxy holders, whether attending virtually or in person, will have the opportunity to vote during the meeting. To keep your vote confidential, proxies are tabulated and counted by TSX Trust Company, our transfer agent, and are only submitted to the bank when legally necessary or when a shareholder clearly intends to communicate comments to management or the Board.

Here's how you can vote through our virtual voting platform. Once you're logged into the webcast, click the Vote tab at the left-hand side of the webcast page and a separate browser window will open. Shareholders that are not logged into the webcast can access the virtual voting platform from the 2023 Annual Meeting page on TD's website. Once you've accessed the voting platform, you can register to vote by entering your control number as your user name and entering td2023, all lower case, as your password. Voting will be open so long as the formal portion of the meeting is proceeding. If you were with us in the room and you wish to vote during the meeting, you will need the green and blue ballots that were offered to you at the registration desk. If you voted in advance of the meeting and do not wish to change your vote, then you do not need to do anything.

I've received satisfactory proof that the notice calling this meeting was duly publicized and sent to all shareholders of the bank. We've received proxies representing more than 52% of the approximately 1.8 billion outstanding common shares. Accordingly, we have a quorum present, and I hereby declare the meeting duly and properly constituted. As in past years, we'll have a question-and-answer session after the formal business of the meeting is completed. As I noted earlier, during the formal portion of the meeting, we will pause to address questions and comments submitted by shareholders and proxy holders that are specific to the motions being presented during the meeting. As always, we ask that any questions that you ask relate to the business or affairs of the bank and not be of a personal nature. For people in the room, we have a representative from TD customer care here with us. Can I ask Christina French to stand and be recognized.

Thank you. If your question is of a personal nature, we will defer your question and ask that you speak with Christina after the meeting or we will have one of our customer care representatives get in touch with you after the meeting.

The agenda for today's meeting is available on the annual meeting page on TD's website and for in-person attendees, the agenda can be found in the booklet that was on your chair. Please note that discussions during the meeting may contain forward-looking statements about the bank's outlook and objectives and strategies to achieve them. Bharat will be referring to non-GAAP financial measures, also known as adjusted results in his remarks. Details regarding forward-looking statements and non-GAAP financial measures are on the slide presented in the room and on the webcast and can also be found in the bank's financial reporting.

Now I'd like to introduce the individuals who are with me today, Bharat Masrani, Group President and Chief Executive Officer of the bank; and Jane Langford, Executive Vice President and General Counsel of the bank. As noted earlier, Jane will act as Secretary of the meeting. In addition, members of the bank's senior executive team and Board of Directors are available to assist with questions if necessary. Pat Lee and [ Jordan Schafe ], representatives of TSX Trust Company, the bank's register and transfer agent, will act as scrutineers.

Before I invite Bharat to address the meeting, I'd like to recognize the tremendous efforts of all TD colleagues over the past year. Through a period of change, they delivered every day, serving customers and clients and advancing the bank's priorities. On behalf of the Board, I'd like to thank them for all that they have done. [Foreign Language]

[Interpreted] Every day, they showed up for our clients and the bank. On behalf of the Board, I would like to thank them.

2022, TD delivered growth and strong financial outcomes. Our balance sheet is strong, and we have deep liquidity, critical foundations for a successful bank. This performance enables us to invest in our business, add new capabilities and continue to pay dividends to shareholders. We also took important steps to deliver on environmental, social and governance priorities. We advanced our diversity and inclusion efforts invested in our communities, established new targets for financed admissions and announced a new $500 billion sustainable and decarbonization finance target. [Foreign Language]

[Interpreted] In 2022, we offered excellent service to our clients, supported the communities where we are present and invested in our colleagues and our sectors.

Recognize the tremendous efforts of Bharat Masrani and his executive team who delivered for all shareholders, all stakeholders, including our shareholders.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In closing, I want to thank our shareholders for their confidence and our millions of customers for the opportunity to serve them every day. [Foreign Language]

[Interpreted] In closing, I want to thank our shareholders for their confidence and our millions of customers for the opportunity to serve them every day.

With that, I'll ask Bharat to address the meeting.

