# EXHIBIT 13

# Q3 2023 EARNINGS CONFERENCE CALL
# AUGUST 24, 2023

## DISCLAIMER

THE INFORMATION CONTAINED IN THIS TRANSCRIPT IS A TEXTUAL REPRESENTATION OF THE TORONTO-DOMINION BANK'S ("TD") Q3 2023 EARNINGS CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALL. IN NO WAY DOES TD ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON TD'S WEB SITE OR IN THIS TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE WEBCAST (AVAILABLE AT TD.COM/INVESTOR) ITSELF AND TD'S REGULATORY FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

## FORWARD-LOOKING INFORMATION

From time to time, the Bank (as defined in this document) makes written and/or oral forward-looking statements, including in this document, in other filings with Canadian regulators or the United States (U.S.) Securities and Exchange Commission (SEC), and in other communications. In addition, representatives of the Bank may make forward-looking statements orally to analysts, investors, the media and others. All such statements are made pursuant to the "safe harbour" provisions of, and are intended to be forward-looking statements under, applicable Canadian and U.S. securities legislation, including the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements include, but are not limited to, statements made in this document, the Management's Discussion and Analysis ("2022 MD&A") in the Bank's 2022 Annual Report under the heading "Economic Summary and Outlook", under the headings "Key Priorities for 2023" and "Operating Environment and Outlook" for the Canadian Personal and Commercial Banking, U.S. Retail, Wealth Management and Insurance, and Wholesale Banking segments, and under the heading "2022 Accomplishments and Focus for 2023" for the Corporate segment, and in other statements regarding the Bank's objectives and priorities for 2023 and beyond and strategies to achieve them, the regulatory environment in which the Bank operates, and the Bank's anticipated financial performance. Forward-looking statements are typically identified by words such as "will", "would", "should", "believe", "expect", "anticipate", "intend", "estimate", "plan", "goal", "target", "may", and "could".

By their very nature, these forward-looking statements require the Bank to make assumptions and are subject to inherent risks and uncertainties, general and specific. Especially in light of the uncertainty related to the physical, financial, economic, political, and regulatory environments, such risks and uncertainties – many of which are beyond the Bank's control and the effects of which can be difficult to predict – may cause actual results to differ materially from the expectations expressed in the forward-looking statements. Risk factors that could cause, individually or in the aggregate, such differences include: strategic, credit, market (including equity, commodity, foreign exchange, interest rate, and credit spreads), operational (including technology, cyber security, and infrastructure), model, insurance, liquidity, capital adequacy, legal, regulatory compliance and conduct, reputational, environmental and social, and other risks. Examples of such risk factors include general business and economic conditions in the regions in which the Bank operates; geopolitical risk; inflation, rising rates and recession; the economic, financial, and other impacts of pandemics, including the COVID-19 pandemic; the ability of the Bank to execute on long-term strategies and shorter-term key strategic priorities, including the successful completion and integration of acquisitions and dispositions, business retention plans, and strategic plans; technology and cyber security risk (including cyber-attacks, data security breaches or technology failures) on the Bank's information technology, internet, network access or other voice or data communications systems or services; model risk; fraud activity; the failure of third parties to comply with their obligations to the Bank or its affiliates, including relating to the care and control of information, and other risks arising from the Bank's use of third-party service providers; the impact of new and changes to, or application of, current laws and regulations, including without limitation tax laws, capital guidelines and liquidity regulatory guidance; regulatory oversight and compliance risk; increased competition from incumbents and new entrants (including Fintechs and big technology competitors); shifts in consumer attitudes and disruptive technology; exposure related to significant litigation and regulatory matters; ability of the Bank to attract, develop, and retain key talent; changes to the Bank's credit ratings; changes in foreign exchange rates, interest rates, credit spreads and equity prices; increased funding costs and market volatility due to market illiquidity and competition for funding; Interbank Offered Rate (IBOR) transition risk; critical accounting estimates and changes to accounting standards, policies, and methods used by the Bank; existing and potential international debt crises; environmental and social risk (including climate change); and the occurrence of natural and unnatural catastrophic events and claims resulting from such events. The Bank cautions that the preceding list is not exhaustive of all possible risk factors and other factors could also adversely affect the Bank's results. For more detailed information, please refer to the "Risk Factors and Management" section of the 2022 MD&A, as may be updated in subsequently filed quarterly reports to shareholders and news releases (as applicable) related to any events or transactions discussed under the heading "Significant Acquisitions", "Significant and Subsequent Events, and Pending Acquisitions", "Significant and Subsequent Events" or "Significant Events" in the relevant MD&A, which applicable releases may be found on www.td.com. All such factors, as well as other uncertainties and potential events, and the inherent uncertainty of forward-looking statements, should be considered carefully when making decisions with respect to the Bank. The Bank cautions readers not to place undue reliance on the Bank's forward-looking statements.

