# EXHIBIT 14

2024-04-18

Toronto-Dominion Bank/The (TD CN Equity)

# Annual and Extraordinary General Meeting

## Company Participants

- Alan N. MacGibbon, Board Chair, TD Bank Group
- Antonietta Di Girolamo, Associate Vice President
- Anu Iyer, Managing Counsel
- Bharat Masrani, Group President and Chief Executive Officer
- Christine Michaud, Senior Manager
- Jane A. Langford, Executive Vice President and General Counsel
- Karen Levin, Senior Counsel
- Laurence S Levy, Senior Vice-President, Branch Banking, Quebec Region
- Unidentified Speaker

## Other Participants

- Analyst
- Gina Pappano, Executive Director
- Jacques Paquette, Shareholder
- Kelly Hirsch, Head of ESG
- Kyra Bell-Pasht, Investors for Paris Compliance
- William Gagnon, MEDAC
- Willie Gagnon, MEDAC

## Presentation

## Operator

Laurence Levy, Senior Vice President, Quebec Region, Canadian Personal Banking. (Foreign Language)

## Laurence S Levy  {BIO 6232002 <GO>}

Good morning. My name is Laurence Levy. I'm the Senior Vice President of Branch Banking for the Quebec Region at TD. It is my honor to deliver the first Bi-Lingual Land Acknowledgement at TD Annual Meeting of the Shareholders. (Foreign Language)

My name is Laurence Levy, and I'm the Senior Vice President of Branch Banking for the Quebec Region at TD. It is my honor to deliver the first Bi-Lingual Land Acknowledgement at TD's Annual Meeting of the Shareholders.

I wish to acknowledge that I'm joining you today as a guest on the ancestral and unceded territory of many nations, including the Mississaugas of the Credit, the Anishnabeg, the Chippewa, the Haudenosaunee and the Wendat People, and is now home to many diverse first nation, Metis and Inuit People. I also acknowledge that Toronto is covered by Treaty 13 signed with the Mississaugas and the Credit of the Williams Treaties signed with multiple Mississaugas and Chippewa nation.

I wish to acknowledge that I'm joining you today as a guest on the ancestral and unceded territory of many nations, including the Mississaugas of the Credit, the Anishnabeg, the Chippewa, the Haudenosaunee and the Wendat Peoples, and is now home to many diverse first nations, Metis and Inuit People. I also acknowledge that Toronto is covered by Treaty 13 signed

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

with the Mississaugas of the Credit and the Williams Treaties signed with multiple Mississaugas and Chippewa nations.

This meeting with this acknowledgement to remind us of our responsibility to meaningfully advance our collective effort towards truths reconciliation with Indigenous People.

For me, I'm reflecting on and feeling grateful to community leaders and member who recently invited me to participate into a smudging ceremony. The experience was both emotional and peaceful, and I felt through it an indelible connection to the community. Most importantly, it's truly allowed me to reflect on my role as a leader with settler privilege and inspired me to take meaningful action to become an engaged ally.

We begin the meeting with this acknowledgement to remind us of our responsibility to meaningfully advance our collective efforts towards truth and reconciliation with Indigenous Peoples.

For me, I'm reflecting on and feeling grateful to community leaders and members, who recently invited me to participate in a smudging ceremony. The experience was both emotional and peaceful, and I felt through it an indelible connection to the community. Most importantly, it's truly allowed me to reflect on my role as a leader with settler privilege and inspired me to take meaningful action to become an engaged ally.

My personal journey to truth and reconciliation, includes a commitment to continuous learning about the histories, cultures, and stories of Indigenous People. From the perspective of my role at TD, I am focused on supporting the incredible talent from communities and on moving and removing obstacle to accessing financial services.

My personal journey to truth and reconciliation, includes a commitment to continuous learning about the histories, cultures, and stories of Indigenous Peoples. From the perspective of my role at TD, I am focused on supporting the incredible talent from this communities and on removing obstacles to accessing financial services.

At TD, we recognize there is more work to be done and that we all have a role to play in our collective journey towards truth and reconciliation. We are committed to this work and to doing our part to help accelerate the social and economic inclusion and equity of all Indigenous People.

At TD, we recognize that there is more work to be done and that we all have a role to play in our collective journey towards truth and reconciliation. We are committed to this work and to doing our part to help accelerate the social and economic inclusion and equity of all Indigenous Peoples. Thank you.

## Operator

Alan MacGibbon, Board Chair, TD Bank Group. (Foreign Language)

## Alan N. MacGibbon  {BIO 18659835 <GO>}

Thank you, Laurence. Good morning, everyone. Welcome to the 2024 TD Bank Group Annual and Special Meeting of Shareholders. (Foreign Language) Welcome to our Annual Meeting.

