# EXHIBIT 17

# Jefferies

Canada | Banks

## TD Bank

Equity Research

May 6, 2024

## How Does TD Get Out From Under This?

As more information comes to light in TD's U.S. AML probe, it becomes more damning. Earlier in the week, it was our belief that concerns were approaching an 'overblown' status. However, with the bank allegedly a focal institution in a drug money laundering scheme, the worst case scenario has become more likely with TD potentially entering a lost decade: Growth in the U.S. will likely be constrained and the timeline for a fix is extended by several years.

While TD's valuation lost almost 8% last week on the reports of it being a focal bank for a different money laundering scheme, we do not believe that it will bounce back any time soon, for the following reasons:

- **The expected regulatory fines have now skyrocketed**. Expectations in the market had previously been up to $1bn USD but, with greater information (and the provision announced for one of the regulatory fines) the simple math implies around $2Bn USD. However, without additional information on the ultimate resolution, the standard deviation on this amount could be measured in billions.
- **TD's ability to grow in the U.S. is now severely constrained**. Until proven otherwise, our assumption is that TD is in the penalty box for the foreseeable future and is likely implicitly prohibited from de novo, let alone inorganic, expansion.
- **The timeline (and total expenditures) from its AML policies remediation is now extended**. We had talked ourselves into a scenario where TD could potentially resolve a Consent Order in less than the three years it took for BMO and M&T. However, from our standpoint, 2-3 years has now become 5+ years.
- **Repeated control failures calls for a refresh of the management team**. While there has been some reshuffling of the deck in the U.S. operations, these failures are likely to call for more dramatic changes at the executive committee level. With departures around the table, TD's bench strength has weakened, and we are concerned it could be facing an analogous succession conundrum as Scotia (and similar valuation repucussions).

As we wrote earlier in the week ([TD: Regulatory Review: Where do we Go From Here?](#), May 1, 2024), represents value, but we cannot see a catalyst that will unlock this in the foreseeable future as it will likely take years for the dust to settle from these issues and successive headlines will likely continue to weigh on its outlook. With all the uncertainty surrounding the issues listed above, we would expect TD to continue to trade at a depressed valuation multiple and are lowering our target price to $74.00.

| (FY Oct) | 2023A | 2024E | 2025E | 2026E |
|---|---|---|---|---|
| EPS | 7.91 | 7.82 | 8.53 | 9.86 |
| Cons. EPS | 7.99 | 7.79 | 8.35 | - |
|  | - | - | - | - |
| Rev. (MM) | 52,037.0 | 54,736.6 | 58,304.8 | 63,859.1 |

| TARGET CHANGE | |
|---|---|
| RATING | HOLD |
| PRICE | C$74.80^ |
| PRICE TARGET | % TO PT | ↓ C$74.00 (C$82.00) | -1% |
| 52W HIGH-LOW | C$87.10 - C$74.03 |
| FLOAT (%) | ADV MM (USD) | 99.8% | 734.35 |
| MARKET CAP | C$132.6B | $96.7B |
| TICKER | TD CN |

^Prior trading day's closing price unless otherwise noted.

|  | CHANGE TO JEFe | | JEF vs CONS | |
|---|---|---|---|---|
|  | 2024 | 2025 | 2024 | 2025 |
| REV | NA | NA | NA | NA |
| EPS | NA | NA | NM | +2% |

| 2024 (C$) | Q1A | Q2 | Q3 | Q4 | FY |
|---|---|---|---|---|---|
| EPS | 2.00 | 1.87 | 1.96 | 1.98 | 7.82 |
| PREV | | | | | |

**Figure 1 - Relative Share Price Performance of the Canadian Banks - Last 5 Trading Days**



Source: FactSet, Jefferies

**Figure 2 - Relative Forward P/E Multiples since Q3-23 Reporting**



Source: FactSet, Jefferies

**John Aiken, CFA \* | Equity Analyst**
(416) 847-7376 | jaiken@jefferies.com

**Joe Ng, CFA \*  | Equity Analyst**
(416) 847-7396 | jng4@jefferies.com

**Aria Samarzadeh, CFA \*  | Equity Analyst**
(416) 847-7398 | asamarzadeh@jefferies.com

**Ken Usdin †  | Equity Analyst**
(212) 284-2444 | kusdin@jefferies.com

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 8 - 13 of this report.
* Jefferies Securities, Inc.   † Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

**Toronto-Dominion Bank (TD CN)**
**Equity Research**
May 6, 2024

## The Long View: TD Bank

### Investment Thesis / Where We Differ

In the aftermath of TD walking away from its acquisition of First Horizon, while the misstep has put the spotlight on the bank's strategy and execution, TD still retains a solid growth profile, based on the strength of its retail banking platforms on both sides of the border. Further, the ample excess capital offers optionality, as well as downside protection from a potential recession.

