# EXHIBIT 29

**Exhibit 99.1**



# TD Bank Group Reports Second Quarter 2023 Results

**Report to Shareholders** • *Three and six months ended April 30, 2023*

> The financial information in this document is reported in Canadian dollars and is based on the Bank's unaudited Interim Consolidated Financial Statements and related Notes prepared in accordance with International Financial Reporting Standards (IFRS) as issued by the International Accounting Standards Board (IASB), unless otherwise noted.
>
> Reported results conform to generally accepted accounting principles (GAAP), in accordance with IFRS. Adjusted measures are non-GAAP financial measures. For additional information about the Bank's use of non-GAAP financial measures, refer to "Non-GAAP and Other Financial Measures" in the "How We Performed" section of this document.

**SECOND QUARTER FINANCIAL HIGHLIGHTS, compared with the second quarter last year:**
- **Reported diluted earnings per share were $1.72, compared with $2.07.**
- **Adjusted diluted earnings per share were $1.94, compared with $2.02.**
- **Reported net income was $3,351 million, compared with $3,811 million.**
- **Adjusted net income was $3,752 million, compared with $3,714 million.**

**YEAR-TO-DATE FINANCIAL HIGHLIGHTS, six months ended April 30, 2023, compared with the corresponding period last year:**
- **Reported diluted earnings per share were $2.54, compared with $4.09.**
- **Adjusted diluted earnings per share were $4.17, compared with $4.09.**
- **Reported net income was $4,933 million, compared with $7,544 million.**
- **Adjusted net income was $7,907 million, compared with $7,547 million.**

**SECOND QUARTER ADJUSTMENTS (ITEMS OF NOTE)**
**The second quarter reported earnings figures included the following items of note:**
- **Amortization of acquired intangibles of $79 million ($67 million after-tax or 3 cents per share), compared with $60 million ($54 million after-tax or 3 cents per share) in the second quarter last year.**
- **Acquisition and integration charges related to the Schwab transaction of $30 million ($26 million after-tax or 1 cent per share), compared with $20 million ($18 million after-tax or 1 cent per share) in the second quarter last year.**
- **Acquisition and integration-related charges for acquisitions of $227 million ($179 million after-tax or 10 cents per share).**
- **Mitigation of impact from interest rate volatility to closing capital on First Horizon acquisition, net loss of $134 million ($101 million after-tax or 6 cents per share).**
- **Foreign exchange loss related to the Stanford litigation settlement of $39 million ($28 million after-tax or 2 cents per share).**

**TORONTO**, May 25, 2023 – TD Bank Group ("TD" or the "Bank") today announced its financial results for the second quarter ended April 30, 2023. Reported earnings were $3.4 billion, down 12% compared with the second quarter last year, and adjusted earnings were $3.8 billion, up 1%.

"TD's retail businesses in both Canada and the United States continued to show strong revenue and earnings growth this quarter, with robust customer originations and loan volumes," said Bharat Masrani, Group President and CEO, TD Bank Group. "Investments in differentiated wealth and insurance products and the close of the Cowen acquisition expanded our offerings and strengthened the competitive advantages of these businesses."

**Canadian Personal and Commercial Banking delivered double digit revenue growth**
Canadian Personal and Commercial Banking net income was $1,625 million, an increase of 4% compared with the second quarter last year. Revenue was $4,404 million, an increase of 11% reflecting higher margins and volume growth. The segment delivered a seventh consecutive quarter of positive operating leverage.

Canadian Personal and Commercial Banking continued to deliver growth in the quarter supported by increased customer activity which included record second quarter New to Canada account openings, continued momentum in mortgage originations, and strong credit card loan growth. TD recently launched an exclusive Canadian bank offer with Uber, adding to TD's list of leading partnerships, including Air Canada, Amazon, Expedia, and Starbucks. TD was also recognized in the 2023 Canada's Best Awards by MoneySense, receiving the most awards of any financial institution, including in the best no-fee, flat rate, and travel credit cards categories.

