# EXHIBIT 30



# TD Bank Group Reports Third Quarter 2024 Results
**Report to Shareholders** • *Three and nine months ended July 31, 2024*

The financial information in this document is reported in Canadian dollars and is based on the Bank's unaudited Interim Consolidated Financial Statements and related Notes prepared in accordance with International Financial Reporting Standards (IFRS) as issued by the International Accounting Standards Board (IASB), unless otherwise noted. Certain comparative amounts have been revised to conform with the presentation adopted in the current period.

Reported results conform with generally accepted accounting principles (GAAP), in accordance with IFRS. Adjusted measures are non-GAAP financial measures. For additional information about the Bank's use of non-GAAP financial measures, refer to "Significant and Subsequent Events" and "Non-GAAP and Other Financial Measures" in the "How We Performed" section of this document.

**THIRD QUARTER FINANCIAL HIGHLIGHTS, compared with the third quarter last year:**
- **Reported diluted earnings (loss) per share were $(0.14), compared with $1.53.**
- **Adjusted diluted earnings per share were $2.05, compared with $1.95.**
- **Reported net income (loss) was $(181) million, compared with $2,881 million.**
- **Adjusted net income was $3,646 million, compared with $3,649 million.**

**YEAR-TO-DATE FINANCIAL HIGHLIGHTS, nine months ended July 31, 2024, compared with the corresponding period last year:**
- **Reported diluted earnings per share were $2.76, compared with $4.04.**
- **Adjusted diluted earnings per share were $6.09, compared with $6.09.**
- **Reported net income was $5,207 million, compared with $7,768 million.**
- **Adjusted net income was $11,072 million, compared with $11,510 million.**

**THIRD QUARTER ADJUSTMENTS (ITEMS OF NOTE)**
**The third quarter reported earnings figures included the following items of note:**
- **Amortization of acquired intangibles of $64 million ($56 million after-tax or 3 cents per share), compared with $88 million ($75 million after-tax or 4 cents per share) in the third quarter last year.**
- **Acquisition and integration charges related to the Schwab transaction of $21 million ($18 million after-tax or 1 cent per share), compared with $54 million ($44 million after-tax or 2 cents per share) in the third quarter last year.**
- **Restructuring charges of $110 million ($81 million after-tax or 5 cents per share).**
- **Acquisition and integration charges related to the Cowen acquisition of $78 million ($60 million after-tax or 3 cents per share), compared with $143 million ($105 million after-tax or 6 cents per share) in the third quarter last year.**
- **Impact from the terminated First Horizon Corporation (FHN) acquisition-related capital hedging strategy of $62 million ($46 million after-tax or 3 cents per share), compared with $177 million ($134 million after-tax or 8 cents per share) in the third quarter last year.**
- **Provision for investigations related to the Bank's AML program of $3,566 million ($3,566 million after-tax or $2.04 per share).**

**TORONTO**, August 22, 2024 – TD Bank Group ("TD" or the "Bank") today announced its financial results for the third quarter ended July 31, 2024. Reported earnings were a loss of $181 million, compared with reported earnings of $2,881 million in the third quarter last year, and adjusted earnings were $3.6 billion, relatively flat.

The Bank's reported results include the impact of the US$2,600 million provision for investigations related to the Bank's anti-money laundering (AML) program, which, together with the provision taken last quarter in connection with this matter, reflects the Bank's current estimate of the total fines related to this matter.

"TD delivered record revenue and net income in Canadian Personal and Commercial Banking, continued operating momentum in the U.S., and strong results across our markets-driven businesses," said Bharat Masrani, Group President and CEO, TD Bank Group. "We continued to invest in new and innovative capabilities and expanded our product offerings to better serve our customers and clients."

**Canadian Personal and Commercial Banking delivered record net income and revenue supported by continued volume growth and strong operating leverage**
Canadian Personal and Commercial Banking net income was $1,872 million, an increase of 13% compared to the third quarter last year, reflecting higher revenue, partially offset by higher non-interest expenses and provisions for credit losses. The segment delivered record revenue of $5,003 million, an increase of 9%, primarily reflecting volume growth and margin expansion.

Canadian Personal and Commercial Banking grew its leading deposit franchise with another strong quarter for account openings. TD further expanded its market-leading credit card business to reach a milestone of more than 8 million active accounts and delivered market share gains in Real Estate Secured Lending while supporting its growing customer base. This quarter, TD added more value for New to Canada customers, including offers for both TD Direct Investing and the TD Cash Back Visa Card. The Bank also enhanced its TD Student Line of Credit offering, supporting Canada's next generation of doctors, dentists, and veterinarians. In addition, Business Banking launched TD Innovation Partners, a full-service banking and financing solutions platform for technology and innovation companies.

**The U.S. Retail Bank delivered operating momentum in a challenging environment**
U.S. Retail reported net loss for the quarter was $2,275 million (US$1,658 million), compared with reported net income of $1,305 million (US$977 million) in the third quarter last year. On an adjusted basis, net income was $1,291 million (US$942 million), a decrease of $77 million (US$83 million). Reported net income for the quarter from the Bank's investment in The Charles Schwab Corporation ("Schwab") was $178 million (US$129 million), a decrease of $13 million (US$13 million).

