**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, TD BANK, N.A., TD BANK US HOLDING COMPANY, AJAI K. BAMBAWALE, MICHAEL BOWMAN, MIA LEVINE, BHARAT MASRANI, LEOVIGILDO SALOM, and KELVIN VI LUAN TRAN,<br><br>Defendants. | Case No.: 1:24-cv-08032-AS |

**DECLARATION OF SETH L. LEVINE IN SUPPORT OF DEFENDANT**
**MICHAEL BOWMAN'S MOTION TO DISMISS**

I, Seth L. Levine, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a member in good standing of the bar of the State of New York and of this Court, a partner at the law firm Levine Lee LLP, and counsel for Defendant Michael Bowman ("Mr. Bowman") in the above-captioned matter.

2.      I respectfully submit this declaration in support of Mr. Bowman's Motion to Dismiss the Consolidated Amended Class Action Complaint (ECF No. 70, the "CAC").

3.      Attached hereto as Exhibit 1, pursuant to Section 8.G.i of this Court's Individual Practices in Civil Cases, is a non-argumentative chart identifying the elements of Plaintiffs' claims against Mr. Bowman that are not plausibly alleged in the CAC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2025 in New York, New York.

*/s/ Seth L. Levine*
Seth L. Levine