# EXHIBIT 1

**CHART OF PLAINTIFFS' CLAIM ELEMENTS NOT PLAUSIBLY ALLEGED IN
SUPPORT OF DEFENDANT MICHAEL BOWMAN'S MOTION TO DISMISS**

| Cause of Action | Elements Not Plausibly Alleged in Plaintiffs' Consolidated Amended Complaint |
|---|---|
| Section 10(b) of the Securities and Exchange Act of 1934 (Count I of the Consolidated Amended Class Action Complaint) | 1. Plaintiffs fail to plausibly allege that Mr. Bowman made a material misstatement or omission. <br> 2. For each statement alleged to be false or misleading, Plaintiffs fail to plausibly allege that the statement is false or misleading and/or actionable. <br> 3. Plaintiffs fail to plausibly allege that Mr. Bowman committed a manipulative or deceptive act. <br> 4. Plaintiffs fail to plausibly allege that Mr. Bowman acted in furtherance of an alleged scheme to defraud. <br> 5. Plaintiffs fail to plausibly allege scienter as to Mr. Bowman. <br> 6. Plaintiffs fail to plausibly allege reliance. <br> 7. Plaintiffs fail to plausibly allege loss causation. |
| Section 20(a) of the Securities and Exchange Act of 1934 (Count II of the Consolidated Amended Class Action Complaint) | 1. Plaintiffs fail to plausibly allege a primary violation of Section 10(b) of the Securities and Exchange Act of 1934. <br> 2. Plaintiffs fail to plausibly allege culpable participation by Mr. Bowman. <br> 3. Plaintiffs fail to plausibly allege control of an alleged primary violator by Mr. Bowman. |