**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, TD BANK, N.A., TD BANK US HOLDING COMPANY, AJAI K. BAMBAWALE, MICHAEL BOWMAN, MIA LEVINE, BHARAT MASRANI, LEOVIGILDO SALOM, and KELVIN VI LUAN TRAN,<br><br>Defendants. | Case No. 1:24-cv-08032-AS<br><br>Hon. Arun Subramanian |

**DECLARATION OF JOSHUA S. AMSEL IN SUPPORT OF**
**DEFENDANT MIA LEVINE'S MOTION TO DISMISS**
**THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Joshua S. Amsel, declare the following under penalty of perjury:

1. I am an attorney duly admitted to practice before this Court and a partner of Weil, Gotshal & Manges LLP, counsel for Defendant Mia Levine. I submit this Declaration in support of Defendant Mia Levine's Motion to Dismiss the Consolidated Amended Class Action Complaint.

2. A true and correct copy of the following document is attached as Exhibit A:

| **Exhibit** | **Description** |
|---|---|
| A | Non-Argumentative Chart Pursuant to Section 8.G of the Court's Individual Practices in Civil Cases |

2

Dated: May 30, 2025
New York, New York

/s/ Joshua S. Amsel
Joshua S. Amsel
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
joshua.amsel@weil.com

*Counsel for Defendant Mia Levine*

2