**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE TORONTO-DOMINION BANK, TD BANK, N.A., TD BANK US HOLDING COMPANY, AJAI K. BAMBAWALE, MICHAEL BOWMAN, MIA LEVINE, BHARAT MASRANI, LEOVIGILDO SALOM, and KELVIN VI LUAN TRAN, <br><br> Defendants. | Cons. C.A. No. 1:24-CV-8032 (AS) <br><br> GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 81 and to terminate Joseph W. Baier, II as counsel on the docket. <br><br> SO ORDERED. <br><br> Arun Subramanian, U.S.D.J. <br> Date: June 25, 2025 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 1.4, Lead Plaintiff Pedro Gonzalez and Named Plaintiffs Joel Kopstein and Edward Patterson (together, "Plaintiffs"), through counsel, respectfully request the withdrawal of the appearance of Joseph W. Baier, II in the above-captioned action and respectfully request that his name be removed from the docket and the ECF distribution list. Bleichmar Fonti & Auld LLP will continue to serve as counsel for Plaintiffs, and no existing deadlines will be affected by this withdrawal.

Dated: June 24, 2025

Respectfully submitted,

By: */s/ Joseph A. Fonti*
Joseph A. Fonti (Lead Trial Counsel)
**BLEICHMAR FONTI & AULD LLP**
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960

jfonti@bfalaw.com

*Counsel for Lead Plaintiff Pedro Gonzalez, Named
Plaintiffs Joel Kopstein and Edward Patterson,
and Lead Counsel for the Putative Class*

2