**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, TD BANK, N.A., TD BANK US HOLDING COMPANY, AJAI K. BAMBAWALE, MICHAEL BOWMAN, MIA LEVINE, BHARAT MASRANI, LEOVIGILDO SALOM, and KELVIN VI LUAN TRAN,<br><br>Defendants. | Cons. C.A. No. 1:24-cv-08032-AS<br><br>GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 83 and to terminate Agnès Dunogué as counsel on the docket.<br><br>SO ORDERED.<br><br>Arun Subramanian, U.S.D.J.<br>Date: July 24, 2025 |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Agnès Dunogué of Allen Overy Shearman Sterling US LLP hereby moves, pursuant to Local Rule 1.4(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, to withdraw as counsel in the above-captioned action on behalf of Defendants The Toronto-Dominion Bank, TD Bank, N.A., TD Bank US Holding Company, Ajai K. Bambawale, Bharat Masrani, Leovigildo Salom, and Kelvin Vi Luan Tran.  After July 18, 2025, I will no longer be affiliated with Allen Overy Shearman Sterling US LLP.  The Toronto-Dominion Bank, TD Bank, N.A., TD Bank US Holding Company, Ajai K. Bambawale, Bharat Masrani, Leovigildo Salom, and Kelvin Vi Luan Tran will continue to be represented by Adam S. Hakki and Jeffrey Hoschander of Allen Overy Shearman Sterling US LLP, who have appeared in this action on behalf of those defendants.

Dated: July 18, 2025
      New York, New York

Respectfully Submitted,

<u>/s/ *Agnès Dunogué*</u>
Agnès Dunogué
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Email: agnes.dunogue@aoshearman.com

*Attorneys for Defendants The Toronto-Dominion Bank, TD Bank, N.A., TD Bank US Holding Company, Ajai K. Bambawale, Bharat Masrani, Leovigildo Salom, and Kelvin Vi Luan Tran*

2