**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, TD BANK, N.A., TD BANK US HOLDING COMPANY, AJAI K. BAMBAWALE, MICHAEL BOWMAN, MIA LEVINE, BHARAT MASRANI, LEOVIGILDO SALOM, and KELVIN VI LUAN TRAN,<br><br>                    Defendants. | Case No. 1:24-CV-8032 (AS)<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**DECLRATION OF BENJAMIN F. BURRY**
**IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**
**THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Benjamin F. Burry, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am a member in good standing of the bar of the state of New York and of this Court.  I am a Partner of the law firm Bleichmar Fonti & Auld LLP and counsel for Lead Plaintiff Pedro Gonzalez, Named Plaintiffs Joel Kopstein and Edward Patterson, and Lead Counsel for the Putative Class.  I submit this declaration in opposition to Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint ("Motion to Dismiss").

2.      Attached as **Exhibit A** is a chart prepared by counsel, submitted pursuant to Section 8(G)(i) of the Court's Individual Practices in Civil Cases, identifying the paragraphs of the Consolidated Amended Class Action Complaint ("Complaint") (ECF 70) that plausibly plead the elements of Plaintiffs' claims.

3.      Attached as **Exhibit B** is a chart prepared by Plaintiffs in response to the chart

1

prepared and submitted by Defendants as Defendants' Exhibit B (*see* ECF 73-2).  Plaintiffs' Exhibit B summarizes Plaintiffs' responses to each of the purported bases for dismissal set forth in Defendants' Exhibit B, which are discussed more fully in Plaintiffs' accompanying Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

4.      Attached as **Exhibit 1** is a true and correct copy of the Consent Order For A Civil Money Penalty and accompanying Stipulation And Consent To The Issuance Of An Order For A Civil Money Penalty in *In the Matter of TD Bank, N.A.*, No. AA-EC-2013-67, dated September 20, 2013, between the U.S. Department of the Treasury Comptroller of the Currency ("OCC") and Defendant TDBNA.  This document is also available on the OCC website at the following address: https://www.occ.gov/static/enforcement-actions/ea2013-142.pdf.

5.      Attached as **Exhibit 2** is a true and correct copy of the Assessment Of Civil Money Penalty in *In the Matter of TD Bank, N.A.*, No. 2013-1, dated September 22, 2013, by the U.S. Department of the Treasury Financial Crimes Enforcement Network ("FinCEN").  This document is also available on the FinCEN website at the following address: https://www.fincen.gov/sites/default/files/enforcement_action/2020-05-21/TD_ASSESSMENT_09222013.pdf.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of July 2025.

 */s/ Benjamin F. Burry*               
Benjamin F. Burry

2