# EXHIBIT A

*Tiessen v. The Toronto-Dominion Bank, et al.*, Cons. C.A. No. 1:24-CV-8032 (AS)
**Chart of Plaintiffs' Claim Elements Plausibly Pleaded in the Consolidated Amended Complaint ("Complaint") -
Submitted in Opposition to Defendants' Motions to Dismiss and Pursuant to Section 8(G)(i) of the Court's Individual Practices in
Civil Cases**

| Cause of Action | Elements Plausibly Pleaded | ¶¶ Reciting Elements Plausibly Pleaded |
|---|---|---|
| **COUNT I**<br>Section 10(b) of the Exchange Act of 1934 and SEC Rule 10b-5 | 1. The Complaint meets the pleading requirements of Fed. R. Civ. P. 9(b) and the PSLRA. | ¶¶39-320; ¶¶330-342 |
| | 2. The Complaint plausibly pleads that each of the seven Speaker Defendants (TD, TDBNA, TDBUSH, Masrani, Salom, Tran, and Bambawale) made a material misstatement or omission.  A chart providing which Speaker Defendants made which material misstatement or omission is included as part of Exhibit B.* | ¶¶240-291:<br>**Masrani**<br>(¶¶245-48, 250, 252, 253, 258, 259, 262, 263, 265-67, 269-71, 275-78, 281, 282, 287-89);<br>**Salom**<br>(¶¶255, 257, 272, 274);<br>**Tran**<br>(¶¶250, 252, 253, 269, 275, 281, 287-89);<br>**Bambawale**<br>(¶279);<br>**TD**<br>(¶¶245-48, 250, 252, 253, 255, 257, 258, 259, 261-63, 265-67, 269-72, 274-79, 281, 288-90);<br>**TDBNA**<br>(¶¶255, 261, 272, 274);<br>**TDBUSH**<br>(¶¶255, 257, 261, 272, 274) |
| | 3. For each statement alleged to be false or misleading, the Complaint plausibly pleads that the statement is false or misleading and/or actionable.  A chart providing further specifics of what Plaintiffs plausibly plead as to each statement is included as Exhibit B. | ¶¶240-291; *see also* ¶¶53-171 |
| | 4. The Complaint plausibly pleads scienter as to each Defendant. | ¶¶162-171 (Masrani, Salom, Tran, TD, TDBNA, TDBUSH);<br>¶¶172-230 (all Defendants);<br>*see also* ¶¶ 39-149 |

| Cause of Action | Elements Plausibly Pleaded | ¶¶ Reciting Elements Plausibly Pleaded |
|---|---|---|
| | 5. The Complaint plausibly pleads loss causation. | ¶¶292-315; *see also* ¶¶107-149 |
| | 6. The Complaint plausibly pleads that each Defendant committed a manipulative or deceptive act pursuant to Rule 10b-5. | ¶¶39-230, ¶¶240-291 |
| | 7. The Complaint's "scheme liability" allegations plausibly plead reliance, scienter, that the Scheme Defendants (Bowman, Levine, Salom, TDBNA, and TDBUSH) disseminated false or misleading statements, and acts in furtherance of the alleged scheme that were inherently deceptive. | ¶¶231-239, *see also* ¶¶39-230 |
| **COUNT II** Section 20(a) of the Exchange Act of 1934 | 1. The Complaint plausibly pleads a primary violation of Section 10(b). | ¶¶39-320; ¶¶330-342 |
| | 2. The Complaint plausibly pleads culpable participation by the Individual Defendants in primary violations of Section 10(b). | ¶¶25-31; ¶¶39-291; ¶¶336-342 |
| | 3. The Complaint plausibly pleads control of an alleged primary violator by the Individual Defendants. | ¶¶25-31; ¶¶44-77; ¶¶162-171; ¶¶336-342 |

*Defendants Bowman and Levine are not alleged to have made a material misstatement or omission and are culpable under scheme liability.