**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>THE TORONTO-DOMINION BANK, TD BANK, N.A., TD BANK US HOLDING COMPANY, AJAI K. BAMBAWALE, MICHAEL BOWMAN, MIA LEVINE, BHARAT MASRANI, LEOVIGILDO SALOM, and KELVIN VI LUAN TRAN,<br><br>               Defendants. | Cons. C.A. No. 1:24-cv-08032-AS |

**DECLARATION OF SAMUEL A. STUCKEY**
**IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Samuel A. Stuckey, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a member of the bar of this Court, an associate of the law firm of Allen Overy Shearman Sterling US LLP, and counsel for Defendants The Toronto-Dominion Bank ("TD"), TD Bank, N.A., TD Bank US Holding Company, Ajai K. Bambawale, Bharat Masrani, Leovigildo Salom, and Kelvin Vi Luan Tran, in the above-titled action.

2.    I submit this declaration in further support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint ("Motion to Dismiss") and to place before the Court certain documents referenced in the Reply Memorandum of Law in Support of Defendants' Motion to Dismiss.

3.    Attached as **Exhibit 31** is a true and correct copy of a *Capitol Forum* article titled "TD Bank/First Horizon: Buyer Knew It Faced a Serious Money-Laundering Probe Months Before

Deal Collapsed," dated January 8, 2024.  This document is cited in the Consolidated Amended Class Action Complaint ("CAC") (*see* ¶ 93, 186, 198, 230)[1] and is publicly available at https://thecapitolforum.com/td-bank-first-horizon-buyer-knew-it-faced-probe/.

4.    Attached as **Exhibit 32** are excerpts[2] from a true and correct copy of an Annual Report Pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended October 31, 2022 on Form 40-F, identified on the United States Securities and Exchange Commission's ("SEC") Electronic Data Gathering Analysis and Retrieval ("EDGAR") database as having been filed by TD on December 1, 2022.  This document is cited in the CAC (*see* ¶¶ 28, 30, 48-49, 80, 222, 250, 269, 280-282, 284, 288) and is publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000947263/000119312522296446/d404924d 40f.htm.

5.    Attached as **Exhibit 33** are excerpts from a true and correct copy of an Annual Report Pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended October 31, 2023 on Form 40-F, identified on the SEC's EDGAR database as having been filed by TD on November 30, 2023.  This document is cited in the CAC (*see* ¶¶ 28, 30, 48-49, 80, 119, 146, 222, 250, 275, 280-281, 284, 289) and is publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000947263/000119312523286395/d553441d 40f.htm.

6.    Attached as **Exhibit 34** are excerpts from a true and correct copy of a "Notice of 2023 annual meeting of common shareholders and management proxy circular" for the "Annual meeting April 20, 2023," identified on the SEC's EDGAR database as having been filed by TD on

---

[1] Citations in the form "¶ __ " are to paragraphs of the CAC.

[2] Pursuant to Item 5.2 of this Court's Electronic Case Filing Rules & Instructions, defendants are providing excerpts of lengthy exhibits, without prejudice to their right to provide additional excerpts or the complete documents.

March 14, 2023 as Exhibit 99.1 to a Form 6-K.  This document is cited in the CAC (*see* ¶ 215) and is publicly available at https://www.sec.gov/Archives/edgar/data/947263/000110465923032208/tm232562d1_ex99-1.htm.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in New York, New York on August 28, 2025.

*/s/ Samuel A. Stuckey*
Samuel A. Stuckey
