# Exhibit 34

EX-99.1 2 tm232562d1_ex99-1.htm EX-99.1

TABLE OF CONTENTS

**Exhibit 99.1**

# THE TORONTO-DOMINION BANK

**Notice of 2023 annual meeting of common shareholders and management proxy circular**

**Annual meeting April 20, 2023**

✓ **YOUR VOTE IS IMPORTANT**
Your participation as a shareholder is very important to us.
Please read this management proxy circular and vote your shares.



TABLE OF CONTENTS

# The Toronto-Dominion Bank

## Notice of Annual Meeting of Common Shareholders

**WHEN**

Thursday, April 20, 2023
9:30 a.m. (Eastern time)

**WHERE**

**In person:**

The Design Exchange, TD Centre, 234 Bay Street, Toronto, Ontario.

**Via live webcast online or by telephone:**

You will be able to attend The Toronto-Dominion Bank's ("TD or the "bank") annual meeting virtually via live webcast online and via live audio-only access by telephone. Details for the webcast and phone line can be found here: www.td.com/annual-meeting/2023.

**BUSINESS OF THE MEETING**

At the meeting, shareholders will be asked to:

1.  Receive the financial statements for the year ended October 31, 2022, and the auditor's report on the statements

2.  Elect directors

3.  Appoint the auditor

4.  Consider an advisory resolution on the approach to executive compensation disclosed in the management proxy circular

5.  Consider the shareholder proposals set out on pages 80 to 88 of the management proxy circular

6.  Consider any other business which may properly come before the meeting

You can read about each item of business beginning on page 10 of the management proxy circular.

Holders of common shares on February 21, 2023 are eligible to vote on each of the matters to be voted on at the meeting, subject to applicable *Bank Act* (Canada) restrictions. There were 1,830,023,300 common shares of The Toronto-Dominion Bank outstanding on February 21, 2023.

As permitted by the Canadian Securities Administrators and pursuant to an exemption from the proxy solicitation requirement received from the Superintendent of Financial Institutions Canada, the bank is using notice-and-access to deliver the management proxy circular to its registered and non-registered (beneficial) shareholders. This means that the management proxy circular is being posted online for you to access rather than being mailed out. The management proxy circular is available at *www.meetingdocuments.com/tsxt/td/*, on the bank's website at *www.td.com*, or on SEDAR at *www.sedar.com*. If you prefer to have a paper copy, you can request one from the bank's transfer agent in the manner described on page 8 of the management proxy circular.

Your vote is important. If you cannot attend the meeting, you are encouraged to vote your shares. To ensure your vote is counted, proxies must be received by the bank's transfer agent or corporate secretary at least 24 hours prior to the meeting. Detailed voting instructions for registered and non-registered shareholders begin on page 2 of the management proxy circular.

By order of the Board of Directors

Gwen Hughes
Corporate Secretary
Toronto, Ontario, Canada

February 21, 2023

TABLE OF CONTENTS

## Dear Shareholders,

Please join us at The Toronto-Dominion Bank's ("TD" or the "bank") 167th annual meeting of common shareholders on April 20, 2023.

We look forward to the annual meeting as an opportunity to review the accomplishments and challenges of the past year, discuss the year ahead, and hear directly from the bank's shareholders.

We encourage you to read this management proxy circular and vote your shares, regardless of whether or not you plan to attend the meeting virtually or in-person. This circular describes the business to be conducted at the meeting and provides you, the bank's shareholders, with information on the bank's approach to executive compensation and to corporate governance. Instructions on the ways you can exercise your voting rights are found starting on page 2 of this circular and also in the form of proxy or voting instruction form.

If you are able to attend the meeting, whether virtually or in person, there will be an opportunity to ask questions.

If attending virtually, registered shareholders and non-registered (beneficial) shareholders, acting directly or through their duly-appointed proxyholders, will be able to participate, ask questions, and vote "in real time" at the meeting through the webcast portal by following the procedures set out in the management proxy circular.

