**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES TIESSEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE TORONTO-DOMINION BANK, BHARAT B. MASRANI, LEOVIGILDO SALOM, KELVIN VI LUAN TRAN, and RIAZ E. AHMED, <br><br> Defendants. | Case No. 1:24-cv-08032-AS <br><br> <u>CLASS ACTION</u> |

**<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>**

Pursuant to Local Rule 1.4, Lead Plaintiff Pedro Gonzalez and Named Plaintiffs Joel Kopstein and Edward Patterson (together, "Plaintiffs"), through counsel, respectfully request the withdrawal of the appearance of Alessandra J. Slayton in the above-captioned action and respectfully request that her name be removed from the docket and the ECF distribution list. Bleichmar Fonti & Auld LLP will continue to serve as counsel for Plaintiffs, and no existing deadlines will be affected by this withdrawal.

Dated: December 11, 2025

Respectfully submitted,

Application GRANTED. The Clerk of Court is respectfully directed to remove Ms. Slayton as counsel of record from this case, and to terminate the motion at Dkt. 93.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: January 6, 2026

**BLEICHMAR FONTI & AULD LLP**

 /s/  *Joseph A. Fonti*
Joseph A. Fonti (Lead Trial Counsel)
Benjamin F. Burry
George A. Bauer
F. William Green
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340

Facsimile: (212) 205-3960
jfonti@bfalaw.com
bburry@bfalaw.com
gbauer@baflaw.com
wgreen@bfalaw.com

Adam C. McCall
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (212) 789-2303
Facsimile: (212) 205-3960
amccall@bfalaw.com

*Counsel for Lead Plaintiff Pedro Gonzalez,*
*Named Plaintiffs Joel Kopstein and Edward*
*Patterson, and Lead Counsel for the*
*Putative Class*

2