UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pedro Gonzalez; James Tiessen; Joel Kopstein;
and Edward Patterson,

                                         Plaintiffs,

                        -against-

The Toronto-Dominion Bank; Bharat B.
Masrani; Leogivildo Salom; Riaz E. Ahmed;
Kelvin Luan Tran; Michael Bowman; Mia
Levine; Ajai K. Bambawale; TD Bank, N.A.;
and TD Bank US Holding Company,

                                         Defendants.

24-CV-8032 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

   The individual defendants' separate motions to dismiss, Dkts. 74 and 78, are denied as moot, given that all defendants have moved to dismiss. The Court will consider the individual defendants' arguments in deciding the defendants' omnibus motion to dismiss. Pursuant to the PSLRA, this case is STAYED pending resolution of defendants' motion to dismiss.

   The Clerk of Court is respectfully directed to terminate Dkts. 74 and 78 and STAY this case.

        SO ORDERED.

Dated: March 31, 2026
       New York, New York

                                         _____
                                         ARUN SUBRAMANIAN
                                         United States District Judge