**Bharat B. Masrani**
*Group President, CEO & Director*

Thank you, Brian. Good morning, everyone, and thank you for joining us. It's great to see so many of you here in the room. I also want to welcome those on the webcast or on the phone. Since we last met a year ago, TD has continued to grow, welcome new -- continue to welcome new customers, generate capital, expand our business and grow. As a result, TD's 2022 earnings reached $15.4 billion on an adjusted basis, a 5% increase from 2021. We also increased and continued to pay dividends to our owners. In fact, over the last decade, we had the highest total shareholder return among our Canadian peers. Strong performing businesses, supported by the best talent in the industry, delivered significant progress in 2022. The Canadian Personal Bank welcomed new customers, deepened relationships, introduced innovative products and services and strengthened our position as Canada's leading personal bank. We finished the year with the highest net customer acquisitions since 2014, including record account openings in the important new to Canada segment. The Canadian business bank expanded its customer base and supported the aspiration of almost 900,000 small businesses across the country. We also increased loan and deposit volumes. Among Canada's largest banks, TD was ranked highest in customer satisfaction and small business banking by J.D. Power, reflecting the trusted relationships we have built with our customers.

As you may recall, our Business Bank distributed more Canada Emergency business account loans than any other bank during the pandemic. Today, as small businesses rebuild and contribute to Canada's future, we are there for them with sound advice and a full suite of financial services. Wealth Management continued to operate Canada's largest direct investing business, which the Globe and Mail recently ranked as the top digital platform in the country. We also remain Canada's largest institutional money manager. TD Insurance solidified its leadership as Canada's largest direct-to-consumer home and auto insurer, and we recently launched small business insurance, another example of our commitment to support small businesses across Canada. Taken together, this is why Global Finance Magazine ranked TD as Canada's most valuable brand.

In the United States, TD Bank, America's most convenient bank, continue to grow and win new customers. For the sixth consecutive year, TD Bank was the largest small business administration lender in our U.S. footprint and the second largest in the United States overall. From Maine to Florida, our reach continues to grow with new store openings and an expanding suite of products. TD's success in the U.S. over the past 15-plus years demonstrates the enormous potential we have in the world's largest banking market. As you know, we announced our proposed acquisition of First Horizon in February of 2022. As previously disclosed, we've come to believe that the deal is not expected to close by the May 27 expiry date. We have opened discussions with First Horizon about a possible extension, and we will update our shareholders when we can.

Turning to TD Securities. The last 12 months have been transformative. We advanced our U.S. dollar strategy, served a growing roster of clients around the world and participated in some of the largest transactions in the market. With our recent acquisition of Cowen, almost 1,700 new colleagues have joined TD Securities. They bring a wealth of experience, complementary capabilities, deep client relationships and provide industry-leading research. I am excited by what the future holds for a growing TD Securities team. Overall, we had a strong 2022 and a strong start to 2023 with continued momentum and record results in our first fiscal quarter.

For the past few weeks, we've seen new uncertainty in the global financial sector. TD's diversified business and strong foundations proved resilient once again. Deposits are stable. New account openings are up and capital and liquidity are strong. With a common equity Tier 1 ratio of 15.5% at the end of the first fiscal quarter of 2023, we have the means to continue to invest and build for the future.

3 years after the onset of the global pandemic, we are stronger and more competitive than ever. [Audio Gap] We share our customers' aspirations and are eager to see their dreams and goals realized. And we work hard to earn their confidence every day by making it easier to bank with us, offering value and trusted advice. That's what it means to be TD. Our commitment to serve goes even further. Our purpose is to engage the lives of our customers, communities and colleagues. Last month, we released our annual suite of ESG reports. They represent the tremendous effort by thousands of colleagues across the bank. Through the TD Ready Commitment in 2022 alone, we contributed nearly $150 million to our communities, and we are well on the way to meeting our $1 billion target for community giving by 2030. In addition, in 2022, TD surpassed our $100 billion target for low-carbon lending, financing, asset management and other programs.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So we began work toward a new goal. We recently announced a new 2030 target, $500 billion to support environmental, decarbonization and social activities to contribute to a more sustainable, equitable and inclusive future. To build on the climate action plan announced in 2020, we also outlined expanded financial emissions targets for specific industries we chart our path to net zero, as we chart our path to net zero. And we continue to invest in a talented and diverse workforce, one that represents the communities we serve with engaged and empowered colleagues working in an inclusive environment where they can thrive and grow. I'm incredibly proud of our progress and proud that we have doubled the representation of Black executives, that we are on track to reach our Canadian target of 45% women in Vice President and above roles by 2025, and that we have a senior executive team that includes leaders of different backgrounds with diverse experiences and perspectives.