Material economic assumptions underlying the forward-looking statements contained in this document are set out in the 2022 MD&A under the heading "Economic Summary and Outlook", under the headings "Key Priorities for 2023" and "Operating Environment and Outlook" for the Canadian Personal and Commercial Banking, U.S. Retail, Wealth Management and Insurance, and Wholesale Banking segments, and under the heading "2022 Accomplishments and Focus for 2023" for the Corporate segment, each as may be updated in subsequently filed quarterly reports to shareholders.

Any forward-looking statements contained in this document represent the views of management only as of the date hereof and are presented for the purpose of assisting the Bank's shareholders and analysts in understanding the Bank's financial position, objectives and priorities and anticipated financial performance as at and for the periods ended on the dates presented, and may not be appropriate for other purposes. The Bank does not undertake to update any forward-looking statements, whether written or oral, that may be made from time to time by or on its behalf, except as required under applicable securities legislation.

## CORPORATE PARTICIPANTS

**Bharat Masrani**
*TD Bank Group – Group President and CEO*

**Ajai Bambawale**
*TD Bank Group – Group Head and Chief Risk Officer*

**Kelvin Tran**
*TD Bank Group – Chief Financial Officer*

**Michael Rhodes**
*TD Bank Group – Group Head, Canadian Personal Banking*

**Leo Salom**
*TD Bank Group – President and CEO, TD Bank America's Most Convenient Bank*

**Riaz Ahmed**
*TD Bank Group – Group Head, Wholesale Banking*

**Brooke Hales**
*TD Bank Group – Head of Investor Relations*

## CONFERENCE CALL PARTICIPANTS

**Ebrahim Poonawala**
*Bank of America Securities – Analyst*

**Meny Grauman**
*Scotia Capital – Analyst*

**Doug Young**
*Desjardins – Analyst*

**Paul Holden**
*CIBC World Markets – Analyst*

**Gabriel Dechaine**
*National Bank Financial – Analyst*

**Lemar Persaud**
*Cormark Securities – Analyst*

**Joo Ho Kim**
*Credit Suisse Securities – Analyst*

**Sohrab Movahedi**
*BMO Capital Markets – Analyst*

**Nigel D'Souza**
*Veritas Investment Research – Analyst*

**Mike Rizvanovic**
*Keefe, Bruyette & Woods – Analyst*

volume growth, partially offset by the impact of foreign exchange. The Bank's allowance coverage remains elevated to account for ongoing uncertainty relating to the economic trajectory, and credit performance.

In summary, while the Bank has experienced some further normalization of credit performance across key credit metrics this quarter, credit performance remains strong. Accordingly, I continue to expect PCL in 2023 to be in the neighbourhood of 35 basis points, which is at the low end of the guidance I provided at the start of the year.

To conclude, TD remains well positioned given we are adequately provisioned, we have a strong capital position, and we have a business that is broadly diversified across products and geographies. With that, operator, we are now ready to begin the Q&A session.

## QUESTION AND ANSWER

**Operator**

[Operator Instructions]. The first question is from Meny Grauman with Scotiabank.

**Meny Grauman – Scotia Capital – Analyst**

First question, Bharat, I'm just curious on your decision to increase your NCIB from 30 million to 90 million shares. Just curious, what we can read into that? Or should we read what should we read into that in terms of expanding the debt buyback? So curious on your thoughts there.

**Bharat Masrani – TD – Group President and CEO**

When we've talked about the bank's capital deployment framework, we look at how much do we need to support all our strategies, look at what gaps we might have, where we have to make investments to make sure we don't have those gaps – you've heard me say that before. And then in the end, if we think that, having been through all that, we would certainly look at capital actions such as buybacks. And by the way, Meny, it is 90 million, not 30 million. I think you mentioned 30 million. So in our view, based on the capital levels we have, given the framework that I just talked about, all that suggests that a buyback is appropriate at this time, and hence, we announced it.

**Meny Grauman – Scotia Capital – Analyst**

I'm just curious in terms of expanding it to 90 million from 30 million. What specifically changed over the past few months to give you more sightline to be able to increase that?

**Bharat Masrani – TD – Group President and CEO**

Well, the 30 million last quarter, when we announced that, I think I had said that we had issued shares through the DRIP program to finance the acquisition that has since been terminated. So it made sense to immediately go and return that to the shareholders since we were not pursuing that acquisition. Now this particular one, expanding it is over the next 1 year. As I said in my comments earlier, the 30 million program will likely, based on market conditions, things could change. But our expectation is that sometime in September, we would have completed that. And so given the situation now, we think it's appropriate to increase that by a further 90 million.

**Meny Grauman – Scotia Capital – Analyst**

I got it. And then if I can just ask on the disclosure related to the inquiries from U.S. regulatory authorities and law enforcement. You highlight anticipated monetary and/or nonmonetary penalties. On the monetary side, just curious, what you've provisioned or have you provisioned anything for this potential monetary charge or anticipated monetary charge, I should say.