I'm Alan MacGibbon, Chair of the Board of Directors. I will act as Chair of this meeting as stipulated by the Bank's bylaws. This meeting is called to order. With the consent of the meeting,

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

I will ask Jane Langford, TD's Executive Vice President and General Counsel, to serve as Secretary for the meeting.

We're delighted to welcome some of you today in person, and we also welcome those of you joining us by webcast or through the phone line. As was done last year, we have enabled question and comment capabilities through our phone lines and webcast with the aim of making the experience for our virtual attendees as interactive as possible.

As in past years, both English and French will be spoken during this meeting. Simultaneous translation will be provided in person and over both our English and French webcasts and phone lines.

Let me explain, how this will work. With the goal of allowing all shareholders and proxyholders to participate, regardless of whether they are here with us in person, on the phone, or on the webcast, we will take questions from the room first, then from the phone, and then through the webcast.

In each case, we ask that you identify whether your question relates to a motion being considered as part of the formal business of this meeting, or whether it is of a more general nature. We will address questions that directly relate to a particular motion at the appropriate time, and we ask that you save general questions for the question-and-answer period following the formal business.

If you're in the room with us, and would like to ask a question, you will be prompted to approach one of the microphones on the floor at the appropriate time. For those with limited mobility, please raise your hand and a microphone will be brought to you. To ask a question over the phone, you will be prompted to enter the question queue at the appropriate time. When we are ready to take your question, the operator will introduce you.

We ask that you please be concise and that you only ask one question at a time to give more shareholders an opportunity to ask questions. If you have additional questions, please re-queue at the microphone or on the telephone line to allow us to speak with as many shareholders as possible during the meeting.

If you are a shareholder or proxyholder on the webcast and have a question, click on the Ask a Question tab on the left side of the webcast page. If you are watching the webcast in full screen, you will need to minimize the video to access the question tab.

Shareholders who wish to submit a question or comment through the webcast platform, can do so at any time, and we will address them at the appropriate time.

A TD representative, who'll read out the questions received over the webcast, and English translation will follow the reading of any questions submitted in French. In order to address as many different questions as possible during the meeting, if we have several questions that are very similar in nature, we will group these questions together, so that they can be addressed together.

As in past years, the vast majority of shareholders submitted their proxies or voting instructions in advance of the meeting. But shareholders and proxyholders, whether attending virtually or in person, will also have the opportunity to vote during the meeting.

To keep your vote confidential, proxies are counted and tabulated by TSX Trust Company, our transfer agent, and are only submitted to the bank when legally necessary or when a shareholder

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

clearly intends to communicate comments to management or the Board.

Here is, how you can vote through our virtual voting platform. Once you are logged into the webcast, click the Vote tab on the left side of the webcast page, and a separate browser window will open. Shareholders that are not logged into the webcast can access the virtual voting platform from the 2024 Annual and Special Meeting page on TD's website.

Once you have accessed the voting platform, you can register to vote by entering your control number and then entering td2024, all lowercase as your password. Voting will be open so long as the formal portion of the meeting is proceeding.

If you have voted in advance of the meeting and do not wish to change your vote, then you do not need to do anything. If you're in the room with us and you wish to vote during the meeting, you will need the green and blue ballots that were offered to you at the registration desk.

I have received satisfactory proof that the notice calling this meeting was duly publicized and sent to all shareholders of the bank. We have received proxies representing approximately 50% of the nearly 1.8 billion outstanding common shares. Accordingly, we have quorum present and I hereby declare the meeting duly and properly constituted.

As in past years, we have a question-and-answer session after the formal business of the meeting is completed. As I noted earlier, during the formal portion of the meeting, we will pause to address questions and comments submitted by shareholders and proxyholders that are specific to the motions being presented during the meeting.

As always, we ask that any questions that you ask relate to the business or affairs of the bank and not be of a personal nature. For people in the room, we have a representative from TD Customer Care here with us today. Can I ask Tony Ali to stand and be recognized? Thank you, Tony.

If your question is of a personal nature, we will defer your question and ask that you speak with Tony after the meeting, or we will have one of our Customer Care representatives get in touch with you after the meeting.

The agenda for today's meeting is available on the annual and special meeting page of TD's website, and for in-person attendees, the agenda can be found in the booklet that was on your chair.

Please note that discussions during the meeting may contain forward-looking statements about the bank's outlook and objectives and strategies to achieve them. Bharat will be referring to non-GAAP financial measures, also known as adjusted results, in his results -- in his remarks.