### Risk/Reward - 12 Month View



Upside : Downside
1 : 1.64

82 (+10%)
74 (-1%)
63 (-16%)

### Base Case,
## C$74, -1%

Our base case price target of $74 for TD is based on an 9.5x forward P/E against FY24 EPS of $7.82.

### Upside Scenario,
## C$82, +10%

Emerging from a soft landing and no recession, an improving U.S. economy generates a better than expected performance from the bank's U.S. retail banking platform, as our upside scenario of $82 for TD is based on a 10% increase to its FY24 EPS, against a forward P/E of 9.5x.

### Downside Scenario,
## C$63, -16%

Weighed by weaker economic growth and a prolonged slowdown hitting both sides of the border, our downside scenario of $63 for TD, based on a 10% decline to its FY24 EPS, against a forward P/E of 9.0x.

### Sustainability Matters

**Top Material Issues:**

1) **Product Design & Lifecycle Management:** Contributing to environmental and social impacts through their lending practices and considering ESG factors and risk exposure when underwriting loans.

2) **Access and Affordability:** Focusing on initiatives to serve underbanked communities.

**Company Targets:**

1) Reduction in Scope 1 and 1 GHG emissions from 2019 baseline -25% reductions by 2025.

2) Commitment to provide $500 billion in sustainable finance by 2030.

3) Black, Indigenous and minority representation at executive levels across North America - 25% by 2025.

**Questions to Management:**

1) What steps have you taken, or plan to take to promote financial inclusion for underbanked, unbanked, and underserved communities?

2) What is the strategy for carbon-intensive lending portfolios; what is the near-term & long-term plan for lending?

### Catalysts

We believe that TD remains in the regulatory penalty box with respect to potential U.S. acquisitions, albeit likely in the final seconds. While we believe TD will revisit its U.S. acquisition interests, the ample level of capital offers optionality, including a material and meaningful return of capital to shareholders.

Please see important disclosure information on pages 8 - 13 of this report.

2

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Toronto-Dominion Bank (TD CN)
Equity Research
May 6, 2024

# Positive Catalysts Are Hard to See in Light of New AML Issues

It is an understatement to say that TD did not have a good week, last week. It announced provisions related to one of the regulatory reviews undertaken after deficiencies in its AML policies and procedures in the U.S. were under covered (An Initial Provision of US$450MM for BSA/AML and More Potentially to Come, April 30, 2024). While the implications were that the regulatory fines may be higher than originally expected, visibility in the timing of a resolution was viewed positively, garnering some modest outperformance for TD post the announcement.

However, just as investors were becoming more confident that the AML issues were not as damaging as first thought, reports came out that TD was a primary bank used in a drug money laundering scheme (see "TD Bank Probe Tied to Laundering of Illicit Fentanyl Profits," WSJ, May 2, 2024). In addition, the Canadian regulator tasked with overseeing money laundering also announced its fines for TD (see "TD Bank ordered to pay almost $9.2-million by Canada's anti-money laundering regulator over faulty controls," Globe & Mail, May 1, 2024).

### TD's Reputation Takes Even More Damage

Whether TD was explicitly aware of the issues before being approached by the regulators, is immaterial. This is not the first strike against TD. Previously, an employee had been charged with money laundering (see "Former TD employee charged with money laundering, accepting bribes in drug-trafficking case," Globe & Mail, January 10, 2024), which we had believed was the primary AML issue for TD in the U.S. As well, it was one of the banks that Allen Stanford used in his Ponzi scheme (see "TD agrees to pay US$1.21-billion to settle Stanford Ponzi scheme lawsuit," Globe & Mail, February 27, 2023).