**The U.S. Retail Bank delivered another strong quarter despite a challenging environment**
U.S. Retail reported net income of $1,412 million, an increase of 3% (US$1,044 million, a decrease of 3% in U.S. dollars) compared with the second quarter last year. On an adjusted basis, net income was $1,528 million, an increase of 28% (US$1,129 million, an increase of 19% in U.S. dollars). Reported net income included acquisition and integration-related charges for the First Horizon Corporation ("First Horizon") acquisition of $154 million or US$113 million ($116 million or US$85 million after-tax). The Bank's investment in The Charles Schwab Corporation ("Schwab") contributed $250 million in earnings, an increase of 12% (US$185 million, an increase of 5% in U.S. dollars) compared with the second quarter last year.

The U.S. Retail Bank, which excludes the Bank's investment in Schwab, reported net income of $1,162 million, an increase of 2% (US$859 million, a decrease of 5% in U.S. dollars) from the second quarter last year. On an adjusted basis, net income was $1,278 million, an increase of 31% (US$944 million, an increase of 23% in U.S. dollars) from the second quarter last year.

The U.S. Retail Bank continued to deliver strong loan growth of 10% year-over-year, supported by personal loan growth of 12% and business loan growth of 9%. Personal deposits declined 3% year-over-year but remained flat from last quarter. Business deposits declined 6% year-over-year; however, business chequing account growth accelerated this quarter.

Table of Contents

| NOTE 17: EARNINGS PER SHARE |
|---|

Basic earnings per share is calculated by dividing net income attributable to common shareholders by the weighted-average number of common shares outstanding for the period.

Diluted earnings per share is calculated using the same method as basic earnings per share except that certain adjustments are made to net income attributable to common shareholders and the weighted-average number of shares outstanding for the effects of all dilutive potential common shares that are assumed to be issued by the Bank.

The following table presents the Bank's basic and diluted earnings per share for the three and six months ended April 30, 2023 and April 30, 2022.

**Basic and Diluted Earnings Per Share**

| (millions of Canadian dollars, except as noted) | For the three months ended | | For the six months ended | |
|---|---|---|---|---|
| | April 30 2023 | April 30 2022 | April 30 2023 | April 30 2022 |
| **Basic earnings per share** | | | | |
| Net income attributable to common shareholders | $ 3,141 | $ 3,745 | $ 4,640 | $ 7,435 |
| Weighted-average number of common shares outstanding (millions) | 1,828.3 | 1,804.7 | 1,824.4 | 1,812.8 |
| **Basic earnings per share** (Canadian dollars) | $ 1.72 | $ 2.08 | $ 2.54 | $ 4.10 |
| **Diluted earnings per share** | | | | |
| Net income attributable to common shareholders | $ 3,141 | $ 3,745 | $ 4,640 | $ 7,435 |
| Net income available to common shareholders including impact of dilutive securities | 3,141 | 3,745 | 4,640 | 7,435 |
| Weighted-average number of common shares outstanding (millions) | 1,828.3 | 1,804.7 | 1,824.4 | 1,812.8 |
| Effect of dilutive securities | | | | |
| Stock options potentially exercisable (millions)[1] | 2.0 | 3.6 | 2.2 | 3.7 |
| Weighted-average number of common shares outstanding – diluted (millions) | 1,830.3 | 1,808.3 | 1,826.6 | 1,816.5 |
| **Diluted earnings per share** (Canadian dollars)[1] | $ 1.72 | $ 2.07 | $ 2.54 | $ 4.09 |

[1] For the three and six months ended April 30, 2023, the computation of diluted earnings per share excluded average options outstanding of 4.9 million and 4.2 million, respectively, with a weighted-average exercise price of $92.89 and $93.29, respectively, as the option price was greater than the average market price of the Bank's common shares. For the three and six months ended April 30, 2022, no outstanding options were excluded from the computation of diluted earnings per share.

| NOTE 18: CONTINGENT LIABILITIES |
|---|

Other than as described below, there have been no new significant events or transactions as previously identified in Note 27 of the Bank's 2022 Annual Consolidated Financial Statements.