The U.S. Retail Bank, which excludes the Bank's investment in Schwab, reported net loss was $2,453 million (US$1,787 million), compared with reported net income of $1,114 million (US$835 million) in the third quarter last year, primarily reflecting the impact of the provision for investigations related to the Bank's AML program. On an adjusted basis net income was $1,113 million, a decrease of $64 million from the third quarter last year, primarily reflecting higher PCL and higher

https://www.sec.gov/Archives/edgar/data/947263/000156276224000211/ex991.htm                                                          1/82

**NOTE 19: PROVISIONS AND CONTINGENT LIABILITIES**

Other than as described below, there have been no new significant events or transactions except as previously identified in Note 26 of the Bank's 2023 Annual Consolidated Financial Statements.

*(a)* RESTRUCTURING

The Bank continued to undertake certain measures in the third quarter of 2024 to reduce its cost base and achieve greater efficiency. In connection with these measures, the Bank incurred $110 million and $566 million of restructuring charges during the three and nine months ended July 31, 2024, respectively. The restructuring costs primarily relate to: (i) employee severance and other personnel-related costs recorded as provisions and (ii) real estate optimization mainly recorded as a reduction to buildings. The restructuring program has concluded.

*(b)* LEGAL AND REGULATORY MATTERS

Other than as described below, there have been no new significant legal and regulatory matters, and no significant developments to the matters previously identified in Note 26 of the Bank's 2023 Annual Consolidated Financial Statements.

In the ordinary course of business, the Bank and its subsidiaries are involved in various legal and regulatory actions, including but not limited to civil claims and lawsuits, regulatory examinations, investigations, audits, and requests for information by governmental, regulatory and self-regulatory agencies and law enforcement authorities in various jurisdictions, in respect of our businesses and compliance programs. The Bank establishes provisions when it becomes probable that the Bank will incur a loss and the amount can be reliably estimated. The Bank also estimates the aggregate range of reasonably possible losses (RPL) in its legal and regulatory actions (that is, those which are neither probable nor remote), in excess of provisions. As at July 31, 2024, the Bank's RPL is from zero to approximately $1.33 billion (October 31, 2023 – from zero to approximately $1.44 billion). The Bank's provisions and RPL represent the Bank's best estimates based upon currently available information for actions for which estimates can be made, but there are a number of factors that could cause the Bank's provisions and/or RPL to be significantly different from its actual or RPL. For example, the Bank's estimates involve significant judgment due to the varying stages of the proceedings, the existence of multiple defendants in many proceedings whose share of liability has yet to be determined, the numerous yet-unresolved issues in many of the proceedings, some of which are beyond the Bank's control and/or involve novel legal theories and interpretations, the attendant uncertainty of the various potential outcomes of such proceedings, and the fact that the underlying matters will change from time to time. In addition, some actions seek very large or indeterminate damages.

In connection with the civil and criminal investigations into the Bank's U.S. *Bank Secrecy Act* (BSA)/anti-money laundering (AML) program by its U.S. prudential regulators, the Financial Crimes Enforcement Network (FinCEN) and the U.S. Department of Justice (DOJ), and in anticipation of a global resolution, which will include monetary and non-monetary penalties, the Bank has taken a further provision of $3.57 billion (US$2.60 billion) to reflect the Bank's current estimate of the total fines related to these matters. In the second quarter of 2024, the Bank took an initial provision of $615 million (US$450 million) in connection with its discussions with one of its U.S. regulators related to this matter. The Bank expects that a global resolution will be finalized by calendar year end.

The Bank has been named as a defendant in four overlapping proposed class action lawsuits purporting to be brought on behalf of shareholders alleging that its disclosure with respect to its U.S. AML program has been misleading. None of these proposed class actions have been certified or granted leave to proceed by the court, and losses or damages cannot be estimated at this time.

The Bank and certain of its subsidiaries have resolved the investigations by the Securities and Exchange Commission (SEC) and the Commodity Futures Trading Commission (CFTC) concerning compliance with records preservation requirements relating to business communications exchanged on unapproved electronic channels. The Bank and its subsidiaries in the aggregate paid penalties totaling US$124.5 million, for which the Bank is fully provisioned, and agreed to various other customary terms similar to those imposed on other financial institutions that have resolved similar investigations.

On May 31, 2024, the claims against the Bank were dismissed with prejudice in *Rotstain v. Trustmark National Bank, et al*. On June 3, 2024, the United States Supreme Court denied R. Allen Stanford's request for rehearing regarding the denial of his petition for a writ of certiorari in which he challenged the settlement in this action. This brings to a close the Stanford litigation in the United States.

In the second quarter of 2024, the Bank and certain of its subsidiaries reached a settlement in principle relating to a civil matter, pursuant to which the Bank recorded a provision of $274 million.

In management's opinion, based on its current knowledge and after consultation with counsel, the ultimate disposition of these actions, individually or in the aggregate, will not have a material adverse effect on the consolidated financial condition or the consolidated cash flows of the Bank. However, because of the factors listed above, as well as other uncertainties inherent in litigation and regulatory matters, there is a possibility that the ultimate resolution of legal or regulatory actions may be material to the Bank's consolidated results of operations for any particular reporting period.