If you are unable to attend virtually or in person, there are other ways that you can watch or listen to the meeting live or by replay at a later time:

- **Live Webcast and Live Audio:** Details for the webcast and live audio can be found here: *www.td.com/annual-meeting/2023*

- **Replay:** A recorded version of the meeting will be available on the bank's website following the meeting also at *www.td.com/annual-meeting/2023*

We look forward to hearing directly from shareholders at the meeting on April 20th and we hope that you will be able to participate.

Sincerely,

Brian M. Levitt
Board Chair

Bharat B. Masrani
Group President and Chief Executive Officer

TD is committed to communicating effectively and responsively with shareholders, other interested parties and the public. TD offers shareholders several ways to communicate directly with the independent directors through the Board Chair, including by email c/o TD Shareholder Relations at *tdshinfo@td.com*. Emails from shareholders expressing an interest in communicating directly with the independent directors will be provided to the Board Chair.



Additional details on the BPF calculations are provided in the following table.

| Annual Business Metrics[1] | 2022 Target / Metric | | 2022 Results / Comments | Impact on Factor[2] |
|---|---|---|---|---|
| *Description of 2022 Performance* | | | | |
| Adjusted NIAT ($ in millions)[3] | $13,494 | ✓ | $15,425 | 14.0% |
| Customer Experience & Other ESG Metrics: | | | | |
| Customer Experience | 70.0% | ✓ | 70.7% (0.7% above target) | 0.7% |
| Climate Change | Make progress against scope 1 and 2 interim GHG emissions reduction targets (reduction of 25% from 2019 baseline by 2025) | ✓ | On track to achieving 25% scope 1 and 2 interim GHG emissions reduction targets by 2025 | 0% |
| | Advance setting of scope 3 GHG emissions reduction targets with targets established for a minimum of two sectors | ✓ | Scope 3 GHG emissions reduction targets for energy and power generation sectors finalized and published in March 2022 | |
| | | ✓ | Continued progress on additional scope 3 targets | |
| | ESG opportunities embedded in business strategies with each business SET member to have ESG objectives established | ✓ | TD Securities ranked as the top Canadian bank for global Green, Social, Sustainability, Sustainability-Linked Bonds[4] | |
| | | ✓ | Progress continues to integrate ESG considerations into business strategies | |
| Diversity & Inclusion | Double Black VP+ representation across North America by 2022, as compared to 2020 baseline | ✓ | As of October 31, 2022, Black VP+ representation had more than doubled | |
| | Achieve 25% Black, Indigenous Peoples and Minority community VP+ representation across North America by 2025 | ✓ | Representation increased 4% year-over-year to 22.5% | |
| | Increase VP+ Women representation to 45% by 2025 (Canada) | ✓ | Representation increased 0.3% year-over-year to 40.3% | |
| Employee Engagement | Top quartile employee engagement (4.26) | ✓ | Annual employee engagement result of 4.30 exceeding the top quartile benchmark | |
| Adjusted ROTCE[3] | 19.34% | ✓ | 21.16% (1.82% above target) | 1.3% |
| | | | Total | 16.0% |

At the end of the year, the final adjusted NIAT, customer experience & other ESG metrics, and ROTCE results were compared to the targets that were established, and the impact on the business performance was calculated as outlined above.

**Risk Adjustment:** Following consideration of the assessment of performance relative to the risk appetite by the CRO, the bank was found to be in alignment with the risk appetite and the committee did not make any risk adjustments for 2022 awards.

**Relative Performance:** In 2022, the committee determined that overall the bank performed above median compared to the broader peer group. After considering the bank's performance on a comprehensive scorecard of adjusted metrics, and discussing relative performance with senior management, the committee determined that it was appropriate to apply an adjustment of 1.0% related to relative performance during the year for the NEOs, including the CEO.