In recognition of our efforts, TD was listed on the 2023 Bloomberg Gender Equality Index for the seventh consecutive year. And we were listed on the Dow Jones Sustainability World Index for the ninth consecutive year. In fact, we are the only North American bank on the index. In an evolving market where more people are looking to work with businesses that share their values, TD is setting itself apart.

As we meet today, we are navigating an ever-changing and often challenging macroeconomic and geopolitical environment. Policymakers are taking action, including through the U.S. Inflation Reduction Act and measures proposed in Canada's recent budget. The ongoing conflict in Ukraine continues to devastate the lives of millions of people. It has also highlighted the need for global energy security, critical for the future of the global economy. Canada has one of the largest, most reliable sources of conventional energy on the planet with among the most stringent environmental standards in the world. We can and should support the responsible energy development the world needs today. At the same time, we must accelerate the work needed to transition to cleaner alternatives for a more sustainable future. It's not a question of either or, we can and must do both.

Canada's growing tech sector presents another opportunity As new innovation disrupts the entire industries, Canada needs to identify more avenues for growth, employment and leadership. In addition, we will further strengthen our country as we welcome millions of new Canadians in the years ahead. The immigrant experience is something I know a bit about. I know what it is like to arrive in a new country and work to build a new life. For these new Canadians to try for everyone in Canada to thrive, let's continue to drive positive change, help foster new pathways to economic inclusion, and build a better future together. This includes better housing access with the transportation, health care, education and other services critical for vibrant communities to thrive. Employment access with training and opportunities for millions of Canadians who face a changing job market or require new skills to compete. Financial access, regardless of where people live or what they earn, let's empower them and help them build their future with confidence. A Canada that is ready, willing and able to do business with the world must focus on these issues.

Canada's financial systems supported by effective regulation and stable, well-capitalized bank is fundamental to our future and a competitive advantage on the world stage. At TD, we believe that it is our responsibility to directly contribute to Canada's future prosperity and to be a catalyst for growth. We will support businesses, large and small, to grow, create jobs and adapt for the future. We will guide customers to uncertain times and help households achieve their goals. We will continue to invest in communities to help build a more inclusive and sustainable future. As part of that work, we will also challenge bias and racism and promote equity. We will listen, learn and actively contribute to indigenous reconciliation, a priority we share with millions of Canadians. And importantly, for our future and Canada, we will help our colleagues acquire new skills and develop the next generation of innovators and leaders.

The Green Shield, TD bankers were with pride represents our commitment to strive, as always, to be the better bank. I want to thank the more than 95,000 TD colleagues who work hard every day to bring our vision and our purpose to life. You are the true strength of the bank and our greatest competitive advantage. I also want to thank our Board for their continued guidance and counsel. Fellow shareholders, in the months and years ahead, we will continue to work hard to earn your trust, your support and your loyalty. Thank you.

**Brian Michael Levitt**
*Independent Non-Executive Chairman of the Board*

Thank you, Bharat. At this point, we'll move to the formal business of the meeting. I'd like to recognize the fact that the movers for the motions presented by the bank are TD directors or employees who are also shareholders. For shareholders and proxy holders who are joining remotely and have registered to access our online voting platform, the polls will open and will open soon and will close after the presentation of our items of business. Those of you who are here with us in person, ballots were made available to shareholders and proxy holders at the registration desk. We prepared a blue ballot for the first 3 items of business, namely the election of directors, the appointment of the auditor, and the advisory vote on the bank's approach to executive compensation.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A green ballot has been prepared for the 6 shareholder proposals to be voted on today. These proposals, along with the proponent statements and the Board's responses, are set out in the management proxy circular and in the booklet that was on your chair when you entered the room. That information booklet is also available on our annual meeting web page.