### Bharat Masrani – TD – Group President and CEO

As you know, I can't comment on our ongoing discussions with our regulators. What I can say regarding the disclosure and as we've shared in the disclosure, we are pursuing efforts to enhance our U.S. AML compliance program. We have a strong and disciplined risk management culture and are focused on continuously improving our programs. So I just wanted to emphasize that, Meny. With respect to what amounts and all that, I really can't comment on that because that I don't think would be appropriate. And regarding our accounting policies, when it is appropriate, we will certainly let you know what it has cost or not cost us.

### Sohrab Movahedi – BMO – Analyst

Okay. Maybe just to pick up where Meny left off. What's the management's working assumption as to how long it may take to resolve the issues around the compliance program with money laundering and the like?

### Bharat Masrani – TD – Group President and CEO

I don't think, Sohrab, it's appropriate for me to comment on our ongoing discussions with our regulators because that would be going into that territory if I started predicting things for you. So I think best is what we've said in our disclosure, we are working hard to enhance our programs. That is the TD way.

We learn new things from our ongoing internal monitoring and management and through engagement with various stakeholders, including our regulators, and look for opportunities to enhance our controls whenever that situation arises. And I think you know us well, as you'd expect from TD.

We take this very seriously and make the appropriate investments and enhancements that fit our organization to manage the risk. And I'm really confident that in time, we will deliver the required enhancements. So I think best will leave with it that, Meny, and Sohrab.

### Sohrab Movahedi – BMO – Analyst

Okay. Maybe just for a bit of additional clarity. When we look at, for example, the current quarter U.S. segment expense base, when we think about that relative to last quarter, some of the enhancements that you're talking about, Bharat, I assume requires hiring some people and spending some money. Are we starting to see some of the likely expense implications of the enhancement program in the numbers right now? Or is that still to come?

### Bharat Masrani – TD – Group President and CEO

I think, best, I'll leave it to Leo, and Leo to answer about the overall expenses in the U.S. But the only point I'd make is enhancing any of our businesses, controls, is an ongoing exercise at TD. It is not that a particular event takes place, and that's the only time we make those investments. So wanted to provide that overall context, but why don't I leave it to Leo to talk about the expenses in the U.S.

### Leo Salom – TD – President and CEO, TD Bank America's Most Convenient Bank

Sohrab, maybe just to add a little bit. Our expenses for the quarter were up 9.8%. And largely on higher staffing costs and core investments in the franchise. I think I had mentioned last time we were together that we were quite purposeful in terms of increasing staff count in some of our frontline areas late last year. We're recovering from the pandemic process. We've completed that process, those teams are in place. We're seeing the benefits of it in terms of overall customer experience in both our call centers and our branch network. We are also making significant investments in our core infrastructure. And to your point, governance and control is one of our important elements and pillars of our overall investment process. We are investing in a number of different areas to strengthen the foundation of our U.S. franchise. So we can continue to scale our franchise.

### Sohrab Movahedi – BMO – Analyst

Okay. So just one last question here then. Are these investments -- it didn't sound necessarily these are revenue-enhancing investments?

### Leo Salom – TD – President and CEO, TD Bank America's Most Convenient Bank

I wouldn't say that, Sohrab. In fact, if you think of our portfolio, every year, we have a very disciplined process. We sit down and we look at the opportunities that we want to fund to be able to continue to transform the business. Obviously, first and foremost is ensuring that we've got a strong control platform to be able to operate. And so those are the first things that we lean into to make sure that those investments are addressed, etc. But beyond that, obviously, we look at areas that will drive either new ventures or provide new features, functionality or address customer irritant areas to be able to continue to scale our operations. I'd say it's an 'and' statement, not an 'or', and we'll strike the right balance based on the needs of the business.

### Doug Young – Desjardins – Analyst

Just wanted to dig into the RWA calculation. I just noticed that TD's operational risk RWA is just, as a percent of total RWA is about 16%. That's close to 4 percentage points higher than the other big 5 banks. And I just wanted to understand, is there a structural reason why that might be relative to peers? And how do I think or how should we think about this? And I know there's been some litigation issues, there's U.S. issues that we've been talking about. And as these things get settled, is there a quick path to a reversal? Or is that something that just will remain elevated? Just wanted some colour on that first.

### Kelvin Tran – TD – Chief Financial Officer

It's Kelvin. I'll take that. There's no specific structural issue. But you're right, litigation would have an impact on it, because you do have the whole operational risk capital. And I believe that, that stays with you for the next 10 years.

### Doug Young – Desjardins – Analyst

Okay. So there's no quick reversal. This is something that does stick around for a while. Okay. And then, Kelvin, on the fundamental review of the trading book, I forget have you quantified what the implications of that would be when it gets implemented?

### Kelvin Tran – TD – Chief Financial Officer

Yes. We're working through it. But as you know, with market risk, that changes from quarter-over-quarter, it depending on the market risk level, and you would have seen over the past year as market risk has drifted,