Details regarding forward-looking statements and non-GAAP financial measures are on the slide presented in the room and on the webcast and can also be found in the bank's financial reporting.

Now, I would like to introduce the individuals who are with me today. Bharat Masrani, Group President and Chief Executive Officer of the Bank; and Jane Langford, Executive Vice President and General Counsel of the Bank.

As noted earlier, Jane will act as Secretary of the meeting. In addition, members of the Bank's Senior Executive Team and Board of Directors are available to assist with questions if necessary. Pat Lee and Jordan Shafi, representatives of TSX Trust Company, the Bank's registrar and Transfer Agent, will act as Scrutineers.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

Let me share a few thoughts before I ask Bharat to address the meeting. After many years of service on the Board, it is an honor to be here today as your new Chair. (Foreign Language) It is an honor to be your new Chair.

On behalf of the Board, I would like to thank Brian Levitt for his many years of service to TD as Director and as Chair. He retires from our Board today, and we wish him the very best. Thank you.

2023 was a year of change, with significant macroeconomic and geopolitical challenges and rapid technological disruptions. Through prudent management, TD successfully navigated these dynamics to close the year with a strong, well-capitalized bank. Our performance allowed us to increase our dividend and initiate a stock buyback to return value directly to you, our shareholders.

Our strength was particularly important during the U.S. banking crisis in the spring of 2023. TD provided stability for our customers and continued to serve and deliver on our purpose. We also continued to invest in our business and enhance the customer experience. Committed to the communities in which we operate, we advanced our sustainability and corporate citizenship priorities through 2023. This is important work. Last year alone, we contributed over CAD157 million through the TD Ready Commitment and set a new CAD500 billion sustainable and decarbonization finance target.

As always, our more than 95,000 colleagues delivered. Their talent and customer focus are what set TD apart. I want to thank them for their tremendous contributions. (Foreign Language) I thank our colleagues.

Fellow shareholders, your bank is strong. (Foreign Language) Our bank is strong. As we make the necessary investments to strengthen our bank, we will continue to build for the future, and create value for our owners. I want to thank our CEO, Bharat Masrani, for his leadership. Supported by a strong Senior Executive team with deep experience, he continues to deliver for the bank and for our shareholders.

I would like to now invite Bharat to address this meeting. Bharat?

## Bharat Masrani  {BIO 3094820 <GO>}

Thank you, Alan, and congratulations on your appointment as Chair of the Board earlier this year. I also want to thank Brian Levitt for his many years as Chair and member of our Board and for his vice counsel. Thank you, Brian.

Good morning, everyone. Welcome to our Annual Meeting. Since we last met, TD successfully navigated a year of significant change, strengthened our business, and served our more than 28 million customers and clients with excellence. We delivered fiscal 2023 adjusted earnings of CAD15 billion and started 2024 with good results that position us well for the year ahead.

This performance enabled us to invest in our future and in the customer experience throughout the year. Our consistent capital generation capability also gave us the confidence to increase our dividend and initiate a significant share buyback, returning value directly to you, our shareholders.

Our bank, your bank, is one of the strongest in the world with ample liquidity and a robust capital position. Both critical measures of a successful bank. I am incredibly proud of what our more than 95,000 colleagues around the world have accomplished over the past year.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

Before I continue, I want to address our anti-money laundering program. Banks play a key role in preventing, detecting, and reporting criminal activity, and we take our responsibility very seriously. Criminals are constantly targeting the financial industry, looking for any opportunity to exploit the system. As you know, we are in discussions with our regulators.

Regretfully, our AML program was not where it needed to be, and we are addressing it. We know, what we need to do, and we are working diligently to strengthen our program. We've onboarded globally recognized talent and leadership, and invested in technology, process design, training, and other activities. I understand that you want to know more. However, given the confidential nature of regulatory discussions, I cannot provide additional detail or speculate on timing or announcements. I want to thank you for your patience.

Let me now report on our business. Across the bank, 2023 was a year of growth and achievement. Our customer relationships continue to deepen, and our brand is powerful.

In fact, TD has been ranked as the most valuable brand in Canada, across all industries and in the top 100 globally. The Canadian personal bank continues to define and redefine what it means to be a leader. We welcomed a record number of new day-to-day banking customers and are providing them with ease, value, and trusted advice to help them reach their financial goals. We are one of Canada's top credit card portfolios, and our TD Aeroplan card just marked its 10th anniversary.

Our New to Canada program is helping families plant roots in a new country. We have formed alliances here at home and around the world to better serve them, including a new partnership with HDFC, India's largest private sector bank. And we rolled out an international student banking package, the first of its kind in Canada. We also launched our first home savings account to support new homeowners and introduced TD Mortgage Direct to provide mortgage advice seven days a week.