Admittedly, TD is presumably precluded by the regulators to discuss the issues until their respective investigations are completed. Given that there is no timelines that the regulators need to follow, the ongoing uncertainty is a negative, with TD having limited ability to plead its case with the market. The bank did release a statement on Friday (see "TD Addresses Media Reports About Its AML Program", May 3, 2024), addressing the reports about its AML program in the U.S. and highlighting the actions it has taken to correct the issues.

## The Expected Regulatory Fines have now Skyrocketed

The simple math on TD's potential regulatory fees moves up to $2Bn USD (the previously announced $450MM USD provision multiplied by 4; three regulatory agencies and the Department of Justice). However, as there is absolutely no certainty around how the regulators are going to proceed, the standard deviations around this estimate is likely measured in billions, rather than hundreds of millions.

Our previous line of thinking (when we had originally thought that the AML issue related to the single employee in New Jersey) was that TD's issues were more analogous to those of M&T and BMO, which did not incur any fines (but did incur costs for remediation, see below). However, with the most recent reports, not only are the amounts much more material but are on multiple fronts, likely increasing the ultimate fines and the timeline for remediation as discussed below. HSBC is the standard-bearer ($1.9Bn USD in fines) on AML issues, however we caution that it was brought to light in 2011. We note that there have been two fines above $2 billion since. In 2018, Danske Bank was fined $2.2Bn USD and in 2012 UBS was fined $4.2Bn USD. That said, each of these instances appear to be different that TD's with UBS largely related to tax evasion and fined in conjunction with French authorities. Danske related to money laundering, but in some of its former Estonian branches).

That said, we do not believe that the ultimate fines will be onerous for TD. We estimate that TD has enough excess capital to withstand charges of more than $7Bn USD before the market would demand a capital raise. However, the issue is that this is simply incremental bad news that the market was becoming more

---

Please see important disclosure information on pages 8 - 13 of this report.

3

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

positive on. In addition, this is foregone capital that investors had likely earmarked for incremental share repurchases at some point down the road.

The new revelations, including the announced provisions, could also put TD at risk for potential class action lawsuits from investors based on TD's disclosures surrounding its contingent liabilities. As we highlighted, with a positive bias, in our report (TD: Regulatory Review: Where do we Go From Here?, May 1, 2024), after initially disclosing the regulatory investigations in Q3-23, it was repeated in the Annual Report released with Q1-24 earnings. However, the wording surrounding the AML investigations was dropped in its Q1-24 release, leading us to conclude that management no longer felt that the potential regulatory fines were likely to be material. However, the news of this week appears to imply the opposite and could open the bank up to criticism.

Finally, (on this point), the pending issues will likely require some additional scrutiny from the Canadian regulator. OSFI's website states that: "the Office of the Superintendent of Financial Institutions Act includes a requirement for OSFI to supervise financial institutions to determine that they have adequate policies and procedures to protect themselves against threats to their integrity or security, including foreign interference. Accordingly, financial institutions must take steps to ensure they are managing risks associated with integrity and security by putting such policies and procedures in place." Our read of this is that, while it may not generate fines like its peer in the U.S., there are other, incremental risks, notably that TD's operational risk assessment may increase, putting some incremental pressure on its regulatory capital ratio.

## TD's Ability to Grow in the U.S. is Now Severely Constrained.

As more information is gained, TD's inability to garner regulatory support for its acquisition of First Horizon becomes more understandable. We believe that TD's AML lapses have put it in the penalty box with the U.S. regulators. While it not likely being able to participate in U.S. retail banking M&A should be self-evident, this issue could potentially spill over into other parts of its operations. At this point, we believe there is a non-zero probability that an acquisition in wealth management or other sectors would similarly be blocked (although TD's ability to close on Cowen is a viable counterargument to this assertion).

In addition, we believe that these ongoing issues could place headwinds on organic growth as well. It is not hard to imagine that the regulators would not be willing to unduly allow TD to open additional branches until the AML issues were resolved to their satisfaction.

## The Timeline (and Total Expenditures) from its AML Policies Remediation is Now Extended/Increased.

Similar to our thoughts on the ultimate fines to be paid, we originally thought that TD's remediation efforts would be in a similar timeline to M&T and BMO, each of which were able to have their Consent Orders terminated in three years. With TD being proactive and revamping its AML efforts even ahead of a formal Consent Order, we held out hope that its timeline could be even shorter.