**LEGAL AND REGULATORY MATTERS**

**LITIGATION**

In the ordinary course of business, the Bank and its subsidiaries are involved in various legal and regulatory actions, including but not limited to civil claims and lawsuits, regulatory examinations, investigations, audits, and requests for information by governmental, regulatory and self-regulatory agencies and law enforcement authorities in various jurisdictions. The Bank establishes provisions when it becomes probable that the Bank will incur a loss and the amount can be reliably estimated. The Bank also estimates the aggregate range of reasonably possible losses (RPL) in its legal and regulatory actions (that is, those which are neither probable nor remote), in excess of provisions. As at April 30, 2023, the Bank's RPL is from zero to approximately $1.27 billion (October 31, 2022 – from zero to approximately $1.26 billion). The Bank's provisions and RPL represent the Bank's best estimates based upon currently available information for actions for which estimates can be made, but there are a number of factors that could cause the Bank's provisions and/or RPL to be significantly different from its actual or RPL. For example, the Bank's estimates involve significant judgment due to the varying stages of the proceedings, the existence of multiple defendants in many proceedings whose share of liability has yet to be determined, the numerous yet-unresolved issues in many of the proceedings, some of which are beyond the Bank's control and/or involve novel legal theories and interpretations, the attendant uncertainty of the various potential outcomes of such proceedings, and the fact that the underlying matters will change from time to time. In addition, some actions seek very large or indeterminate damages.

In management's opinion, based on its current knowledge and after consultation with counsel, the ultimate disposition of these actions, individually or in the aggregate, will not have a material adverse effect on the consolidated financial condition or the consolidated cash flows of the Bank. However, because of the factors listed above, as well as other uncertainties inherent in litigation and regulatory matters, there is a possibility that the ultimate resolution of legal or regulatory actions may be material to the Bank's consolidated results of operations for any particular reporting period.

***Stanford Litigation*** – In the US *Rotstain v. Trustmark National Bank, et al. action*, on February 24, 2023, the Bank reached a settlement in principle (the "settlement" or "agreement") pursuant to which the Bank agreed to pay US$1.205 billion to Ralph S. Janvey, solely in his capacity as the court-appointed receiver for the Stanford Receivership Estate, to resolve claims brought by the Official Stanford Investors Committee and the plaintiffs in the *Rotstain v. Trustmark National Bank, et al.* and *Smith v. Independent Bank, et al.* actions. As a result of this agreement, the Bank recorded a provision of approximately $1.6 billion pre-tax ($1.2 billion after-tax) in the first quarter of 2023. Under the terms of the agreement, all involved parties have agreed to a bar order dismissing and releasing all current or future claims arising from or related to Stanford. The settlement is subject to court approval.

On March 7, 2023, the parties finalized their settlement agreement, and on March 8, 2023, the plaintiffs filed a motion to approve the settlement in the multi-district litigation court in the Northern District of Texas. On March 14, 2023, that Court preliminarily found that the terms of the settlement agreement are adequate, fair, reasonable, and equitable and scheduled a final settlement approval hearing for August 8, 2023.

A case regarding the same facts was also brought in Ontario by the Joint Liquidators of Stanford International Bank Ltd. appointed by the Eastern Caribbean Supreme Court, under the title *McDonald v. The Toronto-Dominion Bank*. That action was dismissed by the Ontario Superior Court of Justice on June 8, 2021, following a trial earlier in 2021. On November 17, 2022, the Court of Appeal for Ontario issued a unanimous written decision which dismissed the appeal and

Table of Contents

affirmed the trial decision. On January 16, 2023, the Joint Liquidators filed an application for leave to appeal to the Supreme Court of Canada. The Bank filed a response to the leave application on February 22, 2023.

| NOTE 19: SEGMENTED INFORMATION |
|---|

For management reporting purposes, the Bank reports its results from business operations and activities under four key business segments: Canadian Personal and Commercial Banking, U.S. Retail, Wealth Management and Insurance, and Wholesale Banking. The Bank's other activities are grouped into the Corporate segment.

Canadian Personal and Commercial Banking provides financial products and services to personal, small business and commercial customers, and includes TD Auto Finance Canada. U.S. Retail is comprised of personal and business banking in the U.S., TD Auto Finance U.S., and the U.S. wealth business, including Epoch and the Bank's equity investment in Schwab. Wealth Management and Insurance includes the Canadian wealth business which provides investment products and services to