**Strategic Initiatives:** The committee determined that management made notable progress on strategic initiatives, including the announcement of two acquisitions that, upon closing, are expected to accelerate growth for the long-term. The committee determined that it was appropriate to make no adjustment.

**Discretionary Adjustments:** At year-end, the committee considered other relevant factors when determining the final business performance factors. Having considered all the factors it deemed relevant, the committee decided that the output of the ECP funding formula appropriately aligned executive pay with the bank's performance in 2022 and that it was neither desirable nor necessary to make any discretionary adjustments.

**Final Business Performance Factor:** In assessing the results under the plan, the committee considered the specific metrics covered by the plan as well as a variety of other factors and perspectives to ensure that compensation outcomes were appropriate and aligned with performance, as outlined on page 34. The end result after combining the factors above was a business performance factor of 117% for the NEOs, including the CEO, which the committee determined was appropriate given performance during the year.

(1) NIAT has a weighting of 70%, customer experience & other ESG metrics has a weighting of 20%, and ROTCE has a weighting of 10% of the internal measures used to determine the business performance factor.

(2) The bank's performance against the targets that were established at the beginning of the year typically impacts the funding of the ECP pool by up to +/- 20%, in aggregate. This aligns the plan with the bank's risk appetite and desired culture, avoiding creating an incentive for inappropriate risk taking.

TABLE OF CONTENTS

(3)   Refer to footnote 2 on page 35 for additional information.
(4)   According to Bloomberg's league tables.

 **Determining Funds Available for 2022**

A business performance factor of 117% meant that the committee could allocate aggregate variable compensation awards to the NEOs, including the CEO, equal to 117% of aggregate target variable compensation for those individuals. Awards to individual executives can be higher or lower than their individual variable compensation target multiplied by the business performance factor.

| Funds available for allocation | = | Sum of individual variable compensation targets (cash + equity) | x | Business performance factor |
| --- | --- | --- | --- | --- |

 **Evaluating Individual Performance to Determine Individual Awards**

### CEO

The last step in determining year-end awards is an evaluation of the executive's individual performance that is used to allocate final variable compensation from the pool of funds available under the ECP. The individual performance of the bank's CEO, Bharat Masrani, was assessed at the end of the fiscal year through a comprehensive process led by the Board Chair and the chair of the HRC. The assessment included a comprehensive 360-degree assessment process that incorporated feedback from all board and SET members, and included consideration of performance against the goals and short- and medium-term objectives that were agreed to by Mr. Masrani and the board at the beginning of the year, as well as performance of the bank on a scorecard of key performance metrics, including financial, operational, customer experience, risk, colleague and ESG objectives.

After considering the results of this annual assessment, and with the benefit of advice from its independent advisor, the committee recommended to the board the total direct compensation for the CEO, including base salary and the annual cash incentive and equity compensation awards.

### OTHER NEOs

The final stage in determining year-end awards for the other NEOs under the ECP involves an evaluation of their performance and allocating compensation based on this evaluation. The other NEOs' individual performance was assessed by the CEO against goals and objectives including financial, operational, customer experience, risk, colleague and ESG objectives, as appropriate for the role. The assessment for the NEOs included progress on talent and diversity initiatives, as well as their contributions to the enterprise priorities of distribution transformation, next evolution of work, operational excellence, ESG, and colleague experience.

To provide a comprehensive performance assessment for these individuals (and other members of the SET) that includes consideration of non-financial measures, the CEO and the chief human resources officer met with the chief auditor, the general counsel, and the CRO in advance of making recommendations on year-end compensation decisions to get their views on control focus, culture, tone at the top, capability requirements, and/or organizational structure. In addition, as part of the performance assessment process, the CEO met with the risk and audit committees of the board to receive their feedback on the performance of the heads of key control functions, including the chief financial officer, the CRO, the chief compliance officer, the chief auditor and the chief anti-money laundering officer.