Scrutineers have a supply of ballots in both English and French. If you've not received a ballot and would like to vote during the meeting please raise your hand now and the scrutineers will bring you a ballot. I'd remind you that if you have already voted or sent in a proxy, you do not need to do anything unless you wish to change your vote. When you sign your ballots, please print your name clearly above your signature. When proxies are submitted to our registrar and transfer agent, they are counted and tabulated by their officers. The scrutineers of the meeting will then verify and report the results.

A simple majority of the votes cast during this meeting or by proxy is required to pass each of the matters to be voted on today. In the interest of having an open, fair and orderly meeting, the front page of the booklet that was on your chair contains guidelines for shareholder participation. These guidelines are based upon the rules of order as well as common sense and courtesy. Those guidelines are also available online on our Annual Meeting web page. If you're a shareholder or a proxy holder joining us remotely and wish to ask a question via webcast. You can submit your question at any time and please indicate whether it relates to a specific motion or whether it is of a more general nature. For example, if you'd like your question read out before shareholders vote on the advisory vote on the executive compensation, please indicate that in your submission, and we will read it out then. If it's of a more general nature, then we will read it out during the Q&A session. As a reminder, if you wish to ask a question in person or by phone, you will be prompted to do so at the appropriate time. I ask each speaker to please keep your comments brief and to the subject under discussion so that all shareholders will have an opportunity to participate. If a speaker has an additional question and if there is sufficient time, they will be recognized again after we've heard from others who are waiting to speak. On behalf of your fellow shareholders, I thank you in advance for your cooperation.

Copies of TD's 2022 annual report, which contained the bank's 2022 financial statements and the auditor's report on them, were delivered to shareholders in advance of the meeting. You can also obtain a copy of our annual report at the entrance to the room or on our website at td.com. We'll now address any questions or comments that have been submitted by shareholders or proxy holders directly related to the 2022 financial statements.

[Operator Instructions] If you have questions or comments that are not directly related to the 2022 financial statements, please hold them until the appropriate time.

Are there any questions or comments relating to the financial statements?

I don't see any in the room. Are there any on the phone, operator?

**Operator**

No questions on the phone line.

**Brian Michael Levitt**
*Independent Non-Executive Chairman of the Board*

Okay. Then we -- and we'll move on to the webcast. Do we have any questions come in through the webcast?

**Unknown Attendee**

Chair, no questions have come in on the webcast related to this item.

**Brian Michael Levitt**
*Independent Non-Executive Chairman of the Board*

Thank you. We'll now move to the election of directors. [Foreign Language]

[Interpreted] We will now move to the election of directors.

That 2 of our current directors, Nadir Mohamed and Jean-René Halde, are not standing for reelection this year. On behalf of the Board of Directors and the bank's employees, I'd like to express our sincere gratitude for their invaluable contribution during their time on the Board. It's been a privilege to work alongside both of you.

Information about each nominee is included in the proxy circular. To facilitate the introduction of the nominees, we prepared a slide presentation that introduces them.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

closely? Has the bank done anything in particular with respect to the increase -- the dramatic increase of these rates? And what is the current risk that the bank is exposed to, given this radical increase in rates, mainly with respect to your mortgage portfolio?

**Bharat B. Masrani**
*Group President, CEO & Director*

Thank you again, Mr. Gagnon for your question. And obviously, interest rate risk management, again, is a critical component of running a good and a strong bank. It is something that we have to not only manage but ensure that the level of risks that we -- the bank is exposed to is not -- it should be recognized and have adequate capital and adequate liquidity.

With rising rates, no doubt, causes dislocations in various parts of the economy, including the mortgage market. Again, depending on which country, the United States or Canada, we are in both countries. We have large businesses in both countries. But we certainly look at the risks around the mortgage portfolio on an ongoing basis. We stress test our book on a regular basis to ensure that the bank can withstand any kind of eventuality we may face from rising interest rates or any other shocks the system might have.