In the Canadian Business Bank, we continue to help companies grow, entrepreneurs create, developers build, and small businesses thrive from coast to coast. We deployed more business bankers across the country and doubled the number of senior private bankers in our commercial banking centers to provide wealth advisory services.

We added more sector specialists, created a technology venture team, expanded our support for women entrepreneurs, and launched the Black Entrepreneur Credit Access Program. We also drew record originations at TD Auto Finance, and we helped more than 165,000 small businesses navigate the Canadian Emergency Business Account, or CEBA, repayment deadline.

In fact, TD was the largest CEBA lender in the country, helping businesses weather the challenges of the pandemic and emerge even stronger. Our wealth management business continues to be a leader. TD remains Canada's largest institutional asset manager. We also operate the country's largest direct investing business, which was ranked number one in Canada by the Globe and Mail for a second year in a row.

The recent launch of TD Active Trader, our next generation trading platform, we are gaining rapid market traction. It has generated terrific feedback and high demand from customers who are eager to sign up. TD insurance is Canada's top direct insurer. And we continue to disrupt the market with innovative digital capabilities and new products, such as small business insurance.

Last summer, we also helped homeowners navigate devastating wildfires, providing comfort and confidence in the moments that matter most. We are incredibly proud that one in three Canadians bank with TD. And here in our hometown, more than half of Torontonians are TD

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

customers. Our one TD strategy weaves together these leading capabilities to bring a full suite of solutions to meet our customers' needs.

In June, we held an Investor Day for our Canadian retail businesses and laid out the strategies that would help us chart our next phase of growth. And as you just heard, we are making good progress.

In the U.S., TD Bank, America's most convenient bank, continued to grow and deliver on our priorities as we navigated a challenging operating environment. We made the difficult decision to terminate our agreement to acquire First Horizon. It was the right decision for the bank, and we moved quickly to focus on building for the future.

Today, we proudly serve more than 10 million customers in the U.S., with nearly 80% of our deposits in markets where we have a top three position. The TD shield shines brightly in nearly 1,200 stores across the Eastern United States. We are in major metropolitan markets like New York, Philadelphia, Washington DC, Boston, and Miami, and in communities large and small from Maine to Florida.

We're also supporting small businesses, the backbone of the American economy. We rank number one for the seventh consecutive year in approved small business administration loans in our footprint. And we are the number two SBA lender nationwide. Through the pandemic, we were one of the largest Paycheck Protection Program or PPP lenders in the country, helping small businesses across our U.S. footprint navigate through an incredibly challenging period.

TD Bank, America's most convenient bank, will continue to deliver, to serve, and to provide the legendary customer experiences that helped us build a top 10 bank in the U.S. in less than 20 years.

Turning to wholesale banking, TD Securities accelerated its strategy to be a leading North American investment bank with global reach. We added almost 100 new wholesale banking lending relationships in 2023 and participated in some of the largest transactions in the market, including the biggest biotech IPO of the year.

We recently marked the one-year anniversary of TD Cowen, which provides us with new capabilities in the U.S., in research and equity sales and trading, and the addition of exceptional new talent. Combined, our business is even more competitive.

The executives who lead the business segments I just reported on are here with us today. They are proven business builders with strong track records of success, focused on meeting our customers' and clients' evolving needs. Our corporate leaders bring deep subject matter expertise and lead highly specialized teams. They deliver the technology, innovation, talent, and oversight we need to enable growth and create value. Together, these leaders and their teams work tirelessly to deliver for those we serve and for you, our shareholders.

We accomplished a lot in 2023, yet it was also a year with economic challenges that profoundly impacted the individuals, families, and businesses we serve. It's been a generation since we last experienced the combined impacts of high inflation and rising rates.

When Silicon Valley Bank failed and a regional banking crisis hit the U.S. market, our financial strength offered stability and reinforced what customers already know. They can put their trust in TD.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

Throughout the year, we consistently delivered eased value and trusted advice to our customers and clients across our businesses and markets. As Canada's largest digital bank, we offered information and advice, delivering even more personalized solutions. We helped homeowners plan for mortgage renewals and navigate historic rate increases. We launched innovative new products with speed to help our clients and customers achieve their goals.

In good times, sound financial advice is critically important. In challenging times, it is indispensable. Technology also continued to disrupt the market in 2023. AI went from the lab to our smartphones. Customer expectations continue to rise and we put our investments to work.