In its press release addressing the AML reports, it highlighted that it had undertaken the following actions:

- Hired AML executives
- Hired 'hundreds' of additional AML employees
- Implemented new training and onboarding programs
- Invested in technology

With the new information coming to light, TD's issues appear to be much more pervasive and significant. Consequently, two to three years now seems too aggressive. We note that some banks running afoul of the U.S. regulators on AML issues have had consent orders outstanding for a decade. While some of those related to banks that did not appear to be actively attempting to resolve the situation, the aforementioned case of HSBC is one where the regulators appeared to be exacting their pound of flesh via a slow timeline.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Toronto-Dominion Bank (TD CN)
Equity Research
May 6, 2024

From our seat in Toronto, we do not claim to have any incremental insight into the inner workings of the U.S. regulators. However, from our standpoint, we believe that it would be reasonable for investors to steel themselves for a minimum of five years before TD is able to terminate any pending consent order (with the clock still not even ticking, given that none of the regulators have completed their review of TD).

Extrapolating some of TD's disclosures, we estimate that it is factoring in roughly $800MM (CAD) annually of additional expenses for its remediation efforts and reflect the cost of TD's incremental efforts listed above. We do not believe that the events of the past week are likely to cause the annual costs to inflate, we do note that it is now much more likely that they will be recurring for several more years than we had initially anticipated.

## Repeated Control Failures Will Likely call for a Refresh of the Management Team by Investors

As we mentioned above, TD has incurred a string of compliance and control failures in the U.S (the geography pertaining to the Canadian FinTrac fine was not disclosed) that will likely cost the bank several billion dollars in ultimate fines and remediation efforts. We note that there has been a change in leadership of TD's U.S. retail operations as well as a shuffling of management below that. However, we anticipate that investor dissatisfaction with the operations and the handling of disclosure (even if TD's hands are tied) will become even more vocal as a result of the new information.

TD and its Board faces some significant issues, if it heeds the call for leadership change by its investors. Few of the current members of the executive committee have been in their respective roles for a significant period of time. It is a fine line that will need to be walked, if the bank wants to avoid similar succession issues that have plagued Scotia.

## With Little Relief Expected, Relative Valuation Overhang Likely to Persist

With multiple issues related to TD's AML issues in the U.S. weighing on its valuation outlook, we struggle to see any positive catalysts (including outperformance in the second quarter) that would alleviate the pressure. We have not altered our forecasts as we had already included management's expense guidance of mid-single digit expense growth for 2024, which included the impact of its remediation efforts. These costs were carried through in our 2025 forecasts as well.

However, in light of this new information and our belief that it will take several years to alleviate the regulatory oversight and bring clarity to TD's outlook, we anticipate that TD's relative multiple will remain a laggard of the group. Consequently, we are lowering our target price to $74.00, representing a 9.5x (previously 10.5x) to our 2024 earnings forecast of $7.82.



Figure 3 - Relative Share Price Performance of the Canadian Banks - Last 5 Trading Days

Source: FactSet, Jefferies



Figure 4 - Relative Forward P/E Multiples since Q3-23 Reporting

Source: FactSet, Jefferies

Please see important disclosure information on pages 8 - 13 of this report.

5

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Toronto-Dominion Bank (TD CN)
Equity Research
May 6, 2024