Based on the results of the annual assessment process outlined above and the CEO's recommendation, the committee considered and approved the NEOs' total direct compensation, which includes base salary and the annual cash incentive and equity compensation awards.



***Bharat Masrani***
***Group President and Chief Executive Officer, TD Bank Group***

Mr. Masrani is responsible for the overall financial performance of TD and accountable for the leadership and management of TD in achieving its strategic objectives. As CEO, Mr. Masrani establishes the strategic direction for the bank and allocates the bank's financial and human capital. Mr. Masrani is also responsible for fostering a culture of integrity throughout TD and setting the tone for the standards and guiding principles that determine how the bank conducts its businesses.

### CEO Performance

Under Mr. Masrani's leadership, the bank made excellent progress on its strategic priorities and delivered for its stakeholders. Supported by ongoing investments in technology, talent and new capabilities, the bank continued to grow in 2022. Key highlights include:

- Reported earnings grew to $17.4 billion ($15.4 billion on an adjusted basis), a 22% increase over 2021 (5% on an adjusted basis)[1];
- Ended the year with a solid capital position resulting in a Common Equity Tier 1 Ratio of 16.2%[2];
- Delivered TSR of 0.9%, above the Canadian peer average of -7.3%[3]; and
- Announced strategic transactions of First Horizon and Cowen that, once closed, will add scale, new capabilities, talented colleagues, and over one million customers and clients to the bank.

The bank continued to make significant progress on the enterprise strategic priorities outlined on page 44, while focusing on the evolving needs of customers, colleagues and the communities in which the bank operates, including:

- Enhanced the bank's offerings to meet evolving customer needs, and expanded access to services to help more customers get the support they need, where and when they need it;
- Delivered exceptional customer experience with Legendary Experience Index (LEI) results exceeding target by 70 basis points;
- Continued to achieve top quartile employee engagement results on the annual census survey (TD Pulse) as measured against a benchmark of global companies within the Qualtrics database;
- Advanced the bank's diversity and inclusion priorities, reaching the goal of doubling the number of Black VP+ by the end of 2022;
- Advanced the goals of the bank's Climate Action Plan and announced interim financed emissions targets for the energy and power generation sectors; and
- Contributed more than $147 million towards the 2030 target of $1 billion to community, non-profit, and other organizations through the TD Ready Commitment to help build a more inclusive and sustainable future.

During the year, the bank received notable external recognition including:

- The only Canadian bank listed on the Dow Jones Sustainability World Index for eight consecutive years;
- Named one of Canada's Best Workplaces for Women by Great Place to Work Canada, and a Top Company for Diversity by DiversityInc in the U.S.;
- Received the Celent 2022 Model Bank Award for Customer Engagement for the second consecutive year; and
- Named Best Consumer Digital Bank in Canada and North America (Global Finance) for the second consecutive year.

### CEO Compensation

After considering the funding under the ECP, together with his personal performance and the performance of the bank during the year, the board approved total direct compensation for Mr. Masrani of $14,964,000, $1,964,000 above his target of $13,000,000.

| | 2022 Actual | 2021 Actual | 2022 Actual Pay Mix |
|---|---|---|---|
| Salary | $ 1,450,000 | $ 1,450,000 | |
| Variable Compensation | $ 13,514,000 | $ 11,929,200 | Salary 10% |
| *Cash Incentive* | $ 2,691,000 | $ 2,374,200 | Options 24% / Cash 18% |
| *Performance Share Units* | $ 7,251,410 | $ 6,401,850 | PSU 48% |
| *Stock Options (rounded)* | $ 3,571,590 | $ 3,153,150 | |
| Total Direct Compensation | $ 14,964,000 | $ 13,379,200 | 90% of pay at risk |

**CEO Target Compensation for 2023**

As part of the annual review process completed for all executives, the committee reviewed the CEO's total direct compensation target. The committee considered his performance, leadership, and tenure, and the size of the bank relative to the primary peer group consisting of the four largest Canadian bank peers. Given the limited number of Canadian bank peers and the significance to the bank of its U.S. operations, the committee also considered a secondary reference group to provide additional market context in its consideration of the CEO's compensation. This group consisted of the fifteen largest mature, widely held Canadian companies having significant U.S. operations.