Having said that, we are also a bank that we want to make sure that our customers understand as to what might be required if rates were to go up. As you know, in Canada, when we make loans, we stress test people's ability to repay and service their mortgages should rates go up. That's been a rule that we followed very closely and very diligently to ensure there's capacity among the borrowers to withstand higher rates.

But sometimes as much as we try, there are certain hardships that happen as well among our customers. And we have a very mature program that has worked for us over decades. We call it TD Helps. But we are an outreach program, we will reach out to customers if we feel that there is some vulnerability on their part and work with them as to know what might make sense for the specific situation in order to manage a rising rate environment or some other type of hardship.

So I wanted to point that out as well that apart from very strong risk management on these portfolios, it is important to us, we are a customer-centric bank that is what we are known for to reach out to our customers that might face hardship and ensure that we have products and vice as to how they may be able to navigate that as rates at some point, will stabilize and normalize.

Thank you. Any other questions on the floor? Yes?

**Unknown Shareholder**

Hello. My name is Ryan. I'm a shareholder by virtue of holding Commerce Bancshares years ago. Just a few questions. Question number one, are you currently in discussions with FHN to extend the merger agreement that you referred to earlier in your presentation?

**Bharat B. Masrani**
*Group President, CEO & Director*

We've initiated extension arrangements or negotiations with FHN, yes.

**Unknown Shareholder**

And if you compare where you were back in late February when you announced it to now, do you have the ability to provide FHN with more information now than you did a few months ago as to what is causing the delay?

**Bharat B. Masrani**
*Group President, CEO & Director*

We said in March, and I said it today, that our belief is that we will not be able to get approvals by the merger expiry date of May 27, and therefore, we've initiated negotiations to extend our agreement with FHN. That's all I can provide you today, and I have no other further update.

**Unknown Shareholder**

Okay. And then just, I guess, a follow-up to that last one. Is there a scenario where whatever is causing this delay, which you haven't shared is material to your stock, yet the regulator tells you, you cannot disclose it publicly. Or would that dynamic never happen?

**Bharat B. Masrani**
*Group President, CEO & Director*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I made the statement I have on FHN, and I will stay with that. And I think my statement is very clear and very understandable. So I cannot provide you any more insight.

Any other questions on the floor? Being none, any on the phone, operator?

**Operator**

Mr. Masrani, no questions have come in.

**Bharat B. Masrani**
*Group President, CEO & Director*

How about the webcast?

**Unknown Attendee**

Mr. Masrani, we have received 3 similar questions from shareholders regarding the First Horizon transaction, and we've summarized those questions as follows. Can you please give us an update on the acquisition of First Horizon and on the process of obtaining regulatory approvals?

**Bharat B. Masrani**
*Group President, CEO & Director*

I think it's the same as my answer to the earlier question. We disclosed in March that our belief is that we will not be able to get approvals to close the transaction by the merger expiry date of May 27 of this year. And we have initiated extension negotiations with First Horizon to extend that date. That's all I can provide you at this stage. When we have more information to share, we will certainly update all of you with that information. Any other questions on the webcast?

**Unknown Attendee**

Yes, Mr. Masrani. Are you still interested in buying the bank?

**Bharat B. Masrani**
*Group President, CEO & Director*

We see the benefits of the merger. We've outlined them very clearly, and I've said that many times before. And so that's why we are into extension discussions with First Horizon.

**Unknown Attendee**

And why is it taking so long to close?

**Bharat B. Masrani**
*Group President, CEO & Director*

I cannot provide you any more information on that. I think my earlier comments continue to be applicable.

**Unknown Attendee**

When do you anticipate being able to provide shareholders with further information with respect to the timing and/or remedies required to obtain regulatory sign-off.

**Bharat B. Masrani**
*Group President, CEO & Director*

When I have them, I will update you.

**Unknown Attendee**

Can you please provide an update on the negotiations to extend the walkaway date of the transaction that is currently May 27?

**Bharat B. Masrani**
*Group President, CEO & Director*

I don't think it would be appropriate for me to discuss that with you.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.