Layer 6, a globally recognized leader in AI that we acquired in 2018, is delivering personalized and insight-driven experiences for our colleagues and customers. Across TD, we deployed new solutions, updated our mobile platforms and empowered our colleagues with tools and training to help elevate the omnichannel experience.

We have also been investing in agile work to drive productivity for several years. With a slowing economy, this helped us create the capacity needed to make important investments and build an even stronger foundation for future growth. Restructuring program we announced late last year will deliver even greater capacity going forward. And our ability to adapt and execute with speed will continue to be a competitive advantage.

In 2023, we also advanced our sustainability and corporate citizenship priorities. Through the TD Ready Commitment, we contributed CAD157 million to communities to help build a more sustainable and inclusive future.

Additionally, TD colleagues raised more than CAD23 million through our employee giving campaign for charities in the communities where we live and work. We also channeled our resources to help tackle the issue of affordable housing. The 2023 TD Ready Challenge awarded 10 grants of CAD1 million each to organizations with creative solutions to this critical issue.

For example, here in Ontario, WoodGreen's community housing pilot is supporting public-private partnerships to develop a new generation of affordable housing. And in D.C. the Washington Housing Conservancy is working to increase the supply of affordable rental apartment buildings. By boosting access to housing, we can help people and communities thrive in a rapidly changing world. And I am pleased to see momentum from governments across Canada as they take action on this important issue.

As a bank, we are making good progress on TD's sustainability goals and commitments. I encourage you to read our 2023 Sustainability Suite of Reports, which we published last month.

In addition, we advanced our own efforts while working with clients across our footprint on their transition and sustainability goals. TD Securities reached an agreement with the company 1.5 to purchase more than 27,000 metric tons of carbon dioxide removal credits over four years once the plant is operational, one of the largest purchases of its kind by a financial institution.

We know, that the broader decarbonization of our economy will require collaboration among the private and public sectors. It would also take time and investment and will require the commercialization of technologies that may not yet exist.

In a complex geopolitical and economic environment, we understand that TD can make a positive contribution to our shared challenges both in our own country and around the world.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 05-23-2025 Page 8 of 43

As we focus on the future, TD's unique and inclusive culture offers a significant advantage. In fact, I've said many times before, our culture is our secret sauce and our colleagues are our greatest asset. We continue to empower them to serve and enable them to contribute to our long-term success. For 17 consecutive years, TD has been recognized as one of Canada's top 100 employers. And we've been certified once again as a great place to work in both Canada and the United States.

And just this week, we were named one of Canada's greenest employers. Internally, colleague engagement remains very strong and we continue to attract top talent in the market. Building an organization that is diverse, equitable, and inclusive is core to our culture and embedded in our business.

As part of our ongoing efforts, we were the first Canadian bank to conduct and publish a third-party racial equity assessment. While there's always more to do, we were pleased the assessment recognized the progress we have made.

As we move forward with growing confidence, we will continue to invest in our people, in their skills, and help them achieve their full potential. We will build our business and innovate to deliver for our customers and clients. We will make the bank even stronger and more resilient. We will support our communities, tackle complex societal issues, and help build a more inclusive future.

We will strengthen our economies and find new opportunities. And we will continue to create value for our customers, clients, and shareholders. The year ahead will undoubtedly have its challenges, but we will transform each one into an opportunity to do better. After all, that's what it means to be the better bank. Together, our more than 95,000 TD bankers will deliver. I want to thank them for their tremendous efforts, and you, our shareholders, for your trust and confidence in TD.

I also want to thank our Board for the continued guidance and counsel. I look forward to reporting on our progress throughout the year and at our next annual meeting. Thank you very much.

## Alan N. MacGibbon  {BIO 18659835 <GO>}

Thank you, Bharat. Thank you, Bharat. At this point, I would like to move to the formal business of the meeting. I would first like to recognize the fact that the movers of the motions presented by the bank are employees and are also shareholders. For shareholders and proxyholders who are joining remotely and have registered to access our online voting platform, the polls will open soon and will close after the presentation of our items of business.

For those of you, who are here with us in person, ballots were made available to shareholders and proxyholders at the registration desk. We have prepared a blue ballot for the first five items of business, namely the election of Directors, the appointment of the auditor, the advisory vote on the bank's approach to executive compensation, confirmation of amendments to By-law No. 1 regarding the aggregate remuneration of Directors and the minimum number of Directors, and the other amendments to By-law No. 1 .

For the advisory vote and the bylaw amendments, a description of each matter and the related resolutions are set out in the management proxy circular. A green ballot has been prepared for the nine shareholder proposals to be voted on today. These proposals, along with the proposer's statements and the Board's responses, are set out in the management proxy circular in the

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 05-23-2025 Page 9 of 43