**Figure 5 - TD - Income Statement**

| Income Statement | Jan-22 | Apr-22 | Jul-22 | Oct-22 | Jan-23 | Apr-23 | Jul-23 | Oct-23 | Jan-24 | Apr-24 | Jul-24 | Oct-24 | Jan-25 | Apr-25 | Jul-25 | Oct-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1-22 | Q2-22 | Q3-22 | Q4-22 | Q1-23 | Q2-23 | Q3-23 | Q4-23 | Q1-24 | Q2-24 | Q3-24 | Q4-24 | Q1-25 | Q2-25 | Q3-25 | Q4-25 |
| Core | | | | | | | | | | | | | | | | |
| Net Interest Income (NII) - Non-TEB | 6,302 | 6,377 | 7,001 | 7,627 | 7,862 | 7,610 | 7,364 | 7,558 | 7,545 | 7,321 | 7,590 | 7,695 | 7,880 | 7,838 | 8,332 | 8,567 |
| Non-Interest Income (NIR) - Non-TEB | 4,979 | 4,662 | 4,602 | 4,620 | 5,215 | 4,960 | 5,784 | 5,684 | 6,226 | 6,062 | 6,126 | 6,172 | 6,273 | 6,350 | 6,480 | 6,587 |
| Revenue | 11,281 | 11,039 | 11,603 | 12,247 | 13,077 | 12,570 | 13,148 | 13,242 | 13,771 | 13,383 | 13,715 | 13,867 | 14,152 | 14,187 | 14,812 | 15,153 |
| Imapaired Provisions | 329 | 314 | 340 | 454 | 553 | 551 | 663 | 719 | 934 | 900 | 920 | 940 | 925 | 910 | 895 | 880 |
| Provisions on Performing | (257) | (287) | 11 | 163 | 137 | 48 | 103 | 159 | 67 | 180 | 183 | 187 | 185 | 182 | 179 | 176 |
| Provision for credit losses | 72 | 27 | 351 | 617 | 690 | 599 | 766 | 878 | 1,001 | 1,080 | 1,103 | 1,127 | 1,110 | 1,092 | 1,074 | 1,056 |
| Insurance service expenses | 756 | 592 | 829 | 723 | 1,164 | 1,118 | 1,386 | 1,346 | 1,366 | 1,354 | 1,368 | 1,381 | 1,409 | 1,437 | 1,466 | 1,495 |
| Non-interest expense (NIX) | 5,897 | 5,999 | 6,033 | 6,430 | 6,337 | 6,462 | 6,730 | 6,988 | 7,125 | 6,847 | 6,934 | 7,013 | 7,149 | 7,275 | 7,429 | 7,573 |
| Income before income taxes and SCHW | 4,556 | 4,421 | 4,390 | 4,477 | 4,886 | 4,391 | 4,266 | 4,030 | 4,279 | 4,102 | 4,311 | 4,345 | 4,484 | 4,384 | 4,843 | 5,029 |
| Provision for income taxes | 1,001 | 955 | 892 | 747 | 1,060 | 967 | 845 | 779 | 872 | 818 | 861 | 868 | 896 | 876 | 970 | 1,008 |
| Share of Income from SCHW | 278 | 248 | 315 | 335 | 328 | 283 | 228 | 234 | 230 | 235 | 239 | 244 | 249 | 254 | 259 | 264 |
| Net Income | 3,833 | 3,714 | 3,813 | 4,065 | 4,154 | 3,707 | 3,649 | 3,485 | 3,637 | 3,519 | 3,689 | 3,721 | 3,837 | 3,762 | 4,133 | 4,285 |
| Preferred Shares | 43 | 66 | 43 | 107 | 83 | 210 | 74 | 196 | 74 | 198 | 199 | 200 | 201 | 202 | 203 | 204 |
| Net Income to Common | 3,790 | 3,648 | 3,770 | 3,958 | 4,071 | 3,497 | 3,575 | 3,289 | 3,563 | 3,321 | 3,490 | 3,521 | 3,636 | 3,560 | 3,930 | 4,081 |
| Diluted | 3,790 | 3,648 | 3,770 | 3,958 | 4,071 | 3,497 | 3,575 | 3,289 | 3,563 | 3,321 | 3,490 | 3,521 | 3,636 | 3,560 | 3,930 | 4,081 |

Source: Company reports, Jefferies

Please see important disclosure information on pages 8 - 13 of this report.

7

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Toronto-Dominion Bank (TD CN)
Equity Research
May 6, 2024

## Company Description

**TD Bank**

TD Bank is a top 10 North American bank, providing personal and commercial banking, wealth management, corporate and investment banking and capital markets services to cliets worldwide.

## Company Valuation/Risks

**TD Bank**

Our base case price target of $74 for TD is based on an 9.5x forward P/E against FY24 EPS of $7.82.

Risks to our investment thesis and valuation includes:

- Regulatory uncertainty lingers, as ongoing anti-money laundering investigations and the prospect of further fines continues to weigh on TD.
- The regulatory missteps along with the failed acquisition of First Horizon, results in a changing of the guard, leading to a new strategy and extending the timing of a turnaround.
- On the macro front, a more depressed economic slowdown weighs on credit, lending volumes, and non-interest revenue lines, including consumer spending and banking activity, and markets related revenues.