Following the review, the committee recommended, and the board approved an increase in the CEO's total direct compensation target to $15,000,000 for 2023, which the committee believes is appropriate given market compensation levels, the scope and complexity of the role, and the performance of the bank under Mr. Masrani's leadership.

**CEO Compensation Over Time**

The following table compares the grant date value of compensation awarded to Mr. Masrani from 2018–2022 in respect of performance as CEO with the actual value received from compensation awards.

The actual total direct compensation value for the fiscal years noted represents the total of realized pay (the sum of base salary, cash incentive, the payout value of share units granted during the period, the dividend equivalents paid, and the value at exercise for options granted during the period) and realizable pay (the sum of the current value of unvested units granted during the period and the in-the-money value of vested and unvested options granted during the period that are still outstanding) as of December 31, 2022.

| Year | Total Direct Compensation Awarded (000s)[4] | [A] Realized Pay (000s)[5] | [B] Realizable Pay (000s)[6] | [A] + [B] = [C] Actual Total Direct Compensation Value as of December 31, 2022 (000s) | Value of $100 Period | CEO[7] | Shareholder[8] |
|---|---|---|---|---|---|---|---|
| 2018 | $13,645 | $10,379 | $6,439 | $16,818 | 10/31/17 to 12/31/22 | $123 | $146 |
| 2019 | $11,626 | $12,082 | $3,221 | $15,303 | 10/31/18 to 12/31/22 | $132 | $142 |
| 2020 | $10,442 | $3,240 | $9,840 | $13,080 | 10/31/19 to 12/31/22 | $125 | $132 |
| 2021 | $13,379 | $3,824 | $6,122 | $9,946 | 10/31/20 to 12/31/22 | $74 | $161 |
| 2022 | $14,964 | $4,141 | $7,021 | $11,162 | 10/31/21 to 12/31/22 | $75 | $102 |
| | | | | | Weighted Average | $104 | $137 |

**Share Ownership** — Mr. Masrani exceeds his share ownership requirement of $14,500,000.

| | Actual Share Ownership at December 31, 2022 | | | | Multiple of Base Salary | |
|---|---|---|---|---|---|---|
| | | Share Units | | | | |
| Required Multiple | Directly Held ($) | Vested ($)[9] | Subject to Vesting ($) | Total Ownership ($) | Directly Held & Vested Compensation | Total Ownership |
| 10 | 88,321,398 | 28,531,081 | 19,501,809 | 136,354,288 | 80.59 | 94.04 |

(1)  Refer to footnote 2 on page 35 for additional information.

(2)  This measure has been calculated in accordance with the Office of the Superintendent of Financial Institutions Canada's (OSFI's) Capital Adequacy Requirements.

(3)  Refer to footnotes 8 and 9 on page 35 for additional information.

(4)  Includes salary and variable compensation awarded at year-end in respect of performance during the year, and a special one-time stock option award of $1,900,000 for Mr. Masrani in 2018.

(5)  Realized pay is the sum of base salary, cash incentive, the payout value of share units granted during the period, the dividend equivalents paid, and the exercise value of options granted during the period.

(6)  Realizable pay is the sum of the current value of unvested units granted during the period and the in-the-money value of vested and unvested options granted during the period that are still outstanding.

(7)  Represents the realized and realizable value to Mr. Masrani for each $100 awarded in total direct compensation during the fiscal year indicated.

(8)  Represents the cumulative value of a $100 investment in common shares made on the first day of the period indicated, assuming reinvestment of dividends.

(9)  The value of Mr. Masrani's vested share units includes a combination of DSUs and VSUs. The value of VSUs included is $11,059,290.