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Analyst Certification:

I, John Aiken, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Joe Ng, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Aria Samarzadeh, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Ken Usdin, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

**Registration of non-US analysts:** John Aiken, CFA is employed by Jefferies Securities, Inc. , a non-US affiliate of Jefferies LLC and is not registered/qualified as a research analyst with FINRA. This analyst(s) may not be an associated person of Jefferies LLC, a FINRA member firm, and therefore may not be subject to the FINRA Rule 2241 and restrictions on communications with a subject company, public appearances and trading securities held by a research analyst.

**Registration of non-US analysts:** Joe Ng, CFA is employed by Jefferies Securities, Inc. , a non-US affiliate of Jefferies LLC and is not registered/qualified as a research analyst with FINRA. This analyst(s) may not be an associated person of Jefferies LLC, a FINRA member firm, and therefore may not be subject to the FINRA Rule 2241 and restrictions on communications with a subject company, public appearances and trading securities held by a research analyst.

**Registration of non-US analysts:** Aria Samarzadeh, CFA is employed by Jefferies Securities, Inc. , a non-US affiliate of Jefferies LLC and is not registered/qualified as a research analyst with FINRA. This analyst(s) may not be an associated person of Jefferies LLC, a FINRA member firm, and therefore may not be subject to the FINRA Rule 2241 and restrictions on communications with a subject company, public appearances and trading securities held by a research analyst.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | May 5, 2024 , 20:51 ET. |
| Recommendation Distributed | May 6, 2024 , 00:01 ET. |

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

## Company Specific Disclosures

The Analyst has visited the material operations of Toronto-Dominion Bank.

The Analyst has visited the material operations of Bank of Montreal.

The Analyst has visited the material operations of The Bank of Nova Scotia. The issuer has paid or reimbursed some or all of the Analyst's travel expenses with respect to that visit

The Analyst has visited the material operations of Canadian Imperial Bank.

The Analyst has visited the material operations of Royal Bank of Canada.

Jefferies Financial Group Inc. makes a market in the securities or ADRs of HSBC Holdings PLC.

Jefferies Financial Group Inc., its affiliates or subsidiaries expect to receive or intend to seek compensation for investment banking services from HSBC Holdings PLC within the next three months.

Within the past 12 months, Jefferies Financial Group Inc., its affiliates or subsidiaries has received compensation from investment banking services from HSBC Holdings PLC.

Within the past twelve months, HSBC Holdings PLC has been a client of Jefferies Financial Group Inc., its affiliates or subsidiaries and investment banking services are being or have been provided.

Jefferies Financial Group Inc., its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for HSBC Holdings PLC or one of its affiliates within the past twelve months.

Jefferies International Ltd, its affiliates or subsidiaries has, or had, within the past 12 months an agreement to provide investment services to HSBC Holdings PLC.

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

**Jefferies Franchise Picks**

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Toronto-Dominion Bank (TD CN)
Equity Research
May 6, 2024

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- Bank of Montreal (BMO CN: C$124.79, BUY)
- Bank of Nova Scotia (BNS CN: C$64.13, HOLD)
- Canadian Imperial Bank (CM CN: C$65.51, BUY)
- Danske Bank A/S (DANSKE DC: DKK193.65, HOLD)
- HSBC Holdings PLC (HSBA LN: p705.50, BUY)
- Royal Bank of Canada (RY CN: C$138.38, HOLD)
- Toronto-Dominion Bank (TD CN: C$74.80, HOLD)
- UBS Group AG (UBSG SW: CHF24.59, HOLD)



The Analyst has visited the material operations of Toronto-Dominion Bank.

## Distribution of Ratings

| | Count | Percent | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Count | Percent | Count | Percent |
| BUY | 2030 | 59.60% | 354 | 17.44% | 117 | 5.76% |
| HOLD | 1207 | 35.44% | 110 | 9.11% | 19 | 1.57% |
| UNDERPERFORM | 169 | 4.96% | 3 | 1.78% | 2 | 1.18% |

Please see important disclosure information on pages 8 - 13 of this report.

10

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Toronto-Dominion Bank (TD CN)
Equity Research
May 6, 2024

## Other important disclosures

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Financial Group Inc. ("Jefferies") companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**Canada:** Jefferies Securities Inc., which is an investment dealer registered in each of the thirteen Canadian jurisdictions and a dealer member of the Canadian Investment Regulatory Organization, including research reports produced jointly by Jefferies Securities Inc. and another Jefferies entity (and distributed by Jefferies Securities Inc.).

Where Jefferies Securities Inc. distributes research reports produced by Jefferies LLC, Jefferies International Limited, Jefferies (Japan) Limited, Tokyo Branch or Jefferies India Private Limited, you are advised that each of Jefferies LLC, Jefferies International Limited, Jefferies (Japan) Limited, Tokyo Branch and Jefferies India Private Limited operates as a dealer in your jurisdiction under an exemption from the dealer registration requirements contained in National Instrument 31-103 Registration Requirements, Exemptions and Ongoing Registrant Obligations and, as such, each of Jefferies LLC, Jefferies International Limited, Jefferies (Japan) Limited, Tokyo Branch and Jefferies India Private Limited is not required to be and is not a registered dealer or adviser in your jurisdiction. You are advised that where Jefferies LLC or Jefferies International Limited prepared this research report, it was not prepared in accordance with Canadian disclosure requirements relating to research reports in Canada.

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Germany:** Jefferies GmbH, which is authorized and regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht, BaFin-ID: 10150151; registered office: Bockenheimer Landstr. 24, 60232 Frankfurt a.M., Germany; telephone: +49 (0) 69 719 1870

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Level 26, Two International Finance Center, 8 Finance Street, Central, Hong Kong; telephone: +852 3743 8000.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at Level 16, Express Towers, Nariman Point, Mumbai 400 021, India; Tel +91 22 4356 6000. Compliance Officer name: Sanjay Pai, Tel No: +91 22 42246150, Email: spai@jefferies.com, Grievance officer name: Sanjay Pai, Tel no. +91 22 42246150, Email: compliance_india@jefferies.com. Registration granted by SEBI and certification from NISM in no way guarantee performance of the intermediary or provide any assurance of returns to investors.

**Australia:** Jefferies (Australia) Pty Limited (ACN 623 059 898), which holds an Australian financial services license (AFSL 504712) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

**Dubai:** Jefferies International Limited, Dubai branch, which is licensed by the Dubai Financial Services Authority (DFSA Reference Number F007325); registered office Unit L31-06, L31-07, Level 31, ICD Brookfield Pace, DIFC, PO Box 121208, Dubai, UAE.

This report was prepared by personnel who are associated with Jefferies (Jefferies Securities Inc., Jefferies International Limited, Jefferies GmbH, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), and Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA, the Canadian Investment Regulatory Organization and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and/or Jefferies GmbH and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed. Jefferies LLC, JIL, Jefferies GmbH and their affiliates, may make a market or

Please see important disclosure information on pages 8 - 13 of this report.

11

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined by National Instrument 31-103 Registration Requirements, Exemptions and Ongoing Registrant Obligations, as applicable. This research report is a general discussion of the merits and risks of a security or securities only, and is not in any way meant to be tailored to the needs and circumstances of any recipient. The information contained herein is not, and under no circumstances is to be construed as, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators, if applicable, and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon this research report, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence.

In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, where this material is prepared and issued by a Jefferies affiliate outside of Singapore, it is distributed by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act 2001 (Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Dubai, this material is issued and distributed by Jefferies International Limited, Dubai branch, and is intended solely for Professional Clients and should not be distributed to, or relied upon by, Retail Clients (as defined by DFSA). A distribution of ratings in percentage terms in each sector covered is available upon request from your sales representative. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263). It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 (Cth) of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

Please see important disclosure information on pages 8 - 13 of this report.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

12

# Jefferies

Toronto-Dominion Bank (TD CN)
**Equity Research**
May 6, 2024

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be copied, reprinted, sold, or redistributed or disclosed by the recipient or any third party, by content scraping or extraction, automated processing, or any other form or means, without the prior written consent of Jefferies. Any unauthorized use is prohibited. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2024 Jefferies

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.